UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-30967 |
|---|---|---|---|
| Debtor | In Re: Watson Grinding and Manufacturing Co. | | |

This lawyer, who is admitted to the State Bar of __Wisconsin_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | John V. McCoy<br>McCoy Leavitt & Laskey<br>N19 W242000 Riverwood Dr. Suite 125<br>Waukesha, WI 53188<br>1-262-522-7000<br>Wisconsin Bar No. 100627 |
|---|---|

Seeks to appear as the attorney for this party:   Watson Grinding and Manufacturing Co.

| Dated: | Signed: /s/ John V. McCoy |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                     United States Bankruptcy Judge