IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Watson Grinding and Manufacturing Co. | § § | Case No. 20-30967 |
| Debtor. | § § § | Chapter 11 |

### NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, the following unsecured creditors: Houston Corvette Service, Inc., (appointed member to the committee of January 24 Claimants), Stingray Energy, LLC, and Gordon Andrus, individually.[1]  The aforementioned claimants designate the undersigned attorneys as their counsel in this case.

---

[1] Plaintiffs in Cause No. 2020-08220, *Houston Corvette Service, Inc. et al v. Watson Valve Services, Inc., et al* before the 152nd Judicial District Court of Harris County, Texas.

Dated: February 21, 2020                    Respectfully submitted,

                                        **TERRY & THWEATT, P.C.**

By: /s/ *L. Lee Thweatt*
    L. Lee Thweatt
    State Bar No. 24008160
    Joseph D. Terry
    State Bar No. 24013618
    One Greenway Plaza, Suite 100
    Houston, Texas 77046-0102
    Telephone: (713) 600-4710
    Facsimile:  (713) 600-4706
    lthweatt@terrythweatt.com
    jterry@terrythweatt.com

**KAMINS LAW FIRM, PLLC**

By: /s/ *Anna Dean Kamins*
    Anna Dean Kamins
    State Bar No. 24032003
    2925 Richmond Ave., Suite 1200
    Houston, Texas 77098
    (713)201-4032 Telephone
    (832) 201-9229 Fax
    akamins@kamins-law.com

**COUNSEL FOR HOUSTON CORVETTE SERVICE, INC., STINGRAY ENERGY, LLC, AND GORDON ANDRUS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance of Counsel has been served by electronic means on all PACER participants on February 21, 2020.

                                        */s/ L. Lee Thweatt*