IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| Watson Grinding and Manufacturing Co. § | Case No. 20-30967 |
| § | Chapter 11 |
| Debtor. § | |
| § | |

## NOTICE OF APPOINTMENT OF OFFICIAL
## JANUARY 24 CLAIMANTS COMMITTEE

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible claimants to the official January 24 Claimants Committee in the above captioned case:

| | | |
|---|---|---|
| 1. | Travis Horton<br>10307 Lybert Road<br>Houston, Texas 77041 | 713-256-2725<br>greasemonk@hotmail.com |
| 2. | Massiel Nunez ,<br>10256 Sunwood Drive<br>Houston, Texas 77041 | 832-526-4604<br>cam@mcmillanfirm.com |
| 3. | Houston Corvette Service<br>Gordon Andrus<br>4406 Steffani Lane<br>Houston, Texas 77041 | 713-248-3228<br>houstoncorvetteservice@gmail.com |
| 4. | Margarita Flores<br>800 Commerce Street<br>Houston, Texas 77002 | 713-396-3964<br>maziz@awtxlaw.com |
| 5. | Phillip Burnam<br>10260 Cottage Field Rd<br>Houston, Texas 77041 | 281-989-2421<br>rzehl@zehllaw.com |

|   |   |   |
|---|---|---|
| 6. | Janette Thomas<br>4510 Stanford Court<br>Houston, Texas 77041 | 713-503-0648<br>janethomas@comcast.net |
|   |   |   |
| 7. | Gerardo Castorena, Jr.<br>1026 Helms Road<br>Houston, Texas 77088 | (713) 363-0626<br>gerardobcast@gmail.com |

Dated: February 21, 2020

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE

By: /s/ *Stephen D. Statham*
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 232
(713) 718-4670 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official January 24 Claimants Committee has been served by electronic means on all PACER participants on February 21, 2020.

*/s/ Stephen D. Statham*
Stephen D. Statham
Trial Attorney