IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Watson Grinding and Manufacturing Co. | § | Case No. 20-30967 |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

NOTICE OF PROOF OF SERVICE OF SUBPOENA DUCES TECUM
AND REQUEST FOR PRODUCTION OF DOCUMENTS
**PURSUANT TO BANKRUPTCY RULE 2004**
(Relates to Dkt. Nos. 120, 121, 129, 131, 134, 136)

Attached hereto is proof of service related to each of the following Notices of 2004 Examination of Documents and Subpoenas Duces Tecum filed by the Debtor on March 12, 2020:

| EXHIBIT # | RECIPIENT | DKT NO. | DATE SERVED |
|---|---|---|---|
| **EXHIBIT "A"** | 3M | 120 | 3/12/2020 |
| **EXHIBIT "B"** | ABB | 121 | 3/12/2020 |
| **EXHIBIT "C"** | DETCON | 129 | 3/12/2020 |
| **EXHIBIT "D"** | KENNAMETAL STELLITE | 131 | 3/12/2020 |
| **EXHIBIT "E"** | OLDHAM AKA TELEDYNE GASE & FLAME | 134 | 3/12/2020 |
| **EXHIBIT "F"** | TECHNICAL ENGINEERING | 136 | 3/12/2020 |

1

Dated: March 17, 2020.

        Respectfully submitted,

        */s/ Erin E. Jones*
        Erin E. Jones (TBN 24032478)
        JONES MURRAY & BEATTY LLP
        4119 Montrose, Suite 230
        Houston, TX 77006
        Tel. 832-529-1999
        Fax. 832-529-3393
        erin@jmbllp.com
        PROPOSED GENERAL COUNSEL FOR THE DEBTOR

- AND –

*/s/JOHN V. MCCOY*
John V. McCoy, *pro hac vice*
Wisconsin State Bar No.1000627
Michael I. Ramirez
Texas State Bar No. 24008604
MCCOY LEAVITT LASKEY
W19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
Tel: 262-522-7000
Fax: 262-522-7020
jmccoy@mlllaw.com
mramirez@mlllaw.com
PROPOSED SPECIAL COUNSEL FOR THE DEBTOR