*MOR-1*  
**UNITED STATES BANKRUPTCY COURT**

| | | | |
|---|---|---|---|
| CASE NAME: | Watson Grinding and Manufacturing Co. | PETITION DATE: | 2/6/2020 |
| CASE NUMBER: | 20-30967 | DISTRICT OF TEXAS: | Southern |
| PROPOSED PLAN DATE: | Unknown | DIVISION: | Houston |

### MONTHLY OPERATING REPORT SUMMARY FOR                FEBRUARY 2020

| MONTH | 02/01/20-02/29/20 | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -368,860.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -374,402.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 59,221.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 375,719.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

**CIRCLE ONE**

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | |
|---|---|---|---|---|
| CASUALTY | YES (x) NO ( ) | 11/30/2020 | Are all accounts receivable being collected within terms? | **Yes** No |
| LIABILITY | YES (x) NO ( ) | 11/30/2020 | Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** No |
| VEHICLE | YES (x) NO ( ) | 11/30/2020 | Have any pre-petition liabilities been paid? | Yes **No** |
| WORKER'S | YES (x) NO ( ) | 11/30/2020 | If so, describe | |
| OTHER | YES (x) NO ( ) | 11/30/2020 | Are all funds received being deposited into DIP bank accounts? | **Yes** No |
| | | | Were any assets disposed of outside the normal course of business? | Yes **No** |
| | | | If so, describe | |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | **Yes** No |
| | | | What is the status of your Plan of Reorganization? | |

| | |
|---|---|
| ATTORNEY NAME: | Erin E. Jones |
| FIRM NAME: | Jones Murray and Beatty LLP |
| ADDRESS: | 4119 Montrose |
| | Suite 230 |
| CITY, STATE, ZIP: | Houston, TX 77006 |
| TELEPHONE/FAX: | 832-529-1999 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _[signature]_   TITLE: COO  
(ORIGINAL SIGNATURE)   3-20-2020  
Robert White, COO  
(PRINT NAME OF SIGNATORY)   DATE   Revised 07/01/98

*MOR-1*

Reservation of Rights: The Debtor reserves all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11.

** Some regularly recurring journal entries have not been posted as of 02.29.2020, certain accruals have not been recorded based on the timing (due date) for the reports.

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

## COMPARATIVE BALANCE SHEETS

| ASSETS | | FILING DATE* | MONTH Feb 2020 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash - Operating/Payroll | | 879,294.94 | 792,002.28 | | | | | |
| Cash - Insurance Proceeds | **FN1** | 3,000,000.00 | 3,000,000.00 | | | | | |
| Accounts Receivable, Net | | 2,265,107.48 | 1,521,243.55 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | | 393,085.60 | 393,085.60 | | | | | |
| Prepaid Insurances | **FN2** | 226,068.40 | 226,068.40 | | | | | |
| Deposits | **FN3** | 317,423.10 | 317,423.10 | | | | | |
| Investments | | | | | | | | |
| Insurance | | 26,000,000.00 | 26,000,000.00 | | | | | |
| Other | **FN5** | 10,092.22 | 9,783.96 | | | | | |
| TOTAL CURRENT ASSETS | | 33,091,071.74 | 32,259,606.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | **FN4** | 4,239.99 | 4,239.99 | | | | | |
| Less Accumulated Depreciation | | 0.00 | 0.00 | | | | | |
| NET BOOK VALUE OF PP & E | | 4,239.99 | 4,239.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| **TOTAL ASSETS** | | $33,095,311.73 | $32,263,846.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2                                                                                                              Revised 07/01/98

| FN1 | Received on 02/03/2019 by United Fire Lloyds (General Liability - $2,000,000 & Automobile Liability - $1,000,000) |
|---|---|
| FN2 | Prepaid Insurance - Al Thurmond Agency, Inc. |
| FN3 | Equipment Deposit - Dunn's Testing |
| FN4 | (2) 2010 Crown Victoria, 2001 F-250, and 2006 GMC Utility Truck - Appraisal Value |
| FN5 | Employee Receivable ($2,095.22) and Other Receivable ($7,997.00) |

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | | FILING DATE* | MONTH Feb 2020 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 0.00 | 384.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | FN2 | 3,218,120.00 | 3,218,120.00 | | | | | |
| Priority Debt - Unsecured | FN3 | 144,921.78 | 144,921.78 | | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | FN4 \| FN5 | 3,075,032.64 | 3,059,799.23 | | | | | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | 6,438,074.42 | 6,422,841.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | | 6,438,074.42 | 6,423,225.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | |
| RETAINED EARNINGS: Filing Date | | 26,657,237.31 | 26,657,237.31 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 0.00 | -374,402.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Pre / Post Filing Date Adjustments | FN1 \| FN6 | 0.00 | -442,213.35 | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | 26,657,237.31 | 25,840,621.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | | $33,095,311.73 | $32,263,846.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

$0.00   $0.00   $0.00   $0.00   $0.00   $0.00   $0.00

FN1  Adjustments such as payments of pre-petition debt, reduction of actual post petition debt, and other general operational adjustments
FN2  Texas Capital Bank Borrowing Base Line of Credit ($3,000,000.00); Harris County Tax Assessor-Collector ($218,120.00)
FN3  Texas Comptroller of Public Accounts ($86,606.38); Accrued PTO ($58,315.40)
FN4  Significant number Litigation Claims have been filed but the pending amounts are Unknown at this time, thus excluded from the total
FN5  Cash Collateral Budget approved by the court to pay Business Insurance premium - Texas Mutual Insurance Company ($5,899.41); UFG Insurance ($9,334.00)
FN6  Accounts Receivable based off of the 01.23.2020 Trial Balance but cash as of the filing date 02.06.2020 --> AR Payments received between those (2) dates: January Electronic Payments ($187,081.90); January Lockbox Payments ($42,644.38); February Electronic Payments ($94,082.35); February Lockbox Payments ($80,365.00)

