Fill in this information to identify the case:

Debtor name **Watson Grinding & Manufacturing Co.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-30967**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 - 23 - 2020          X  *[signature]*
Signature of individual signing on behalf of debtor

**Robert White**
Printed name

**Chief Operating Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

**GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Watson Grinding & Manufacturing Co. ("**WGM**" or "**Debtor**") [1] filed for chapter 11 (the "**Chapter 11 Case**") and in connection therewith have filed its Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statements of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statements, pursuant to section 521 of Chapter of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and are unaudited.

Due to an unexpected and tragic explosion that occurred on or about January 24, 2020, which has impacted WGM operations, the status of WGM's assets are currently unknown with the possibility that some assets have been damaged or destroyed. Due to the catastrophic nature of the explosion and the resulting sequestration of the surrounding area to allow Federal, State and Local authorities to conduct their investigations, WGM has not been able to assess which assets may still exist and or may be salvageable. Further, if assets and equipment may be salvageable, WGM is not able to readily determine what the cost to do so may be.

While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the catastrophic nature of the explosion and the resulting limited data and information that was available at the time of the preparation of these Schedules and Statements, subsequent information or discovery could provide more information about the items identified in the Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, as well as the fact that certain underlying historical data may have been limited, these Schedules and Statements are as complete as practicable.

---

[1] The Debtor in this Chapter 11 cases are as follows: Watson Grinding & Manufacturing Co.
The location of the Debtor's corporate headquarters and service address is 4525 Gessner Road Houston, TX 77041.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

The Schedules and Statements for the Debtor was signed by Robert White, Chief Operating Officer of the Debtor. In reviewing and signing the Schedules and Statements, Mr. White relied upon his knowledge of the business, his accounting and financial data provided by Debtor's Controller, an outside accounting firm, an outside specialty IT data recovery firm and the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal and financial advisors. Mr. White has not and could not personally verify the accuracy of each statement and/or representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses. Although every reasonable attempt has been made to assign corresponding transactions of the Debtor utilizing the available accounting and finance management systems and data, certain assets, liabilities, or cash payments may have been reported on one legal entity in these Schedules and Statements, while the beneficiary of the transaction may have been another Debtor or legal entity.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. The Debtor, and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor and its professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor, or its agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, or financial advisors are advised of the possibility of such damages.

**Global Notes and Overview of Methodology**

1.     **Description of Case.** On February 6, 2020, (the "**Petition Date**"), the Debtor filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.    **Reservations and Limitations**. Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non- bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)    **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the right to dispute any claim or assert any cause of action or defense against any party.

(b)    **Recharacterization.** Notwithstanding that the Debtor has made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items.

(c)    **Categories or Labels for Purpose of Presentation in Schedules and Statements**. Information requested by the Schedules and Statements requires the Debtor to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled. The Debtor's decisions regarding the category or label to use is based on the best information available as of the filing of these Schedules and Statements and within the time constraints imposed.

(d)    **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the right to recharacterize or reclassify such claim or contract.

(e)    **Claims Description.** Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."

(f)    **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(g)    **Causes of Action.** Despite commercially reasonable efforts, the Debtor may not have identified all current and potential causes of action the Debtor may have against third parties in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. Debtor reserves all rights to pursue causative actions against any and all third parties.

(h)    **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only.

### 3. <u>Methodology.</u>

(a)    **Basis of Presentation.** The Debtor relied on its Controller as well as its accounting firm and specialty IT data recovery firm, both outside firms, to facilitate the obtainment of Debtor's books and records.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("**GAAP**"), nor are they intended to fully reconcile to the financial statements prepared by the Debtor. These Schedules and Statements reflect the best available estimate of assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the data extracted from the available Debtor's books and records and historical financial statements. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

Given, among other things, the uncertainty surrounding the condition, collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that a Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that a Debtor was insolvent as of the Petition Date or any time prior to the Petition Date.

All asset and liability information, except where otherwise noted, is reflected through January 23, 2020.

(b)  **Confidential Information.** There may be instances in the Schedules and Statements where the Debtor deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the Debtor has used this approach because of a confidentiality agreement between the Debtor and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)  **Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor has endeavored to only list such assets, liabilities, and prepetition payments once.

(d)  **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtor. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values where possible. **In certain instances, Debtor's advisors were not provided with sufficient underlying details and schedules in order to properly assess book value.** Additionally, Market values may vary, in some instances, materially, from net book values. The Debtor believes that it would be an inefficient use of estate assets for the Debtor to obtain the current market values of its property. Accordingly, the Debtor has indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.

(e)  **Undetermined Amounts.** The description of an amount as "unknown," is not intended to reflect upon the materiality of such amount.

(f)  **Unliquidated Amounts.** Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated." The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

(g)  **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(h)  **Property and Equipment.** The Debtor's owned property and equipment would normally have been valued at net book value, but the latest depreciated asset schedule was completed through September 30, 2019.  In addition, the Debtor cannot properly assess the fair market value or any value until they have access to its equipment, including work in process, in order to determine what is salvageable, and most are scheduled as unknown at the time of the filing of the Schedules and Statements.  The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

(i)  **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtor or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtor on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a post-petition basis.

(j)  **Intercompany Claims and Transfers.** The Debtor maintains business relationships with another entity, Watson Valve Services, Inc. (debtor in Case

No. 20-30968, "**Watson Valve**"), conducting transactions from time to time that result in intercompany receivables and payables and/or are on account of capital contributions, equity investments, or distributions on account of equity investments. Known and assumed prepetition receivables and payables among and between the Debtor and Watson Valve are reported on Schedule A/B, and Schedule E/F, respectively, per the Debtor's books and records. In certain instances, intercompany accounts may not have been reconciled and therefore the values are unknown and are listed as such. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

(k)   **Guarantees and Indemnification Claims.** The Debtor has exercised commercially reasonable efforts to locate and identify guarantees of its executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G and H for the affected Debtor. The Debtor may have inadvertently omitted guarantees or indemnifications embedded in its contractual agreements and may identify additional guarantees or indemnifications as they continue to review its books and records and contractual agreements. The Debtor reserves its rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

(l)   **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4.   **Specific Schedules Disclosures.**

(a)   **Schedules Summary.** Except as otherwise noted, the asset and liability totals represent amounts obtained utilizing trial balances through January 23, 2020 with asset totals depreciated through September 30, 2019. The Company closes its books quarterly. Based on the size of the Company, the scope of its operations and internal accounting resources, a monthly close is not performed.

(b)   **Schedule A/B – Parts 1& 2 - Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtor's bank accounts are provided in the Debtor's Schedules and are as of the Petition Date.

(c)   **Schedule A/B, Part 3 – Accounts Receivable, Item 11.** The Debtor's reported accounts receivable through January 23, 2020. Also, accounts receivable includes amounts that may be uncollectible. The Debtor is unable to determine with certainty what amounts will actually be collected.

(d)   **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any**

7

**Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as unknown amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from its net book value.

(e)    **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Debtor maintained an asset depreciation schedule updated through September 30, 2019; however, some amounts may have been listed as unknown due to the aforementioned circumstances.

(f)    **Schedule A/B, Part 8 – Machinery, equipment, & vehicles.** Debtor maintained an asset depreciation schedule updated through September 30, 2019; however, some amounts may have been listed as unknown due to the aforementioned circumstances.

(g)    **Schedule A/B, Part 9 – Real Property.** For those Debtor that own real property, such owned real estate is reported at book value, net of accumulated depreciation through September 30, 2019. The Debtor may have listed certain assets as real property when such assets are in fact personal property, or the Debtor may have listed certain assets as personal property when such assets are in fact real property. Any buildings and land improvements, as may be applicable, are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property. Additionally, some amounts may have been listed as unknown due to the aforementioned circumstances. The Debtor reserves all of its rights to re-categorize and/or re- characterize such asset holdings to the extent the Debtor determines that such holdings were improperly listed.

Certain of the instruments reflected on Schedule A/B 55 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B. The Debtor hereby expressly reserves the right to assert that any instrument listed on Schedule A/B 55 is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. The Debtor reserves all of its rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B 55, including its right to dispute or challenge the characterization or the structure of any transaction, document, or instrument, including any intercompany agreement.

(h)    **Schedule A/B, Part 11 – All Other Assets.** Debtor maintained an asset depreciation schedule updated through September 30, 2019; however, some amounts may have been listed as unknown due to the aforementioned

circumstances.

For section 73 related to interests in insurance policies or annuities, values were derived from data received from management and no assertion can be made as to the accuracy of the provided data.

(i) ***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including* Counterclaims *of the Debtor and Rights to Setoff Claims.*** In the ordinary course of its businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, credits, rebates, or refunds with its customers and suppliers, or potential warranty claims against its suppliers. Additionally, the Debtor may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

(j) **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D and reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, the Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of Watson Valve, and no claim set forth on Schedule D of the Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

(k) **Schedule E/F – Creditors Who Have Unsecured Claims.**

***Part 2 - Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a commercially reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts' payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding certain compensation-related or other claims of insiders of the Debtor, with such claims being listed as "contingent," "unliquidated," and/or "disputed." In scheduling such claims, the Debtor makes no representation or assertion as to the validity of such claims, and the Debtor reserves all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor's estate, the Debtor has not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtor has not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Additionally, due to lack of access to records, Debtor is unable to provide confirmation of transaction activity past January 23, 2020. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its rights, but undertakes no obligations, to amend Schedules D and E/F if, or when, the Debtor receive such invoices.

(l)     **Schedule G – Executory Contracts and Unexpired Leases.** While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, relationships between the Debtor and its vendors are sometimes governed by a master services agreement, under which the Debtor also places work and purchase orders, which may be considered executory contracts. Disclosure of all of these purchase and work orders, however, is impracticable and unduly burdensome. Accordingly, to the extent the Debtor has determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted.

In some cases, the same supplier or provider may appear multiple times in Schedule

G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor and Watson Valve may be guarantors and parties to guaranty agreements regarding their prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

5.    **Schedule H – Co-Debtors.** The Debtor has made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "**Guaranties**") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which the Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedule for the Debtor. The Debtor has placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or E/F, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.

6.    **Specific Statements Disclosures.**

(a)    **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.** The dates set forth in the "Dates" column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an "ACH" processing; or (iii) the check issuance date.  Prior to the Petition Date, the Debtor maintained a centralized cash management system through which the Debtor made payments on behalf of itself or Watson Valve. Consequently, for the purpose of this schedule, payments are recorded on the Debtor's Statements, Part 2, Question 3, based on the Debtor's bank account owned.

Payments to the Debtor's bankruptcy professionals, insiders, intercompany transactions, wage garnishments and donations are not included in the payments to creditors. Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Question 11), insider (Question 4), intercompany (Question 4).

(b)    **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.** To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtor has only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4. Business travel arrangements, including

flights and hotels, for certain of the Debtor's directors and officers have been paid for by the Debtor's corporate credit card. Such payments are listed in the response to Question 4 on the Statements.

(c) **Statements, Part 2, Question 6 – Setoffs.** The Debtor routinely incurs setoffs and net payments and record offsets in the ordinary course of business. Such setoffs, nettings and offsets may occur due to a variety of transactions or disputes including, but not limited to, joint- interest billings, intercompany transactions, counterparty settlements, pricing discrepancies, warranties, refunds, negotiations, or disputes between the Debtor and its operating partners or suppliers. These ordinary course setoffs and nettings are common to the industry. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtor to list each such transaction. Therefore, ordinary course set- offs are excluded from the Debtor's responses to Question 6 of the Statements

(d) **Statements, Part 3, Question 7 – Legal Actions or Assignments**. The Debtor does not know of any workers' compensation claims in response to this question, aside from any workers' compensation claims that may arise from the January 24 explosion. However, if any become known the Debtor maintains that disclosure would be in violation of certain laws including HIPAA (Health Insurance Portability and Accountability Act of 1996).

(e) **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** The payments provided in Question 11 are reported for the joint representation of the Debtor and Watson Valve. The Debtor believes that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.

(f) **Statements, Part 6, Question 13 – Transfers not already listed on this statement.** Payments to insiders disclosed for purposes of transparency but Debtor contends that these are ordinary payments.

(g) **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**. Distributions by the Debtor to directors and officers are listed on the attachment to Question 4.

7. <u>**Litigants**</u>

As a result of the explosion that occurred on or about January 24, 2020, many surrounding homes and businesses incurred damage including the loss of life and physical injuries to potentially many litigants.  Best efforts have been made to notice many surrounding homes, businesses and people affected by the blast but cannot guarantee that all effected by the explosion were noticed.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtor has prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Note to any or all of the Debtor's remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Watson Grinding & Manufacturing Co.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **20-30967** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*................................................................................ $    **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................. $    **33,095,311.73**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*................................................................................ $    **33,095,311.73**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **3,218,120.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **144,921.78**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$    **3,075,032.64**

4. **Total liabilities** ......................................................................................................................
Lines 2 + 3a + 3b

$    **6,438,074.42**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Watson Grinding & Manufacturing Co.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-30967**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **$2,008.83** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cash - TEXAS CAPITAL OPERATING** | **Checking** | **0594** | **$852,740.39** |
| 3.2. | **Cash - TEXAS CAPITAL PAYOLL** | **Checking** | **0578** | **$5,426.48** |
| 3.3. | **Cash - Compass Bank Operating** | **Checking** | **6575** | **$19,119.24** |
| 3.4. | **Cash - Compass Bank Payroll** | **Checking** | | **$0.00** |
| 3.5. | **Cash - Compass Money Market** | **Checking** | **6605** | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                           **$879,294.94**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number *(If known)*   **20-30967**
         Name

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. | **Equipment Deposit - Dunn's Testing** | $317,423.10 |
|---|---|---|
| 8.2. | **Prepaid Insurance** | $226,068.40 |
| 8.3. | **Prepaid Expenses** | $393,085.60 |

9.  **Total of Part 2.**                                                       **$936,577.10**
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:   **2,315,107.48**   -   **50,000.00**  = ....   **$2,265,107.48**
                            face amount            doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                     **$2,265,107.48**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Watson Grinding & Manufacturing Co.**                    Case number *(If known)* **20-30967**
       Name

| | | | |
|---|---|---|---|
| 19. | **Raw materials**<br>**Inventory - POWDER** | **$127,992.00** | **Unknown** |
| | **Materials and Supplies** | **$223,111.02** | **Unknown** |
| | **Materials - Coating**<br>**Depart.** | **$17,314.81** | **Unknown** |
| | **Materials - Grinding**<br>**Depart.** | **$7,263.75** | **Unknown** |
| | **Materials - Ball Lapping**<br>**Depar** | **$1,961.65** | **Unknown** |
| 20. | **Work in progress**<br>**Work in Progress - Srvc**<br>**Work** | **$1,203,243.67** | **Unknown** |

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                                 **$0.00**

        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

        ■ No.  Go to Part 7.
        ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

        ☐ No.  Go to Part 8.
        ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

39.     **Office furniture**

Debtor  **Watson Grinding & Manufacturing Co.**          Case number *(If known)*  **20-30967**
Name

| | | | |
|---|---|---|---|
| **Office furniture - See Attached Exhibit B-39.** | Unknown | | Unknown |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Office equipment - See Attached Exhibit B-41.** | Unknown | | Unknown |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

| | |
|---|---|
| Add lines 39 through 42. Copy the total to line 86. | **$0.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **(2) 2010 Crown Victorias, 2001 F-250. and 2006 GMC utility truck.** | $4,239.99 | Appraisal | $4,239.99 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

| | |
|---|---|
| Add lines 47 through 50. Copy the total to line 87. | **$4,239.99** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

Debtor   **Watson Grinding & Manufacturing Co.**                              Case number *(If known)*  **20-30967**
Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Land and improvement - 4522 Steffani Houston, TX 77041** | Fee simple | Unknown | | Unknown |
| 55.2. **Land - 4522 Steffani Houston, TX 77041** | | Unknown | | Unknown |
| 55.3. **Machinery & Equipment - See Attached Exhibit B-50.** | | Unknown | | Unknown |

| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$0.00** |
|---|---|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Watson Grinding & Manufacturing Co.**
    Name

Case number *(If known)*  **20-30967**

|  | **Current value of debtor's interest** |
|---|---|

**71.**  Notes receivable
Description (include name of obligor)
**Insurance Claim Receipt:**
**United Fire Lloyds - Commercial**
**General Liability - Policy No.**
**85319121 - $2,000,000.00**
**United Fire Lloyds - Automobile**
**Liability - Policy No. 85319121 -**
**$1,000,000.00**

**3,000,000.00**  -  **0.00**  =
Total face amount     doubtful or uncollectible amount

**$3,000,000.00**

---

**72.**  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**  **Interests in insurance policies or annuities**
**United Fire Lloyds - Commercial General Liability -**
**Policy No. 85319121**
**Payment received on 02/03/2020 for full policy value -**
**$2,000,000.00**

**$0.00**

---

**United Fire Lloyds  - Automobile Liability - Policy No.**
**85319121**
**Payment received on 02/03/2020 for full policy value -**
**$1,000,000.00**

**$0.00**

---

**Navigators Insurance Company  - Umbrella Liability -**
**Policy No. HO19EXC740459IV**

**$5,000,000.00**

---

**Texas Mutual Insurance Co.   - Workers Compensation**
**and Employers' Liability - Policy No. 0001218584**

**$1,000,000.00**

---

**RSUI Indemnity Company  - Excess Liability - Policy No.**
**NHA088194**

**$20,000,000.00**

---

**74.**  **Causes of action against third parties (whether or not a lawsuit**
**has been filed)**

**75.**  **Other contingent and unliquidated claims or causes of action of**
**every nature, including counterclaims of the debtor and rights to**
**set off claims**

**76.**  **Trusts, equitable or future interests in property**

**77.**  **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**Intercompany Receivable - Watson Valves**

**Unknown**

---

**Accounts Receivable - Other**

**$7,997.00**

---

Debtor      **Watson Grinding & Manufacturing Co.**                                    Case number *(If known)*   **20-30967**
            Name

**Accounts Receivable-Employees**                                                                                    **$2,095.22**

---

78.   **Total of Part 11.**                                                                          **$29,010,092.22**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      □ Yes

