EXHIBIT "A"

| 13-Week Cash Forecast | 1 FORECAST Week Ending 3/6/2020 | 2 FORECAST Week Ending 3/13/2020 | 3 FORECAST Week Ending 3/20/2020 | 4 FORECAST Week Ending 3/27/2020 | 5 FORECAST Week Ending 4/3/2020 | 6 FORECAST Week Ending 4/10/2020 | 7 FORECAST Week Ending 4/17/2020 | 8 FORECAST Week Ending 4/24/2020 | 9 FORECAST Week Ending 5/1/2020 | 10 FORECAST Week Ending 5/8/2020 | 11 FORECAST Week Ending 5/15/2020 | 12 FORECAST Week Ending 5/22/2020 | 13 FORECAST Week Ending 5/29/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales:** | | | | | | | | | | | | | |
| Total Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **OPERATING CASH - Beg Book Balance** | 3,909,068 | 4,582,244 | 4,569,451 | 4,614,649 | 4,612,863 | 4,721,772 | 4,710,150 | 4,701,768 | 4,738,832 | 5,176,141 | 5,222,539 | 5,234,158 | 5,280,555 |
| **Inflows:** | | | | | | | | | | | | | |
| Collections | 59,108 | 59,108 | 59,108 | 59,108 | 59,108 | 59,108 | 59,108 | 59,108 | 59,108 | 59,108 | 59,108 | 59,108 | 59,108 |
| Insurance[1] (Payout) | 650,000 | | | | 650,000 | | | | 650,000 | | | | |
| Total Inflows | 709,108 | 59,108 | 59,108 | 59,108 | 709,108 | 59,108 | 59,108 | 59,108 | 709,108 | 59,108 | 59,108 | 59,108 | 59,108 |
| **Outflows:** | | | | | | | | | | | | | |
| Vendor Payments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll Hourly | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 | 8,700 |
| Payroll Taxes | 647 | 647 | 647 | 647 | 647 | 647 | 647 | 647 | 647 | 647 | 647 | 647 | 647 |
| Payroll Benefits (Health Insurance, Life Insurance, Workers Comp) | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 | 1,166 |
| Payroll Fees | 97 | 97 | 97 | 97 | 97 | 97 | 97 | 97 | 97 | 97 | 97 | 97 | 97 |
| 401(k) | | | | 650 | | | | | | | | | |
| Payroll Salary | | 51,791 | | | 30,698 | | 30,698 | | 30,698 | | 30,698 | | 30,698 |
| Payroll Taxes | | 3,708 | | | 2,200 | | 2,200 | | 2,200 | | 2,200 | | 2,200 |
| Payroll Benefits (Health Insurance, Life Insurance, Workers Comp) | | 3,459 | | | 1,749 | | 1,749 | | 1,749 | | 1,749 | | 1,749 |
| Payroll Fees | | 233 | | | 133 | | 133 | | 233 | | 133 | | 133 |
| Rent paid to Logic Precision | 4,500 | | | | 4,500 | | | | 4,500 | | | | |
| Utilities | 500 | | | | 500 | | | | 500 | | | | |
| Insurance (AFCO the 3rd coverage)(paid on 1st) | 4,110 | | | | 4,110 | | | | 4,110 | | | | |
| Insurance (United Fire Group General Liability)(paid 26th) | | | | 9,334 | | | | | 9,334 | | | | 9,334 |
| Insurance (Texas Mutual WC)(paid last day of the month) | | | | | 5,899 | | | | | 5,899 | | | 5,899 |
| Post Petition Accounts Payable | 11,913 | | | 38,200 | 15,000 | 58,020 | | | | | | | |
| Freight Cost | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Equipment R&M | | | | | 5,000 | - | | | 5,000 | | - | | |
| Office Supplies | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Communications - Cell Phones | | | 1,200 | | | | | | | | | | |
| IT | 1,000 | | | | 1,000 | | | | 1,000 | | | | |
| Shop/Shipping Supplies | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Auto/Fuel Expenses - Delivery Truck | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Meals & Entertainment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Travel | | - | | - | | - | | - | | - | - | - | - |
| Marketing & Advertising | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Security | | | | | 2,000 | | | | | 2,000 | | | |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 |
| Property Taxes | | - | - | - | 240,000 | - | - | - | - | - | - | - | - |
| Other Miscellaneous Cost | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Total Outflows | 34,733 | 71,901 | 13,910 | 60,894 | 325,499 | 70,730 | 47,490 | 22,044 | 70,599 | 12,710 | 47,490 | 12,710 | 112,723 |
| **Net Cash Flow from Operations** | 674,375 | (12,793) | 45,198 | (1,786) | 383,609 | (11,622) | 11,618 | 37,064 | 638,509 | 46,398 | 11,618 | 46,398 | (53,615) |
| **NON-OPERATING EXPENSES** | | | | | | | | | | | | | |
| Term Loan Interest Payments | | - | - | - | | - | - | - | | - | - | - | - |
| Term Loan Principal | | - | - | - | | - | - | - | | - | - | - | - |
| Bank Charges | 1,200 | - | - | - | 1,200 | - | - | - | 1,200 | - | - | - | - |
| Payments for PA Wage & Hour Settlement | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Watson Grinding Counsel | | | | | 75,000 | | | | 75,000 | | | | |

**EXHIBIT "A"**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UCC Counsel | - | - | - | - | 100,000 | - | - | 100,000 | - | - | 100,000 | | |
| MACCO | | | | | 98,500 | | | 25,000 | | | 25,000 | | |
| Noticing Agent | | | | | | | | | | | | | |
| Accountants/CPA (Tax, Quarterly Reviews) | | | | | | | | | | | | | |
| Investment Banking Fees (Paid from Sale Proceeds) | | | | | | | | | | | | | |
| ESI vendor | | | | | | | 20,000 | | | | | | |
| Proceeds from Asset Sales | - | - | - | - | - | - | - | - | - | - | - | | |
| Total Non-Operating Expenses | 1,200 | - | - | - | 274,700 | - | 20,000 | - | 201,200 | - | - | - | 125,000 |
| **Net Cash Flow Before Revolver** | 673,175 | (12,793) | 45,198 | (1,786) | 108,909 | (11,622) | (8,382) | 37,064 | 437,309 | 46,398 | 11,618 | 46,398 | (178,615) |
| **(Payment to LOC)** | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Borrowing from LOC** | - | - | - | - | - | - | - | - | - | - | - | - | |
| **OPERATING CASH - Ending Balance** | 4,582,244 | 4,569,451 | 4,614,649 | 4,612,863 | 4,721,772 | 4,710,150 | 4,701,768 | 4,738,832 | 5,176,141 | 5,222,539 | 5,234,158 | 5,280,555 | 5,101,941 |
| **Total Availability** | (3,000,000) | (3,050,027) | (3,100,056) | (3,150,088) | (3,200,122) | (3,250,159) | (3,300,198) | (3,350,240) | (3,400,284) | (3,450,331) | (3,500,380) | (3,550,432) | (3,600,487) |
| **Cash + Availability** | 1,582,244 | 1,519,424 | 1,514,593 | 1,462,775 | 1,521,650 | 1,459,991 | 1,401,570 | 1,388,592 | 1,775,857 | 1,772,208 | 1,733,777 | 1,730,123 | 1,501,454 |