IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WATSON GRINDING AND, | § | Case No. 20-30967 (MI) |
| MANUFACTURING CO., INC., | § | (Chapter 11) |
| | § | |
| Debtor, | § | |
| | § | |
| GILBERTO MENDOZA CRUZ AND | § | |
| MASSIEL NUNEZ, Individually and | § | |
| as Next Friend of I.M. and A.M. (Minors), | § | |
| | § | |
| Movants, | § | |
| | § | |
| VS. | § | CONTESTED MATTER |
| | § | |
| WATSON GRINDING AND, | § | |
| MANUFACTURING CO., INC., and, | § | |
| | § | |
| Respondent. | § | |

CERTIFICATE OF SERVICE
[Ref. Doc. No. 190]

COME NOW, GILBERTO MENDOZA CRUZ AND MASSIEL NUNEZ, Individually and as Next Friend of I.M. and A.M. (Minors) ("Movants") and file this Certificate of Service as follows:

I hereby certify that On April 7, 2020, a copy of *Gilberto Mendoza Cruz's and Massiel Nunez's, Individually and as Next Friend of I.M. and A.M. (Minors) Motion for Relief from Stay to Continue with Pre-Petition, State Court Lawsuit* (Doc. No.190), was served electronically via the Court's ECF/PACER System, and on all parties listed on the Debtor's Master Service List filed with the Court, a copy of which is attached hereto as Exhibit A, via United States regular mail, first class postage prepaid and via email to those parties listed for email service.

1

Respectfully submitted,

**WAUSON | PROBUS**

By:___/s/ Matthew B. Probus_____
       **Matthew B. Probus**
       State Bar No. 16341200
       Fed. ID No. 10915
       mbprobus@w-plaw.com

One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)

*ATTORNEYS FOR MOVANTS,
GILBERTO MENDOZA CRUZ AND
MASSIEL NUNEZ, INDIVIDUALLY
AND AS NEXT FRIEND OF
I.M. AND A.M. (MINORS)*