## MASTER SERVICE LIST

**DEBTOR**
WATSON GRINDING &
MANUFACTURING CO.
4525 GESSNER ROAD
HOUSTON, TX 77041

**REPRESENTED BY**
ERIN E. JONES
CHRISTOPHER R. MURRAY
JONES MURRAY & BEATTY LLP
4119 MONTROSE, SUITE 230
HOUSTON, TX 77006

**US TRUSTEE**
OFFICE OF THE US TRUSTEE
515 RUSK AVE
SUITE 3516
HOUSTON, TX 77002

**REPRESENTED BY**
STEPHEN DOUGLAS STATHAM
OFFICE OF US TRUSTEE
515 RUSK
SUITE 3516
HOUSTON, TX 77002

## 20 LARGEST UNSECURED CLAIMS

ASTRO ALLOYS INC.
9155 EMMOTT ROAD
HOUSTON, TX 77040

BAKER BOTTS LLP
910 LOUISIAN STREET
SUITE 3200
HOUSTON, TX 77002

C&M TECHNOLOGIES GROUP INC.
350 NORTH SAINT PAUL STREET
DALLAS, TX 75201

EARL M. JORGENSEN
6201 LUMERDALE ROAD
HOUSTON, TX 77092

GULFCO FORGE COMPANY
6817 INDUSTRIAL ROAD
HOUSTON, TX 77005

HALCO METALS
9611 TELGE ROAD
HOUSTON, TX 77095

HUNTER CHEMICAL LLC
220 COMMERCE DRIVE
SUITE 200
FORT WASHINGTON, PA 19034

LINEAGE ALLOYS
1901 ELLIS SCHOOL ROAD
BAYTOWN, TX 77521

MATHESON TRI-GAS
166 KEYSTONE DRIVE
MONTGOMERYVILLE, PA 18936

NORTH AMERICAN HOGANAS CO.
111 HOGANAS WAY
HOLLSOPPLE, PA 15935

NORTON ROSE FULBRIGHT
1301 MCKINNEY STREET
SUITE 1500
HOUSTON, TX 77010

PARRISH INTERNATIONAL INC.
PO BOX 468
HEMPSTEAD, TX 77445

Exhibit A

| | |
|---|---|
| SCOTT STAINLESS SPECIALITIES<br>501 GEORGIA AVENUE<br>SOUTH HOUSTON, TX 77587 | VICTORY METALS<br>4125 HOLLISTER ROAD<br>HOUSTON, TX 77080 |
| TECHNICAL ENGINEERING LLC<br>100 CHAPEL ROAD<br>MANCHESTER, CT 6042 | VINATECH ENGINEERING<br>7747 FORMULA PLACE<br>SAN DIEGO, CA 92121 |
| THYSSENKRUPP<br>ATTN: GENERAL COUNSEL<br>111 W JACKSON BLVD<br>CHICAGO, IL 60604 | WEBB INDUSTRIAL LLC<br>2433 LOFTON TERRACE<br>FORT WORTH, TX 76109 |
| TRICOR METALS<br>3517 N LOOP 336 W<br>CONROE, TX 77304 | WATSON VALVE SERVICES INC.<br>4525 GESSNER ROAD<br>HOUSTON, TX 77041 |

## HUSCH BLACKWELL AS COUNSEL FOR TEXAS CAPITAL BANK

TEXAS CAPITAL BANK
C/O TIMOTHY MILLION
600 TRAVIS STREET
HOUSTON, TX 77002

## INTERNAL REVENUE SERVICE

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>300 E 8TH STREET<br>MAIL STOP 5026AUS<br>AUSTIN, TX 78701 |

## THE UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF TEXAS

RICHARD A. KINCHELOE
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TX 77002

Exhibit A

## THE TEXAS ATTORNEY GENERAL'S OFFICE

| | |
|---|---|
| ABIGAIL RUSHING RYAN, AAG<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>BANKRUPTCY & COLLECTIONS DIVISION<br>PO BOX 12548-MC 008<br>AUSTIN, TX 78711-2548 | JASON B. BINFORD<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548-MC 008<br>AUSTIN, TEXAS 78711-2548 |

