IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 20-30967 (MI) |
| Watson Grinding and Manufacturing Co § | |
| § | |
| § | Chapter 11 |
| DEBTOR. § | |

## NOTICE OF RESET FIRST MEETING OF CREDITORS

YOUR ARE HEREBY NOTIFIED that the meeting of creditors scheduled for April 9, 2020, has been reset to **APRIL 23, 2020, at 9:30 a.m.** Any party wishing to participate may call **1-866-707-5468**, then enter the Participant Code 6166997 followed by the pound or hashtag symbol - #.   No other deadlines or provisions described in the Official Form 309 Notice of Chapter 11 Bankruptcy Case are changed by this notice, and all such deadlines and provisions remain in full effect.

Dated: April 8, 2020

HENRY G. HOBBS, JR.
Acting United States Trustee Region 7
Southern and Western Districts of Texas

By: /s/ *Stephen D. Statham*
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 252
(713) 718-4670 Fax
stephen.statham@usdoj.gov