## THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **WATSON GRINDING &** | § | **CASE NO. 20-30967** |
| **MANUFACTURING CO.,** | § | |
| | § | **(Chapter 11)** |
| Debtor. | § | |

| | | |
|---|---|---|
| **HUNG LONG LE AND THI THUY** | § | |
| **NGUYEN,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| **VS.** | § | |
| | § | **ADVERSARY NO. _____** |
| **WATSON GRINDING AND** | § | |
| **MANUFACTURING COMPANY,** | § | |
| **KMHJ, LTD., AND KMHJ** | § | |
| **MANAGEMENT COMPANY, LLC,** | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF REMOVAL

Watson Grinding & Manufacturing Co. (the "Debtor") files this Notice of Removal of the

state court action styled *Hung Long Le and Thi Thuy Nguyen* v. *Watson Grinding and, Manufacturing Company,*

*KMHJ, Ltd., and KMHJ Management Company, LLC,* Cause No. 2020-10021, pending in the 270th Judicial

District Court of Harris County, Texas (the "State Court Action").

### I.   Procedural Background and Nature of Suit

1.      On February 6, 2020 (the "Petition Date"), the Debtor filed its voluntary petition

under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing the

bankruptcy case captioned *In re Watson Grinding & Manufacturing Co.*, Case No. 20-30967, pending in

the United States Bankruptcy Court Southern District of Texas, Houston Division (the "Chapter 11

Bankruptcy Case").

2.     On February 12, 2020, Hong Long Le and Thi Thuy Nguyen (collectively, the "Plaintiffs") filed their Original Petition (the "Original Petition"). In their Original Petition, the Plaintiffs assert claims of negligence and gross negligence against the Defendants.

3.     On April 17, 2020, KMHJ, Ltd. and KMHJ Management Company, LLC filed their Original Answer.

## II.     Basis for Removal

4.     This Notice of Removal is filed pursuant to 28 U.S.C. § 1452, Bankruptcy Rule 9027, and Local Bankruptcy Rules 9027-1, 9027-2, 9027-3, and the *General Order of Reference* entered by the District Court of this District on March 10, 2005.

5.     The State Court Action was initiated *after* the commencement of the Chapter 11 Case. This Notice of Removal has been timely filed pursuant to Bankruptcy Rule 9027(a)(2). *In re R.E. Loans, LLC*, No. 11-35865, 2012 WL 3262767, at *2 (Bankr. S.D. Tex. Aug. 8, 2012).

6.     Venue in this Court is proper pursuant to 28 U.S.C. § 1409.

7.     Cases subject to jurisdiction are removable under the authority of 28 U.S.C. § 1452(a) ("A party may remove any claim or cause of action…to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title"). The State Court Action, including all claims and causes of action asserted therein, is a civil action other than a proceeding before the United States Tax Court. The State Court Action is not a civil action by a government unit to enforce such government unit's police or regulatory power.

8.     This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334(b) (federal district courts have "original jurisdiction of all civil proceedings…arising in or related to cases under title 11"). The State Court Action "arises in" or, alternatively, is "related to" a Title 11 case, *i.e.* the Debtor's Chapter 11 Bankruptcy Case. In this circuit, "related to" proceedings include any case whose

outcome "could *conceivably* have any effect on the administration of the estate." *In re Wood*, 825 F.2d 90, 93 (5th Cir. 1987) (emphasis added); *In re Baudoin*, 981 F.2d 736, 740 (5th Cir. 1993).

9.      The resolution of this State Court Action will have a direct impact on the bankruptcy estate of the Debtor.  The State Court Action is related to the Debtor's Chapter 11 Bankruptcy Case because the outcome of State Court Action could conceivably change the Debtor's rights, liabilities, or options in a way that would have an effect upon the handling and administration of the bankruptcy estate.

10.      Thus, the claims asserted in the State Court Action are claims that arise in or are otherwise related to the Debtor's Chapter 11 Case pursuant to 28 U.S.C. § 1334(b), and removal to this Court is proper pursuant to 28 U.S.C. § 1452(a).

### III.      Core or Non-Core Bankruptcy Jurisdiction

11.      This action involves the administration of the Debtor's estate and is a proceeding affecting the adjustment of the debtor-creditor relationship; it is, therefore, a core proceeding under 28 U.S.C. § 157(b)(2)(A)(B)(C) and (O).  The claims and causes of action in the State Court Action have a clear and direct impact on the interests and property of the Debtor's estate under 11 U.S.C. § 541.

12.      Upon removal of the State Court Action, the Debtor consents to the entry of final orders or judgment by the bankruptcy judge.

### IV.      Parties and Notice

13.      Pursuant to 28 U.S.C. § 1452(a), Federal Bankruptcy Rule 9027(b), and Local Rule 9027-1, all adverse parties are being provided with a copy of this Notice of Removal and a copy of this Notice of Removal is being filed with the clerk of the 270th Judicial District Court of Harris County, Texas.

14.     In accordance with Local Rule 9027-1(a), the names and addresses of the parties and

counsel in the State Court Action, who have or will be served with the notice, are as follows:

| | |
|---|---|
| Robert A. McAllister, Jr., P.C.<br>Robert A. McAllister<br>Regency Square Tower<br>6200 Savoy, Ste 310<br>Houston, TX 77036-3324<br>**ATTORNEYS FOR PLAINTIFFS** | McCoy Leavitt Laskey LLC<br>John V. McCoy<br>Michael I. Ramirez<br>N19 W24200 Riverwood Dr., Suite 125<br>Waukesha, WI 53188<br>**ATTORNEYS FOR WATSON GRINDING &<br>MANUFACTURING CO.** |
| Jackson Walker L.L.P.<br>Bruce J. Ruzinsky<br>1401 McKinney, Suite 1900<br>Houston, Texas  77010<br><br>The Silvera Firm<br>Robert C. Turner<br>17070 Dallas Parkway,<br>Dallas, Texas 75248<br>**ATTORNEYS FOR KMHJ Management<br>Company, LLC and KMHJ, Ltd.** | Gieger, Laborde & Laperouse L.L.C.<br>Ernest P. Gieger, Jr.<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139<br>egieger@glllaw.com<br>bdoherty@glllaw.com<br>**ATTORNEYS FOR WATSON VALVE SERVICES,<br>INC.** |

## V.     Process and Pleadings

15.     Pursuant to Bankruptcy Rule 9027(a)(1) and Local Bankruptcy Rule 9027-1(b), true

and correct copies of all process and pleadings filed in the State Court Action (as set forth in the

attached Exhibit "A") have been provided.

