## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| WATSON GRINDING & MANUFACTURING CO. | § § § § | Case No. 20-30967 (MI) |
| Debtors. | § § | |

# Official Committee of January 24 Claimants' Notice of Deposition to KMHJ, Ltd.

To:   KMHJ, Ltd., c/o of Bruce J. Ruzinsky, Jackson Walker LLP at 1401 McKinney, Suite 1900, Houston, TX 77010, bruzinsky@jw.com.

PLEASE TAKE NOTICE, that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, applicable to this proceeding under Rule 7030 of the Federal Rules of Bankruptcy Procedure, Official Committee of January 24 Claimants (the "**Committee**"), parties in interest in the above-referenced case, will conduct the oral deposition of a designated representative of KMHJ, Ltd. on **May 19, 2020 at 10:00a.m., via Veritext Zoom Video**, or at such other time and location as agreed to by the parties in writing. The deposition shall be taken before a person duly authorized by law to administer oaths, and may be recorded by stenographic, audiographic, and/or videotaped means. The deposition shall continue from day to day thereafter or as otherwise agreed by the parties, until completed. The scope of examination concerns the topics set forth in **Exhibit A**, attached to this Notice.

1

10559982v1

| | |
|---|---|
| Dated: May 6, 2020. | Respectfully submitted,<br><br>**PORTER HEDGES LLP**<br><br>*/s/ Joshua W. Wolfshohl*<br>Joshua W. Wolfshohl<br>Aaron J. Power<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>(713) 226-6000<br>(713) 226-6248 (fax)<br>jwolfshohl@porterhedges.com<br>apower@porterhedges.com<br><br>**PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF JANUARY 24 CLAIMANTS** |

<b><u>Certificate of Service</u></b>

This will certify that a true and correct copy of the foregoing document was served on the (i) parties listed below by electronic mail and/or first class, postage prepaid, and (ii) via electronic transmission to all registered ECF users appearing in the case on May 6, 2020.

KMHJ, Ltd.
c/o of Bruce J. Ruzinsky
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010
Email: bruzinsky@jw.com

 

                         */s/ Joshua W. Wolfshohl*
                         Joshua W. Wolfshohl

10559982v1

# Exhibit A

# Definitions

- "John Watson" means the father of Kelly Watson, Hailey Watson, Melany Watson, and John Watson, II.

- "KMHJ" means KMHJ, Ltd. or the affiliates, subsidiaries, officers, managers, directors, shareholders, employees, or agents, or any person or entity authorized to act on behalf of KMHJ, Ltd.

- "KMHJ Management" means KMHJ Management Company, LLC, or the affiliates, subsidiaries, officers, managers, directors, shareholders, employees, or agents, or any person or entity authorized to act on behalf of KMHJ Management Company, LLC.

- "Watson Grinding" means Watson Grinding & Manufacturing Co., Inc. or the affiliates, subsidiaries, officers, managers, directors, shareholders, employees, or agents, or any person or entity authorized to act on behalf of Watson Grinding & Manufacturing Co., Inc.

- "United Fire" means United Fire Group Companies, or the affiliates, subsidiaries, officers, managers, directors, shareholders, employees, or agents, or any person or entity authorized to act on behalf of United Fire Group Companies.

- "Gessner Building 1" means Building 1 as identified in United Fire Insurance Policy No. 85319121.

- "Steffani Building 3" means Building 3 as identified in United Fire Insurance Policy No. 85319121.

10559982v1

## Scope of Oral Deposition

1. KMHJ entity, including but not limited to:

    a. Formation
    b. Structure
    c. Partners – past and present
    d. Management – past and present
    e. Transfer of John Watson's interest to KMHJ Management Company, LLC
    f. KMHJ Management Company, LLC
        i. Structure, members – past and present, management – past and present, operations, meetings and resolutions, sources of revenue
    g. Operations
    h. Assets
    i. Annual and periodic meetings and resolutions
    j. Sources of revenue

2. John Watson, including but not limited to:

    a. Past and current formal relationship to KMHJ
    b. Involvement in KMHJ currently

3. Transaction involving deed of 4606 Steffani Lane property to KMHJ, including but not limited to:

    a. timing, deeds, purchase contracts, parties, consideration, recording

4. Transaction involving deed of 4525 Gessner property to KMHJ, including but not limited to:

    a. timing, deeds, purchase contracts, parties, consideration, recording

5. Gessner Building 1, including but not limited to:

    a. Construction - when, funding, how funded, mortgages, lenders, paid off
    b. Ownership
    c. Insurance policies for the building

4

10559982v1

6. Steffani Building 3, including but not limited to:

    a. Construction - when, funding, how funded, mortgages, lenders, paid off
    b. Ownership
    c. Insurance policies for the building

7. March 1, 2001 lease between KMHJ and Watson Grinding, including but not limited to:

    a. Negotiations
    b. Premises – land and buildings
    c. Insurance

8. January 1, 2007 lease between KMHJ and Watson Grinding, including but not limited to:

    a. Negotiations
    b. Premises
    c. Insurance

9. January 1, 2014 lease between KMHJ and Watson Grinding, including but not limited to:

    a. Negotiations
    b. Premises – land and buildings
    c. Insurance

10. January 1, 2019 lease between KMHJ and Watson Grinding, including but not limited to:

    a. Negotiations
    b. Premises – land and buildings
    c. Insurance

11. Relationship and interactions between KMHJ and Watson Grinding over the 2000 – 2020 period.

12. Relationship and interactions between KMHJ and United Fire.

13. KMHJ interactions with United Fire and Watson Grinding, including but not limited to:

    a.    Relating to any insurance policies concerning KMHJ
    b.    Relating to United Fire Policy No. 85319121 and any changes thereto, including changes in loss payees or additional insureds.
    c.    Relating to the January 24, 2020 incident at Watson Grinding

10559982v1