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Feb 2020 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 384.00 | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. Jones Murray and Beatty LLP | 0.00 | | | | | |
|   2. MACCO Restructuring Group | 0.00 | | | | | |
|   3. US Trustee Fees (Unpaid) | 0.00 | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $384.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

**CASE NAME:** Watson Grinding and Manufacturing Co.
**CASE NUMBER:** 20-30967

## AGING OF POST-PETITION LIABILITIES
MONTH   Feb 2020

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 384.00 | 384.00 | | | | |
| 31-60 | 0.00 | 0.00 | | | | |
| 61-90 | 0.00 | 0.00 | | | | |
| 91+ | 0.00 | 0.00 | | | | |
| TOTAL | $384.00 | $384.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Feb 2020 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | | | | | |
| 31-60 DAYS | 335,266.21 | | | | | |
| 61-90 DAYS | 1,088,836.90 | | | | | |
| 91+ DAYS | 147,140.44 | | | | | |
| TOTAL | $1,571,243.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**   *Revised 07/01/98*

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

## STATEMENT OF INCOME (LOSS)

| | MONTH Feb 2020 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---:|---:|---:|---:|---:|---:|---:|
| REVENUES (MOR-1) | 0.00 | | | | | | 0.00 |
| TOTAL COST OF REVENUES | 225,281.58 | | | | | | 225,281.58 |
| GROSS PROFIT | -225,281.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -225,281.58 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | 0.00 |
| General & Administrative | 3,345.42 | | | | | | 3,345.42 |
| Insiders Compensation | 59,221.49 | | | | | | 59,221.49 |
| Payroll & Payroll Taxes | 78,497.02 | | | | | | 78,497.02 |
| Professional Fees | 0.00 | | | | | | 0.00 |
| Legal Fees | 0.00 | | | | | | 0.00 |
| Bank Fees | 2,514.58 | | | | | | 2,514.58 |
| Commissions | 0.00 | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 143,578.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 143,578.51 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -368,860.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -368,860.09 |
| INTEREST EXPENSE | 5,542.00 | | | | | | 5,542.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 5,542.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,542.00 |
| NET INCOME BEFORE TAXES | -374,402.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -374,402.09 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | ($374,402.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($374,402.09) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

Revised 07/01/98

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Feb 2020 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $3,879,294.94 | $3,794,011.11 | $3,794,011.11 | $3,794,011.11 | $3,794,011.11 | $3,794,011.11 | $3,879,294.94 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 290,435.19 | | | | | | 290,435.19 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. CONTRIBUTIONS | | | | | | | 0.00 |
| 7. OTHER (Payroll Refund) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 290,435.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 290,435.19 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7a. NET PAYROLL | 78,497.02 | | | | | | 78,497.02 |
| 7b. INSIDER COMPENSATION | 59,221.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59,221.49 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | 15,233.41 | | | | | | 15,233.41 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 2,650.00 | | | | | | 2,650.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 207,846.27 | | | | | | 207,846.27 |
| 18. INTEREST EXPENSE | 12,270.83 | | | | | | 12,270.83 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 375,719.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375,719.02 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 375,719.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 375,719.02 |
| 22. NET CASH FLOW | -85,283.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -85,283.83 |
| 23. CASH - END OF MONTH (MOR-2) | $3,794,011.11 | $3,794,011.11 | $3,794,011.11 | $3,794,011.11 | $3,794,011.11 | $3,794,011.11 | $3,794,011.11 |

MOR-7

* Applies to Individual debtors only

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

# CASH ACCOUNT RECONCILIATION
## MONTH OF Feb 2020

| BANK NAME | Texas Capital Bank | Texas Capital Bank | Compass Bank | |
|---|---|---|---|---|
| ACCOUNT NUMBER | Acct Ending 0594 | Acct Ending 0578 | Acct Ending 6575 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *OPERATING* | *TOTAL* |
| BANK BALANCE | 878,394.06 | 5,426.48 | 3,025,247.64 | 3,909,068.18 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 117,065.90 | 0.00 | 0.00 | 117,065.90 |
| ADJUSTED BANK BALANCE | $761,328.16 | $5,426.48 | $3,025,247.64 | $3,792,002.28 |
| BEGINNING CASH - PER BOOKS | 852,740.39 | 5,426.48 | 3,019,119.24 | 3,877,286.11 |
| RECEIPTS* | 282,935.19 | 0.00 | 7,500.00 | 290,435.19 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 374,347.42 | 0.00 | 1,371.60 | 375,719.02 |
| ENDING CASH - PER BOOKS | $761,328.16 | $5,426.48 | $3,025,247.64 | $3,792,002.28 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS an *Revised 07/01/98*
TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Feb 2020 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. John Watson | 26,395.33 | | | | | |
| 2. Robert White | 16,418.58 | | | | | |
| 3. Jason White | 16,407.58 | | | | | |
| 4. Judy White | 0.00 | | | | | |
| 5. Betty Sue Watson | 0.00 | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $59,221.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Feb 2020 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Jones Murray and Beatty LLP | 0.00 | | | | | |
| 2. MACCO Restructuring Group | 0.00 | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*