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number *(if known)*  **20-30967**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $879,294.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $936,577.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,265,107.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,239.99 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $29,010,092.22 | |
| 91. **Total.** Add lines 80 through 90 for each column | $33,095,311.73 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $33,095,311.73 |

| Office Furniture & Fixtures - Depreciation Schedule as of 09.30.2019 | |
|---|---|
| Asset ID   Location | Description |
| 857 | IPAD |
| 877 | OptiPlex 390 |
| 881 | Zabra GK420t |
| 883 | HP Designjet 510 |
| 898 | Dell Optiplex #1 |
| 899 | Dell Optiplex #2 |
| 900 | Dell Optiplex #3 |
| 901 | Dell Optiplex #4 |
| 902 | Dell K1DVS Backup Tape Drive |
| 904 | Dell Optiplex 390 #1 |
| 905 | Dell Optiplex 390 #2 |
| 906 | Dell Optiplex  390 #3 |
| 907 | Dell Optiplex 390 #4 |
| 908 | Dell Optiplex 390 #5 |
| 909 | Dell Optiplex 390 #6 |
| 910 | Cisco Ethernet Switch |
| 911 | Cisco Managed Switch |
| 912 | Cisco 1921 Integrated Services Router #1 |
| 913 | Cisco 1921 Integrated Services Router #2 |
| 923 | Dell Latitude E6520 Computer |
| 924 | Neo-Flex Dual LCD Lift Stand |
| 925 | Dell E Series E2211H, Widescreen 22" Monitor |
| 926 | Two LS2208 USB  Bar Code Scanners |
| 929 | Apple IPAD |
| 930 | Server Equipment |
| 931 | Server Equipment |
| 948 | HP LaserJet CP522N Color Printer/Paper Try |
| 953 | OptiPlex 390 Small Form Faxtor, Fast Track FCG14 |
| 954 | Dell Latitude E5420 |
| 955 | Dell Latitude E5420 |
| 956 | IPAD WI-FI Cellular 64GB Black |
| 983 | CiscoSG500-28P  Ethernet Switch |
| 984 | Cisco Systems 10Gbase-CU |
| 989 | Computer Equipment to Upgrade IT System |
| 990 | Computer Equipment to Upgrade IT System |
| 991 | Computer Equipmen to Upgrade IT System |
| 1,023 | Intel Xeon Unit - #1 |
| 1,024 | Intel Xeon Unit - #2 |
| 1,025 | Intel Xeon Unit - #3 |
| 1,026 | Company Wide Wireless Setup |
| 1,052 | Computer Equipment |
| 1,107 | New Computer for Plume Sensor (Coating Dept) |
| 1,114 | Biometrics Scanners |
| 1,121 | Dell EMM CTRL  MD12 Series Computer |
| 1,125 | Dell Virtual Loadmaster 200 |
| 1,129 | Palo Alto Network Firewall |
| 1,160 | Server Upgrade |
| 1,161 | New File Server |
| 305 | 9 New Cell Phones w/Nextel |
| 321 | Viewsonic 17" CLR LCD |
| 338 | Global Commerce Chair |
| 340 | Dell Computer (O.Cloutier) |
| 341 | Gateway Computer - Crystal |
| 342 | Gateway Computer - Chris |
| 343 | Gateway Computer - Jason |
| 360 | Telephone Hub Expansion |
| 362 | Cannon 7301 Fax Machine |
| 373 | Office Desk for Rick |
| 378 | Two LCD Televisions |

| | |
|---|---|
| 388 | Furniture for Upper Offices |
| 389 | Intel 3GB AEB 630  DX Processor |
| 396 | Global Shop Computer 1 |
| 397 | Global Shop Computer 2 |
| 398 | Global Shop Computer 3 |
| 399 | Global Shop Computer 4 |
| 400 | Global Shop Computer 5 |
| 402 | Projector (Training on Global Systems) |
| 412 | Micro Center Laser Jet 5 |
| 413 | Micro Center Acer 17" Monitor |
| 414 | Micro Center Powerspec |
| 420 | Software & Service - Global Shop Solutions |
| 442 | One Powerspec 7121 Computer |
| 443 | Powerspec 7121 Computer |
| 444 | One Powerspec 7121 Computer |
| 445 | One Acerac 5630 Computer |
| 448 | Zoll Defribrulator |
| 450 | Hailey's Desk |
| 451 | Fifteen Shop Workbenches |
| 460 | AutoCad Software |
| 538 | Dual Monitor-Chris |
| 543 | Auto Cad Software |
| 546 | New Computer from EBS (Inv#15060) |
| 551 | New Computer-John Watson |
| 552 | New Computer-Bob White |
| 553 | Kamel Software for Server |
| 554 | New Desk-Bill Feree |
| 596 | Laptop for John Barr |
| 599 | Dell Computer w/UPS |
| 602 | Dell Computer |
| 603 | Hardware for Backup Computer |
| 604 | Router for Network |
| 605 | 42" x 12" Tall Upright Shelves |
| 606 | 2' x 20' Storage Containers for Omer Cloutier |
| 608 | Wireless System |
| 609 | Refrigerator For Shop |
| 620 | John - Computer |
| 623 | Mobile Security Computer Cabinet |
| 624 | Monitor/Mount for Lab |
| 629 | One Computer for John Barr in New Lab |
| 630 | 2 New Computers for JB Lab |
| 633 | APC Backup UPS |
| 637 | Rack & Cable for Lab |
| 638 | Smart 450V UPS System for Lab |
| 639 | Gigabit Switch for Lab |
| 641 | Custom Computer w/Image Capturing |
| 642 | Furniture for Lab |
| 645 | Power Supply for Lab |
| 646 | Workstation w/2 24"Monitors & 4 Terrabyte Server |
| 655 | Wireless System for Lab |
| 667 | Webcam |
| 670 | Fotosearch Stock Photography Graphics Software |
| 671 | Wasp Bar Code Scanner |
| 673 | MS Standard-220 VA Dell Smart UPS by APC |
| 674 | One OLG Win Smll Bus SV Std 2008 SNGl NL 5 CLT   Qualified |
| 675 | One OLP Win Small Bus Cal Ste 2008 SNGL 5 NL Uer Cal |
| 676 | One OLP Win Small Bus Cal Ste 2008 SNGL 20 NL User  Cal Qualified |
| 677 | ESSEN Exp Be Agt F Win Syss 12.5 Win P Svr Bndl Std Lic |
| 678 | Belkin Omni View Pro3 8 Port KVM Switch |
| 679 | IPAQ's For Metal Hardness Tester |
| 680 | Quad Core Xeon E5-420 Processor Computer System |

| | |
|---|---|
| 681 | Dell 4210 HD 42U  Rack with Doors |
| 682 | Linksys Wireless |
| 683 | Global Shop Wireless |
| 684 | New  Computer-Sandy |
| 685 | New Computer - CNC |
| 686 | Dell E209WFP 20  Inch Flat Panel Monitor |
| 687 | Adobe Acrobat 9 |
| 688 | Global Shop Wireless |
| 689 | Operating System for New Server |
| 708 | Server Purchased From Raxco Software |
| 709 | Computer System Purchased from Dell |
| 710 | Tool Crib Phone Sys |
| 711 | Dell Optiplex 760 (Inv XDDR95X75) |
| 712 | OLP Win SVR (Inv. No. XDCCNJ1X5) |
| 713 | Dell Quad Core Xeon X3363 Processor (Inv. XDCW5PDJ3) |
| 714 | Intel Pro 1000PT Dual Port Server Adapter (Order #861790651) |
| 715 | Electronic Door Operator (From Lunsford) |
| 716 | Dell Opti 360 Minitower (Inv XD9XDMJM2) |
| 717 | Dell Opti 360 Minitower (Inv XDCXDMJJ8) |
| 722 | Lawnmover/Weedeat er |
| 723 | Camera & Accessories for JB Lab |
| 724 | One Copy Microsoft Project Software for RLW (Hatch Project) |
| 725 | One copy Microsoft Project Software for RLW (Hatch Project) |
| 726 | New Dell Computer - Inv. XDKTM76M2 |
| 727 | TR-100-94836 48 x  36 Pressure Cabinet |
| 728 | Used Teardrop Pallet Rack |
| 738 | Blinds for Windows in Chris Williams New Office |
| 740 | Desk for Chris Williams New Office |
| 741 | Desk Chair - Chris Williams new Office |
| 742 | Lawn Tractor |
| 743 | Weight-Cal for John Barr |
| 745 | New Monitor |
| 747 | Scanner |
| 748 | Computer Monitor |
| 749 | Dell Computer System |
| 751 | Monitor For Shipping Office |
| 753 | Computer - Julio |
| 754 | 3 Hard Drives |
| 755 | Printer (Returned by Kelly) |
| 756 | New Desk for Julio (Lindsey's Office World) |
| 757 | Computer Racks for JB Lab |
| 758 | Apple IPAD - J. Watson |
| 759 | Xerox Printer - C. Williams |
| 762 | 4 Port Gigabit Secure VPN Router-Spray Coat Shop |
| 763 | MC1000-SFP Media  Converter |
| 764 | Mini GBIC Module for Any Standard Ethernet Switch |
| 765 | MC1000-SFP Media  Converter |
| 768 | Cross-Cut Paper Shredder (Accounting Office) |
| 818 | Phone - New Bldg |
| 819 | Videoconf. System |
| 823 | Camera Mounts |
| 826 | 6 Webcams-Sales Staff |
| 832 | Black IPAD |
| 834 | New Laptop - David Dunn |
| 835 | New 27" LCD  Monitor |
| 838 | HP LaserJet Pro P1606DN Printer |
| 839 | Neo-Flex Dual LCD Lift Stand |
| 840 | Two 22" Wide Screen Monitors |
| 841 | 28 Port SG 300-28P  Gigabit PoE Managed Switch |
| 842 | OptiPlex 280 Desktop w/Windows 7 |
| 843 | Verizon IPHONE |

| | | |
|---|---|---|
| 844 | 4 IPADS for Sales Team | |
| 845 | New Fax Machine - Sandy's Office | |
| 846 | HP OfficeJet 6500 Printer | |
| 852 | One Used Pallet Rack (42" x 10') | |
| 853 | One Used Pallet Rack (42" x 96") Uprights | |
| 854 | Furniture for GVC Dept | |
| 865 | Security Camera's From Tabob Enterprises | |
| 867 | Computer (K. Watson - moved to Reception Area) | |
| 890 | Executive Desk #1 | |
| 891 | Executive Desk #2 | |
| 892 | Executive Desk #3 | |
| 893 | Executive Chair #1 | |
| 894 | Executive Chair #2 | |
| 895 | Executive Chair #3 | |
| 896 | Mahogany File Cabinet | |
| 897 | 2  Black Guest Chairs | |
| 922 | Shelving for Lab | |
| 932 | MKG Display | |
| 933 | Trade Show Display | |
| 943 | Security Cameras & Equipment | |
| 949 | 2 Chairs for Trade Booth Displays | |
| 959 | Work Tables & Chairs from Floyd Webb Office Furniture | |
| 993 | Safe to Protect Leased Equipment | |
| 1,022 | Universal Clamping Device (John Barr) | |
| 1,027 | Buyout  - Shoretel Phone System | |
| 1,034 | Security Cameras & Setup (4627 Steffani Ln - Bob's Building) | |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Leasehold Improvements - Depreciation Schedule as of 09.30.2019 | |
| --- | --- |
| **Asset ID  Location** | **Description** |
| | 209  1890 Sofa, Royal Navy - Vinal Tufted |
| New building | |
| | 212  4 Barstools - 30" Metal/Black Vinyl |
| New building | |
| | 213  1 Lateral File  Cabinet - 2 drawer/Gray |
| New building | |
| | 214  6 Letter File  Cabinets - 4 Drawer/Gray |
| New building | |
| | 215  7 Legal File Cabinets  - 4 Drawer/Gray |
| New building | |
| | 216  2 Chairs - Faustinos Barrell  /Blue/Mahogany |
| New building | |
| | 217  Octagon Table - Mahogany |
| New building | |
| | 218  Desk - Right U  /Mahogany |
| New building | |
| | 219  Desk - Left U  /Mahogany |
| New building | |
| | 220  2 Hutches - Mahogany |
| New building | |
| | 222  10' DMI Conference Table/Mahogany |
| New building | |
| | 223  Desk - Exec. L  /Laminate Mahogany |
| New building | |
| | 224  3 DMI L Shape Promo /Mahogany |
| New building | |
| | 225  Bookcase 7' Global  /Mahogany |
| New building | |
| | 226  Wall table - DMI  /Mahogany |
| New building | |
| | 227  Bookcase - 30" Mahogany |
| New building | |
| | 228  Bookcase - 72" Mahogany |
| New building | |
| | 229  Desk L shape - Cherry top/charcoal base |
| New building | |
| | 230  20 Chairs - Fostinos  /Blue/Mahogany |
| New building | |
| | 231  3 Chairs - Troy Executive /Navy |
| New building | |
| | 233  Table Lamp |
| New building  240  1 Chair - Global Sennia Executive Leather /Blue | |
| New building  241  2 Chair-stands - Fabric Grey/Base Blue Gray | |
| New building  242  Sofa-stand - Fabric Grey/Base Blue Gray | |
| New building | |
| 243  New building | Coffee Table/Gray |
| | 244  2 End Tables - 25"x 25" /Gray |
| New building | |
| | 270  6 FT. Mahogony Exec Desk |
| | 272  Captain's Guest Chairs (2) |
| | 1,053  Fitness Room TV-1 |
| | 1,054  Fitness Room TV-2 |
| | 1,055  Fitness Room TV-3 |
| | 1,056  Fitness Room TV-4 |
| | 1,057  Fitness Room TV-5 |
| | 1,058  Fitness Room Laundry Equipment |
| | 1,059  Amplifier & Speaker |
| | 1,061  Fitness Room Equipment (From Fitness Unlimited) |
| | 1,075  Fitness Room Lockers |
| | 1,079  One Wall Mounted Smart HDTV |
| | 1,080  Scribe Mobile Marker Board 30" x 54" |
| | 1,096  Neon Lighting in Gym |
| | 1,099  Movable Marker Board |
| | 1,100  One Incline Lever Row - (SKU  PPL-940) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1,101 | Hammer Iso-LAT Bench Press Arm (Right & Left) | | | | | | | |
| 1,106 | Projector | | | | | | | |
| 1,112 | LCD Industrial Computer Cabinet - #1 | | | | | | | |
| 1,113 | LCD Industrial Computer Cabinet #2 | | | | | | | |
| 1,115 | Knoll Task Chair | | | | | | | |
| 1,124 | Dyson Airblade dB Hand Dryer | | | | | | | |
| 1,144 | Warehouse Rack | | | | | | | |
| 1,159 | New Gym Equipment  09/01/2017 from Peloton | | | | | | | |
| 1,172 | Linear Leg Press -  06/30/2019 | | | | | | | |
| 736 | A/C - Chris Williams New Office | | | | | | | |
| 737 | Buildout of Chris Williams New Office | | | | | | | |
| 739 | Door Lock for Chris Williams New Office | | | | | | | |
| 804 | Buildout Chris Office | | | | | | | |
| 827 | Epoxy Flooring - CNC Shop | | | | | | | |
| 855 | A/C Unit | | | | | | | |
| 1,131 | 4522 Steffani Lane (Land Purchase) | | | | | | | |
| 982 | Countertops for John Barr's lab | | | | | | | |
| 992 | Laminate Countertops and Installation | | | | | | | |
| 1,005 | 14 x 6+3 Cantilever Gate with Razor Wire | | | | | | | |
| 1,010 | Chain Link Fence around John's Parking Lot | | | | | | | |
| 1,017 | LC 6 Strand Multimode Custom Length 62.5/125 Fiber Optics for Lab | | | | | | | |
| 1,018 | 5Ton 460 Volt Rhem Unit A/C | | | | | | | |
| 1,028 | Restroom Remodel - 1st Bay | | | | | | | |
| 1,033 | Remodel & Make Ready 4506 Steffani Lane (Jason's  Building) | | | | | | | |
| 1,035 | Six Eubank 5 Ton Systems - Bob's Building | | | | | | | |
| 1,036 | One Eubank Unit - Bob's Building | | | | | | | |
| 1,037 | One Solid System Electrical Heat | | | | | | | |
| 1,038 | Alarm System - Bob's Building | | | | | | | |
| 1,039 | 4627 Steffani Lane (Bob's Building) | | | | | | | |
| 1,040 | Cabinets (4627 Steffani Lane) | | | | | | | |
| 1,041 | Two 12 x 12 Roll Up  Doors (4627 Steffani) | | | | | | | |
| 1,042 | One 12 x 12 Roll Up  Door (4627 Steffani Lane) | | | | | | | |
| 1,043 | One 20 x 18 Roll Up  Door (4627 Steffani Lane) | | | | | | | |
| 1,044 | 220' of 6+3 Chain  Link Fence (4627 Steffani) | | | | | | | |
| 1,060 | Amercan Standard 7 1/2 Ton System - Ball Grinding Dept | | | | | | | |
| 1,062 | New Asphalt Parking Lot | | | | | | | |
| 1,067 | Fabrication and Installation of Illuminated Building Sign for WGM | | | | | | | |
| 1,068 | Construction - Workout Room & Shower | | | | | | | |
| 1,069 | Construction Work to Connect and Extend Water Curtains | | | | | | | |
| 1,070 | A/C In Fitness Room | | | | | | | |
| 1,085 | CASCO A/C-1 | | | | | | | |
| 1,086 | CASCO A/C-2 | | | | | | | |
| 1,087 | CASCO A/C-3 | | | | | | | |
| 1,088 | CASCO A/C-4 | | | | | | | |
| 1,089 | CASCO A/C-5 | | | | | | | |
| 1,090 | CASCO A/C-6 | | | | | | | |
| 1,091 | CASCO A/C-7 | | | | | | | |
| 1,092 | CASCO A/C-8 | | | | | | | |
| 1,093 | Fabricate/Install 8' 9"  x 14' x 48" Fenced In Area for Thermal Spray Powder | | | | | | | |
| 1,094 | 3rd Bay Improvements | | | | | | | |
| 1,097 | Construction - Bathrooms in Gym | | | | | | | |
| 1,116 | 4th Bay A/C Unit | | | | | | | |
| 1,119 | Sidewalk - CNC Building | | | | | | | |
| 1,122 | Production Costs New Office (George & Robert) | | | | | | | |
| 1,139 | Air Conditioning Unit | | | | | | | |
| 1,140 | Air Conditioning Unit | | | | | | | |
| 1,141 | Fence for Area Behind Lab | | | | | | | |
| 1,145 | Coburns A/C | | | | | | | |
| 1,153 | New A/C - Rhem 13 Seer | | | | | | | |
| 1,154 | New Ductless 2 Ton System | | | | | | | |
| 1,155 | New A/C Unit for Coating Booth | | | | | | | |
| 1,156 | New A/C - 4th Bay | | | | | | | |
| 1,165 | 2 - 5 Ton 460 Volt 8 KW Heating | | | | | | | |
| 1,167 | Fence Around 2 AirConditioners | | | | | | | |
| 1,169 | 18 ft x 26 ft Concrete Slab for Holding Tanks | | | | | | | |
| 1,171 | First Bay A/C | 06/15/2019 | SL-FM | 10.0 | 3,231 | 3,231 | 107 | 107 | 3,124 | 3 |

| | | |
|---|---|---|
| | 164 | Leasehold Improvements - Slab |
| | 165 | Leasehold Improvements - Slab |
| | 166 | Leasehold Improvements - Elec |
| | 167 | Leasehold Improvements - Elec |
| | 168 | Wiring |
| | 169 | Office Remodeling |
| | 170 | Office Remodeling |
| | 171 | Office Remodeling |
| | 172 | Office Remodeling |
| | 173 | Parking Lot Improvement |
| | 174 | Office Remodeling |
| | 175 | Office Remodeling |
| | 176 | Office Remodeling |
| | 177 | Welding Shop Addition |
| | 178 | Conference Room Remodeling |
| | 179 | Air Compressor - Office & Shop |
| | 180 | A/C Duct Work - Shop & Main Offices |
| | 182 | Land Survey Cost |
| | 195 | Portable Storage Building #1 |
| | 197 | Building |
| | 200 | Portable Storage Building #2 |
| | 234 | Blinds - New Office |

New building

| | 235 | Various Cabinets and Counter Tops |

236  2 Pass-thru  03/08/2001 Countertops  New building
237  Bathroom cabinets &  03/09/2001 vanity doors  New building
238  Restroom FRP  03/09/2001  New building
251  Parking Lot  05/02/2001
Improvement -  added crushed rock  Subleased Property

| | | |
|---|---|---|
| 256 | | Sprinkler System |
| 260 | | Land Survey Costs |
| | | (Tax Asset) |
| 308 | | Air Conditioner for |