## PARTIES REQUESTING NOTICE

| | |
|---|---|
| TIMOTHY A. MILLION<br>HUSCH BLACKWELL LLP<br>600 TRAVIS STREET, SUITE 2350<br>HOUSTON, TEXAS 77002 | JARROD B. MARTIN<br>MCDOWELL HETHERINGTON LLP<br>1001 FANNIN, SUITE 2700<br>HOUSTON, TX 77002 |
| J. SCOTT DOUGLASS<br>1811 BERING DR., SUITE 420<br>HOUSTON, TEXAS 77057 | KATE H. EASTERLING<br>MCDOWELL HETHERINGTON LLP<br>1001 FANNIN, SUITE 2700<br>HOUSTON, TX 77002 |
| MUHAMMAD AZIZ<br>ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO, AZIZ & STOGNER<br>800 COMMERCE STREET<br>HOUSTON, TEXAS 77002 | AVISHAY MOSHENBERG<br>MCDOWELL HETHERINGTON LLP<br>1001 FANNIN, SUITE 2700<br>HOUSTON, TX 77002 |
| HENRY FLORES<br>RAPP & KROCK, PC<br>1980 POST OAK BLVD., SUITE 1200<br>HOUSTON, TEXAS 77056 | ERIKA L. MORABITO<br>FOLEY & LARDNER LLP<br>3000 K STREET, N.W., SUITE 600<br>WASHINGTON, D.C. 20007 |
| KENNETH M. KROCK<br>RAPP & KROCK, PC<br>1980 POST OAK BLVD., SUITE 1200<br>HOUSTON, TEXAS 77056 | HOLLAND N. O'NEIL<br>FOLEY & LARDNER LLP<br>2021 MCKINNEY AVENUE, SUITE 1600<br>DALLAS, TX 75201 |
| JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | RANDALL J. POELMA, JR.<br>DOYEN SEBESTA & POELMA, LLLP<br>450 GEARS ROAD, SUITE 350<br>HOUSTON, TX 77067 |

Exhibit A

WILLIAM T. SEBESTA
DOYEN SEBESTA & POELMA, LLLP
450 GEARS ROAD, SUITE 350
HOUSTON, TX 77067

BRUCE J. RUZINSKY
JACKSON WALKER LLP
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010

ELIZABETH C. FREEMAN
JACKSON WALKER LLP
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010

RYAN E. CHAPPLE
CAIRN & SKARNULIS PLLC
400 W. 15TH STREET, SUITE 900
AUSTIN, TX 78701

TAYLOR R. ROMERO
CAIRN & SKARNULIS PLLC
400 W. 15TH STREET, SUITE 900
AUSTIN, TX 78701

RANDY W. WILLIAMS
BYMAN & ASSOCIATES PLLC
7924 BROADWAY, SUITE 104
PEARLAND, TX 77581

ABIGAIL RUSHING RYAN, AAG
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
BANKRUPTCY & COLLECTIONS
DIVISION
PO BOX 12548-MC 008
AUSTIN, TX 78711-2548

JASON B. BINFORD
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
BANKRUPTCY & COLLECTIONS
DIVISION
P. O. BOX 12548-MC 008
AUSTIN, TEXAS 78711-2548