16.     In the State Court Action, summons were issued on February 17, 2020, and returns of

summons were filed on March 4 and 13, 2020.

17.     In accordance with Bankruptcy Rule 9027(c), the Debtor will promptly file a notice of

the filing of this Notice of Removal in the State Court Action.

WHEREFORE, the Debtor notifies the United States Bankruptcy Court for the Southern District of Texas, Houston Division, that the State Court Action is hereby removed in its entirety to this Court pursuant to 28 U.S.C. § 1452(a) and Bankruptcy Rule 9027.

Dated: April 22, 2020.

Respectfully submitted,

**JONES MURRAY & BEATTY, LLP**

By: */s/ Ruth Van Meter*
Erin E. Jones
Texas Bar No. 24032478
Ruth Van Meter
Texas Bar No. 20661570
Jones Murray & Beatty, LLP
4119 Montrose Suite 230
Houston, Texas 77006
Phone: 832-529-1999
Fax: 832-529-5513
erin@jmbllp.com
ruth@jmbllp.com

AND

**McCOY LEAVITT LASKEY LLC**

By:  */s/ Michael I. Ramirez*
Michael I. Ramirez
Texas Bar No. 24008604
20726 Stone Oak Parkway, Suite 116
San Antonio, TX  78258
Telephone (210) 446-2828
Fax (262) 522-7020
mramirez@mlllaw.com

**ATTORNEYS FOR WATSON GRINDING & MANUFACTURING CO.**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 22, 2020, a true and correct copy of the foregoing Notice was served via ECF/PACER to all parties registered to receive such service and via first class mail (without attachments) to the following:

| | |
|---|---|
| Robert A. McAllister, Jr., P.C.<br>Robert A. McAllister<br>Regency Square Tower<br>6200 Savoy, Ste 310<br>Houston, TX 77036-3324<br>**ATTORNEYS FOR PLAINTIFFS** | Gieger, Laborde & Laperouse L.L.C.<br>Ernest P. Gieger, Jr.<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139<br>**ATTORNEYS FOR WATSON VALVE SERVICES, INC.** |
| McCoy Leavitt Laskey LLC<br>John V. McCoy<br>Michael I. Ramirez<br>N19 W24200 Riverwood Dr., Suite 125<br>Waukesha, WI 53188<br>**ATTORNEYS FOR WATSON GRINDING & MANUFACTURING CO.** | Jackson Walker L.L.P.<br>Bruce J. Ruzinsky<br>1401 McKinney, Suite 1900<br>Houston, Texas  77010<br><br>The Silvera Firm<br>Robert C. Turner<br>17070 Dallas Parkway,<br>Dallas, Texas 75248<br>**ATTORNEYS FOR KMHJ Management Company, LLC and KMHJ, Ltd.** |

*/s/ Ruth Van Meter*
Ruth Van Meter

# EXHIBIT A – STATE COURT PLEADINGS

| **HCDistrictclerk.com** | LE, HUNG LONG vs. WATSON AND GRINDING MANUFACTURING COMPANY | 4/17/2020 |

Cause: 202010021        CDI: 7        Court: 270

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 89927608 | Citation | | 03/13/2020 | 12 |
| 89783111 | Citation | | 03/04/2020 | 3 |
| 89877688 | Citation | | 03/04/2020 | 3 |
| 89403967 | PLAINTIFFS ORIGINAL PETITION | | 02/12/2020 | 6 |
| -> 89403968 | CIVIL PROCESS REQUEST FORM | | 02/12/2020 | 2 |
| -> 89403969 | CIVIL PROCESS REQUEST FORM | | 02/12/2020 | 2 |

2/12/2020 4:39 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 40794505
By: Courtni Gilbert
Filed: 2/12/2020 4:39 PM

| | | |
|---|---|---|
| **HUNG LONG LE, THI THUY NGUYEN,** | § | **IN THE CIVIL DISTRICT COURT** |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **WATSON GRINDING AND MANUFACTURING** | § | |
| **COMPANY; KMHJ, LTD.; KMHJ** | § | **_____ JUDICIAL DISTRICT** |
| **MANAGEMENT COMPANY, LLC,** | § | |
| | § | |
| *Defendants.* | | |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs Hung Long Le and Thi Thuy Nguyen (hereinafter collectively referred to as "Plaintiffs") complain of Watson Grinding and Manufacturing Company, KMHJ, Ltd.; and KMHJ Management Company LLC (hereinafter collectively referred to as "Defendants") and would respectively show the Court that:

## I.

## JURISDICTION & VENUE

1. The claims asserted arise under the common laws of Texas. This Court has jurisdiction and venue is proper because the events giving rise to this lawsuit occurred in this County. TEX. CIV. PRAC. & REM. CODE § 15.002. Further, Defendants are residents of Harris County, Texas, and therefore, the case is not removable.

2. Plaintiff is seeking monetary relief over $200,000.00 but not more than $1,000,000.00.

## II.

## DISCOVERY LEVEL

3. Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

## III.

### PARTIES

4.  Plaintiff Hung Long Le is a Texas resident.

5.  Plaintiff Thi Thuy Nguyen is a Texas resident.

6.  Defendant Watson Grinding and Manufacturing Company is a Texas entity with a principal place of business located in Harris County. The Defendant may be through its registered agent, John Watson at 4525 Gessner Road, Houston, Texas 77041, or wherever he may be found.

7.  Defendant KHHJ, Ltd. is a Texas limited partnership with a principal place of business located in Harris County. This Defendant may be served by serving its general partner, KMHJ Management Company, LLC through its registered agent, Kelly Watson at 1400 McKinney Street, #1212, Houston, Texas 77010.