Shop Area

| | | |
|---|---|---|
| | | Shop |
| 312 | | 2nd A/C for Shop |
| 333 | | Two Roll Up Doors |
| | | w/Wind Lock |
| 355 | | 2 ICP Packaged A/C |
| | | Units |
| | 356 | Rolling Bay Doors for Main Shop w/Plastic Covers |
| | 357 | 2005 Large Part Spray Shop |
| | 358 | Improvement to Old Shop |
| | 365 | Upper Offices |
| | 371 | New Duct Work in Shop |
| | 372 | A/C Unit |
| | 381 | A/C Unit |
| | 385 | Five Ton A/C Unit |
| | 386 | Duct Work - Upper Offices |
| | 421 | Electrical Work - New Building |
| | 422 | Restrooms - New Building |
| | 423 | Six A/C Unit Frames |
| | 424 | Plumbing - New Building |
| | 425 | HVAC Air  Conditioner - New Building |
| | 426 | Alarm System - New Building |
| | 427 | Fence Around New Building |
| | 428 | Landscaping for New Building |
| | 432 | A/C Units-New Building |
| | 433 | Insulation-New Building |
| | 434 | Centerpoint Energy Electrical Pole |
| | 447 | New Office in New Building |
| | 455 | Sidewalks & Curbs - New Building Area |
| | 456 | Concrete Parking Area - New Building |
| | 457 | Landscaping - New Building |
| | 458 | A/C New Building |
| | 462 | Concrete Slab for Crane |

| | |
|---|---|
| 463 | Transformers for Machines in new Building |
| 470 | Iron Fence Along Sidewalk |
| 473 | Turf for New Building |
| 474 | 10 ton a/c unit for new building |
| 480 | 8 Tap Transformer |
| 494 | One 3 Ton A/C |
| 495 | One 3 Ton A/C |
| 496 | One 3 Ton A/C |
| 497 | One 3 Ton A/C |
| 510 | Ductwork Changes to Accomodate New A/C Units |
| 531 | 3 New A/C Units |
| 556 | New Office |
| 557 | Roll-Up Slot Door |
| 558 | New Cabinetry for Shop |
| 559 | Chain Link Fence |
| 560 | 5 Ton A/C Unit - 1 of 4 |
| 561 | 5 Ton A/C Unit - 2 or 4 |
| 562 | 5 Ton A/C Unit - 3 of 4 |
| 563 | 5 Ton A/C Unit- 4 of  4 |
| 564 | Countertop for New Office |
| 568 | Hot Water Heater |
| 569 | A/C Unit |
| 570 | 3 Ton A/C Unit |
| 571 | 25 Ton A/C Unit |
| 588 | Electrical Work on Gus' Shop |
| 589 | New Office in NC Shop |
| 591 | Construction to Obtain OCC Permit |
| 618 | Three Eye Wash Stations |
| 619 | Installation of Safey Guardrails |
| 621 | Phone cabling for leased phone system |
| 622 | DeHumidifier for Lab |
| 625 | Sign For Lab |
| 627 | Construction - New Lab for JB |
| 631 | Construction - Gus' Shop |
| 632 | PSLIP TOP w/#15  Sink |
| 650 | Construction - New Space in Valve Shop |
| 653 | Installation of Machine Safety Guards |
| 656 | Laminate Coutertops and Cabinets for Lab |
| 657 | Sliding Shelves in Lab |
| 658 | Installation of Laminate in Drawer Facings |
| 659 | Alarm System |
| 660 | Ventilation System for Lab |
| 661 | Sink for JB Lab |
| 698 | Robot & Dust Collector Bldg Imp - Tax - Sec 1033 - #516, 528, 532, 536,   542 |
| 700 | Capitalized Legal - Bldg (Tax Asset) |
| 701 | Capitalized Legal - Bldg (Tx Asset) |
| 702 | Capitalized Legal - Bldg (Tax Asset) |
| 703 | Capitalized Legal - Bldg (Tax Asset) |
| 704 | Capitalized Legal - Bldg (Tax Asset) |
| 705 | Two 4 piece Machine Guards for Blanchers |
| 706 | Two Machine  Guards (one for each Ball Lapper w/Bearings) |
| 707 | Back Splash Cover for Springfield |
| 719 | Tool Crib |
| 721 | Laminate Countertop for JB Lab |
| 735 | Tool Room Door, Locks, Etc. |
| 750 | Chain Link/Barb Wire Fence |
| 770 | Building - Automation Plus |
| 771 | Bldg - Automation Plus - Eqpt Support |
| 772 | Sidewalks/Paving - Automation Plus |
| 773 | ADA Ramp |
| 795 | Electrical Pole |
| 796 | Building - Other Vendors |
| 797 | Ducts/Hoods (Diamond) |
| 798 | Eqpt Piping (Firestone Div) |
| 800 | Ducts/Dust Collect (Process) |
| 802 | Signs/Banner |

| | |
|---|---|
| 803 | Fire Lockbox |
| 805 | Cabling |
| 806 | A/C Lab |
| 807 | Landscaping |
| 808 | Security System |
| 825 | External Hard Drive for CNC Shop |
| 828 | Epoxy Flooring - New Shop |
| 863 | New Pipeline for building |
| 870 | 10 Ton Air-Handle w/26KW Electric Heating and Spriral Pipes |
| 872 | Electrical Work - Spray Coat Bldg |
| 885 | New Maintenance Building |
| 886 | Room Addition in New Building |
| 887 | Install New Electrical Panel, Wire, Breaker |
| 888 | Install Fiber Optic Conduit Under Road from Building to Building |
| 889 | New Pack Unit 460 Vol. 3 Trace R-22 A/C System |
| 918 | A/C Unit - Model #24BB360A0045201  0; Serial #0412E04515 |
| 919 | A/C Unit - Model #24BB260A0052010  - Serial #0412E04511 |
| 935 | Doors for New Robotic Room |
| 941 | Lab Addition |
| 942 | Roofing for Lab Addition |
| 945 | Buildout of Area Next to Carpentry &Maintenance Area |
| 946 | Overhead Door in Carpentry Area |
| 947 | Buildout of Carpentry & Maintenance Area |
| 957 | Eubank 5 Ton A/C Unit from AX AirConditioning & Heating for New Building |
| 958 | Eubank 5 Ton A/C Unit from AX Aircontioning & Heating for New Building |
| 971 | Blast Room (From Canfield & Joseph, Inc) |
| 973 | Buildout of Cabinets outside of JB's Lab |
| 1,104 | Remove & Install a new Overhead Garage Door |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Machinery & Equipment - Depreciation Schedule as of 09.30.2019 | |
|---|---|
| Asset ID  Location | Description |
| 511 | 2006 TCM FG25T7 |
| | FORKLIFT |
| 512 | 2006 TCM FG25T7 |
| | FORKLIFT |
| 994 | Capitalization of |
| | Leased Equipment |
| | (Faro Equipment) |
| 995 | Hall Flowmeter |
| | AS-300 |
| 996 | 30" Seat Table |
| | w/Explosion Proof |
| | 3ph 480v motor |
| 997 | 30' Seat Table |
| | w/Explosion Proof 3 |
| | ph 480v Motor |
| 998 | Doosan Infractore MYNX 5400 |
| 999 | 2-Ton Base Mount Jib Crane |
| 1,001 | Lathe |
| 1,002 | JB Lab Equipment from Sandelius |
| 1,003 | Tool Holder Base |
| 1,004 | AT-1200 Powder Feeder |
| 1,006 | JLG Scissor Lift Model JLG:2033E3 |
| 1,009 | ROMI M27 x 80  (Purchased from LNS Turbo, Inc.) |
| 1,011 | Renu Gibbs 3D Mill & Lathe |
| 1,012 | T Portable Fune Extractor w/Tracker Arm |
| 1,013 | HF2000 Hi Freq Unit (Used) from Universal Thermal Services |
| 1,014 | 1WD78 Air  Compressor from Grainger |
| 1,015 | 1/2" Plate Parts and Drain Tank for Blancher Machine |
| 1,016 | Used Plasma Extension |
| 1,019 | Golf Cart Purchased from Jeff Hubbard |
| 1,029 | 6 Station Seat Table w/Explosion Proof Drive Motor and Gearbox |
| 1,031 | Golf Car (Golf Cars of Katy) |
| 1,032 | Springfield Grinder w/Slide Curtains & Fabrications |
| 1,045 | 27" x 2–" Ryazan Model 1M63N Heavy Duty Engine Lathe S/N 3909 |
| 1,046 | Cincinnati Plain OD Grinder from Bardons & Oliver (Bob's Bldg) |
| 1,047 | 5 Ton Bldg Rail Crane (Bob's Building) |
| 1,048 | 48" x 72" Cincinnati Plain Cylindrical Grinder (S/N  51G-794266-1)  Stock #11302 |
| 1,049 | Overhead Crane, Top Riding, Single Girder, Electric, Individual Drive (AAA Used Cranes) |
| 1,050 | Used 42" Blanchard  No. 18-42 Rotary Surface Grinder (S/N 7014, MFD 1952, ID  14461) |
| 1,051 | Acer Ultima Milling Machine (Rex Supply Co) |
| 1,063 | Plasma System Cutmaster |
| 1,064 | Forklift Parts (Engine, Core, Ring Gear) |
| 1,065 | ACH Welding Machine w/2" Round Bumper |
| 1,066 | 24 X 240 Cincinnati Plain Roll Grinder |
| 1,071 | Overhead Crane in Bob's Building |
| 1,072 | Jib Crane in Bob's Building |
| 1,073 | 4th Bay Grinding Station |
| 1,074 | Jib Crane |
| 1,081 | MAX-EF-24-1 24"  Exhaust Fan With 1 HP/3PH TEFC Motor |
| 1,082 | Rebuild 18" x 60" Magnetic Chuck |
| 1,083 | Fabricate/Install Galvanized Grating for Booths 2, 4 and 6 |
| 1,084 | DP716S00188SC11 DP700 16 x 188   Lathe Dro Package |
| 1,095 | Superline DC/SPL Motor (Ser. #W2091700V) |
| 1,108 | AccuScan XE200i 2 Probe Inspection System |
| 1,109 | Fabricate/Install 3 Galvanized Bar Grating for Spray Booth |
| 1,110 | Safety Guards (Ferndale Machinery) |
| 1,117 | 48" Spitfire Lapping Machine |
| 1,118 | Computer Unit - Coating Dept |
| 1,123 | New Motor |
| 1,126 | Cabinet |
| 1,127 | Miller Multimatic 200 |
| 1,128 | ROMI M27 x 80 RH  Rear Machine |

| | | |
|---|---|---|
| | 1,130 | Pump Booster (3/4 Horsepower,  208-230/460V) |
| | 1,132 | Optima Model OP-900B |
| | 1,133 | Tripp Lite SRCOOL12K  Portable Cooling/Air Conditioner Stand Alone |
| | 1,134 | Tool & Cutter Cincinnati Grinder |
| | 1,135 | Cabinet Style Dust Collector |
| | 1,136 | Machinery Computer Unit |
| | 1,142 | Varco Lapping Table |
| | 1,143 | Mattison Hydraulic Grinder |
| | 1,146 | Johnson Elec - Cost to get Grinders up and running |
| | 1,147 | Weiler E70X3000 CNC Flat Bed Teach Lathe |
| | 1,148 | CNC Hollow Spindle Lathe, Weiler 28" x 118" MDL, E70x3000 |
| | 1,149 | Electric Chain Hoist |
| | 1,150 | Hyundai 2.4L Eng; Maximal  FL25T-MWF3 Forklift |
| | 1,157 | New Cooling Tower |
| | 1,158 | Equipment for New Cooling Tower |
| | 1,162 | Commercial Generator (Model SD100 100KW 480V) |
| | 1,163 | Air-Compressor (From Relevant Solutions) |
| | 1,166 | ROMI Chip Converter |
| | 1,168 | Capitalized Repair Costs on Air Compressor |
| | 1,170 | Vanta M Series Handheld XRF Analyzer |
| | 1,173 | Mobile Device to Control Spray Booth Robots |
| 81  17" Mazak Lathe | | |
| | 92 | Computer Tape Lathe |
| | 93 | 30" Comparaitor |
| | 94 | Worthington Air Comp |
| | 96 | Tape Lathe |
| | 98 | MC Lathe |
| | 106 | 20" x 120 Grinder |
| | 108 | Lathe #2900-25 25x12 |
| | 109 | 10 x 48 Cinn Grinder |
| | 110 | 10 x 72 Cinn OD Grinder |
| | 112 | Ball Lapping Machine |
| | 113 | 2 Super Spacers |
| | 114 | B7099059 Hurco Milling Machine |
| | 117 | Micro Hardness Tester SN 1284 |
| | 119 | Bowen 36DP Pressure Blast/Cabinet |
| | 120 | Mattison 16X60 Grinder |
| | 123 | Shapr Eng Lathe MDL 1780K |
| | 124 | SB-103 Water Wash Spray Booth |
| | 126 | Shelving (Transfer from Furn & Fix) |
| | 127 | WE 6-7-T Spray Booth |
| | 128 | 1955 Bullard Grinder |
| | 129 | New TCM Forklift |
| | 132 | 26x96 Enging Lathe |
| | 133 | Digital Read Out System |
| | 134 | Carlton Radial Drill PRess |
| | 135 | 10' Servo Rotary Table -HS |
| | 136 | Ramco Monoset Tool/Grinder |
| | 137 | Cincinnati Tool/Grinder |
| | 138 | Cincinnati Grinder |
| | 139 | Plasma Spray SG-100 System |
| | 140 | Control Cable for Plasma System |
| | 141 | Hopper for Plasma System |
| | 142 | New Wafum Engine Lathe |
| | 143 | 2086A-24 Gun,  Plasma |
| | 144 | L16-9KW Explosion Proof Vaporizer |
| | 145 | 24" 4JAW   Cuashman M16-16S |
| | 146 | 12" Bore Lodge & Shipley Headstock |
| | 147 | Cincinnati OD Grinder #3P2DIP-10 |
| | 148 | Heald Grinder Model 272 |
| | 149 | Garnder Rotary Screw Air Compressor |
| | 150 | Jib Crane |
| | 152 | Blanchard Surface Grinder |
| | 153 | "Cool One" Water Recirculator |

| | | |
|---|---|---|
| | 154 | 14" SVGA Samtron Monitor (Jason) |
| | 155 | Ball Honing Machine |
| | 156 | No-Pump Water Wash Paint Booth |
| | 157 | Victor Heavy Duty Lathe |
| | 158 | Victor Lathe |
| | 159 | Blanchard Grinder 5487 Model 18 |
| | 160 | Ball Buffer - D77887 |
| | 161 | WAFUM TUR-630A  Lathe (Including Sec 179) |
| | 162 | One Used 21"x120" Plan Cyc Grinder |
| | 183 | New Equipment |
| | 185 | 26" Toolmex-Wafum  Lathe with 6.6" Spindle Bore |
| | 188 | One Used Cincinnati Grinder |
| | 189 | 9" x 49" VB 3HP  STD Mill 150 Torq |
| | 190 | Lodge & Shipley Engine Lathe |
| | 192 | Newell Lathe w/26" & 120" scale assembly |
| | 193 | Used 15" 4-Jaw Chuck w/Top Jaws Solid Steel |
| | 194 | Rack Pinion Shaft for Clausing Enging Lathe |
| | 196 | Caterpillar Lift Truck (Leased) |
| | 198 | Kabelschlepp Steel Cable Conveyor |
| | 203 | 6 Abell-Howe Jib  Cranes, 1 Ton 360 FPM 12x12 |
| | 204 | 6 Electric Chain Hoists 1 Ton w/10' Lift |
| | 205 | Cable Assembly Pushbutton 6 Ft 3 Cond |
| | 206 | Computer  System-1/FD/64M operates cutting machine |
| | 232 | Security Monitoring System |
| New building | | |
| | 247 | Ooya 8'-0" Radial Arm Drilling Machine  - Used |
| | 248 | Cincinnati-Milacron "Monoset" Tool & Cuter Grinder |
| | 249 | Savage 60 Ton Hydraulic Straightening Press -  Used |
| | 252 | Used Jib Crane |
| | 254 | 3 - 15" Engine Lathes |
| | 255 | 20' Steel D/V Container |
| | 258 | 25' Flag Pole |
| | 259 | 25' Flag Pole |
| | 261 | Used Acra Mill Model 4V1 |
| | 277 | Used Syncrowave 250 Tig Runner |
| Shop | | |
| | 281 | New Drill |
| | 282 | New Drill |
| | 283 | New Drill |
| | 284 | One O/D Grinder |
| | 285 | One O/D Grinder |
| | 286 | Industrial Drill Press |
| | 292 | Impact Wrench & Console for Shop |
| | 297 | Used Kingston Lathe From Pinales |
| | 298 | One Bridgeport Mill |
| | 299 | Springfield Verticle Grinder |
| | 306 | Naxos Union Grinder |
| | 314 | Used Lathe Profit Master 16" x 60" CTS. |
| | 315 | One ACM  TA-2A-53344-1S |
| | 324 | YUASA 8" Super Accu-Dex |
| | 327 | Grainger Air Compressor |
| | 329 | Bass Jaw Chuck 10" Set-True 6 |
| | 330 | 16" D1-8 Set True Adapter |
| | 331 | 16" Set-True 6 Jam Chuck |
| | 332 | 16" D-8 Back Plate |
| | 335 | ROH 63662 175  5MT Bull Nose Center |
| | 336 | ROY 10983 5MT 8  1/4 Bull HD Live Ctr |
| | 337 | Rex Supply Machine for Ship |
| | 344 | 16" 4JAW Chuck |
| | 345 | 28-54" O/D Mandrell Mike |
| | 346 | 1 Ton Jib Crane |
| | 347 | 1 Ton Jib Crane |
| | 348 | 2nd ROMI Machine w/Attachments |
| | 349 | Riten 5MT Live Center Heavy Duty |

| | | |
|---|---|---|
| | 350 | 1/2 CYD Hopper w/4" Steel Cast |
| | 351 | Acermill Lathe w/Attachments |
| | 352 | 2002 PS100 Plasma Spray System (Large Shop) |
| | 353 | 1985 21x96  Leblonde Engine Lathe |
| | 354 | 78 Nebel Lathe |
| | 359 | Building to House Coating Equipment |
| | 363 | Lateral Weight Machine |
| | 364 | 2 Shavings Hoppers |
| | 366 | 16x60 Summit Lathe |
| | 374 | Heald ID Grinder |
| | 375 | New Romi Machine |
| | 376 | Band Saw |
| | 377 | New HAAS Machine |
| | 380 | Cincinnati Monosets |
| | 382 | Fabcorp Hoppers |
| | 384 | Rex Supply Co. Band Saw |
| | 390 | New Fan for Shop |
| | 392 | 3 Thickness Testers |
| | 393 | 274 Heald Universal MDL Grinder |
| | 394 | Carlton Radial Drill |
| | 401 | Innov-X Machinery |
| | 403 | Alpha 4" 150# Body |
| | 404 | Alpha 4" 150# End Piece |
| | 405 | Alpha 3" 150# Body |
| | 406 | Alpha 3" 150# End Piece |
| | 407 | Alpha Pattern WV0356 |
| | 408 | Alpha Pattern WV0357 |
| | 410 | Dunns Roll Frame Press |
| | 415 | Rex Romi G50 |
| | 416 | Rex Romi M27x80 |
| | 417 | Rex Romi M27x120 |
| | 430 | Myfran Chip Conveyor |
| | 435 | Air Compressor |
| | 436 | Monett Pattern-Inv 48506 |
| | 437 | Monett Pattern - Inv 48507 |
| | 439 | One 4500 Gage |
| | 440 | One 4500 Gage |
| | 441 | One 4500 Gage |
| | 446 | ROMI EC1600 |
| | 452 | Foam Shipping Equipment from Sealed Air |
| | 453 | 3 Pallet Jacks froms Warehouse Rack |
| | 454 | Scissor Lift |
| | 461 | Giant Fan in New Building |
| | 465 | Dunn Valve Tester |
| | 466 | HH245C4-2 Hopper |
| | 467 | Birmingham 9 x 49 Mill |
| | 468 | RL 65 x 35814  Steady Rest |
| | 469 | CFM Body Casting |
| | 471 | FEMCO WVL-12 |
| | 472 | Engine Lathe |
| | 475 | Fabcorp Hopper #1 |
| | 476 | Fabcorp Hopper #2 |
| | 477 | Fabcorp Hopper #3 |
| | 478 | Fabcorp Hopper #4 |
| | 479 | Fabcorp Hopper #5 |
| | 483 | Chuck for Romi M27 |
| | 484 | 25" Jaw Chuck |
| | 485 | Steady Rests and Rollers for Romi 27" |
| | 486 | 4ZX17 Crane |
| | 487 | 4zx29 Crane |
| | 488 | One Ton Jib Crane |
| | 489 | Combo Hammer |
| | 491 | Spray Booth |
| | 492 | Mohawk Machinery |