## COUNSEL FOR STATE COURT LITIGATION CLAIMANTS

L. LEE THWEATT
ONE GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-0102

JOSEPH D. TERRY
ONE GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-0102

ANNA DEAN KAMINS
KAMINS LAW FIRM, PLLC
2925 RICHMOND AVENUE
SUITE 1200
HOUSTON, TX 77098

STEPHEN R. WALKER
LAW OFFICES OF MANUEL SOLIS, PC
6657 NAVIGATION BOULEVARD
HOUSTON, TX 77011

GREGORY J. FINNEY
LAW OFFICES OF MANUEL SOLIS, PC
6657 NAVIGATION BOULEVARD
HOUSTON, TX 77011

JUAN A. SOLIS
LAW OFFICES OF MANUEL SOLIS, PC
6657 NAVIGATION BOULEVARD
HOUSTON, TX 77011

BYRON C. ALFRED
2019 WICHITA STREET
HOUSTON, TX 77004

Exhibit A

RYAN H. ZEHL
ZEHL & ASSOCIATES PC
2700 POST OAK BLVD, SUITE 1000
HOUSTON, TX 77056

MATTHEW O. GREENBERG
ZEHL & ASSOCIATES PC
2700 POST OAK BLVD, SUITE 1000
HOUSTON, TX 77056

MATT L. MARTIN
ZEHL & ASSOCIATES PC
2700 POST OAK BLVD, SUITE 1000
HOUSTON, TX 77056

GREGORY F. COX
MOSTYLN LAW
3810 WEST ALABAMA STREET
HOUSTON, TX 77027

MICHAEL DOWNEY
MOSTYLN LAW
3810 WEST ALABAMA STREET
HOUSTON, TX 77027

CATHRYN J. SCHEXNAIDER
MOSTYLN LAW
3810 WEST ALABAMA STREET
HOUSTON, TX 77027

CHANCE A. MCMILLAN
MCMILLAN FIRM, P.L.L.C.
440 LOUISIANA STREET
SUITE 1200
HOUSTON, TX 77002-1691

MATHEW MENDOZA
MCMILLAN FIRM, P.L.L.C.
440 LOUISIANA STREET
SUITE 1200
HOUSTON, TX 77002-1691

ANTHONY G. BUZBEE
JP MORGAN CHASE TOWER
600 TRAVIS STREET, SUITE 7300
HOUSTON, TX 77002

CHRISTOPHER J. LEAVITT
JP MORGAN CHASE TOWER
600 TRAVIS STREET, SUITE 7300
HOUSTON, TX 77002

RYAN S. PIGG
JP MORGAN CHASE TOWER
600 TRAVIS STREET, SUITE 7300
HOUSTON, TX 77002

MUHAMMAD S. AZIZ
800 COMMERCE STREET
HOUSTON, TX 77002

KARL P. LONG
800 COMMERCE STREET
HOUSTON, TX 77002

BILAAL BADAT
4151 SOUTHWEST FWY, SUITE 320
HOUSTON, TX 77027

MARTY HERRING
MARTY HERRING & ASSOCIATES
1616 S. VOSS ROAD, SUITE 890
HOUSTON, TX 77057

CAMERON R. TEBO
MARTY HERRING & ASSOCIATES
1616 S. VOSS ROAD, SUITE 890
HOUSTON, TX 77057

MICHAEL TATE BARKLEY
BAIN & BARKLEY
14090 SOUTHWEST FREEWAY
SUITE 450
SUGAR LAND, TX 77478

KARL R. SCHNEIDER
BAIN & BARKLEY
14090 SOUTHWEST FREEWAY
SUITE 450
SUGAR LAND, TX 77478

Exhibit A

| | |
|---|---|
| BRETT ANTHONY<br>ANTHONY PETERSON, LLP<br>500 NORTH WATER STREET<br>SUITE 1000<br>CORPUS, CHRISTI, TX 78401 | J. RYAN LOYA<br>9805 KATY FREEWAY, SUITE 850<br>HOUSTON, TX 77024 |
| ADAM ANTHONY<br>ANTHONY PETERSON, LLP<br>500 NORTH WATER STREET<br>SUITE 1000<br>CORPUS, CHRISTI, TX 78401 | JOSHUA R. LEAL<br>9805 KATY FREEWAY, SUITE 850<br>HOUSTON, TX 77024 |