8.  Defendant KMHJ Management Company, LLC is Texas entity with a principal place of business located in Harris County. This Defendant may be served through its registered agent, Kelly Watson at 1400 McKinney Street, #1212, Houston, Texas 77010, or wherever she may be found.

## IV.

### NATURE OF THE ACTION

9.  On January 24, 2020, Plaintiffs suffered injuries and property damage as a result of Defendants' negligence and gross negligence. At all material times Plaintiffs were home owners in a Northwest Houston neighborhood where Defendants own, operate, and manage an industrial facility. On that date, the Plaintiffs suffered injuries and serious property damage due to a catastrophic explosion at Defendants' facility. The explosion was

tremendous and could be felt miles away. It is believed that the explosion was caused by a combination of propylene and natural gas which were near each other at the facility. Plaintiffs were within the blast radius and vicinity of the building at the time of the explosion and therefore suffered significant damage to their personal property, dwelling, in addition to bodily injuries.

## V.

## CAUSE OF ACTION

**A.  Negligence and Gross Negligence Claims (against all Defendants)**

10.    Plaintiffs repeat and reallege each allegation contained above.

11.    Plaintiffs sustained injuries because of Defendants' negligence and gross negligence when Defendant:

    a.    Failed to properly train their employees;

    b.    Failed to provide adequate equipment;

    c.    Failed to properly supervise their employees;

    d.    Failed to conduct adequate maintenance;

    e.    Failed to maintain their facility;

    f.    Failed to maintain their equipment;

    g.    Failed to properly supervise work being performed;

    h.    Failed to provide adequate warning to Plaintiffs of the dangerous condition;

    i.    Failed to inform Plaintiffs of the defective nature of the condition;

    j.    Failed to provide adequate instruction;

    k.    Failed to properly inspect the premises;

    l.    Failed to implement adequate safety policies and procedures;

m.      Failed to insure its safety systems were adequate and functional;

n.      Failed to implement adequate explosion prevention systems;

o.      Failed to properly repair storage tanks, gas lines and valves;

p.      Failed to properly train its safety personnel to prevent explosions such as the one underlying the suit;

q.      Committed violations of applicable rules, regulations, and standards;

r.      Are icariously liable for the act(s) and omission(s) of their employee(s) and agent(s); and other acts deemed negligent and grossly negligent

12.   Each of these acts and omissions of Defendants constitutes a wanton and reckless disregard for the safety of the Plaintiffs and singularly or in concert, constitutes a proximate cause of the resulting damages, including but not limited to loss of the use and enjoyment of their property, loss in value of their property; and other property damage.

13.   In addition, Plaintiffs are entitled to punitive damages because the aforementioned actions of Defendants were grossly negligent. Defendants acted with flagrant and malicious disregard of Plaintiffs' and other's health and safety. Defendants were objectively aware of the extreme risk posed by the conditions which caused Plaintiffs' injuries, but did nothing to rectify them. Defendants' acts and omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to Plaintiffs and others. Defendants had actual subjective awareness of the risk, and consciously disregarded such risk. According, Plaintiffs are entitled to and seek exemplary damages.

## VI.

## DAMAGES

14.   As a direct and proximate result of the occurrence made in the basis of this lawsuit,

Plaintiffs have suffered and seek monetary relief for the following:

A.    Remedial costs for real property damage;

B.    Replacement costs for personal, property damage;

C.    Costs of completion;

D.    Expenses of temporary alternate housing;

E.    Past and future mental anguish;

F.    Past and future medical expenses;

G.    Past and future physical suffering;

H.    Loss of earnings and earnings capacity in the past and future;

I.    Past and future disfigurement;

J.    Interest on damages (pre and post-judgment) in accordance with the law

K.    Loss of household services in the past and future;

L.    Loss of use;

M.    Costs of suit;

N.    Incidental and consequential damages;

O.    Business interruption damages;

P.    Diminution in value of property; and

Q.    All other relief to which Plaintiffs may be justly entitled.

## VII.

## **RULE 193.7 NOTICE**

15.    Pursuant to 193.7 of the Texas Rules of Civil Procedure, Plaintiffs hereby give actual

notice to Defendants that any and all documents produced may be used against the

Defendants producing the documents at any pretrial proceedings and/or trial of this matter

without the necessity of authenticating documents.

## VIII.

## <u>PRAYER</u>

WHEREFORE PREMISES CONSIDERED, Plaintiffs may pray that they obtain a

judgment against Defendants, jointly and severally, for damages in the amount of $500,000.00

and for such other relief, both in law and equity, to which Plaintiffs may show themselves justly

entitled.

Respectfully submitted,

ROBERT A. McALLISTER, JR., P.C.

<u>/S/ ROBERT A. MCALLISTER JR.</u>
Robert A. McAllister, Jr.
TBN: 13320700
Regency Square Tower
6200 Savoy, Suite 310
Houston, Texas 77036
Tel: (713) 776-0900
Fax: (713) 776-1414
robertmcallisterlaw@yahoo.com
ATTORNEY FOR PLAINTIFFS
HUNG LONG LE,
AND THI THUY NGUYEN

2/12/2020 4:39:16 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 40794505
By: GILBERT, COURTNI N
Filed: 2/12/2020 4:39:16 PM

# CIVIL PROCESS REQUEST FORM

> **FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING PER PARTY**
> **FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Petition _____

**FILE DATE OF MOTION:** 2/12/20 _____
Month/        Day/        Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. NAME: WATSON GRINDING AND MANUFACTURING COMPANY _____

   ADDRESS: 4525 GESSNER RD., HOUSTON, TX 77041 _____

   AGENT, (*if applicable*): JOHN WATSON _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): CITATION _____

    **SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**          [x] **CONSTABLE**
- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____
- [ ] **MAIL**                      [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
  - Type of Publication:  [ ] **COURTHOUSE DOOR,  or**
  - [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER**, *explain* _____

**ATTENTION:  Effective June1, 2010**

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thanks you,**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2. NAME: KMHJ, LTD. _____