| | | |
|---|---|---|
| | 493 | Mohawk Machinery |
| | 498 | One 4Zx17 Crane |
| | 499 | One 4Zx17 Crane |
| | 500 | One 4Zx17 Crane |
| | 502 | Fanuc P-100 Robotic Arms |
| | 503 | Spray System for New Shop |
| | 504 | Norton Equipment- SN 24716 |
| | 505 | Norton Equipment - SN 23697 |
| | 506 | Automation Plus Machinery |
| | 507 | EC-1600HMC64X40  Machinery |
| | 509 | Drum Roll Attachment for Forklift |
| | 513 | Radial Arm |
| | 514 | One Norton Grinder |
| | 515 | One Norton Grinder |
| | 519 | Spray Booth |
| | 521 | New Spray System |
| | 523 | Cincinnati Monoset 2D105A93 |
| | 524 | Cincinnati Monoset 3152A0174-0060 |
| | 525 | 20x80 Summit Lathe |
| | 527 | 21x60 Kingston Lathe |
| | 539 | Powder Hopper |
| | 541 | Crane Cart |
| | 544 | One 105 x 72 Drain Pan |
| | 545 | One 84 x 66 Drain pan |
| | 547 | One LeBlond Lathe |
| | 548 | One Crane |
| | 549 | One Crane |
| | 550 | Spray Booth #8 |
| | 555 | Machine Guard for Lathe |
| | 565 | Adobe Caterpillar |
| | 566 | Repairs on Cincinnati Grinder |
| | 580 | 1st Machine Cover for Spray Booth |
| | 583 | 1st Machine Panel for Spray Booth |
| | 590 | Acer Ultima Milling Machine |
| | 610 | Blast Cabinet |
| | 611 | One Ton Jib Crane |
| | 612 | Altair 4, Portable Gas Detector |
| | 613 | Blast Cabinet |
| | 614 | Portable Welder |
| | 615 | Water Recovery Unit |
| | 616 | Air Flow Meter |
| | 617 | 24" Shop Fan |
| | 626 | Air Compressor for JB Lab |
| | 628 | CitoVac w/Vacuum Pump for JB Lab |
| | 634 | Balance (Scale) for JB Lab |
| | 635 | Fiberglass Blower for JB Lab |
| | 636 | Hardness Tester for New Lab |
| | 640 | Cabinet, Quiet Assy 110V for Lab |
| | 643 | Balston Membrane Dryer w/Mounting Bracket |
| | 644 | Water System for Lab |
| | 647 | Model 5155 Dual Abraser-Lab |
| | 648 | Wheel Refacer & Wheel Set |
| | 649 | Tensice Machine/Software/Fi xtures - Lab |
| | 651 | 100 HP  Ingersoll-Rand Air Compressor |
| | 652 | Jimmy's Spray Booth |
| | 662 | Model 1110AJ-10K  Load Cell Calibration Kit |
| | 663 | 100 LBS Load Cell |
| | 664 | Black Core Toplab Water filtration system |
| | 665 | PSLIP CFG Acid  Base Unit |
| | 666 | Sensor Conditioner Channel |
| | 668 | PSLIP CFG solv Base Unit |
| | 669 | Custom Labconco Hood |
| | 690 | Kurt Webb Power Drawbar |
| | 691 | Dehumidifier |

| | | |
|---|---|---|
| | 692 | Dryer-Refrigerated Air |
| | 693 | Large Grit Blast Room (Tax Asset - Sec 1033 - Fr Asset 517) |
| | 694 | Robot #2 - (Tax Asset Sec 1033 - From  Asset 578) |
| | 695 | Donaldson Dust Collecter (Tax Asset   - Reinstate #520) |
| | 696 | 1000 Gallon Storage Tank (Tax - Reinstate 586) |
| | 697 | T85i Cooling Tower (Tax - Reinstate #595) |
| | 699 | Addition to Spray Booth #519 (Tax Asset) |
| | 718 | GT3C-Accuraspray Unit (Tecnar Automation; PO 0009670-00) |
| | 720 | Industrial Oven for JB Lab |
| | 729 | Watson Booth #5 |
| | 730 | Watson Booth #6 |
| | 731 | ABB IRB4400L  Robot SRC 4 Robot Controller |
| | 732 | Watson Booth #1 |
| | 733 | Add On's for Spray Booth |
| | 734 | Bass Tool & Supply Equipment |
| | 744 | Accessories for Excellence Plus Balance Scale |
| | 746 | Triner Scale |
| | 760 | Clemco Grit Blast Cabinet |
| | 774 | 8 Robots - Automation Plus |
| | 775 | M6 FANUC Robot |
| | 776 | Air Receiver Tank |
| | 777 | Water Wash Booth Install |
| | 778 | Jet Booster Pumps (9) |
| | 779 | Gantry Robot |
| | 780 | Valves/Controllers Booth 1 |
| | 781 | Valves/Controllers Booth 2 |
| | 782 | Valves/Controllers Booth 3 |
| | 783 | Valves/Controllers Booth 4 |
| | 784 | Valves/Controllers Booth 5 |
| | 785 | Valves/Controllers Booth 6 |
| | 786 | Valves/Controllers Booth 7 |
| | 787 | Valves/Controllers Booth 8 |
| | 788 | Gas Contol System |
| | 789 | Powder Control System |
| | 790 | Gas Line Assembly |
| | 791 | Powder Line Assembly |
| | 792 | Flow Controllers |
| | 793 | Audible Alarm System |
| | 794 | Flat Work Table |
| | 799 | Spray Booth Door |
| | 801 | Building Signs |
| | 809 | Electric Cabinet Oven |
| | 810 | Refrigerated Dryer |
| | 811 | Battery Back Up |
| | 812 | One-Way Opt-S |
| | 813 | Shadowgraph |
| | 814 | Silencers |
| | 815 | Abrapol-10 (Barr) |
| | 816 | Polishing System (Barr) |
| | 817 | Saw-Duramin (Barr) |
| | 829 | SG 100 Gun |
| | 830 | Torque Wrench |
| | 848 | EPOCH 600 Digital Ultrasonic Flaw Detector |
| | 849 | Blanchard 36" Chuck (Used) |
| | 850 | Thermal Spray Connections |
| | 858 | Water Softener System |
| | 859 | Water Damper System |
| | 860 | Monarch Lathe 20" * 54" serial #41259 |
| | 861 | Riten 5 mt Live Center |
| | 862 | Mandrel Assy MC-25 |
| | 864 | Haas Vertical Machining Center, 120" *40"*30"(xyz)   geared head |
| | 869 | Rotary Table |
| | 871 | 11 x 12 Metal Building for Storage Tanks |
| | 873 | Red Head Spindle |

| | |
|---|---|
| 875 | Attachment to Late purchased in June 2011 (See Asset No.   864) |
| 876 | 8 x 4 x 3/16" RECT  Tubing Fork |
| 884 | CDF Grinder |
| 903 | FEMCO VL-12 Cat  50 Turning/Facing Tool Holders |
| 916 | Used Cincinnati Monoset MDL Tool & Cutter Grinder |
| 917 | Doosan Infracore PUMA 400B W/OiTD  Control (SN ML0126-004580) |
| 920 | ElecChain Hoist 1T, 10ft, 16/5fpm, 460V |
| 921 | CDF Grinder |
| 927 | Elec Chain Hoist 1 T 10ftr Lift 16fp & Container Chain for 1/2 1 & 2T |
| 928 | PUMA CNC Add On |
| 934 | Water Curtain |
| 936 | Polishing Robot - located in Ball Dept |
| 937 | Robot Booths |
| 938 | 6 Station Seat Table |
| 939 | Testing Bench & Crane Rail |
| 940 | Robotic Spray Booth |
| 951 | Calibration Weights |
| 952 | Scale for JB's Lab |
| 960 | Crane from ProservCrane Group |
| 961 | Large Used Compressor-Screw Electra Saver II 100 HP from Danmar Industries |
| 962 | RJH Remote JOG Handle  & Parts |
| 963 | Bison Heavy Duty  15.75 Chuck from Associated Machine Tool Tech |
| 964 | 4NMH9 Air Cryer, Refrigerated, 800 CFM From Grainger |
| 969 | Doosan Infracore MYNX 5400 CNC  Lathe From Associated Machine Tool Tech |
| 970 | Precision Balance For JB Lab (From Mettler Toledo) |
| 972 | Harrington 1-TON Push/Pull Crane |
| 974 | Acer Ultima Milling Machine From Rex Supply Co |
| 975 | Acer Ultima Milling Machine (From Rex Supply Co.) |
| 976 | 2008 Golf Cart |
| 977 | Sieve Rack for 10 Sieves from Retsch |
| 978 | Analytical Sieve Shaker AS200 TAP 12V 640HZ Set from Retsch |
| 979 | Ultrasonic Cleaner |
| 980 | Sample Splitter RT6.5 with 12 Slots 6.3MM from Retsch |
| 981 | AMTTECH  Equipment |
| 1,102 | 10" Optical Flat Van Keuren |
| 1,103 | Edge (E09051210327)  Equipment from FARO |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Software - Depreciation Schedule as of 09.30.2019 | |
| --- | --- |
| **Asset ID   Location** | **Description** |
| 395 | Global Solutions Software |
| 572 | Master Cam Upgrade Software for Lathe |
| 573 | Microsoft Office & Outlook Upgrade -all Computers |
| 574 | Global Shop 5 User License |
| 593 | Autodesk Inventor Suite 2009 Software |
| 598 | ACT Software from Cornerstone |
| 672 | Windows Vista Business Software w/SP 1 |
| 752 | Axis Parameter Software from Yaskawa |
| 766 | Cisco Software/License |
| 767 | Backup Software |
| 820 | Autodesk Software-Ron Rayman |
| 821 | Autodesk  Software-Bob White |
| 833 | Project Standard 2010 Software |
| 836 | Microsoft Access 2010 (DVD Version) |
| 837 | Crystal Report Software |
| 847 | My Passport Software |
| 856 | ECAD Software |
| 866 | Adobe Creative Suite  5.5 Master Collection for Windows |
| 878 | Kamel Software-Fast Look Plus 2009 |
| 879 | Vault Professional 2012 New ACE   Software (2) |
| 880 | Mathcad Professional Software |
| 882 | Video Courseware Training Software |
| 944 | Quality Control Software Update |
| 985 | Quality Control Software Enhancements |
| 986 | Quality Control Software Enhancements |
| 987 | Microsoft Sofware |
|  | Licensing |
| 988 | VM Software |
|  | Licensing |
| 1,007 | Quality Control |
|  | Software Upgrades |
| 1,020 | Product Design Suite |
|  | 2014 Upgrade |
| 1,021 | Vault Professional |
|  | 2014 |
| 1,098 | Axiovision Software |
|  | Purchased from |
|  | John Barr |
| 1,105 | Axio Vision Software |
|  | Upgrade |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Vehicles - Depreciation Schedule as of 09.30.2019 | | |
|---|---|---|
| Asset ID | Location | Description |
| 293 | | 2001 Ford Truck |
| 874 | | 2006 GMC Truck (Diesel) & Accessories |
| 1,151 | | Used 2010 Crown Victoria (1FAB7BV9AX11169 3) |
| 1,152 | | Used 2010 Crown Victoria (2FABP7BV0AX140 144) |

NOTE: Asset schedules have been derived from 09/30/2019 fixed asset depreciation schedules. Net asset values cannot be readily determined as of the current date. Whereas the existence and or condition of assets cannot be determined through physical inspection and or inventory and whereas net realizable asset values may be determined through proceeds of insurance settlement it is deemed for the purposes of this schedule that the net asset value as of the current date is unknown.

| Fill in this information to identify the case: |
|---|

Debtor name   **Watson Grinding & Manufacturing Co.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-30967**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

---

**2.1  Cypress-Fairbanks ISD Tax**
Creditor's Name

**10494 Jones Road**
**Suite 106**
**Houston, TX 77065**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Accrued 2020**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|

Describe the lien
**Property Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.2  Harris County et al**
Creditor's Name

**Tax Assessor-Collector**
**PO Box 4622**
**Houston, TX 77210**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

| Describe debtor's property that is subject to a lien **2019 Property Tax, plus 2020 accrued.** | $218,120.00 | $0.00 |
|---|---|---|

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Debtor **Watson Grinding & Manufacturing Co.**
Name

Case number (if known) **20-30967**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| 2.3 | **Texas Capital Bank** | Describe debtor's property that is subject to a lien | $3,000,000.00 | Unknown |

**Texas Capital Bank**
Creditor's Name

**1330 Post Oak Blvd**
**Suite 100**
**Houston, TX 77056**
Creditor's mailing address

**cody.cannon@texascapital**
**bank.com**
Creditor's email address, if known

**Date debt was incurred**
**October 25, 2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Cash, Accounts Receivable, Inventory, Equipment, Chattel Paper, and Other Collateral**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,000,000.00          Unknown

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,218,120.00 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Timothy Million** **NEED ADDRESS FROM MSL** | Line  **2.3** | |

**Fill in this information to identify the case:**

Debtor name **Watson Grinding & Manufacturing Co.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-30967**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$5,400.00** | **$5,400.00** |

2.1  Priority creditor's name and mailing address
**Christopher Estrada**
**9815 Knoboak Dr**
**Houston, TX 77080**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Total claim **$5,400.00**   Priority amount **$5,400.00**

2.2  Priority creditor's name and mailing address
**Francisco Regla**
**20535 Cocoplum Dr.**
**Katy, TX 77449**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Total claim **$2,520.00**   Priority amount **$2,520.00**

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,923.09** | **$3,923.09** |
|---|---|---|---|---|

**George Contreras**
**4218 Taverns Corner**
**Houston, TX 77084**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Harris County**
**c/o Environmental Practice Group**
**Harris County Attorney Office**
**1019 Congress Avenue, 15th Floor**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Harris County Pollution Control**
**Services**
**101 South Richey, Suite H**
**Pasadena, TX 77506**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,480.00** | **$3,480.00** |
|---|---|---|---|---|

**Inez Tristan**
**15214 Wildhurst**
**Cypress, TX 77429**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | | Case number (if known) | **20-30967** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,923.08** | **$6,923.08** |
|---|---|---|---|---|
| | **Jason White**<br>**21861 Old Oak Way**<br>**Hockley, TX 77447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,230.76** | **$3,230.76** |
|---|---|---|---|---|
| | **John Lichenstein Jr**<br>**4816 CR 286**<br>**Bay City, TX 77414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,076.92** | **$8,076.92** |
|---|---|---|---|---|
| | **John Watson**<br>**4002 Chatham Lane**<br>**Houston, TX 77027** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Watson Grinding & Manufacturing Co.** | | Case number (if known) | **20-30967** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | | **$4,615.39** | **$4,615.39** |
|---|---|---|---|---|---|

**John Watson Jr**
**19526 Heron Harbor Dr**
**Cypress, TX 77433**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | | **$3,600.00** | **$3,600.00** |
|---|---|---|---|---|---|

**Manuel Pacheco**
**220 Rittenhouse St**
**Houston, TX 77076**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | | **$1,961.54** | **$1,961.54** |
|---|---|---|---|---|---|

**Matthew Snow**
**16111 Woodbend Trail**
**Houston, TX 77070**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | | **$4,200.00** | **$4,200.00** |
|---|---|---|---|---|---|

**Octavio Aceves**
**3016 Barrington Springs Ln**
**Dickinson, TX 77539**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor   **Watson Grinding & Manufacturing Co.**
         Name

Case number (if known)   **20-30967**

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,461.54 | $3,461.54 |
|---|---|---|---|---|

**Richard Bell**
**9111 Restover Ln**
**Houston, TX 77064**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,923.08 | $6,923.08 |
|---|---|---|---|---|

**Robert White**
**27440 Waller Spring Creek Rd.**
**Hockley, TX 77447**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Texas Comm. Environmental**
**Quality**
**P.O Box 12548**
**Austin, TX 78711**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**One-half of civel penalites pursuant to TWC,**
**section 7.107.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,606.38 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**Lyndon B. Johnson State Office**
**Building**
**111 East 17th Street**
**Austin, TX 78774**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:
**Margin and Sales Tax, plus accrual for 2020.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Watson Grinding & Manufacturing Co. | Case number (if known) | 20-30967 |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Texas Secretary of State**
PO Box 13697
Austin, TX 78711

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Texas Workforce Commission**
101 E 15th St, Rm 370
Austin, TX 78778

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $579.50 |
|---|---|---|---|

**A.J. ROD COMPANY LTD**
5011 NAVIGTION BLVD.
HOUSTON, TX 77011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Abel Martinez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Abigail Hernandez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,650.00** |

**ACCUWELD INC.**
**845 BUSCHONG**
**HOUSTON, TX 77039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.21** |

**ACE ELECTRONICS, INC**
**3210 ANTOINE DR.**
**HOUSTON, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Adam Ontoya-Torres**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170,239.77** |

**Afco**
**5600 North River Road**
**Suite 400**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Commericail Premium Finance Agreement -__
__Promissory Note__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Agnex Panong**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Albano Hoxhaj**
**c/o Arnold & Itkin LLP**
**6009 Memorial Drive**
**Houston, TX 77007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Alfonso Rodriguez**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Watson Grinding & Manufacturing Co.**       Case number *(if known)*    **20-30967**

Name

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alison Long**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alvaro Mendieta**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amado Anguiano**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amber Lane**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amelia Diosdado**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $436,490.66 |
|---|---|---|---|

**American Express**
Three World Financial Center
200 Vesey S
New York, NY 10285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

**3.17** Nonpriority creditor's name and mailing address

**AMERICAN HELI-ARC, INC**
**5009 PINEMONT DR.**
**HOUSTON, TX 77092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

$11,000.00

---

**3.18** Nonpriority creditor's name and mailing address

**AMSTOCK SUPPLY**
**PO BOX 769**
**BELTON, TX 76513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

$1,093.00

---

**3.19** Nonpriority creditor's name and mailing address

**Ana Luisa Singu**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.20** Nonpriority creditor's name and mailing address

**Ana Sarpas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.21** Nonpriority creditor's name and mailing address

**Ancorian Management LLC**
**10100 Clay Road**
**Houston, TX 77080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Insurance Subrogation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.22** Nonpriority creditor's name and mailing address

**Andrea Horton**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.23** Nonpriority creditor's name and mailing address