| | ALEX P. BOYLHART<br>9805 KATY FREEWAY, SUITE 850<br>HOUSTON, TX 77024 |
| DONALD PETERSON<br>ANTHONY PETERSON, LLP<br>500 NORTH WATER STREET<br>SUITE 1000<br>CORPUS, CHRISTI, TX 78401 | WILLIAM W. HOKE (OF COUNSEL)<br>9805 KATY FREEWAY, SUITE 850<br>HOUSTON, TX 77024 |
| RUBEN BONILLA, JR.<br>BONILLA & CHAPPA, P.C.<br>2600 GESSNER ROAD, SUITE 136<br>HOUSTON, TX 77080 | HUSEIN HADI<br>SEDRICK STAGG<br>7100 REGENCY SQUARE BOULEVARD<br>SUITE 140<br>HOUSTON, TX 77036 |
| VINCE RYAN<br>HARRIS COUNTY ATTORNEY<br>ENVIRONMENTAL GROUP<br>1019 CONGRESS, 15TH FLOOR<br>HOUSTON, TX 77002 | JAMIL THOMAS<br>SEDRICK STAGG<br>7100 REGENCY SQUARE BOULEVARD<br>SUITE 140<br>HOUSTON, TX 77036 |
| SARAH JANE UTLEY<br>HARRIS COUNTY ATTORNEY<br>ENVIRONMENTAL GROUP<br>1019 CONGRESS, 15TH FLOOR<br>HOUSTON, TX 77002 | CARNEGIE H. MIMS, III<br>SEDRICK STAGG<br>7100 REGENCY SQUARE BOULEVARD<br>SUITE 140<br>HOUSTON, TX 77036 |
| KATHY PORTER<br>AIR COMPLIANCE COORDINATOR<br>HARRIS COUNTY POLLUTION<br>CONTROL SERVICES DEPARTMENT<br>101 SOUTH RICHEY, SUITE H<br>PASADENA, TX 77506 | ERIC DICK, LL.M.<br>3701 BROOKWOODS DRIVE<br>HOUSTON, TX 77092 |
| ROBERT S. KWOK<br>9805 KATY FREEWAY, SUITE 850<br>HOUSTON, TX 77024 | JOEL C. SIMON<br>FERNELIUS SIMON MACE<br>ROBERTSON PERDUE PLLC<br>4119 MONTROSE BOULEVARD,<br>SUITE 500<br>HOUSTON, TX 77006 |

Exhibit A

STEPHEN M. FERNELIUS
FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC
4119 MONTROSE BOULEVARD, SUITE 500
HOUSTON, TX 77006

RYAN M. PERDUE
FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC
4119 MONTROSE BOULEVARD, SUITE 500
HOUSTON, TX 77006

DEREK H. POTTS
POTTS LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1900
HOUSTON, TX 77098

MICHAEL J. BINS
POTTS LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1900
HOUSTON, TX 77098

RILEY L. BURNETT, JR.
BURNETT LAW FIRM
3737 BUFFALO SPEEDWAY, SUITE 1850
HOUSTON, TX 77098

PEGAH RAHGOZAR
2825 WILCREST DRIVE, SUITE 515
HOUSTON, TX 77045

LESTER B. NICHOLS III
2825 WILCREST DRIVE, SUITE 515
HOUSTON, TX 77045

KURT B. ARNOLD
ARNOLD & ITKIN LLP
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

JASON A. ITKIN
ARNOLD & ITKIN LLP
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

J. KYLE FINDLEY
ARNOLD & ITKIN LLP
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

KALA F. SELLERS
ARNOLD & ITKIN LLP
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