   ADDRESS: 1400 MCKINNEY STREET, #1212, HOUSTON, TX 77010 _____

   AGENT, (*if applicable*): KELLY WATSON _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

    **SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**          [x] **CONSTABLE**
- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
- [ ] **MAIL**                      [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
  - Type of Publication:  [ ] **COURTHOUSE DOOR,  or**
  - [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER**, *explain* _____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME:  ROBERT A. MCALLISTER JR._____   TEXAS BAR NO./ID NO.  13320700 _____

MAILING ADDRESS: 6200 SAVOY SUITE 310 HOUSTON, TEXAS 77036 _____

PHONE NUMBER:  713 _____ 776-0900 _____   FAX NUMBER:  713 _____ 776-1414 _____
area code        phone number                                            area code        fax  number

EMAIL ADDRESS:  ROBERTMCALLISTERLAW@YAHOO.COM _____

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.  SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER


INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER


BILL OF DISCOVERY:
    ORDER TO:  _____
                                    (specify)
    MOTION TO:  _____
                                    (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form                                                  Rev. 5/7/10

2/12/2020 4:39:16 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 40794505
By: GILBERT, COURTNI N
Filed: 2/12/2020 4:39:16 PM

# CIVIL PROCESS REQUEST FORM

> **FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING PER PARTY**
> **FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** _____     **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Original Petition _____

**FILE DATE OF MOTION:** 2/12/20 _____
Month/       Day/       Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.  NAME: KMHJ MANAGEMENT COMPANY, LLC _____

    ADDRESS: 1400 MCKINNEY STREET, #1212, HOUSTON TEXAS, 77010 _____

    AGENT, (if applicable): KELLY WATSON _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): CITATION _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**          ☒ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                    ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  - Type of Publication:   ☐ **COURTHOUSE DOOR,  or**
  - ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER**, explain _____

**ATTENTION:  Effective June1, 2010**

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thanks you,**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2.  NAME: _____

    ADDRESS: _____

    AGENT, (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -**  Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                              ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  - Type of Publication:   ☐ **COURTHOUSE DOOR,  or**
  - ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER**, explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME:  ROBERT A. MCALLISTER JR._____TEXAS BAR NO./ID NO.  13320700 _____

MAILING ADDRESS: 6200 SAVOY SUITE 310 HOUSTON, TEXAS 77036 _____

PHONE NUMBER:  713 _____ 776-0900 _____   FAX NUMBER:  713 _____ 776-1414 _____
area code       phone  number                            area code       fax  number

EMAIL ADDRESS:  ROBERTMCALLISTERLAW@YAHOO.COM _____

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form                                    Rev. 5/7/10

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.  SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                          (specify)
    MOTION TO: _____
                          (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

1267/1493Q

**COPY OF PLEADING PROVIDED BY PLTD.**

CAUSE NO.  202010021

RECEIPT NO.                    75.00        CO1

\*\*\*\*\*\*\*\*\*\*                    TR # 73725381                    P-3

| | |
|---|---|
| PLAINTIFF: LE, HUNG LONG<br>vs.<br>DEFENDANT: WATSON AND GRINDING MANUFACTURING COMPANY | In The  270th<br>Judicial District Court<br>of Harris County, Texas<br>270TH DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: KHHJ LTD (TEXAS LIMITED PARTNERSHIP)
    BY SERVING ITS GENERAL PARTNER KMHJ MANAGEMENT COMPANY LLC
    THROUGH ITS REGISTERED AGENT KELLY WATSON
    1400 MCKINNEY STREET #1212   HOUSTON TX 77010
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 12th day of February, 2020, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 17th day of February, 2020, under my hand and
seal of said Court.

**FILED**
Marilyn Burgess
District Clerk
03-04-2020
MAR 04 2020
Time: 1:20 pm
Harris County, Texas
By _____
Mail Processing Clerk

Issued at request of:
MCALLISTER, ROBERT A. JR.
6200 SAVOY, SUITE 310
HOUSTON, TX  77036
Tel: (713) 776-0900
Bar No.: 13320700

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: GILBERT, COURTNI NICOLE
U5U//11439580

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $ _____

_____
_____ of _____County, Texas

_____                    By _____
        Affiant                                          Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

N.INT.CITR.P                    \*73725381\*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

**Constable Return of Corporation**

Cause #: 202010021                                                Tracking #: 73725381

In the case of LE, HUNG LONG VS WATSON AND GRINDING MANUFACTURING COMPANY a CITATION and attached  PLAINTIFF'S ORIGINAL PETITION  was issued by the  270th Judicial District court of HARRIS County, and came to hand on the  24  day of  February ,  2020  at  3:34PM  to be delivered at  1400 MCKINNEY ST 1212  ,  HOUSTON , TX  77010  by delivering to: KHHJ LTD (TEXAS LIMITED PARTNERSHIP) BY SERVING ITS GENERAL PARTNER KMHJ MANAGEMENT CO LLC THROUGH ITS REGISTERED AGENT KELLY WATSON

---

**Service of Corporation**

Executed the same in HARRIS County, Texas, on the  2  day of  March ,  2020  at  10:01AM  by summoning KHHJ LTD (TEXAS LIMITED PARTNERSHIP) a Corporation at  1400 MCKINNEY ST 1212  ,  HOUSTON , Texas 77010 By delivering to KELLY WATSON in person the  REGISTERED AGENT  of said Corporation a true copy of this CITATION, together with the accompanying certified copy of the  PLAINTIFF'S ORIGINAL PETITION 

---

Fee Due $     0.00

by Deputy  Nancy Soto - 1C67
                    Printed

Deputy Signature

Attempts:              1

Total Attempts:     1

**Alan Rosen , Constable Precinct #1**

**Harris County Texas**

1302 Preston, 3rd Floor
Houston Texas 77002
713.755.5200

County Auditor's Form/9999A          **Official Receipt**
Harris County, Texas (Rev 04/01)                                    104 NO. 858627