**Andres Gomez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Debtor   **Watson Grinding & Manufacturing Co.**                                    Case number (if known)   **20-30967**
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Andres Unriostegui**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angel Olvera**
**c/o Anthony Peterson, LLP**
**500 North Water Street**
**Suite 1000**
**Corpus Christi, TX 78401**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angelina Sandoval**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Angeline Garza**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Anna Juarez**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Annie Tyler**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony A Bacarisse**
c/o State Farm Claims
P O Box 106169
Atlanta, GA 30348-6169

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance Subrogation Claimant, notice without premises listed**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony Howard, Jr.**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony Uriostegui**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Antorion Avita**
c/o Law Offices of Manuel Solis, PC
6657 Navagation Boulevard
Houston, TX 77011

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Armin Denic**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Arnold Ballinger**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arthur and Sofia Ferrel**
**10326 Gladewood Dr.**
**Houston, TX 77041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Insurance Subrogation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arthur Anh Nguyen**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,040.00 |
|---|---|---|---|

**ASAP MACHINE, INC**
**9026 SWEETWATER LN**
**HOUSTON, TX 77037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,951.65 |
|---|---|---|---|

**ASTRO ALLOYS, INC.**
**9155 EMMOTT RD.**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ayla Benavides**
**4430 Stanford Ct**
**Houston, TX 77041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Insurance Subrogation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,250.00 |
|---|---|---|---|

**B-W GRINDING SERVICE INC.**
**5807 NUNN ST.**
**HOUSTON, TX 77087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**B. P., minor**
**c/o Zehl & Associates PC**
**2700 Post Oak Boulevard**
**Suite 1000**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number *(if known)* | **20-30967** |
|---|---|---|---|

Name

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Bamboo Properties, LLC**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

�1 Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**BASS TOOL & SUPPLY, INC.**
**2300 FAIRWAY PARK DR.**
**HOUSTON, TX 77092**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$34,582.49**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Benchmark**
**PO Box 6808**
**McKinney, TX 75071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Benito Hernandez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Beronica Tabares**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**BEST STAINLESS & ALLOYS**
**3616 OLD SPANISH TRAIL**
**HOUSTON, TX 77021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$10,497.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Bibiano Sandoval**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Watson Grinding & Manufacturing Co.** | | Case number (if known) | **20-30967** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bich-Nga Thi Le**
**c/o McMillan Firm, PLLC**
**440 Louisiana Street**
**Suite 1200**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bichdao Nguyen**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blanca Mojica**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blanca Solorazano**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,488.27** |
|---|---|---|---|

**BOURN & KOCH INC.**
**36856 EAGLE WAY**
**CHICAGO, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brandon Lockridge**
**4501 Steffani Lane**
**Houston, TX 77041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Personal injuries and damages claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Brenda Pham**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Brian Rego**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Byron Keith House**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**c/o State Farm**
P.O. Box 106169
Atlanta, GA 30348

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Insurance Subrogation Claim, noticed without premises listed._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Calixto Lopez**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Candy Tovar**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.00 |
|---|---|---|---|

**CAPITAL ABRASIVES, LLC**
6002 W. 34TH STREET
HOUSTON, TX 77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,473.00 |
|---|---|---|---|

**CARBIDE & METAL, C&M TECH LLC**
7425 CARBIDE LANE
HOUSTON, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carole Goff**
c/o Bain & Barkley
14090 Southwest Freeway
Suite 450
Sugar Land, TX 77478

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catherin Drawsand**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catherine Laake**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catherine Norton**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cathryn R. Bottoms**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Watson Grinding & Manufacturing Co.**                         Case number (if known)   **20-30967**
_____
Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Celina Sandoval**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$867.00** |

**CERAMETALS CARBIDE, LLC**
**7425 CARBIDE LANE**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,330.34** |

**CHAMPIONS MACHINE TOOL SALES**
**1151 E. CYPRESSWOOD DRIVE**
**SPRING, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chao Gao**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chau Nguyen**
**10618 Heatherford Dr**
**Houston, TX 77041-8613**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Insurance Subrogation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chris Le**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Chris Santiff**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**
Name

Case number (if known)   **20-30967**

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Christina Thurman
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Christover Tovar
c/o Crim & Villalpando PC
2122 E Governors Circle
Houston, TX 77092

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Personal injuries claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Cindy Ortega
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $967.98 |
|---|---|---|---|

COASTAL INDUSTRIAL & SPECIALTY
25 NORTH 4TH STREET
BEAUMONT, TX 77701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,026.40 |
|---|---|---|---|

CORROSION MATERIALS
22416 NETWORK PLACE
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Cristhian Martinez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Cuong Vo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Grinding & Manufacturing Co.**

Name

Case number (if known)   **20-30967**

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$971.82** |

**CUTTING TOOLS, INC**
**5050 ASHLEY COURT**
**HOUSTON, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cynthia Tates**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Daisy Lozano**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dale C. Battiste**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dan Berry Argo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dana Feaster**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Watson Grinding & Manufacturing Co.**                    Case number (if known)    **20-30967**
_____
Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniel Bravo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniel Drawsand**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniel Gutierrez, Jr.**
**c/o Anthony Peterson, LLP**
**500 North Water Street**
**Suite 1000**
**Corpus Christi, TX 78401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniel Juarez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniel Nakano**
**c/o Electric Insurance Company**
**75 Sam Fonzo Drive**
**Beverly, MA 01915**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Insurance Subrogation Claim, noticed without premises listed.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Daniela Cortez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.51 |
|---|---|---|---|

**DARR EQUIPMENT CO**
**13240 HEMPSTEAD RD #220**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dau Thi Hoang**
**c/o McMillan Firm, PLLC**
**440 Louisiana Street**
**Suite 1200**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Diosado**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Rains**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Solorazano**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deborah Patten**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Delta Hernandez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Denis Hernandez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,611.31**

DEWAL INDUSTRIES
15 RAY TRAINOR DR
SAUNDERSTOWN, RI 02874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Deztini Southall
c/o Zehl & Associates PC
2700 Post Oak Boulevard
Suite 1000
Houston, TX 77056

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Diana Lopez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Diana Villalpando
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,065.00**

DIXIE ELECTRO PLATING CO. INC.
5610 POLK STREET
HOUSTON, TX 77023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Watson Grinding & Manufacturing Co.**　　　　　Case number (if known)　**20-30967**
　　　　　Name

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Domingo Duron**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Donald Holcomb**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Doris Arias**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Duong Tung La**
**c/o McMillan Firm, PLLC**
**440 Louisiana Street**
**Suite 1200**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,648.53** |
|---|---|---|---|

**EARLE M. JORGENSON CO.**
**6201 LUMBERDALE RD.**
**HOUSTON, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edith Vaesa**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number (if known)   **20-30967**
Name

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eduardo Dolpher**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eduardo Flores & Hortensia Flores**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elaine Jackson**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elba Lemus**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elias and Maria Mata**
10507 Lybert Road
Houston, TX 77041

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Insurance Subrogation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Rueda**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (*if known*) | **20-30967** |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555.06 |
|---|---|---|---|

**ELLIOTT ELECTRIC SUPPLY**
**2526 NORTH STALLLING DR**
**NACOGDOCHES, TX 75963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eloy Ortega**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ema Ferrufino**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emily Perez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Emma Rufino**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,270.36 |
|---|---|---|---|

**ENERGY METALS**
**2328 BELLFORT ST**
**HOUSTON, TX 77051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,139.12 |
|---|---|---|---|

**Enterprise**
**P O Box 843369**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vehicle Damages Claim_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (*if known*) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Bravo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation Claimant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Young**
**c/o Arnold & Itkin LLP**
**6009 Memorial Drive**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation Claimant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erick Anaya**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation Claimant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erika Flores**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation Claimant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ernesto Benitez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation Claimant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Esmeralda Gonzalez A/N/F of N.M., a Mino**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation Claimant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Watson Grinding & Manufacturing Co.**                        Case number (if known)    **20-30967**
　　　　　Name

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Esmeralda Gonzalez, Individually**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Esperanza Tabares**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Esqueda and several other Amica Insureds**
**c/o Sloane and Walsh LLP**
**One Center Plaza 8th Floor**
**Boston, MA 02108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential Liability Claims, insured and premises not listed__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Esteban Pelcastre**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethan Decicco**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eva Olvera**
**c/o Anthony Peterson, LLP**
**500 North Water Street**
**Suite 1000**
**Corpus Christi, TX 78401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Watson Grinding & Manufacturing Co.**                                  Case number (if known)     **20-30967**
_____
Name

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Evelyn Ibarra**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ever Omar Bautista**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fabian Flores**
**c/o Abraham Watkins Nichols Sorrels Agos**
**800 Commerce Street**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Farah Albania**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fasco Fasteners and Supply Company**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Felipe Revuelta**
**c/o Potts Law Firm**
**3737 Buffalo Speedway**
**Suite 1900**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number (if known)    **20-30967**
_____
Name

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Fernanda Pierre**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ferrel, Arthur**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ferrel, Sofia**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Field Express Delivery Service LLC**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Flavja Mucka**
**c/o Arnold & Itkin LLP**
**6009 Memorial Drive**
**Houston, TX 77007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Flor D. Cubas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**  Case number (if known) **20-30967**
Name

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,110.00 |

**FOX METALS**
**12660 FM 526**
**HOUSTON, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Franciso Lozano**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Frank Peters**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Freddy Sanchez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Fredregille, James B**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,796.42 |

**FRY STEEL COMPANY**
**13325 MOLETTE STREET**
**SANTA FE SPRING, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,965.00 |

**GAMMON GEAR, LLC**
**9229 EAST AVENUE Q**
**HOUSTON, TX 77012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Watson Grinding & Manufacturing Co.**

Case number (if known)   **20-30967**

Name

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

**Gilbert Orrellana**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Gilberto Figueroa**
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Gilberto Mendoza Crus and Massiel Nunez,**
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Gilberto Mendoza Cruz**
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.38

**GLOBAL EQUIPMENT COMPANY**
PO BOX 905713
CHARLOTTE, NC 28290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Gordon Andrus**
c/o Terry & Thweatt PC
One Greenway Plaza
Suite 100
Houston, TX 77046

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gordon Andrus**
**c/o Terry & Thweatt PC**
**One Greenway Plaza**
**Suite 100**
**Houston, TX 77046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GPM International, Inc.**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,233.53**

**GRAINGER, INC.**
**DEPT.  804435162**
**PALATINE, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,624.15**

**GRAY CHEM, INC.**
**122 N. RICHEY**
**PASADENA, TX 77506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,207.43**

**GREENS BLUE FLAME GAS CO.**
**P.O. BOX 40423**
**HOUSTON, TX 77240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Greg Malloch**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,532.51**

**GROVES INDUSTRIAL SUPPLY**
**7301 PINEMONT DRIVE**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Watson Grinding & Manufacturing Co.**    Case number (if known)    **20-30967**
_____
Name

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Guadalupe Castro**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Guadalupe Meza A/N/F of J.S., a minor**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Guadalupe Meza, Individually**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,807.00 |
|---|---|---|---|

**GULF COAST METAL SALES**
**P.O. Box 7310**
**HOUSTON, TX 77248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $707.50 |
|---|---|---|---|

**GULL INDUSTRIES**
**3305 GANO ST.**
**HOUSTON, TX 77009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $470.00 |
|---|---|---|---|

**H & M PLATING COMPANY, INC**
**6804 LA PASEO**
**HOUSTON, TX 77087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harris County, Texas**
**c/o Harris County Attorney, Environmenta**
**1019 Congress**
**15th Floor**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

**3.178** | Nonpriority creditor's name and mailing address

**HEB LP**
4625 Windfern Road
Houston, TX 77041

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Subrogation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.179** | Nonpriority creditor's name and mailing address

**HEB LP**
10251 Kempwood Dr
Houston, TX 77043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance Subrogation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.180** | Nonpriority creditor's name and mailing address

**Hector Medellin**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.181** | Nonpriority creditor's name and mailing address

**Hector Olvera & Maria Ofelia Mondragon**
c/o Anthony Peterson, LLP
500 North Water Street
Suite 1000
Corpus Christi, TX 78401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.182** | Nonpriority creditor's name and mailing address

**Hector Silva**
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.183** | Nonpriority creditor's name and mailing address

**Henry Lindsay**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

Debtor **Watson Grinding & Manufacturing Co.**

Name

Case number (if known)   20-30967

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hilda Limas**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hoan Van Pham**
**c/o Crim & Villalpando PC**
**2122 E Governors Circle**
**Houston, TX 77092**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Personal injuries claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Homero Regaldo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hossein Sondjani**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Houston Auto Tech, Inc.**
**c/o Lassiter Law Firm**
**3120 Southwest Freeway**
**Suite 650**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,180.00 |
|---|---|---|---|

**HOUSTON CENTERLESS GRINDING**
**PO BOX 230587**
**HOUSTON, TX 77223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**                    Case number (if known)    **20-30967**

Name

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Houston Corvette Service, Inc.
c/o Terry & Thweatt PC
One Greenway Plaza
Suite 100
Houston, TX 77046

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Houston Corvette Servies, Inc.
c/o Terry & Thweatt PC
One Greenway Plaza
Suite 100
Houston, TX 77046

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,859.25 |
|---|---|---|---|

HOUSTON PLATING COMPANY, LLP
P.O. BOX 418
SOUTH HOUSTON, TX 77587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

HOUSTON WATER JET, LLC
11415 BRITTMOORE PARK DR.
HOUSTON, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Hung Duc Pham
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,997.60 |
|---|---|---|---|

HUNTER CHEMICAL LLC
220 COMMERCE DRIVE
FORT WASHINGTON, PA 19034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.74 |
|---|---|---|---|

HUNTER, INC.
P.O. BOX 6097
PASADENA, TX 77506

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Watson Grinding & Manufacturing Co.**                     Case number (if known)   **20-30967**
_____
Name

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909.75 |
|---|---|---|---|

**INDUSTRIAL BEARING & SVCS**
**5213-B TACOMA DRIVE**
**HOUSTON, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,157.55 |
|---|---|---|---|

**INDUSTRIAL DIAMOND PRODUCTS CO**
**PO BOX 753167**
**HOUSTON, TX 77275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ingrid Miranda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.95 |
|---|---|---|---|

**INTSEL STEEL DISTRIBUTORS**
**PO BOX 301212**
**DALLAS, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Irlanda Copeland**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Isabel Campoverde**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Isabella Figueroa**
**c/o McMillan Firm, PLLC**
**440 Louisiana Street**
**Suite 1200**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | | Case number (if known) | **20-30967** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Jaime Gonzalez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Jair Leal**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**James Bostick**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**James Walker**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Jane Doe (a Minor)**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

**Janet Martinez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**
Name

Case number (if known)   20-30967

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Janette Thomas**
c/o Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX 77007

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jasiah Sessions**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jasmin Serna**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Javier Lopez Herrera**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Javier Martinez**
c/o Marty Herring & Associates
1616 S. Voss Road
Suite 890
Houston, TX 77057

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jeanne Merritt**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Watson Grinding & Manufacturing Co.**                Case number (if known)    20-30967
_____
Name

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jennifer Phoung Nguyen**
**c/o McMillan Firm, PLLC**
**440 Louisiana Street**
**Suite 1200**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jerlesa Tates**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jessie Sewel**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Joan Doan**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Joe Brunson**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Johana Macin**
**c/o Marty Herring & Associates**
**1616 S. Voss Road**
**Suite 890**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

**3.222**

**Nonpriority creditor's name and mailing address**

**John Baccam**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation Claimant 

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.223**

**Nonpriority creditor's name and mailing address**

**John Dasilva**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation Claimant 

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.224**

**Nonpriority creditor's name and mailing address**

**John Doe (a Minor)**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation Claimant 

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.225**

**Nonpriority creditor's name and mailing address**

**John Johnson, II**
**4501 Steffani Lane**
**Houston, TX 77041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Personal injuries and damages claimant 

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.226**

**Nonpriority creditor's name and mailing address**

**John Watson**
**4525 Gessner Rd**
**Houston, TX 77041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Promissory Note 

Is the claim subject to offset? ☑ No ☐ Yes

**$1,215,259.13**

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Johnnie Huynh**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation Claimant 

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor **Watson Grinding & Manufacturing Co.**
Name

Case number (if known)  **20-30967**

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnny Villalpando**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jorge Castillo**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jorge Chacon**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jorge Cubas**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jorge Garcia**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jorge Pham**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Watson Grinding & Manufacturing Co.**
_____
Name

Case number (if known)   **20-30967**
_____

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Corral**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Cruz**
**c/o Arnold & Itkin LLP**
**6009 Memorial Drive**
**Houston, TX 77007**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose D. Coreas**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Mata**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Romero**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jose Tovar**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Cropper**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph Pham**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joy Sessions**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joy Sessions o/b/o Jaylyn Sessions**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JPW Enterprises LLC**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Juan Reyes**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation Claimant_

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Grinding & Manufacturing Co.**
<br>Name

Case number (if known)   **20-30967**

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Juan Torrest**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Julia Talamantes**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Juliassa Ruiz**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jung S. Yun**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Karen Ford Todd**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Karen Laake**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Watson Grinding & Manufacturing Co.**
Name

Case number (if known)   **20-30967**

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karla Rodriguez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kasi Kirby**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathy Collins**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kay Dasilva**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelly Malady**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelly Mallady**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☐ No ☐ Yes

Debtor   **Watson Grinding & Manufacturing Co.**

Name

Case number (if known)   **20-30967**

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kelly Thu Nguyen**
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ken Holland, Individually and on behalf**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kevin Argo**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kevin Vu**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kim & Nam Sin**
10328 Sommerville Ave
Houston, TX 77041

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   Insurance Subrogation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Kyle Mathis**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   Litigation Claimant

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,957.25** |
|---|---|---|---|

**LANGLEY ALLOYS**
**12323 NE. 99TH ST.**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,632.43** |
|---|---|---|---|

**LARK HEAT TREAT, INC.**
**6640 MAYARD**
**HOUSTON, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lashonda M. Henderson**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Laura Ceballos**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lawrence Sepulveda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leonard Lebo o/b/o Pinemont Properties,**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leonel Garcia**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**
Name

Case number (if known) **20-30967**

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leonor Beltran**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Leticia Alarcon**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,620.00** |

**LIBERTY FORGE, INC.**
P.O. DRAWER 1210
LIBERTY, TX 77575

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lidia Harrison**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Linda Dang**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lucero Medellin**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**
Name

Case number (if known)   **20-30967**

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Luis Carreon**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Luis Medellin**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Luis Reyes**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Luz Maria Villa**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |

**M & N METALS, INC.**
**2624 KERMIT HWY**
**ODESSA, TX 79763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Maggie Rivera**
**c/o Abraham Watkins Nichols Sorrels Agos**
**800 Commerce Street**
**Houston, TX 77002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**

Name

Case number (if known)   **20-30967**

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel Corral**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcos Ramos**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Margarita Flores, Individually**
c/o Abraham Watkins Nichols Sorrels Agos
800 Commerce Street
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Margarita Flores, Personal Representativ**
c/o Abraham Watkins Nichols Sorrels Agos
800 Commerce Street
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Margarito & Marlen Chavez**
4802 Tanglewood Dr.
Houston, TX 77041

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Insurance Subrogation Claim

Is the claim subject to offset? ■ No ☐ Yes

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Adela Perez**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** Litigation Claimant

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Watson Grinding & Manufacturing Co.**                    Case number (if known)    **20-30967**
Name