ADAM D. LEWIS
ARNOLD & ITKIN LLP
6009 MEMORIAL DRIVE
HOUSTON, TX 77007

CHRISTOPHER L. BELL
GREENBERG TRAURIG, LLP
1000 LOUISIANA STREET, SUITE 1700
HOUSTON, TX 77002

GREGORY F. COX
MOSTYN LAW
3810 WEST ALABAMA ST.
HOUSTON, TX 77027

MICHAEL A. DOWNEY
MOSTYN LAW
3810 WEST ALABAMA ST.
HOUSTON, TX 77027

CAROLINE L. MAIDA
MOSTYN LAW
3810 WEST ALABAMA ST.
HOUSTON, TX 77027

MARY-OLGA LOVETT
GREENBERG TRAURIG, LLP
1000 LOUISIANA STREET, SUITE 1700
HOUSTON, TX 77002

Exhibit A

PAUL B. KERLIN
GREENBERG TRAURIG, LLP
1000 LOUISIANA STREET, SUITE 1700
HOUSTON, TX 77002

CHRISTOPHER M LAVIGNE
GREENBERG TRAURIG, LLP
2200 ROSS AVE., SUITE 5200
DALLAS, TX 75201

KARL D. BURRER
GREENBERG TRAURIG, LLP
1000 LOUISIANA STREET, SUITE 1700
HOUSTON, TX 77002

JAMES R. JONES
4185 TECHNOLOGY FOREST BLVD.,
SUITE 160
THE WOODLANDS, TX 77381

JOHN V. MCCOY
MCCOY LEAVITT & LASKEY
N19 W242000 RIVERWOOD DR.,
SUITE 125
WAUKESHA, WI 53188

ANA M. ENE
CLARK, LOVE & HUTSON, PLLC
440 LOUISIANA, SUITE 1700
HOUSTON, TX 77002

ADAM D. PEAVY
CLARK, LOVE & HUTSON, PLLC
440 LOUISIANA, SUITE 1700
HOUSTON, TX 77002

JOSHUA W. WOLFSHOHL
PORTER HEDGES LLP
1000 MAIN STREET, 36TH FLOOR
HOUSTON, TX 77002

AARON J. POWER
PORTER HEDGES LLP
1000 MAIN STREET, 36TH FLOOR
HOUSTON, TX 77002

KEVIN M MADDEN
LAW OFFICES OF KEVIN M. MADDEN,
PLLC
5225 KATY FREEWAY, SUITE 520
HOUSTON, TX 77007

MARK W. MORAN
MUNCK WILSON MANDALA, LLP
12770 COIT ROAD, SUITE 600
DALLAS, TX 75251

## NOTICE-ONLY PARTIES

MATHESON TRI-GAS, INC.
ATTN: GENERAL COUNSEL
150 ALLEN ROAD - SUITE 302
BASKING RIDGE, NJ 07920

AUTOMATION PLUS
ATTN: FRANK LOMELO
8930 LAWNDALE ST., SUITE F
HOUSTON, TX 77012

ARC SPECIALTIES, INC.
ATTN: L DON KNIGHT
8100 WASHINGTON, SUITE 1000
HOUSTON, TX 77007

ARC SPECIALTIES, INC.
1730 STEBBINS DR
HOUSTON, TX 77043

Exhibit A

CENTERPOINT ENERGY SERVICE
COMPANY LCC,
ATTN: GENERAL COUNSEL
1111 LOUISIANA STREET
39TH FLOOR
HOUSTON, TX 77002

CENTERPOINT ENERGY SERVICES,
INC.,
ATTN: GENERAL COUNSEL
1111 LOUISIANA STREET
39TH FLOOR
HOUSTON, TX 77002

CENTERPOINT ENERGY RESOURCES
CORP.,
ATTN: GENERAL COUNSEL
1111 LOUISIANA STREET
39TH FLOOR
HOUSTON, TX 77002

CENTERPOINT ENERGY GAS
SERVICES, INC. – NATURAL GAS
ATTN: GENERAL COUNSEL
1111 LOUISIANA STREET
39TH FLOOR
HOUSTON, TX 77002

STM & ASSOCIATES
8554 KATY FREEWAY, SUITE 112
HOUSTON, TX 77024

3M
3M CORPORATE HEADQUARTERS
2501 HUDSON ROAD
MAPLEWOOD, MN 55144
DETCON
3M CENTER BLDG 224-5N40
SAINT PAUL, MN 55144-1001