## MARILYN BURGESS DISTRICT CLERK

Case: 202010021-7          Trans ID: 213451163          Court 270

Action . Other Injury or Damage

Style   PLT: LE, HUNG LONG
        DEF. WATSON AND GRINDING MANUFACTURING COMPANY

| Fee | Description | Amount |
|-----|-------------|--------|
| 100 | FILING NEW CASE | $50 00 |
| 121 | CITATION WITH 1 COPY | $24.00 |
| 175 | DISTRICT COURT RECORDS ARCHIVE FEE | $10.00 |
| 176 | DIGITAL REC PRESERVATION FEE | $10 00 |
| 178 | ELECTRONIC FILING FEE - STATE | $30.00 |
| 183 | JUDICIAL AND COURT PERSONNEL TRAINING | $5 00 |
| 195 | SECURITY SERVICE FEE | $5.00 |
| 198 | DIST CLK RECORDS MGMT / PRES FEE | $5.00 |
| 199 | RECORD PRESERVATION FEE | $5.00 |
| 350 | CONST-PERSONAL SERVICE | $225 00 |
| 450 | JUDICIAL FILING FEE - CIVIL | $50 00 |
| 452 | LEGAL SRVCS FEE-CIVIL/DIST | $10.00 |
| 453 | SUPPORT OF JUDICIARY FEE | $42.00 |
| 475 | LAW LIBRARY | $15 00 |
| 525 | STENO FEE | $15.00 |
| 601 | DISPUTE RESOLUTION FEE | $10.00 |
| 775 | APPELLANT JUDICIAL FUND | $5 00 |

| | | | |
|---|---|---|---|
| Payment  Texas.gov Visa | | 514510/1/2021 | $516.00 |
| Amount Tendered : | | | $516.00 |
| Payment Amount | | | $516 00 |
| Amount Applied | | | $516 00 |
| Change Amount | | | $0 00 |

Received    Law Offices of Robert A  McAlhster, Jr ,   I0022506
            and Associates P C.
Of          6200 Savoy. Suite 310
            Houston, TX  77036

FIVE HUNDRED SIXTEEN AND 00/100 *********************************Dollars

Payment Date: 2/13/2020                    File Date. 2/12/2020

Customer Signature  _____

Assessed By  GILBERT, COURTNI N
Validated 2/13/2020    By :SYSTEM GENERATED, Texas gov 104
Manual Receipt Nbr. 0

Comment:  Envelope number: 40794505 - 0

1667
4930
P-3

CAUSE NO. 202010021

**COPY OF PLEADING PROVIDED BY PLTD.**

RECEIPT NO.

75.00    CO1

********    TR # 73725388

PLAINTIFF: LE, HUNG LONG
               vs.
DEFENDANT: WATSON AND GRINDING MANUFACTURING COMPANY

In The    270th
Judicial District Court
of Harris County, Texas
270TH DISTRICT COURT
Houston, TX

---

CITATION

THE STATE OF TEXAS
County of Harris

TO: KMHJ MANAGEMENT COMPANY LLC
    BY SERVING ITS REGISTERED AGENT KELLY WATSON
    OR WHEREVER SHE MAY BE FOUND
    1400 MCKINNEY STREET #1212   HOUSTON TX 77010
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 12th day of February, 2020, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 17th day of February, 2020, under my hand and seal of said Court.



**FILED**
Marilyn Burgess
District Clerk

MAR 04 2020

Issued at request of:
MCALLISTER, ROBERT A. JR.
6200 SAVOY, SUITE 310
HOUSTON, TX 77036
Tel: (713) 776-0900
Bar No.: 13320700

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: GILBERT, COURTNI NICOLE
U5U//11439580

Time:
03-04-2020
Harris County, Texas
By
Mail Processing Clerk

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                    _____ of _____County, Texas

                                    By _____
    Affiant                              Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                    _____
                                    Notary Public

N.INT.CITR.P                    *73725388*

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

## Constable Return of Corporation

Cause #: 202010021

Tracking #: 73725388

In the case of LE, HUNG LONG VS WATSON AND GRINDING MANUFACTURING COMPANY a CITATION and attached PLINTIFF'S ORIGINAL PETITION was issued by the 270th Judicial District court of HARRIS County, and came to hand on the 24 day of February 2020 at 11:16AM to be delivered at 1400 MCKINNEY ST 1212, HOUSTON, TX 77010 by delivering to: KMHJ MANAGEMENT COMPANY LLC BY SERVING ITS REGISTERED AGENT KELLY WATSON

### Attempted Service
**(Attempted service at 1400 MCKINNEY ST 1212 unless otherwise noted.)**

| Date | Time | Deputy Name | Agency | Service Attempt Type | Address Attempted | Remarks |
|------|------|-------------|--------|---------------------|-------------------|---------|
| 3/2/2020 | 10:46:03 AM | Nancy Soto | 1 | SERVED DEFENDANT | 1400 MCKINNEY ST 1212 HOUSTON TX 77010 | LOCATED ANOTHER PAPER WENT BACK TO SERVE 2ND CITATION SAME INDIVIDUAL |

### Service of Corporation

Executed the same in HARRIS County, Texas, on the 2 day of March, 2020 at 10:46AM by summoning KMHJ MANAGEMENT COMPANY LLC a Corporation at 1400 MCKINNEY ST 1212, HOUSTON, Texas 77010 By delivering to KELLY WATSON in person the REGISTERED AGENT of said Corporation a true copy of this CITATION, together with the accompanying certified copy of the PLINTIFF'S ORIGINAL PETITION