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Barajas**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Battiste**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Blanco**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Diosado**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Hernandez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Maria Isabel Trejo**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria J. Hernanez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Medellin**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Salazar**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Uriostegui**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maricela Flores**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mariela Garcia**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Litigation Claimant_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**
_____
Name

Case number (if known)   **20-30967**
_____

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marilyn Cue**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mario Ginaldo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mario Ruiz**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Martin Boado**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Martin Esqueda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Mary Bostick**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**                    Case number (if known)  **20-30967**
Name

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Massiel Nunez<br>c/o McMillan Firm, PLLC<br>440 Louisiana Street<br>Suite 1200<br>Houston, TX 77002 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Litigation Claimant__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,375.00 |
|---|---|---|---|
| | MASTER MACHINE INC.<br>10101 CHICKASAW LANE<br>HOUSTON, TX 77041 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,965.02 |
|---|---|---|---|
| | MATHESON TRI-GAS, INC<br>10430 MULA ROAD<br>STAFFORD, TX 77477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Mayra Benitez<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Litigation Claimant__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Mayra Reyes<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Litigation Claimant__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Melissa Walker<br>c/o Buzbee Law Firm<br>JP Morgan Chase Tower, 600 Travis Street<br>Suite 7300<br>Houston, TX 77002 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Litigation Claimant__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Melody Dopher<br>c/o KWOK Daniel Ltd, LLP<br>9805 Katy Freeway<br>Suite 850<br>Houston, TX 77024 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Litigation Claimant__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Watson Grinding & Manufacturing Co.**
Name

Case number (if known)   **20-30967**

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mervin Albania**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,864.00** |

**METAL CUTTING SPECIALISTS, LLC**
**7208 GESSNER ROAD        .**
**HOUSTON, TX 77040**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michael Salazar**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michael Smooke**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michelle Jimenez**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Litigation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Miguel Abrego**
**10723 Rockcrest Road**
**Houston, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Insurance Subrogation Claimant_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**

Case number (if known) __20-30967__

Name

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Cordero**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Miguel Puente Salazar**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mijah Sessions**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mirian Cruz**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Morgan Lee**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.90 |
|---|---|---|---|

**MOSS SEAL COMPANY**
PO BOX 73345
HOUSTON, TX 77273

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**MSC INDUSTRIAL SUPPLY**
75 MASESS RD
MELVILLE, NY 11747

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Watson Grinding & Manufacturing Co.**                   Case number (if known)   **20-30967**

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MWB Management LLC**
**10267 Field Stone Drive**
**Houston, TX 77041**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Insurance Subrogation Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,000.00 |
|---|---|---|---|

**MYERS TECHNOLOGY CO. LLC**
**2150 TOUCHY AVE.**
**ELK GROVE VILLAGE, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Myra Jefferson**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Decicco**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,645.97 |
|---|---|---|---|

**NATIONAL ALLOY SOLUTIONS LLC**
**21754 E. MARTIN DR.**
**PORTER, TX 77365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,701.12 |
|---|---|---|---|

**NATIONAL SPECIALTY ALLOYS**
**18250 KEITH HARROW**
**HOUSTON, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nelly Zelaya**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Watson Grinding & Manufacturing Co.**                     Case number (if known)  **20-30967**
_____
Name

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nestor Javier Gonzalez Velazquez**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Nguyen Hoang**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | | $405.95 |
|---|---|---|---|

**NICOL SCALES**
**701 BRADFIELD**
**HOUSTON, TX 77060**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Noe Cruz**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Normajean Paula Hernandez**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Odess Marie James House**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Litigation Claimant

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | | $8,527.59 |
|---|---|---|---|

**OERLIKON METCO (US) INC**
**27625 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**
_____
Name

Case number (if known)   **20-30967**

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Olivia Flores**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00** |

**OLYMPUS AMERICA INC**
**48 WOERD AVE, STE 105**
**WALTHAM, MA 02453**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Omar Cruz**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Oneida Talamantes**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Oscar Cifuentes**
**4721 Hollow Hook Road**
**Houston, TX 77041**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Insurance Subrogation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Otilia Arjona**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,965.00** |

**P&B TESTING INC**
**6645 W TIDWELL**
**HOUSTON, TX 77092**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number (if known)   **20-30967**
_____
Name

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Pablo Lopez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Pamela Robertson**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Paola Chazarreta**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Paola G. Chazarreta**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,809.00 |

**PARISH INTERNATIONAL, INC.**
**1075 ZACH ROAD**
**HEMPSTEAD, TX 77445**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Patricia Cervantes**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Watson Grinding & Manufacturing Co.**      Case number (if known)   **20-30967**

Name

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Patricia Partales**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Patricio Hernandez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Paul Martinez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Pedro Arjona**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Peter Arjona**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Phillip Burnam**
c/o Zehl & Associates PC
2700 Post Oak Boulevard
Suite 1000
Houston, TX 77056

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Phong Nguyen**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Litigation Claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$601.25** |

**PRECISION FLUIDS INC**
1441 PARK TEN BLVD
HOUSTON, TX 77084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,269.70** |

**PRECISION SURFACES INTL.**
922 ASHLAND ST.
HOUSTON, TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,896.50** |

**PT Huayue Nickel Cobalt**
Gedung Wisma Mulia Lt.41. Jl. Jend Gatot
Subroto No.42. Kuningan Barat, Mampang
Prapatan. 12710 Jakarta, Indonesia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,953.43** |

**PTSOLUTIONS**
14751 KIRBY DR
HOUSTON, TX 77047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33.41** |

**QUENCH USA, INC.**
630 ALLENDALE ROAD, SUITE 200
KING OF PRUSSIA, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,265.00** |

**R & M FORGE & FITTINGS**
6455 WESCO WAY
HOUSTON, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

**3.367** | Nonpriority creditor's name and mailing address
Ramiro Cruz
c/o Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX 77007

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Unknown**

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address
Ramon Cortez (Individually and on behalf
c/o Mostyn Law
3810 West Alabama Street
Houston, TX 77027

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Unknown**

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address
RAMS ALLOYS,LLC
RAMS ALLOYS
Houston, TX 77041

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$760.00**

Date(s) debt was incurred __

Basis for the claim:  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address
Rebecca McKeehan
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Unknown**

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address
RELIABLE EDM, INC.
6940 FULTON ST.
Houston, TX 77022

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$5,250.00**

Date(s) debt was incurred __

Basis for the claim:  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address
Reymundo Ceballos
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Unknown**

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address
Reyna Malerva Torres
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

As of the petition filing date, the claim is: Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Unknown**

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Watson Grinding & Manufacturing Co.**                     Case number (if known)    **20-30967**
         Name

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Ricardo Carreon**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Richard Gannon**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rigoberto Miranda, Jr.**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rivis Husband**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Robert Ojeda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Roberto Hernandez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**
Name

Case number (if known) **20-30967**

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rochelle Feaster**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rodriguez Clementina Izaguirre**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.00 |
|---|---|---|---|

**ROMI MACHINE TOOLS**
1845 AIRPORT EXCHANGE BLVD.
ERLANGER, KY 41018

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosalba Martinez**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosalba Mendieta**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosalie Holland**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation Claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**    Case number (if known) **20-30967**
Name

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosaura Calix**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rose Avitia**
**c/o Law Offices of Manuel Solis, PC**
**6657 Navagation Boulevard**
**Houston, TX 77011**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rozalinda Gomez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,550.00 |
|---|---|---|---|

**RS MACHINE COMPANY LLC**
**6926 Guhn Road**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Hess**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,340.00 |
|---|---|---|---|

**S + S INDUSTRIES**
**5614 NUNN**
**HOUSTON, TX 77087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Trade**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salomon Torres**
**c/o State Farm Claims**
**P O Box 10169**
**Atlanta, GA 30348-6169**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __    Basis for the claim:  **Insurance Subrogation Claimant, noticed without premises**

Last 4 digits of account number __    Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**

Case number (if known) **20-30967**

Name

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sara G. Darrow**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sara Gloria**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,348.00** |
|---|---|---|---|

**SCOTT STAINLESS, INC.**
**P501 GEORGIA**
**SOUTH HOUSTON, TX 77587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sean Robert Rangel**
**c/o Fernelius Simon Mace Robertson Perdu**
**4119 Montrose Boulevard**
**Suite 500**
**Houston, TX 77006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sebastijan Berenji**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sergio Cruz**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number (if known)   **20-30967**
_____
Name

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Sergio Cruz, Jr.
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.400 **Nonpriority creditor's name and mailing address**
SIFCO APPLIED SURFACE CONCEPTS
5708 SCHAAF RD.
INDEPENDENCE, OH 44131

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

**$9,550.00**

---

3.401 **Nonpriority creditor's name and mailing address**
SIGMA TUBE & BAR
363 N SAM HOUSTON
HOUSTON, TX 77060

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

**$4,440.00**

---

3.402 **Nonpriority creditor's name and mailing address**
Silvia Arevalo
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.403 **Nonpriority creditor's name and mailing address**
Sindy Sanchez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.404 **Nonpriority creditor's name and mailing address**
Skylar Douglas
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

3.405 **Nonpriority creditor's name and mailing address**
Sophia S. Navarro
c/o Dick Law Firm, PLLC
3701 Brookwood Drive
Houston, TX 77092

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sophie Lindsay**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sotaura Tyler**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.00 |
|---|---|---|---|

**SOUTHLAND BATTERY**
**6311 ANTIONE DR.**
**HOUSTON, TX 77091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,550.00 |
|---|---|---|---|

**SPECIAL PIPING MATERIALS, INC**
**4615 KENNEDY COMMERCE DR**
**HOUSTON, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**SPECIALTY HEAT TREAT, INC**
**PO BOX 40637**
**HOUSTON, TX 77240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stacy Argo**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**State of Texas**
**c/o Harris County Attorney, Environmenta**
**1019 Congress**
**15th Floor**
**Houston, TX 77002**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation Claimant 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**

Name

Case number (if known) **20-30967**

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Stephen Sin
10246 Colony Court
Houston, TX 77041

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Insurance Subrogation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Steven Reagle
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Steven Tran
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Stingray Energy, LLC
c/o Terry & Thweatt PC
One Greenway Plaza
Suite 100
Houston, TX 77046

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Sulma Berjano
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation Claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

SUPERIOR SHOT PEENING, INC
13930 LUTHE ROAD
HOUSTON, TX 77039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,373.11 |
|---|---|---|---|

SURFACE PREPARATION, LLC.
5965 SOUTH LOOP EAST
HOUSTON, TX 77033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**

Name

Case number (if known)   **20-30967**

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Susan Lopez
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Susie Brunson, as next friend of Bylan B
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Susie Brunson, Individually
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Sylvia Garza
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Tan Truong
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Tasha Felder, Individually and on Behalf
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Litigation Claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**                    Case number (if known)    **20-30967**

Name

---

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Tatiana Martinez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,000.00** |

**TECHNICAL ENGINEERING**
**100 CHAPEL RD**
**MANCHESTR, CT 06042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Terri Sepluveda**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Litigation Claimant__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,883.00** |

**TEXAS STAINLESS/HEAT TREATING**
**P O BOX 882**
**TEMPLE, TX 76503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,144.00** |

**TEXCELLENT INDUSTRIES, INC.**
**10830 WARWANA ROAD**
**HOUSTON, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$354.29** |

**THE NUT PLACE, INC.**
**6605  GESSNER DR**
**HOUSTON, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |

**THERMO-TEMP**
**813-A WOODCREST DR**
**HOUSTON, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Watson Grinding & Manufacturing Co.**
_____
Name

Case number (if known)  **20-30967**

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,308.95 |
|---|---|---|---|

THREE L, INC.
12235 ROBIN BLVD.
HOUSTON, TX 77045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Thurman, Christina
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,679.00 |
|---|---|---|---|

THYSSENKRUPP MATERIALS, NA
10648 WEST LITTLE YORK RD
HOUSTON, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Tina Do
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Tina Tran
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation Claimant**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Tony Tsao
c/o Republic
P O Box 809056
Dallas, TX 75380-9056

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance Subrogation Claimant, premises not listed**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,067.00 |
|---|---|---|---|

TOP TOOLING INC.
1340 MUNGER
HOUSTON, TX 77023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **Watson Grinding & Manufacturing Co.**                Case number (if known)   **20-30967**

Name

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Horton**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281,525.07 |
|---|---|---|---|

**TRICOR INDUSTRIAL, INC.**
**TEXAS DIVIDION**
**CONROE, TX 77304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trivia Douglas**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tuyet Do**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,017.58 |
|---|---|---|---|

**U-LINE, INC.**
**ATTN: ACCOUNTS RECEIVABLE**
**WAUKEGAN, IL 60085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.00 |
|---|---|---|---|

**UNITED TOOL & SUPPLY**
**9021 W LITTLE YORK RD**
**HOUSTON, TX 77040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Veit Tran**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation Claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Watson Grinding & Manufacturing Co.**      Case number (if known)    **20-30967**

Name

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Veronic Jimenez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,592.50 |
|---|---|---|---|

VERTECS
PO BOX 801523
HOUSTON, TX 77280

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Vi Hoang Kim Wannigman
c/o McMillan Firm, PLLC
440 Louisiana Street
Suite 1200
Houston, TX 77002

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Victor Garcia Salas
c/o Crim & Villalpando PC
2122 E Governors Circle
Houston, TX 77092

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Personal injuries claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Victoria Chavez
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Victoria Ontoya-Torres
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation Claimant__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Victoria Wells**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Litigation Claimant</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,497.00 |
|---|---|---|---|

**VICTORY METALS, LLC**
12335 KINGSRIDE LN
HOUSTON, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Trade</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,145.00 |
|---|---|---|---|

**VINATECH INDUSTRIES, INC.**
5430 BRITTMOORE RD.
HOUSTON, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Trade</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,588.75 |
|---|---|---|---|

**WEB INDUSTRIAL DIAMOND CO, INC**
2117 N. HOUSTON AVE.
PEARLAND, TX 77581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Trade</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wendy Honda**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Litigation Claimant</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wendy Nguyen**
c/o KWOK Daniel Ltd, LLP
9805 Katy Freeway
Suite 850
Houston, TX 77024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Litigation Claimant</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Walingsford**
c/o Buzbee Law Firm
JP Morgan Chase Tower, 600 Travis Street
Suite 7300
Houston, TX 77002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** <u>Litigation Claimant</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Watson Grinding & Manufacturing Co.**  Case number (if known)  **20-30967**
Name

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Yesenia Ayala, as Next Fried of I.C. and**
**c/o Byron C. Alfred**
**2019 Wichita Street**
**Houston, TX 77004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Yessica Gonzalez**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Yolanda Wells**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Yoloanda Navarro**
**c/o Buzbee Law Firm**
**JP Morgan Chase Tower, 600 Travis Street**
**Suite 7300**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Yousef Abdulla**
**c/o Lassiter Law Firm**
**3120 Southwest Freeway**
**Suite 650**
**Houston, TX 77098**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Zacarias Chacon**
**c/o KWOK Daniel Ltd, LLP**
**9805 Katy Freeway**
**Suite 850**
**Houston, TX 77024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation Claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Centauri Specialty Insurance Company**<br>215 N Westmonte Drive<br>Altamonte Springs, FL 32714 | Line __3.73__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 **CJW & Associates Inc.**<br>12650 Ingnuity Drive Suite 200<br>Orlando, FL 32826 | Line __3.21__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 **Crawford & Company**<br>1605 N Cedar Crest Blvd<br>Suite 407<br>Allentown, PA 18104 | Line __3.36__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 **Gulfstream Property & Casualty Insurance**<br>215NWestmonte Drive<br>Altamonte Springs, FL 32714 | Line __3.40__<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 **Kip Patterson**<br>Baker & Patterson LLP<br>3100 Richmond Ave Suite 550<br>Houston, TX 77098 | Line __3.178__<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 **Kip Patterson**<br>Baker & Patterson LLP<br>3100 Richmond Ave Suite 550<br>Houston, TX 77098 | Line __3.179__<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 **The Littleton Group - E. Division, Inc.**<br>400 North Sam Houston Parkway East<br>Suite 430<br>Houston, TX 77060 | Line __3.287__<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 **The Littleton Group - Eastern Division**<br>400 North Sam Houston Pkwy E Suite 435<br>Houston, TX 77060 | Line __3.319__<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 **The Littleton Group - Eastern Division**<br>400 North Sam Houston Pkwy E Suite 435<br>Houston, TX 77060 | Line __3.345__<br><br>☐ Not listed. Explain ____ | __ |
| 4.10 **The Littleton Group - Eastern Division**<br>400 North Sam Houston Pkwy E Suite 435<br>Houston, TX 77060 | Line __3.118__<br><br>☐ Not listed. Explain ____ | __ |
| 4.11 **The Littleton Group - Eastern Division**<br>400 North Sam Houston Pkwy E Suite 435<br>Houston, TX 77060 | Line __3.413__<br><br>☐ Not listed. Explain ____ | __ |
| 4.12 **The Littleton Group - Eastern Division**<br>400 North Sam Houston Pkwy E Suite 435<br>Houston, TX 77060 | Line __3.262__<br><br>☐ Not listed. Explain ____ | __ |
| 4.13 **William J Rice Jr**<br>2040 N Loop West Suite 008<br>Houston, TX 77018 | Line __3.225__<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Watson Grinding & Manufacturing Co.** | Case number (if known) | **20-30967** |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| 4.14 | **William J Rice Jr**<br>**2040 N Loop West Suite 008**<br>**Houston, TX 77018** | Line  **3.55** <br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **144,921.78** |
| **5b. Total claims from Part 2** | 5b. + | $ | **3,075,032.64** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **3,219,954.42** |

**Fill in this information to identify the case:**

Debtor name   **Watson Grinding & Manufacturing Co.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-30967**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contracts were requested and to be supplemented upon access to contracts. Unknown**<br><br>**AT&T**<br>**P.O. BOX 660921**<br>**Dallas, TX 75266-0921** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Watson Grinding and Manufactoring Co. leases to Tenant the premises located at 4606 Steffani Lane, Houston, Texas 77041 (4606 Steffani Lane - Lot 7,8,9,10,11,12 - Building A,B,C,D,E,F) and 4521 Steffani Lane, Houston, Texas 77041 (Block D - Spring Branch Terrace, Lot 7). $10,000 paid to Betty Sue Watson no later than the tenth day of each calender month. Ending 7/31/2020**<br><br>**Betty Sue Watson**<br>**14302 Swan Green**<br>**Houston, TX 77095** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contracts were requested and to be supplemented upon access to contracts. Unknown**<br><br>**Comcast**<br>**P.O. BOX 660618**<br>**Dallas, TX 75266-0618** |

Debtor 1  **Watson Grinding & Manufacturing Co.**
    First Name         Middle Name         Last Name

Case number *(if known)*  **20-30967**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Watson Grinding and Manufactoring Co. leases to Tenant the premises located at 4506 Steffani Lane, Houston, Texas 77041 (4506 Steffani Lane - Lot 2 Block C Spring Branch Terrace). $3,000 paid to Jason White on the first day of each and every calender month.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Jason White**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Service agreement for gas tanks on Watson Grinding premise. Tanks not owned by Watson Grinding. Unable to access actual records (will suplement upon reciept of same).** | |
|---|---|---|---|
| | State the term remaining | | **MATHESON TRI-GAS, INC**<br>**10430 MULA ROAD**<br>**Stafford, TX 77477** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Watson Grinding and Manufactoring Co. leases to Tenant the premises located at 4627 Steffani Lane, Houston, Texas 77041 (4627 Steffani Lane - 8,750 square feet of office warehouse on approximately .42 acres - Lot 16 & 17 - Block D Spring Branch Terrace) and 4628 Steffani Lane, Houston, Texas 77041 (4628 Steffani Lane - Lot 16 Block C Spring Branch Terrace). $10,000 paid to Robert and Judy White on the tenth day of each and every calender month.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Robert and Judy White**<br>**27440 Waller Spring Creek Rd.**<br>**Hockley, TX 77447** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Watson Grinding & Manufacturing Co.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30967**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contracts were requested and to be supplemented upon access to contracts. Unknown** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Verizon**<br>**P.O.  BOX 660108**<br>**Dallas, TX 75266-0108** |