DETCON
3200 RESEARCH FOREST DR
THE WOODLANDS, TX 77381-4219

DETCON
4055 TECHNOLOGY FOREST BLVD
THE WOODLANDS, TX 77381

FIRESTONE CRYOGENIC EQUIPMENT
14954 EAST DR
CONROE, TX 77302-6600

FIRESTONE CRYOGENIC EQUIPMENT
ATTN: LINDA PLUMMER
12446 CUTTEN ROAD
HOUSTON, TX 77066

RADNOR
AIRGAS, INC.
259 NORTH RADNOR-CHESTER ROAD
SUITE 100
RADNOR, PA 19087-5283

OLDHAM A/K/A TELEDYNE GAS &
FLAME AMERICAS – THE
WOODLANDS
DETCON, INC.
4055 TECHNOLOGY FOREST
BOULEVARD
THE WOODLANDS, TX 77381

WESTERN INTERNATIONAL GAS &
CYLINDER, INC.
ATTN: DENISE C. HAUGEN
7173 HIGHWAY 159 E
PO BOX 668
BELLVILLE, TX 77418

MILLER, SCAMARDI, AND CARRABA
ATTN: DAVID MILLER
6525 WASHINGTON AVE.
HOUSTON, TEXAS 77007

ASTRO ALLOYS
ATTN: KEN WHITED
9155 EMMOTT ROAD
HOUSTON, TX 77040

Exhibit A

| | |
|---|---|
| NATIONAL ALLOY SOLUTIONS<br>C/O GONZALEZ & ASSOCIATES<br>ATTN: EDWARD GONZALEZ<br>2205 FULTON ST.<br>HOUSTON, TX 77009 | TECHNICAL ENGINEERING LLC<br>100 CHAPEL RD<br>MANCHESTER, CT 06042<br><br>VERTECS<br>8402 RAYSON ROAD<br>HOUSTON, TX, 77080 |
| KENNAMETAL, INC.<br>ATTN: MICHELLE R. KEATING<br>525 WILLIAM PENN PLACE, SUITE 3300<br>PITTSBURGH, PA 15219 | ABB<br>13609 INDUSTRIAL ROAD<br>GATE 5, COMPLEX 3G WEST<br>HOUSTON, TX 77015 |

Exhibit A

**EMAIL SERVICE LIST**

rkwok@kwoklaw.com;
rloya@kwoklaw.com;
aboylhart@kwoklaw.com;
whoke@whokelaw.com;
ebdick@gmail.com;
tbuzbee@txattorneys.com;
cleavitt@txattorneys.com;
rpigg@txattorneys.com;
gfcox@mostynlaw.com;
madowney@mostynlaw.com;
axmendoza@mostynlaw.com;
maziz@awtxlaw.com;
klong@awtxlaw.com;
bilaalbadat.law@outlook.com;
cam@mcmillanfirm.com;
mem@mcmillanfirm.com;
litigation@thehadilawfirm.com;
byron@alferdfirm.com;
Joel.simon@trialattorneytx.com;
Steve.fernelius@trialattorneytx.com;
Ryan.perdue@trialattorneytx.com;
mmartin@zehllaw.com;
Sarah.utley@coa.hctx.net;
Rock.Owens@cao.hctx.net;
banthony@anthony-peterson.com;
dpeterson@anthony-peterson.com;
Rbon1@swbell.net;
tate@bainlaw.net;
karl@bainlaw.net;
e-service@arnolditkin.com;
karnold@arnolditkin.com;
jitkin@arnolditkin.com;
kfindley@arnolditkin.com;
ksellers@arnolditkin.com;
alewis@arnolditkin.com;
swalker@manuelsolis.com;
gfinney@manuelsolis.com;
jusolis@manuelsolis.com;
lthweatt@terrythweatt.com;
jterry@terrythweatt.com;
akamins@kamins-law.com;
dpotts@potts-law.com;
mbins@potts-law.com;
rburnett@rburnettlaw.com;