Fee Due $ 0.00

by Deputy  Nancy Soto - 1C67
Printed

Deputy Signature

Attempts: 1

Total Attempts: 1

**Alan Rosen , Constable Precinct #1**

**Harris County Texas**

1302 Preston, 3rd Floor
Houston Texas 77002
713.755.5200

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Receipt**

104 NO. 858627

# MARILYN BURGESS DISTRICT CLERK

Action : Other Injury or Damage

Case: 202010021-7          Trans ID: 213451163          Court. 270

Style    PLT· LE, HUNG LONG
         DEF: WATSON AND GRINDING MANUFACTURING COMPANY

| Fee | Description | Amount |
|-----|-------------|--------|
| 100 | FILING NEW CASE | $50 00 |
| 121 | CITATION WITH 1 COPY | $24 00 |
| 175 | DISTRICT COURT RECORDS ARCHIVE FEE | $10.00 |
| 176 | DIGITAL REC PRESERVATION FEE | $10 00 |
| 178 | ELECTRONIC FILING FEE - STATE | $30.00 |
| 183 | JUDICIAL AND COURT PERSONNEL TRAINING | $5.00 |
| 195 | SECURITY SERVICE FEE | $5.00 |
| 198 | DIST CLK RECORDS MGMT / PRES FEE | $5.00 |
| 199 | RECORD PRESERVATION FEE | $5 00 |
| 350 | CONST-PERSONAL SERVICE | $225 00 |
| 450 | JUDICIAL FILING FEE - CIVIL | $50.00 |
| 452 | LEGAL SRVCS FEE-CIVIL/DIST | $10.00 |
| 453 | SUPPORT OF JUDICIARY FEE | $42.00 |
| 475 | LAW LIBRARY | $15.00 |
| 525 | STENO FEE | $15 00 |
| 601 | DISPUTE RESOLUTION FEE | $10 00 |
| 775 | APPELLANT JUDICIAL FUND | $5.00 |

| | | | |
|---|---|---|---|
| Payment  Texas gov Visa | | 514510/1/2021 | $516.00 |
| Amount Tendered · | | | $516 00 |
| Payment Amount: | | | $516.00 |
| Amount Applied | | | $516.00 |
| Change Amount: | | | $0.00 |

Received     Law Offices of Robert A. McAllister, Jr ,   I0022506
             and Associates P.C.
Of           6200 Savoy, Suite 310
             Houston, TX  77036

FIVE HUNDRED SIXTEEN  AND 00/100 **********************Dollars

Payment Date. 2/13/2020                 File Date 2/12/2020

Customer Signature _____

Assessed By: GILBERT, COURTNI N
Validated: 2/13/2020      By .SYSTEM GENERATED, Texas gov 104
Manual Receipt Nbr: 0

Comment:  Envelope number: 40794505 - 0

B/R RTC

**COPY OF PLEADING PROVIDED BY PLTD.**

CAUSE NO. 202010021
RECEIPT NO.

EXPIRE 2-25-2022

75.00    CO1
**********

TR # 73725373

PLAINTIFF: LE, HUNG LONG
    vs.
DEFENDANT: WATSON AND GRINDING MANUFACTURING COMPANY

In The    270th
Judicial District Court
of Harris County, Texas
270TH DISTRICT COURT,
Houston, TX

CITATION

**FILED**
Marilyn Burgess
District Clerk
MAR 13 2020
Time: _____
Harris County, Texas
By: _____
Ma Processing Clerk

03-13-2020

THE STATE OF TEXAS
County of Harris

TO: WATSON GRINDING AND MANUFACTURING COMPANY
    BY SERVING ITS REGISTERED AGENT JOHN WATSON
    OR WHEREVER HE MAY BE FOUND
    4525  GESSNER ROAD   HOUSTON TX 77041
    Attached is a copy of **PLAINTIFF'S ORIGINAL PETITION**

This instrument was filed on the 12th day of February, 2020, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 17th day of February, 2020, under my hand and
seal of said Court.

**Issued at request of:**
MCALLISTER, ROBERT A. JR.
6200 SAVOY, SUITE 310
HOUSTON, TX 77036
Tel: (713) 776-0900
Bar No.: 13320700

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: GILBERT, COURTNE NICOLE
U5U//11439580

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                    _____

                                    _____ of _____County, Texas

                            By _____
    Affiant                             Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                    _____
                                              Notary Public

N.INT.CITR.P

*73725373*

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

B/A

PHILL BROWN
OVER 3 WEEK AGO
PER BANKRUPTCY COURT
HE IS NOT ALLOWED ON LOCATION
HAVE NO OTHER INFO

3·6  11:13 A CALLED
713 776 0900
JESSICA BUENTELLO
THE ATTORNEY WILL CALL
ME BACK

JESSICA BUENTELLO
WILL TELL ATTORNEY

CAUSE NO. 202010021

**COPY OF PLEADING PROVIDED BY PLTD.**

RECEIPT NO.                    75.00        CO1

\*\*\*\*\*\*\*\*\*\*                    TR # 73725373

PLAINTIFF: LE, HUNG LONG
            vs.
DEFENDANT: WATSON AND GRINDING MANUFACTURING COMPANY

In The      270th
Judicial District Court
of Harris County, Texas
270TH DISTRICT COURT
Houston, TX

CITATION

**FILED**
Marilyn Burgess
District Clerk

MAR 13 2020
Harris County, Texas
Time Processing Clerk

THE STATE OF TEXAS
County of Harris

TO: WATSON GRINDING AND MANUFACTURING COMPANY
    BY SERVING ITS REGISTERED AGENT JOHN WATSON
    OR WHEREVER HE MAY BE FOUND
    4525  GESSNER ROAD  HOUSTON  TX  77041  BY
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

ery this____day of_____, 20___
ALAN ROSEN, Constable
Precinct #1, Harris County

By_____

This instrument was filed on the 12th day of February, 2020, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 17th day of February, 2020, under my hand and seal of said Court.

Issued at request of:
MCALLISTER, ROBERT A. JR.
6200  SAVOY,  SUITE 310
HOUSTON, TX  77036
Tel: (713) 776-0900
Bar No.: 13320700

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: GILBERT, COURTNI NICOLE
U5U//11439580

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                    _____

                    _____ of _____County, Texas

                    By _____
        Affiant                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                    _____
                              Notary Public

N.INT.CITR.P                    **\*73725373\***

**Constable Return of Individual**

Cause #: 202010021                                    Tracking #: 73725373

In the case of LE, HUNG LONG VS WATSON AND GRINDING MANUFACTURING COMPANY a CITATION and attached _PLAINTIFF'S ORIGINAL PETITION_ was issued by the 270th Judicial District court of HARRIS County, TX and came to hand on the 25 day of February , 2020 at 2:08PM to be delivered at 4525 GESSNER RD , HOUSTON , Tx 77041 by delivering to: WATSON GRINDING AND MANUFACTURING COMPANY BY SERVING ITS REGISTERED AGENT JOHN WATSON OR WHEREVER HE MAY BE FOUND