---

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contracts were requested and to be supplemented upon access to contracts. Unknown** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Xerox**<br>**PO BOX 7405**<br>**Pasadena, CA 91109-7405** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Watson Grinding & Manufacturing Co.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-30967**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Watson Valve Services, Inc.** | **4512 Steffani Ln** <br> **Houston, TX 77041** <br> **Joint Debtor of Texas Capital Bank Loan.** | **Texas Capital Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Watson Grinding & Manufacturing Co.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **20-30967**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$567,288.80** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$23,452,147.94** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$22,776,200.95** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number *(if known)*  **20-30967**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **AFCO**<br>**5600 North River Rd, Ste 400**<br>**Des Plaines, IL 60018-5187** | 12/13/2019 | $8,220.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Web Industrial Diamo**<br>**2117 N. Houston Ave.**<br>**Pearland, TX 77581** | 11/20/2019 | $21,727.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Voestalpine Specialty**<br>**11929 Cutten Rd**<br>**Houston, TX 77066** | 12/26/2019 | $280,570.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Vinatech Industries**<br>**5430 Brittmoore Rd.**<br>**Houston, TX 77041** | 11/11/2019 | $30,365.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Victory Metals, LLC**<br>**12335 Kingsride Ln**<br>**Pmb #347**<br>**Houston, TX 77024** | 11/18/2019 | $33,289.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **Vertecs**<br>**PO Box 801523**<br>**Houston, TX 77280-1523** | 12/26/2019 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **United Fire Insurance**<br>**PO Box 3244**<br>**Cedar Rapids, IA 52406-3244** | 11/18/2019 | $27,992.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **U-Line, Inc.**<br>**Attn: Accounts Receivable**<br>**P.O.Box 88741**<br>**Chicago, IL 60680-1741** | 11/26/2019 | $9,486.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Watson Grinding & Manufacturing Co.**                           Case number *(if known)*   **20-30967**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Triple D Uniform Ren**<br>4031 Southerland Road<br>Houston, TX 77092 | 11/08/2019 | $7,163.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Tricor Industrial, I**<br>3517 North Loop 336 West<br>Conroe, TX 77304 | 11/18/2019 | $80,306.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **TRCC-LLC**<br>3303 Falling Brook Ct<br>Sugar Land, TX 77479 | 11/12/2019 | $14,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Thyssenkrupp Material**<br>10648 West Little York Rd<br>Ste 400<br>Houston, TX 77041 | 12/09/2019 | $99,378.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Texcellent Industries**<br>10830 Warwana Road<br>Houston, TX 77043 | 11/15/2019 | $11,958.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Texas Mutual Insurance**<br>P.O. Box  841843<br>Dallas, TX 75284-1843 | 11/18/2019 | $16,303.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Technical Engineering**<br>100 Chapel Rd<br>Manchester, CT 06042 | 11/15/2019 | $34,440.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Surface Preparation**<br>5973 South Loop East<br>Houston, TX 77033 | 11/15/2019 | $16,180.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor **Watson Grinding & Manufacturing Co.**      Case number *(if known)* **20-30967**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Scott Stainless, Inc**<br>P501 Georgia South<br>South Houston, TX 77587 | 11/15/2019 | $25,653.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Rolls Royce Express**<br>11051 Tower Oaks<br>Houston, TX 77065 | 11/22/2019 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Republic Services #8**<br>10554 Tanner Rd<br>Houston, TX 77041 | 11/12/2019 | $7,205.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **R & M Forge & Fittin**<br>6455 Wesco Way<br>Houston, TX 77041 | 11/20/2019 | $215,695.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **Parish International**<br>1075 Zach Road<br>Hempstead, TX 77445 | 11/15/2019 | $14,974.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **Accuweld Inc.**<br>845 Buschong<br>Houston, TX 77039-1001 | 10/8/2020 | $11,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **Al Thurmond Agency**<br>14800 St Mary's Lane<br>Suite 235<br>Houston, TX 77079 | 11/18/2019 | $11,603.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **Asap Machine, Inc**<br>9026 Sweetwater Ln<br>Houston, TX 77037 | 11/20/2019 | $121,270.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number *(if known)*   **20-30967**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25 **Astro Alloys, Inc.**<br>**9155 Emmott Rd.**<br>**Houston, TX 77040** | 11/20/2019 | $18,371.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26 **Bass Tool & Supply**<br>**2300 Fairway Park Dr.**<br>**Houston, TX 77092** | 11/20/2019 | $37,165.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27 **Best Stainless & All**<br>**3616 Old Spanish Trail**<br>**Houston, TX 77021** | 11/26/2019 | $13,624.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28 **Carbide & Metal, C&M**<br>**24624 I-45 North**<br>**Ste 200**<br>**Spring, TX 77386-4084** | 11/20/2019 | $84,404.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29 **Champions Machine To**<br>**1151 E. Cypresswood Drive**<br>**Spring, TX 77373** | 11/20/2019 | $9,505.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30 Chubb Insurance Co.<br>500 Ross Street 154-0455<br>Pittsburgh, PA 15250 | 11/18/2019 | $12,545.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31 **Corrosion Materials**<br>**22416 Network Place**<br>**Chicago, IL 60673-1224** | 11/20/2019 | $10,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32 **Cummings & Houston LLP**<br>**440 Louisiana St # 650**<br>**Houston, TX 77002** | 11/08/2019 | $14,640.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor __Watson Grinding & Manufacturing Co.__  Case number *(if known)* __20-30967__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33. **Delta Centrifugal**<br>3402 Center Street<br>Temple, TX 76503-1043 | 11/15/2019 | $32,179.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **Earle M. Jorgenson C**<br>6201 Lumberdale Rd.<br>Houston, TX 77092 | 11/18/2019 | $47,156.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **Gray Chem, Inc.**<br>122 N. Richey<br>Pasadena, TX 77506-1034 | 11/15/2019 | $7,176.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **Groves Industrial Su**<br>7301 Pinemont Drive<br>Houston, TX 77040 | 11/20/2019 | $22,642.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **Gulfco Forge Company**<br>6817 Industrial Road<br>Beaumont, TX 77705 | 11/15/2019 | $16,050.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. **Home Depot Credit Se**<br>Dept 32 - 2010868572<br>PO Box 9001030<br>Louisville, KY 40290-1030 | 11/19/2019 | $7,167.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. **Houston Plating Comp**<br>P.O. Box 418 South<br>South Houston, TX 77587 | 11/20/2019 | $26,265.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. **Howco Metals Managem**<br>P.O. BOX 203813<br>Houston, TX 77216-3813 | 10/9/2020 | $31,977.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Watson Grinding & Manufacturing Co.**                                          Case number *(if known)*  **20-30967**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41 **Hudson Energy**<br>5251 Westheimer Rd<br>Houston, TX 77056 | 11/19/2019 | $60,192.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42 **Hunter Chemical LLC**<br>220 Commerce Drive<br>Suite405<br>Fort Washington, PA 19034 | 12/04/2019 | $20,609.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43 **Industrial Diamond P**<br>PO BOX 753167<br>Houston, TX 77275 | 11/15/2019 | $10,896.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44 **KMHJ, LTD.**<br>PO BOX 53677<br>Houston, TX 77052 | 12/02/2019 | $44,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45 **Langley Alloys**<br>12323 Ne. 99th St.<br>Vancouver, WA 98682 | 11/18/2019 | $14,358.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.46 **Lark Heat Treat, Inc**<br>6640 Mayard<br>Houston, TX 77041 | 11/15/2019 | $10,536.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47 **Liberty Forge, Inc.**<br>P.O. Drawer 1210<br>Liberty, TX 77575 | 12/04/2019 | $10,830.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48 **Lineage Alloys Inc**<br>PO Box 8702<br>Carol Stream, IL 60197-8702 | 11/15/2019 | $20,834.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Watson Grinding & Manufacturing Co.** | | Case number *(if known)* | **20-30967** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.49<br>. | **Matheson Tri-Gas, In**<br>10430 Mula Road<br>Stafford, TX 77477 | 11/11/2019 | $87,323.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50<br>. | **National Alloy Solut**<br>21754 E. Martin Dr.<br>Porter, TX 77365 | 11/26/2019 | $9,499.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.51<br>. | **National Specialty A**<br>18250 Keith Harrow<br>Houston, TX 77084-5739 | 11/20/2019 | $16,698.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.52<br>. | **North American Hogan**<br>PO Box 644774<br>Pittsburgh, PA 15264-4774 | 11/15/2019 | $10,266.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | **John Watson**<br>4525 Gessner Rd<br>Houston, TX 77041<br>**Chief Executive Officer/Shareholder** | **Various dates** | | **See attached Exhibit SOFA 4/13/30 detailing breakdown of payments.** |
| 4.2. | **Robert and Judy White**<br>4525 Gessner Road<br>Houston, TX 77041<br>**Chief Operating Officer / Spouse** | **Various dates** | | **See attached Exhibit SOFA 4/13/30 detailing breakdown of payments.** |
| 4.3. | **4512 Steffani Properties, LLC**<br>27440 Waller Spring Creek Rd<br>Hockley, TX 77447<br>**Affiliate** | **Various dates** | | **See attached Exhibit SOFA 4/13/30 detailing breakdown of payments.** |
| 4.4. | **Betty Sue Watson**<br>14302 Swan Green<br>Houston, TX 77095<br>**Relative to Shareholders** | **Various dates** | | **See attached Exhibit SOFA 4/13/30 detailing breakdown of payments.** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number *(if known)*  **20-30967**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Jason White** 4525 Gessner Rd Houston, TX 77041 **Vice President/Shareholder** | **Various dates** | | **See attached Exhibit SOFA 4/13/13 as to breakdown of payments.** |
| 4.6. **Robert White** 4525 Gessner Rd Houston, TX 77041 **Chief Executive Officer/Shareholder** | **Various dates** | | **See attached Exhibit SOFA 4/13/30 detailing breakdown of payments.** |
| 4.7. **David Dunn** 4525 Gessner Rd Houston, TX 77041 **Chief Financial Officer** | **Various dates** | | **See attached Exhibit SOFA 4/13/30 detailing breakdown of payments.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See Attached Exhibit SOFA 7** | | | ☐ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

## SOFA 7

### Yousef Abdulla, et al.  v. Watson  Valve Services, Inc., et al.

**Cause No. 2020-10652**

**190th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Yousef Abdulla | Watson Valve Services Inc. |
| Houston Auto Tech, Inc. | Watson Grinding and Manufacturing Co. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

### Gordon Andrus, et al.  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-08220**

**152nd Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Gordon Andrus | Watson Valve Services Inc. |
| Houston Corvette Service, Inc. | Watson Grinding and Manufacturing Co. |
| Stingray Energy, LLC | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, nc. |
| | Matheson Tri-Gas, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

### Antorion Avitia, et al.  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-08069**

**269th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Antorion Avitia | Watson Valve Services Inc. |
| Rose Avitia | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

### Ayala, Yesenia, et al. v. Watson Valve Services Inc., et al.

**Cause No. 202005311**

**157th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Yesenia Ayala, as Next Fried of I.C. and A.C., Minors | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

### Burnum, Phillip, et al.  v. Watson Grinding and Manufactoring Co.

**Cause No. 202005726**

**165th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Phillip Burnum | Watson Grinding and Manufacturing Co. |
| Deztini Southall | |
| P.B, minor | |
| P.B., minor | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Cortez, Ramon v. Watson Valve Services Inc.

### Cause No. 202005191

#### 295th Judicial District
#### 201 Caroline St, Houston, TX 77002

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Ramon Cortez (Individually and on behalf of all similarly situated) | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Gilberto Mendoza Cruz, et al.  v. Watson Valve Services Inc.

### Cause No. 2020-08019

#### 129th Judicial District
#### 201 Caroline St, Houston, TX 77002

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Gilberto Mendoza Cruz | Watson Valve Services Inc. |
| Massiel Nunez | Watson Grinding and Manufacturing Co. |
| Gilberto Mendoza Crus and Massiel Nunez, as next friend of I.M. and A.M. (minors) | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, Inc. |
| | Matheson Tri-Gas, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Ferrell, Arthur, et al. v. Watson Grinding and Manufacturing Co., et al.

### Cause No. 2020-05024

#### 281st Judicial District
#### 201 Caroline St, Houston, TX 77002

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Ferrel, Arthur | Watson Grinding and Manufacturing Co. |
| Ferrel, Sofia | KMHJ Management Company, LLC |
| Fredregille, James B | KMHJ, Ltd. |
| Thurman, Christina | Centerpoint Energy, Inc. |
| | Centerpoint Energy Service Company, LLC |
| | Centerpoint Energy Services, Inc. |
| | Centerpoint Energy Resources Corp. |
| | Centerpoint Energy Gas Services, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Ema Ferrufino  v. Watson Grinding and Manufacturing Co., et al.

### Cause No. 2020-08241

#### 190th Judicial District
#### 201 Caroline St, Houston, TX 77002

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Ema Ferrufino | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Gilberto Figueroa, et al.  v. Watson Griding and Manufacturing Co., et al.

### Cause No. 2020-08062

#### 061st  Judicial District
#### 201 Caroline St, Houston, TX 77002

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Gilberto Figueroa | Watson Valve Services Inc. |
| Isabella Figueroa | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, Inc. |
| | Matheson Tri-Gas, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Flores, Margarita, et al. v. Watson Valve Services Inc., et al.

**Cause No. 202005250**

**295th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Margarita Flores, Individually | Watson Valve Services Inc. |
| Margarita Flores, Personal Representative of the Estate of Frank Flores, Deceased | Watson Grinding and Manufacturing Co. |
| Maggie Rivera | KMHJ Management Company, LLC |
| Fabian Flores | KMHJ, Ltd. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Goff, Carole  v. Watson Valve Services Inc.

**Cause No. 202007220**

**11th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Carole Goff | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Daniel Gutierrez Jr., et al. v. Watson Valve Services Inc.

**Cause No. 202006829**

**164th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Daniel Gutierrez, Jr. | Watson Valve Services Inc. |
| Maria Ofelia Mondragon, Individually and as next friend of N.G., D.A.G., and A.G., minor children | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Harris County Texas, et al.  v. Watson Grinding and Manufacturing, et al.

**Cause No. 202006634**

**113th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Harris County, Texas | Watson Grinding and Manufacturing Co. |
| State of Texas | |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Travis Horton, et al. v. Watson Valve Services Inc., et al.

**Cause No. 202005505**

**055th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Travis Horton | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Johnnie Huynh, et al. v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-11887**

**281st Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Johnnie Huynh | Watson Grinding and Manufacturing Co. |
| | Watson Valve Services, Inc. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Centerpoint Energy, Inc. |
| | Centerpoint Energy Service Company, LLC |
| | Centerpoint Energy Services, Inc. |
| | Centerpoint Energy Resources Corp. |
| | Centerpoint Energy Gas Services, Inc. |
| | Western International Gas Services, Inc. |
| | Western International Gas & Cylinders, Inc. |
| | Matheston Tri-Gas, Inc. |
| | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Anna Juarez, et al.  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-08058**

**334th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Anna Juarez | Watson Valve Services Inc. |
| Ricardo Carreon | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, Inc. |
| | Matheson Tri-Gas, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## La, Duong Tung, et al. v. Watson Grinding and Manufacturing, et al.

**Cause No. 202005281**

**133rd Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Duong Tung La | Watson Grinding and Manufacturing Co. |
| Kelly Thu Nguyen | KMHJ Management Company, LLC |
| Jennifer Phoung Nguyen | KMHJ, Ltd. |
| Bich-Nga Thi Le | Centerpoint Energy, Inc. |
| Dau Thi Hoang | Centerpoint Energy Service Company, LLC |
| Vi Hoang Kim Wannigman | Centerpoint Energy Services, Inc. |
| | Centerpoint Energy Resources Corp. |
| | Centerpoint Energy Gas Services, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Chris Le, et al. v. Watson Valve Services Inc., et al.

**Cause No. 2020-08475**

**234th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Chris Le | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Miranda, Rigoberto (Jr), et al. v. Watson Valve Services Inc.

**Cause No. 202004959**

**281st Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Rigoberto Miranda, Jr. | Watson Valve Services Inc. |
| Ingrid Miranda | Watson Grinding and Manufacturing Co. |
| Daniel Bravo | |
| Eric Bravo | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Navarro, Sophia v. Watson Grinding and Manufacturing Co.

**Cause No. 202004960**

**61st Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANT |
|---|---|
| Sophia S. Navarro | Watson Grinding and Manufacturing Co. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Olvera, Angel, et al.  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 202007292**

**295th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Angel Olvera | Watson Valve Services Inc. |
| Eva Olvera | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Esteban Pelcastre  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-08078**

**127th Judicial District**
**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Esteban Pelcastre | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Rangel, Sean Robert v. Watson Valve Services Inc.

**Cause No. 202005585**

**269th Judicial District**
**201 Caroline St, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Sean Robert Rangel | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Steven Reagle v. Watson Valve Services Inc.

**Cause No. 202006829**

**164th Judicial District**
**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Steven Reagle | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Felipe Revuelta v. Watson Valve Services, Inc., Watson Grinding and Manufacturing, Co

**Cause No. 2020-08679**

**129th Judicial District**
**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Felipe Revuelta | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Rufino, Emma v. Watson Valve Services Inc.