caglej5@nationwide.com;
mmoran@munckwilson.com;
mkuusela@butler.legal;
cwofford@butler.legal;
hhind@butler.legal;
mgrotefeld@ghlaw-llp.com;
dherman@ghlaw-llp.com;
msolomon@mwl-law.com;
jskaggs@cozen.com;
jschulze@cozen.com;
wbennett@cozen.com;
csurrena@cozen.com;
gene@shraderlaw.com;
LaVigneC@gtlaw.com;
flomelo@automationplusinc.com;
ktani@stm3.com;
ifong@3m.com;
Lola.lin@airgas.com;
dmiller@msc-lawyer.com;
jscamardi@msc-lawyer.com;
e-service@msc-lawyer.com;
charles@nationalalloysolutions.com;
mark@tellc.net;
majed@tellc.net;
mado@tellc.net;
claudia@fuentesfirm.com;
robert@fuentesfirm.com;
keith-vernon@msn.com;
david.onuscheck@us.abb.com;
jeff.young@us.abb.com;
ChangoOduber.Leny@dol.gov;
Figueroa.Joann@dol.gov;
Maldonado.Marcelo.R@dol.gov;
ben.schrader@csb.gov;
jchafin@jw.com;
Brian.amis@houstontx.gov;
stephen.statham@usdoj.gov;
lawman77380@gmail.com;
Houston_bankruptcy@publicans.com;
jsd@aol.com;
hflores@rappandkrock.com;
tim.million@huschblackwell.com;
Jason.binford@oag.texas.gov;

Exhibit A

Richard.Kincheloe@usdoj.gov;
Kate.Easterling@mhllp.com;
Erin Jones <erin.jones@jmbllp.com>;
Jarrod.Martin@mhllp.com;
avi.moshenberg@mhllp.com;
Christopher Murray <christopher.murray@jmbllp.com>;
mary.charlotte.doherty@airgas.com;
Glenn.allin@teledyne.com;
Damon.brinson@bowmanandbrooke.com;
Jonathan.Smith@bowmanandbrooke.com;
Reena.Landwehr@bowmanandbrooke.com;
Abigail.Ryan@oag.texas.gov;
kerlinp@gtlaw.com;
ctaylor@littletongroup.com;
jnava@stern-lawgroup.com;
mcibik@teledyne.com;
dsolomon@travelers.com;
watsonteam@arnolditkin.com;
eservice@zehllaw.com;
waurbach@therodriguezfirm.com;
jr@therodriguezfirm.com;
jolene@firecryo.com;
bradley.maddin@houstontx.gov;
spill12@tceq.texas.gov;
Barbara.watson@tceq.texas.gov;
squires.david@dol.gov;
mark@columbialloyds.com;
sgrubbs@sheehyware.com;
tporter@sheehyware.com;
egieger@glllaw.com;
bdoherty@glllaw.com;
stephen.hall@phelps.com;
EservHous@travelers.com;
Ronald.Lewis@HoustonTx.gov;
richard.blackney@tceq.texas.gov;

dan.tillema@csb.gov;
Jay.dold@envistaforensics.com;
Michael I. Ramirez <mramirez@mlllaw.com>;
R. Brad McGann <bmcgann@mlllaw.com>;
John McCoy <jmccoy@mlllaw.com>;
Nicholas Harken <nharken@mlllaw.com>;
Michael Aiken <maiken@mlllaw.com>;
Josh L. Nicholls <jnicholls@mlllaw.com>;
Claudia L. DeArmond <CDeArmond@mlllaw.com>;
Stephanie M. Tavarez <stavarez@mlllaw.com>; Judy A. Butcher <jbutcher@mlllaw.com>;
Sandy Corrigan scorrigan@mlllaw.com;
deforest@deforestlawfirm.com;
mneil@mlllaw.com;
rchapple@cstrial.com;
tromero@cstrial.com;
rww@bymanlaw.com;
AThakrar@ghlaw-llp.com;
JRadakovich@ghlaw-llp.com;
cdeleon@ArnoldItkin.com;
jscamardi@msc-lawyer.com;
e-service@msc-lawyer.com;
jmontgomery@shipleysnell.com;
eservice@zehllaw.com
adam@peavy-law.com
aene@triallawfirm.com
jwolfshohl@porterhedges.com
apower@porterhedges.com
kmm@kmaddenlaw.com
twilliams@germer.com
dbradberry@germer.com
pgarcia@germer.com

**Removed Per Request**
Jason.ryan@centerpointenergy.com
mdeforest@deforestlawfirm.com

Exhibit A