**Attempted Service**

**(Attempted service at 4525 GESSNER RD, HOUSTON, Tx, 77041 unless otherwise noted.)**

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|------|------|-------------|--------|---------------------|-------------------|---------|
| 3/12/2020 | 11:24:06 AM | JD LANE | 1 | RTC UNSERVED | 4525 GESSNER RD HOUSTON Tx 77041 | THE PLAINTIFF DID NOT GIVE ME AN ALTERNATE ADDRESS. |
| 3/12/2020 | 11:15:38 AM | JD LANE | 1 | PHONE CALL / EMAIL | 4525 GESSNER RD HOUSTON Tx 77041 | I CALLED JESSICA BUENTELLO, WHO STATED SHE WILL LET THE ATTORNEY KNOW THAT I CALLED AGAIN. |
| 3/6/2020 | 11:13:04 AM | JD LANE | 1 | PHONE CALL / EMAIL | 4525 GESSNER RD HOUSTON Tx 77041 | I CALLED PLAINTIFF (713-776-0900) JESSICA BUENTELLO, WHO STATED THE ATTORNEY WILL CALL ME BACK REGUARDING THIS CITATION. |
| 3/4/2020 | 1:38:45 PM | JD LANE | 1 | BAD ADDRESS | 4525 GESSNER RD HOUSTON Tx 77041 | FOR OVER 3 WEEKS AGO, PER BANKRUPTCY COURT MR WATSON HAS NOT BEEN ALLOWED ON LOCATION. HE DON'T HAVE ANY CONTACT INFORMATION FOR MR WATSON. |

NOT EXECUTED to the defendant: WATSON GRINDING AND MANUFACTURING COMPANY BY SERVING ITS REGISTERED AGENT JOHN WATSON OR WHEREVER HE MAY BE FOUND

The information received as to the whereabouts of the said defendant being:

## Constable Return of Individual

Cause #: <u>202010021</u>                                                Tracking #: <u>73725373</u>

Fee Due $ ___0.00___

by Deputy  <u>JD LANE - 1C38</u>
                        Printed

Deputy Signature   _JD Lane_

Attempts:              ___4___

Total Attempts:     ___4___

**Alan Rosen , Constable Precinct #1**

**Harris County Texas**

1302 Preston, 3rd Floor
Houston Texas 77002
713.755.5200

2/12/2020 4:39 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 40794505
By: Courtni Gilbert
Filed: 2/12/2020 4:39 PM

# 2020-10021 / Court: 270

| | | |
|---|---|---|
| HUNG LONG LE, THI THUY NGUYEN, §<br>*Plaintiffs,* § | | **IN THE CIVIL DISTRICT COURT** |
| v. § | | **HARRIS COUNTY, TEXAS** |
| §<br>**WATSON GRINDING AND MANUFACTURING** §<br>**COMPANY; KMHJ, LTD.; KMHJ** §<br>**MANAGEMENT COMPANY, LLC,** §<br>§ | | **_____ JUDICIAL DISTRICT** |
| *Defendants.* | | |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs Hung Long Le and Thi Thuy Nguyen (hereinafter collectively referred to as "Plaintiffs") complain of Watson Grinding and Manufacturing Company, KMHJ, Ltd.; and KMHJ Management Company LLC (hereinafter collectively referred to as "Defendants") and would respectively show the Court that:

### I.

### JURISDICTION & VENUE

1.     The claims asserted arise under the common laws of Texas  This Court has jurisdiction and venue is proper because the events giving rise to this lawsuit occurred in this County. TEX. CIV. PRAC. & REM. CODE § 15.002. Further, Defendants are residents of Harris County, Texas, and therefore, the case is not removable.

2.   Plaintiff is seeking monetary relief over $200,000.00 but not more than $1,000,000.00.

### II.

### DISCOVERY LEVEL

3.     Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

## III.

## PARTIES

4.      Plaintiff Hung Long Le is a Texas resident.

5.      Plaintiff Thi Thuy Nguyen is a Texas resident.

6.      Defendant Watson Grinding and Manufacturing Company is a Texas entity with a
principal place of business located in Harris County. The Defendant may be through its
registered agent, John Watson at 4525 Gessner Road, Houston, Texas 77041, or wherever he
may be found.

7.      Defendant KHHJ, Ltd. is a Texas limited partnership with a principal place of business
located in Harris County. This Defendant may be served by serving its general partner,
KMHJ Management Company, LLC through its registered agent, Kelly Watson at 1400
McKinney Street, #1212, Houston, Texas 77010

8.      Defendant KMHJ Management Company, LLC is Texas entity with a principal place of
business located in Harris County. This Defendant may be served through its registered
agent, Kelly Watson at 1400 McKinney Street, #1212, Houston, Texas 77010, or wherever
she may be found.

## IV.

## NATURE OF THE ACTION

9.      On January 24, 2020, Plaintiffs suffered injuries and property damage as a result of
Defendants' negligence and gross negligence. At all material times Plaintiffs were home
owners in a Northwest Houston neighborhood where Defendants own, operate, and manage
an industrial facility. On that date, the Plaintiffs suffered injuries and serious property
damage due to a catastrophic explosion at Defendants' facility. The explosion was

tremendous and could be felt miles away. It is believed that the explosion was caused by a combination of propylene and natural gas which were near each other at the facility. Plaintiffs were within the blast radius and vicinity of the building at the time of the explosion and therefore suffered significant damage to their personal property, dwelling, in addition to bodily injuries.