**Cause No. 2020-08081**

**165th Judicial District**
**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Emma Rufino | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Watson Coatings Laboratory |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

## Maria Isabel Trejo, et al.  v. Watson Grinding and Manufacturing Co., et al.

**Cause No. 2020-08054**

**080th  Judicial District**
**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Maria Isabel Trejo | Watson Valve Services Inc. |
| Javier Lopez Herrera | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Western International Gas & Cylinders, Inc. |
| | Matheson Tri-Gas, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

**Wallingsford, William v. Watson Valve Services Inc.**

**Cause No. 202006509**

**127th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| William Walingsford | Watson Valve Services Inc. |
| | Watson Grinding and Manufacturing Co. |
| | KMHJ Management Company, LLC |
| | KMHJ, Ltd. |
| | Centerpoint Energy, Inc. |
| | Centerpoint Energy Service Company, LLC |
| | Centerpoint Energy Services, Inc. |
| | Centerpoint Energy Resources Corp. |
| | Centerpoint Energy Gas Services, Inc. |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

**Young, Eric, et al. v. Watson Grinding and Manufacturing Company, et al.**

**Cause No. 2020.07378**

**125th Judicial District**

**201 Caroline St, Houston, TX 77002**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Eric Young | Watson Grinding and Manufacturing Co. |
| Albano Hoxhaj | KMHJ Management Company, LLC |
| Flavja Mucka | KMHJ, Ltd. |
| Ramiro Cruz | |
| Jose Cruz | |
| Janette Thomas | |
| Nature of the Case | Personal Injury/Damages |
| Status of Case | Pending |

Debtor   **Watson Grinding & Manufacturing Co.**                          Case number *(if known)*   **20-30967**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |
| **Explosion resulting in loss of office building, machinery and equipment, and other assets** | **N/A** | **1/23/2020** | **Unknown** |

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jones Murray & Beatty, LLP**<br>**4119 Montrose**<br>**Suite 230**<br>**Houston, TX 77006** | **Legal Retainer** | **02/03/2020** | **$125,000.00** |
| | Email or website address<br>**www.jmbllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Watson Grinding & Manufacturing Co.**                        Case number *(if known)*   **20-30967**

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 **See attached Exhibit SOFA 4/13/30 Disclosure of Payments to Insiders for transparency. Debtor believes these payments to be ordinary course.** | | | |
| | **Various dates** | | |
| **Relationship to debtor Insiders/Affiliates** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.
       ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Watson Grinding Employees' 401(k) Retirement Plan** | EIN:   **74-1739242** |

       Has the plan been terminated?
       ■ No
       ☐ Yes

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number *(if known)*   **20-30967**

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| MATHESON TRI-GAS, INC<br>10430 MULA ROAD<br>Stafford, TX 77477 | 4525 Gessner Road<br>Houston, TX 77041 | Service agreement for gas tanks on Watson Grinding premise. Tanks not owned by Watson Grinding. | Unknown |
| KHMJ LTD<br>4525 Gessner Road<br>Houston, TX 77041 | Mutiple<br>Houston, TX 77041 | 4525 Gessner (Watson Grinding - Main Office)<br>4606 Steffani Bldg. F (CNC Building) | Unknown |
| Betty Sue Watson<br>14302 Swan Green<br>Houston, TX 77095 | Multiple<br>Houston, TX 77041 | 4606 Steffani Bldg. A-D (Machining Bays)<br>4521 Steffani (Lab)<br>4606 Steffani Bldg. E (Coating Booth) | Unknown |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Watson Grinding & Manufacturing Co.**                                    Case number *(if known)*  **20-30967**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Robert White**<br>**4525 Gessner**<br>**Houston, TX 77041** | **4627 Steffani**<br>**Houston, TX 77041** | **Grinding Shop** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jason White**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | **4506 Steffani**<br>**Houston, TX 77041** | **Storage Facility** | **Unknown** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

---

Debtor   **Watson Grinding & Manufacturing Co.**                    Case number *(if known)*  **20-30967**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **David Dunn**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | **2011 - Current** |
| 26a.2.    **Matt Snow**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | **2012 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Cummings & Houston LLP**<br>**440 Louisiana St # 650**<br>**Houston, TX 77002** | **2002 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **David Dunn**<br>**4525 Gessner Road**<br>**Houston, TX 77041** | **2011 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Cummings & Houston LLP**<br>**440 Louisiana St # 650**<br>**Houston, TX 77002** | |
| 26c.2.    **David Dunn**<br>**4525 Gessner Road**<br>**Houston, TX 77041** | **Explosion at the premises. Debtor has not been able to determine the status of the damages to the physical books and records.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Texas Capital Bank**<br>**1330 Post Oak Blvd**<br>**Suite 100**<br>**Houston, TX 77056** |
| 26d.2.    **Cummings & Houston LLP**<br>**440 Louisiana St # 650**<br>**Houston, TX 77002** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor **Watson Grinding & Manufacturing Co.**            Case number *(if known)* **20-30967**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Watson | 4525 Gessner Rd Houston, TX 77041 | Chief Executive Officer | 63.778% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert White | 4525 Gessner Rd Houston, TX 77041 | Chief Operating Officer | 17.096% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason White | 4525 Gessner Rd Houston, TX 77041 | Executive Vice Presedent | 17.096% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Judy White | 4525 Gessner Rd Houston, TX 77041 | Shareholder | 2.029% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | David Dunn 4525 Gessner Rd Houston, TX 77041 | | Various dates | See attached Exhibit SOFA 4/13/10 for breakdown of payments. |
| | Relationship to debtor Chief Financial Officer | | | |
| 30.2. | Robert White 4525 Gessner Rd Houston, TX 77041 | | Various dates | See attached Exhibit SOFA 4/13/10 for breakdown of payments. |
| | Relationship to debtor Minority Shareholder - Chief Operating Officer | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Watson Grinding & Manufacturing Co.**          Case number *(if known)*  **20-30967**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Jason White**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **Various dates** | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>**Minority Shareholder - Vice President** | | | |
| 30.4. | **John Watson**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **Various dates** | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>**Majority Shareholder - Chief Executive Officer** | | | |
| 30.5. | **Betty Sue Watson**<br>**14302 Swan Green**<br>**Houston, TX 77095** | | **Various dates** | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>**Mother of Majority Shareholder  (John Watson)** | | | |
| 30.6. | **Judy White**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **12/30/2019** | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>**Wife of Minority Shareholder** | | | |
| 30.7. | **Judy White and Robert White**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **Various dates** | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>**Wife of Minority Owner and Minority Owner.** | | | |
| 30.8. | **Jason White - Property**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **Various dates** | See attached Exhibit SOFA 4/13/30 for breakdown of payments. |
| | Relationship to debtor<br>**Property owned by Minority Owner (Jason White)** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

SOFA 4/13/30

| Name | Amount | Check Date |
|------|--------|------------|
| Dunn, David L | 7,291.67 | 2/15/2018 |
| | 7,291.67 | 2/28/2018 |
| | 7,291.67 | 3/15/2018 |
| | 7,291.67 | 3/30/2018 |
| | 7,291.67 | 4/13/2018 |
| | 7,291.67 | 4/30/2018 |
| | 7,291.67 | 5/15/2018 |
| | 7,291.67 | 5/31/2018 |
| | 7,291.67 | 6/15/2018 |
| | 7,291.67 | 6/29/2018 |
| | 7,291.67 | 7/13/2018 |
| | 7,291.67 | 7/31/2018 |
| | 7,291.67 | 8/15/2018 |
| | 7,291.67 | 8/31/2018 |
| | 7,291.67 | 9/14/2018 |
| | 7,291.67 | 9/28/2018 |
| | 7,291.67 | 10/15/2018 |
| | 7,291.67 | 10/31/2018 |
| | 7,291.67 | 11/15/2018 |
| | 7,291.67 | 11/30/2018 |
| | 58,349.13 | 12/14/2018 |
| | 7,291.67 | 12/31/2018 |
| | 7,291.67 | 1/15/2019 |
| | 7,291.67 | 1/31/2019 |
| | 7,291.67 | 2/15/2019 |
| | 7,291.67 | 2/28/2019 |
| | 7,291.67 | 3/15/2019 |
| | 7,291.67 | 3/29/2019 |
| | 7,291.67 | 4/15/2019 |
| | 7,291.67 | 4/30/2019 |
| | 7,291.67 | 5/15/2019 |
| | 7,291.67 | 5/31/2019 |
| | 7,291.67 | 6/14/2019 |
| | 7,291.67 | 6/28/2019 |
| | 7,291.67 | 7/15/2019 |
| | 7,291.67 | 7/31/2019 |
| | 7,291.67 | 8/15/2019 |
| | 7,291.67 | 8/30/2019 |
| | 7,291.67 | 9/13/2019 |
| | 7,291.67 | 9/30/2019 |
| | 7,291.67 | 10/15/2019 |
| | 7,291.67 | 10/31/2019 |
| | 7,291.67 | 11/15/2019 |
| | 7,291.67 | 11/29/2019 |
| | 50,656.93 | 12/13/2019 |
| | 7,291.67 | 12/31/2019 |
| | 7,291.67 | 1/15/2020 |
| | 5,833.34 | 1/31/2020 |
| | 442,964.55 Payroll | |
| | | 1/0/1900 |
| | 221,482.28 Watson Grinding (50%) | |
| | 221,482.28 Watson Valve (50%) | |

**SOFA 4/13/30**

| Name | Amount | Check Date |
|---|---|---|
| White, Robert L | 12,790.29 | 2/15/2018 |
| | 12,790.29 | 2/28/2018 |
| | 12,790.29 | 3/15/2018 |
| | 12,790.29 | 3/30/2018 |
| | 12,790.29 | 4/13/2018 |
| | 12,790.29 | 4/30/2018 |
| | 12,790.29 | 5/15/2018 |
| | 12,790.29 | 5/31/2018 |
| | 12,790.29 | 6/15/2018 |
| | 12,790.29 | 6/29/2018 |
| | 12,790.29 | 7/13/2018 |
| | 12,790.29 | 7/31/2018 |
| | 12,790.29 | 8/15/2018 |
| | 12,790.29 | 8/31/2018 |
| | 12,790.29 | 9/14/2018 |
| | 12,790.29 | 9/28/2018 |
| | 12,790.29 | 10/15/2018 |
| | 12,790.29 | 10/31/2018 |
| | 12,790.29 | 11/15/2018 |
| | 12,790.29 | 11/30/2018 |
| | 24,328.31 | 12/14/2018 |
| | 365,839.05 | 12/19/2018 |
| | 14,825.36 | 12/31/2018 |
| | 12,823.38 | 1/15/2019 |
| | 12,823.38 | 1/31/2019 |
| | 12,823.38 | 2/15/2019 |
| | 12,823.38 | 2/28/2019 |
| | 12,823.38 | 3/15/2019 |
| | 12,823.38 | 3/29/2019 |
| | 12,823.38 | 4/15/2019 |
| | 12,823.38 | 4/30/2019 |
| | 12,823.38 | 5/15/2019 |
| | 12,823.38 | 5/31/2019 |
| | 12,823.38 | 6/14/2019 |
| | 12,823.38 | 6/28/2019 |
| | 12,823.38 | 7/15/2019 |
| | 12,823.38 | 7/31/2019 |
| | 12,823.38 | 8/15/2019 |
| | 12,823.38 | 8/30/2019 |
| | 12,823.38 | 9/13/2019 |
| | 12,823.38 | 9/30/2019 |
| | 12,823.38 | 10/15/2019 |
| | 12,823.38 | 10/31/2019 |
| | 12,823.38 | 11/15/2019 |
| | 12,823.38 | 11/29/2019 |
| | 14,836.17 | 12/13/2019 |
| | 374,857.39 | 12/31/2019 |
| | 12,823.38 | 1/15/2020 |
| | 6,573.38 | 1/31/2020 |
| | 1,352,003.20 | Payroll |
| | | |
| | 676,001.60 | Watson Grinding (50%) |
| | 676,001.60 | Watson Valve (50%) |
| | | |
| Robert White | 5,901.09 | 20190919 |
| | 387,337.83 | 20191230 |
| | 393,238.92 | Distribution |
| | | |
| | 1,069,240.52 | Grand Total |

SOFA 4/13/30

| Name | Amount | Check Date |
|------|-------:|-----------|
| **White, Jason M** | 12,802.08 | 2/15/2018 |
| | 12,802.08 | 2/28/2018 |
| | 12,802.08 | 3/15/2018 |
| | 12,802.08 | 3/30/2018 |
| | 12,802.08 | 4/13/2018 |
| | 12,802.08 | 4/30/2018 |
| | 12,802.08 | 5/15/2018 |
| | 12,802.08 | 5/31/2018 |
| | 12,802.08 | 6/15/2018 |
| | 12,802.08 | 6/29/2018 |
| | 12,802.08 | 7/13/2018 |
| | 12,802.08 | 7/31/2018 |
| | 12,802.08 | 8/15/2018 |
| | 12,802.08 | 8/31/2018 |
| | 12,802.08 | 9/14/2018 |
| | 12,802.08 | 9/28/2018 |
| | 12,802.08 | 10/15/2018 |
| | 12,802.08 | 10/31/2018 |
| | 12,802.08 | 11/15/2018 |
| | 12,802.08 | 11/30/2018 |
| | 24,340.10 | 12/14/2018 |
| | 11,250.00 | 12/19/2018 |
| | 14,612.05 | 12/31/2018 |
| | 12,846.58 | 1/15/2019 |
| | 12,846.58 | 1/31/2019 |
| | 12,846.58 | 2/15/2019 |
| | 12,846.58 | 2/28/2019 |
| | 12,846.58 | 3/15/2019 |
| | 12,846.58 | 3/29/2019 |
| | 12,846.58 | 4/15/2019 |
| | 12,846.58 | 4/30/2019 |
| | 12,846.58 | 5/15/2019 |
| | 12,846.58 | 5/31/2019 |
| | 12,846.58 | 6/14/2019 |
| | 12,846.58 | 6/28/2019 |
| | 12,846.58 | 7/15/2019 |
| | 12,846.58 | 7/31/2019 |
| | 12,846.58 | 8/15/2019 |
| | 12,846.58 | 8/30/2019 |
| | 12,846.58 | 9/13/2019 |
| | 12,846.58 | 9/30/2019 |
| | 12,846.58 | 10/15/2019 |
| | 12,846.58 | 10/31/2019 |
| | 12,846.58 | 11/15/2019 |
| | 12,846.58 | 11/29/2019 |
| | 14,470.19 | 12/13/2019 |
| | 70,865.89 | 12/31/2019 |
| | 12,846.58 | 1/15/2020 |
| | 6,596.58 | 1/31/2020 |
| | 693,647.75 | Payroll |
| | | |
| | 346,823.88 | Watson Grinding (50%) |
| | 346,823.88 | Watson Valve (50%) |
| | | |
| **White, Jason M** | 387,337.83 | 20191230 |
| | 387,337.83 | Distribution |
| | | |
| | 734,161.71 | Grand Total |

| Name | Amount | Check Date |
|------|-------:|-----------|
| **Jason White -** Property | 3,000.00 | 20190301 |
| | 3,000.00 | 20190401 |
| | 3,000.00 | 20190501 |
| | 3,000.00 | 20190531 |
| | 3,000.00 | 20190701 |
| | 3,000.00 | 20190801 |
| | 3,000.00 | 20190830 |
| | 3,000.00 | 20191001 |
| | 3,000.00 | 20191101 |
| | 3,000.00 | 20191202 |
| | 3,000.00 | 20191231 |
| | 33,000.00 | Rent |

SOFA 4/13/30

| Name | Amount | | Check Date |
|------|-------:|--|-----------|
| **Watson, John M** | 12,545.66 | | 2/15/2018 |
| | 12,545.66 | | 2/28/2018 |
| | 12,545.66 | | 3/15/2018 |
| | 12,545.66 | | 3/30/2018 |
| | 12,545.66 | | 4/13/2018 |
| | 12,545.66 | | 4/30/2018 |
| | 12,545.66 | | 5/15/2018 |
| | 14,873.62 | | 5/31/2018 |
| | 14,873.62 | | 6/15/2018 |
| | 14,873.62 | | 6/29/2018 |
| | 14,889.92 | | 7/13/2018 |
| | 14,889.92 | | 7/31/2018 |
| | 14,889.92 | | 8/15/2018 |
| | 14,889.92 | | 8/31/2018 |
| | 14,889.92 | | 9/14/2018 |
| | 14,889.92 | | 9/28/2018 |
| | 14,889.92 | | 10/15/2018 |
| | 14,889.92 | | 10/31/2018 |
| | 14,889.92 | | 11/15/2018 |
| | 14,889.92 | | 11/30/2018 |
| | 18,928.22 | | 12/14/2018 |
| | 60,547.97 | | 12/19/2018 |
| | 17,010.53 | | 12/31/2018 |
| | 14,880.21 | | 1/15/2019 |
| | 14,880.21 | | 2/15/2019 |
| | 14,880.21 | | 2/28/2019 |
| | 14,880.21 | | 3/15/2019 |
| | 14,880.21 | | 3/29/2019 |
| | 14,880.21 | | 4/15/2019 |
| | 14,880.21 | | 4/30/2019 |
| | 14,880.21 | | 5/15/2019 |
| | 14,880.21 | | 5/31/2019 |
| | 14,880.21 | | 6/14/2019 |
| | 14,880.21 | | 6/28/2019 |
| | 14,880.21 | | 7/15/2019 |
| | 14,880.21 | | 7/31/2019 |
| | 14,880.21 | | 8/15/2019 |
| | 14,880.21 | | 8/30/2019 |
| | 14,880.21 | | 9/13/2019 |
| | 14,880.21 | | 9/30/2019 |
| | 14,880.21 | | 10/15/2019 |
| | 14,880.21 | | 10/31/2019 |
| | 14,880.21 | | 11/15/2019 |
| | 14,880.21 | | 11/29/2019 |
| | 16,889.27 | | 12/13/2019 |
| | 14,880.21 | | 12/31/2019 |
| | 14,880.21 | | 1/15/2020 |
| | 296.88 | | 1/31/2020 |
| | 737,257.38 | Payroll | |
| | | | |
| | 368,628.69 | Watson Grinding (50%) | |
| | 368,628.69 | Watson Valve (50%) | |
| | | | |
| **Watson, John M** | 1,420.20 | | 20190806 |
| | 1,445,000.00 | | 20191230 |
| | 1,446,420.20 | Distrubution | |
| | | | |
| | 1,815,048.89 | Grand Total | |
| | | | |
| **Name** | **Amount** | | **Check Date** |
| **Watson, John M** | 21,555.00 | | 20190301 |
| | 21,555.00 | | 20190401 |
| | 21,555.00 | | 20190501 |
| | 21,555.00 | | 20190531 |
| | 21,555.00 | | 20190628 |
| | 21,555.00 | | 20190801 |
| | 21,555.00 | | 20190830 |
| | 21,555.00 | | 20191001 |
| | 21,555.00 | | 20191101 |
| | 15,270.00 | | 20191202 |
| | 21,555.00 | | 20191231 |
| | 230,820.00 | Notes Payable | |

SOFA 4/13/30

| Name | Amount | Check Date | |
|------|-------:|-----------|--|
| **Betty Sue Watson** | 10,000.00 | | 20190301 |
| | 10,000.00 | | 20190401 |
| | 10,000.00 | | 20190501 |
| | 10,000.00 | | 20190531 |
| | 10,000.00 | | 20190701 |
| | 10,000.00 | | 20190801 |
| | 10,000.00 | | 20190830 |
| | 10,000.00 | | 20191001 |
| | 10,000.00 | | 20191101 |
| | 10,000.00 | | 20191202 |
| | 10,000.00 | | 20191231 |
| | 110,000.00 | Rent | |

| Name | Amount | Check Date | |
|------|-------:|-----------|--|
| **Judy White** | 45,985.30 | | 20191230 |
| | 45,985.30 | Distribution | |

| Name | Amount | Check Date | |
|------|-------:|-----------|--|
| **Robert White** | 10,000.00 | | 20190301 |
| **Judy White** | 10,000.00 | | 20190401 |
| | 10,000.00 | | 20190501 |
| | 10,000.00 | | 20190531 |
| | 10,000.00 | | 20190701 |
| | 10,000.00 | | 20190801 |
| | 10,000.00 | | 20190830 |
| | 10,000.00 | | 20191001 |
| | 10,000.00 | | 20191101 |
| | 10,000.00 | | 20191202 |
| | 10,000.00 | | 20191231 |
| | 110,000.00 | Rent | |

Debtor   **Watson Grinding & Manufacturing Co.**                                    Case number *(if known)*  20-30967

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

**Name of the pension fund**                                    **Employer Identification number of the parent corporation**

Watson Grinding Employees' 401(k) Retirement Plan                   EIN:      74-1739242

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3 - 23 - 2020

_____           **Robert White**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Operating Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### Southern District of Texas

In re   **Watson Grinding & Manufacturing Co.**

Debtor(s)

Case No.   **20-30967**

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jason White**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **17.096%** | |
| **John Watson**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **63.778%** | |
| **Judy White**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **2.029%** | |
| **Robert White**<br>**4525 Gessner Rd**<br>**Houston, TX 77041** | | **17.096%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   *3-23-2020*

Signature   *Robert White*

Robert White

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.