**V.**

**CAUSE OF ACTION**

**A. Negligence and Gross Negligence Claims (against all Defendants)**

10.    Plaintiffs repeat and reallege each allegation contained above.

11.    Plaintiffs sustained injuries because of Defendants' negligence and gross negligence when Defendant:

      a.    Failed to properly train their employees;

      b.    Failed to provide adequate equipment;

      c.    Failed to properly supervise their employees;

      d.    Failed to conduct adequate maintenance;

      e.    Failed to maintain their facility;

      f.    Failed to maintain their equipment;

      g.    Failed to properly supervise work being performed;

      h.    Failed to provide adequate warning to Plaintiffs of the dangerous condition;

      i.    Failed to inform Plaintiffs of the defective nature of the condition;

      j.    Failed to provide adequate instruction;

      k.    Failed to properly inspect the premises;

      l.    Failed to implement adequate safety policies and procedures;

m.    Failed to insure its safety systems were adequate and functional;

n.    Failed to implement adequate explosion prevention systems;

o.    Failed to properly repair storage tanks, gas lines and valves;

p.    Failed to properly train its safety personnel to prevent explosions such as the one underlying the suit;

q.    Committed violations of applicable rules, regulations, and standards;

r.    Are icariously liable for the act(s) and omission(s) of their employee(s) and agent(s); and other acts deemed negligent and grossly negligent

12.    Each of these acts and omissions of Defendants constitutes a wanton and reckless disregard for the safety of the Plaintiffs and singularly or in concert, constitutes a proximate cause of the resulting damages, including but not limited to loss of the use and enjoyment of their property, loss in value of their property; and other property damage.

13.    In addition, Plaintiffs are entitled to punitive damages because the aforementioned actions of Defendants were grossly negligent. Defendants acted with flagrant and malicious disregard of Plaintiffs' and other's health and safety. Defendants were objectively aware of the extreme risk posed by the conditions which caused Plaintiffs' injuries, but did nothing to rectify them. Defendants' acts and omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to Plaintiffs and others. Defendants had actual subjective awareness of the risk, and consciously disregarded such risk. According, Plaintiffs are entitled to and seek exemplary damages.

## VI.

## <u>DAMAGES</u>

14.    As a direct and proximate result of the occurrence made in the basis of this lawsuit,

Plaintiffs have suffered and seek monetary relief for the following.

    A        Remedial costs for real property damage;

    B.      Replacement costs for personal, property damage;

    C.      Costs of completion;

    D.      Expenses of temporary alternate housing;

    E.      Past and future mental anguish;

    F.      Past and future medical expenses;

    G.      Past and future physical suffering;

    H.      Loss of earnings and earnings capacity in the past and future;

    I.      Past and future disfigurement;

    J.      Interest on damages (pre and post-judgment) in accordance with the law

    K       Loss of household services in the past and future;

    L.      Loss of use;

    M.      Costs of suit;

    N.      Incidental and consequential damages;

    O.      Business interruption damages;

    P.      Diminution in value of property; and

    Q.      All other relief to which Plaintiffs may be justly entitled.

## VII.

### RULE 193.7 NOTICE

15.    Pursuant to 193.7 of the Texas Rules of Civil Procedure, Plaintiffs hereby give actual

notice to Defendants that any and all documents produced may be used against the

Defendants producing the documents at any pretrial proceedings and/or trial of this matter

without the necessity of authenticating documents.

## VIII.

## <u>PRAYER</u>

WHEREFORE PREMISES CONSIDERED, Plaintiffs may pray that they obtain a

judgment against Defendants, jointly and severally, for damages in the amount of $500,000.00

and for such other relief, both in law and equity, to which Plaintiffs may show themselves justly

entitled.

Respectfully submitted,

ROBERT A. McALLISTER, JR., P.C.

/S/ ROBERT A. MCALLISTER JR.
Robert A. McAllister, Jr.
TBN: 13320700
Regency Square Tower
6200 Savoy, Suite 310
Houston, Texas 77036
Tel: (713) 776-0900
Fax. (713) 776-1414
robertmcallisterlaw@yahoo.com
ATTORNEY FOR PLAINTIFFS
HUNG LONG LE,
AND THI THUY NGUYEN



County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Receipt**

104 NO. 858627

## MARILYN BURGESS DISTRICT CLERK

Case: 202010021-7          Trans ID: 213451163          Court· 270

Action . Other Injury or Damage

Style    PLT: LE, HUNG LONG

DEF: WATSON AND GRINDING MANUFACTURING COMPANY

| Fee | Description | Amount |
|-----|-------------|--------|
| 100 | FILING NEW CASE | $50.00 |
| 121 | CITATION WITH 1 COPY | $24.00 |
| 175 | DISTRICT COURT RECORDS ARCHIVE FEE | $10.00 |
| 176 | DIGITAL REC PRESERVATION FEE | $10 00 |
| 178 | ELECTRONIC FILING FEE - STATE | $30 00 |
| 183 | JUDICIAL AND COURT PERSONNEL TRAINING | $5.00 |
| 195 | SECURITY SERVICE FEE | $5 00 |
| 198 | DIST CLK RECORDS MGMT / PRES FEE | $5.00 |
| 199 | RECORD PRESERVATION FEE | $5.00 |
| 350 | CONST-PERSONAL SERVICE | $225.00 |
| 450 | JUDICIAL FILING FEE - CIVIL | $50.00 |
| 452 | LEGAL SRVCS FEE-CIVIL/DIST | $10.00 |
| 453 | SUPPORT OF JUDICIARY FEE | $42.00 |
| 475 | LAW LIBRARY | $15.00 |
| 525 | STENO FEE | $15 00 |
| 601 | DISPUTE RESOLUTION FEE | $10.00 |
| 775 | APPELLANT JUDICIAL FUND | $5 00 |

Payment  Texas.gov Visa          514510/1/2021          $516.00
Amount Tendered                                         $516 00
Payment Amount·                                         $516.00
Amount Applied                                          $516.00
Change Amount                                           $0.00

Received    Law Offices of Robert A  McAllister, Jr.,    I0022506
            and Associates P.C
Of          6200 Savoy, Suite 310
            Houston, TX  77036

FIVE HUNDRED SIXTEEN  AND 00/100 ****************************Dollars

Payment Date· 2/13/2020                    File Date: 2/12/2020

Customer Signature _____

Assessed By: GILBERT, COURTNI N
Validated: 2/13/2020          By :SYSTEM GENERATED, Texas gov 104
Manual Receipt Nbr: 0

Comment:  Envelope number: 40794505 - 0