**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **WATSON GRINDING &** | § | **Case No. 20-30967 (MI)** |
| **MANUFACTURING CO.** | § |  |
|  | § |  |
| **Debtors.** | § |  |

**SECOND MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, AS COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF JANUARY 24 CLAIMANTS, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Counsel for the Official Committee of January 24 Claimants |
| **Date of Retention Order:** | April 21, 2020 (Doc. No. 227) |
| **Period for which Fees and Expenses are Incurred:** | April 1, 2020 through and including April 30, 2020 |
| **Interim Fees Incurred:** | $152,151.50 |
| **Interim Payment of Fees Requested (80%):** | $121,721.20 |
| **Interim Expenses Incurred:** | $1,366.43 |
| **Total Fees and Expenses Due:** | $123,087.63 |

This is the Second Monthly Fee Statement.

Porter Hedges LLP ("Porter Hedges"), as Counsel for the Official Committee of January 24 Claimants (the "Committees' Counsel") submits this Second Monthly Fee Statement (the "Fee Statement") for the period from April 1, 2020 through April 30, 2020 (the "Application Period") in accordance with the Order Establishing Interim Professional Compensation Procedures [Docket No. 267] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $152,151.50 (the "Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $1,366.43 (the "Expenses"), for the period from April 1, 2020 through April 30, 2020. Eighty percent (80%) of the fees equals $121,721.20 and one hundred percent (100%) of the Expenses equals $1,366.43 for a total requested amount of $123,087.63. Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively. A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**. Porter Hedges' invoices for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $121,721.20 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $1,366.43 in the total amount of $123,087.63.

Dated: May 7, 2020
    Houston, Texas               Respectfully submitted,

                                **PORTER HEDGES LLP**

                                */s/ Joshua W. Wolfshohl*
                                Joshua W. Wolfshohl
                                Aaron J. Power

10558783v1

1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6248 (fax)
jwolfshohl@porterhedges.com
apower@porterhedges.com

**COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF JANUARY 24 CLAIMANTS**

3

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Case Administration | 10.20 | 2,890.00 |
| Committee Meetings/Communications | 29.30 | 18,606.50 |
| Asset Disposition | 1.00 | 675.00 |
| Claims Administration and Objections | 0.80 | 464.00 |
| Fee/Employment Applications | 10.00 | 3,861.00 |
| Financing/Cash Collateral | 1.10 | 822.50 |
| Litigation Analysis and Strategy | 191.00 | 98,493.50 |
| Meeting of Creditors | 0.90 | 436.50 |
| Other Contested Matters | 0.70 | 502.50 |
| Plan & Disclosure Statement | 6.00 | 2,610.00 |
| Relief from Stay/Adequate Protection | 32.50 | 21,932.50 |
| Lien Investigation | 1.30 | 857.50 |
| **TOTAL** | **284.80** | **152,151.50** |

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---:|
| Computer Assisted Legal Research | 506.41 |
| Long Distance | 271.87 |
| Reproduction | 6.30 |
| Postage | 231.85 |
| Service Fee | 350.00 |
| **TOTAL** | **$1,366.43** |

## EXHIBIT 3

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Joshua W. Wolfshohl | $775.00 | 37.50 |
| Jason T. Lloyd | $730.00 | 0.00 |
| Aaron J. Power | $675.00 | 44.10 |
| Amy C. Falcon | $625.00 | 69.50 |
| Matthew J. Stirneman | $495.00 | 0.50 |
| Andrew B. Raber | $495.00 | 22.10 |
| Genevieve M. Graham | $485.00 | 28.90 |
| Kiran K. Vakamudi | $465.00 | 0.00 |
| Michael B. Dearman | $435.00 | 6.00 |
| Carey A. Sakert | $355.00 | 4.20 |
| Mitzie L. Webb | $315.00 | 3.90 |
| Jared L. Richards | $310.00 | 43.70 |
| Kim D. Steverson | $305.00 | 1.00 |
| Eliana Garfias | $235.00 | 23.40 |
|  |  |  |
| **TOTAL** |  | **284.80** |

6

10558783v1

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508684 |
| Date | 05/07/20 |
| | 016399-0001 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Case Administration**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $2,890.00 |
| Disbursements | 881.55 |
| Total Current Invoice | $3,771.55 |
| **TOTAL AMOUNT DUE** | **$3,771.55** |

## EXHIBIT 4

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

---

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508684 |
| Date | 05/07/20 |
| | 016399-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/20 | EG | Emails with G. Graham and A. Falcon regarding protective order, stipulation, insurance coverage and entered order (.4); extensive review of docket relating to same (.2); compile requested pleadings and circulate (.4); review, revise and finalize protective order with Teledyne Detcon (.3); emails with case manager regarding submission of same (.1); follow up with A. Falcon regarding agreement relating to same (.1); emails with A. Power and K. Steverson regarding stipulation and protective order (.1). | 1.60 | 376.00 |
| 04/06/20 | EG | Emails with process server regarding discovery request (.1); follow up with A. Falcon regarding same (.2); attention to email from adverse party regarding requests (.1); organize file (.1). | 0.50 | 117.50 |
| 04/07/20 | EG | Emails with A. Falcon regarding revisions to protective order (.2); revise and finalize order accordingly (.2); electronically file with court and email case manager regarding submission (.2); review docket and order regarding cash collateral (.2). | 0.80 | 188.00 |
| 04/08/20 | EG | Attention to docket regarding 341 meetings (.2); review calendar entries relating to same (.1). | 0.30 | 70.50 |
| 04/09/20 | EG | Emails with A. Falcon regarding proposed orders. | 0.10 | 23.50 |
| 04/09/20 | ACF2 | Call with J. Meador to discuss FOIA/OR requests that are pending and that are needed (.4); email to A. Power summarizing call and proposing next steps (.3) | 0.70 | 437.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    3
Inv#              508684
Date           05/07/20
016399-0001
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/10/20 | EG | Emails regarding master service list (.2); organize file (.1); emails with A. Falcon regarding additional 2004 requests (.2); extensive review and incorporate revisions (.5); finalize and circulate for approval (.2); email process server regarding same (.1); coordinate service of hard copies (.1); emails regarding upcoming response deadlines (.1); review, finalize and electronically file motion to approve ESI Vendor Contract (.1); revise service list (.2); emails regarding service of same (.1). | 1.90 | 446.50 |
| 04/13/20 | EG | Emails with A. Falcon regarding agreed protective order with Trigas (.2); finalize and electronically file with court (.2). | 0.40 | 94.00 |
| 04/14/20 | EG | Various emails with A. Falcon regarding subpoenas and request for production (.5); call with A. Falcon and A. Power regarding subpoena procedures (.2); extensive review of docket (.2); follow up on service of subpoenas and discovery request (.1); compile entered stipulations and forward to A. Falcon (.1). | 1.10 | 258.50 |
| 04/16/20 | AJP | Update master case to do list. | 0.10 | 67.50 |
| 04/20/20 | EG | Emails with A. Falcon regarding revised Western International Subpoena and request for production (.2); review proof and finalize same (.6); circulate for approval (.1); electronically serve same on adverse party (.1); emails with Y. Sanders regarding calendaring of deadlines (.1); extensive review of docket and organize file (.3). | 1.40 | 329.00 |
| 04/21/20 | EG | Emails regarding subpoenas (.1); review and organize United Fire's response to request for production (.2); organize production (.4). | 0.70 | 164.50 |
| 04/23/20 | AJP | Update master case to do list. | 0.20 | 135.00 |
| 04/27/20 | EG | Attention to case docket. | 0.20 | 47.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 508684 |
| Date | 05/07/20 |
| | 016399-0001 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/27/20 | AJP | Review Valve's motion for authority to pay collections over to Grinding. | 0.10 | 67.50 |
| 04/29/20 | AJP | Review amended schedules filed by Valve. | 0.10 | 67.50 |
| **Total Services** | | | **10.20** | **$2,890.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---------------------------|-------|-------|------|--------|
| ACF2   Falcon, Amy C. | Partner | 0.70 | 625.00 | 437.50 |
| AJP    Aaron J. Power | Partner | 0.50 | 675.00 | 337.50 |
| EG     Eliana Garfias | Paralegal | 9.00 | 235.00 | 2,115.00 |

## Disbursements Summary

| Description | Value |
|-------------|-------|
| Computer Assisted Legal Research | 94.06 |
| Long Distance | 199.34 |
| Postage | 231.85 |
| Reproduction | 6.30 |
| Service Fee | 350.00 |
| **Total Disbursements** | **$881.55** |

| | |
|---|---|
| **Invoice Total** | **$3,771.55** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Inv#   508684
Date   05/07/20
   016399-0001
JOSHUA W. WOLFSHOHL

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Case Administration**

---

## REMITTANCE PAGE

**Invoice Total**         **$3,771.55**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

 Dept. 510
 P.O. Box 4346
 Houston, Texas 77210-4346

**By wire:**

  **Financial**  Amegy Bank of Texas
       1801 Main Street
       Houston, TX 77002

  **Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

  **Swift Address for International Wires:**  ZFNBUS55

  **PORTER HEDGES LLP Operating Account:**  5791152449

  **Reference:**  016399-0001

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  |  |
|---|---|
| Page | 1 |
| Inv# | 508685 |
| Date | 05/07/20 |
|  | 016399-0002 |
|  | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Committee Meetings/Communications**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $18,606.50 |
| Disbursements | 121.70 |
| Total Current Invoice | $18,728.20 |
| **TOTAL AMOUNT DUE** | **$18,728.20** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|       |          |
|-------|----------|
| Page  | 2        |
| Inv#  | 508685   |
| Date  | 05/07/20 |
|       | 016399-0002 |
|       | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/20 | GMG | Weekly committee call. | 1.10 | 533.50 |
| 04/01/20 | AJP | Attention to emails regarding 341 meeting logistics (.2); call with J. Wolfshohl planning for committee call (.2); committee meeting conference call (1.0); attention to follow up emails (.2). | 1.60 | 1,080.00 |
| 04/01/20 | JWW | Prepare for committee call (.3); conference with A. Power regarding same (.3); phone conference with M. Probus and A. Power regarding removal issues (.6); conference with committee regarding open issues (.6); emails with K. Burrer and review motion to lift stay (.4); emails with A. Power regarding same (.1). | 2.30 | 1,782.50 |
| 04/06/20 | AJP | Attention to emails regarding status of by-law signature and agenda for next meeting. | 0.30 | 202.50 |
| 04/07/20 | AJP | Attention to emails regarding agenda for tomorrow's committee call. | 0.30 | 202.50 |
| 04/08/20 | GMG | Draft Board Minutes from Committee meeting (.5); attend Committee meeting (1.5). | 2.00 | 970.00 |
| 04/08/20 | GMG | Review amended notice of 341 meeting and circulate same. | 0.20 | 97.00 |
| 04/08/20 | AJP | Review and revise minutes from previous meeting and circulate (.2); lead standing committee meeting call (1.5); follow up call to E. Jones regarding vote on destructive testing (.1). | 1.80 | 1,215.00 |
| 04/08/20 | JWW | Conference call with E. Jones in preparation for committee call (.4); conference with A. Kim regarding same (.5); attend committee call (1.0). | 1.90 | 1,472.50 |
| 04/10/20 | GMG | Finish drafting minutes from committee meeting and forward same to A. Power. | 0.50 | 242.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  |  |
|---|---|
| Page | 3 |
| Inv# | 508685 |
| Date | 05/07/20 |
|  | 016399-0002 |
|  | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/10/20 | AJP | Draft proposed agenda for next meeting (.1); revise and circulate minutes from April 8 meeting (.2). | 0.30 | 202.50 |
| 04/14/20 | AJP | Attention to emails regarding agenda for next committee meeting. | 0.30 | 202.50 |
| 04/15/20 | GMG | Attend Committee meeting/call. | 1.10 | 533.50 |
| 04/15/20 | AJP | Review site inspection protocol from J. McCoy and attention to related emails (.2); weekly committee conference call (1.1). | 1.30 | 877.50 |
| 04/15/20 | JWW | Prepare for committee call and emails with members regarding same (.5); attend weekly committee call (1.1); follow-up emails with committee and revise order to incorporate comments (.9). | 2.50 | 1,937.50 |
| 04/16/20 | GMG | Draft Committee Meeting Minutes. | 0.70 | 339.50 |
| 04/17/20 | GMG | Continue drafting Board minutes (.7); review and finalize same and forward to A. Power (.1); review email correspondence relating to same (.1). | 0.90 | 436.50 |
| 04/17/20 | AJP | Review and revise minutes from previous committee meeting and circulate and draft agenda for next meeting (.5); attention to emails regarding iPro invoices to committee members (.1). | 0.60 | 405.00 |
| 04/21/20 | GMG | Draft Committee minutes and forward same to A. Power. | 0.60 | 291.00 |
| 04/21/20 | AJP | Attention to emails regarding agenda for next committee call. | 0.20 | 135.00 |
| 04/22/20 | GMG | Prepare for Committee call (.2); call with Committee (1.0) | 1.20 | 582.00 |
| 04/22/20 | AJP | Attention to emails regarding 341 meeting (.1); standing conference call with committee (1.0); revise minutes from 4/21 meeting and circulate to committee (.4). | 1.50 | 1,012.50 |
| 04/22/20 | JWW | Emails and phone conferences regarding agreed order and open case issues (.5); weekly conference call with committee (1.0). | 1.50 | 1,162.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 508685 |
| Date | 05/07/20 |
| | 016399-0002 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/20 | GMG | Draft minutes for April 22 board meeting. | 0.90 | 436.50 |
| 04/24/20 | AJP | Revise minutes from previous committee meeting and circulate. | 0.30 | 202.50 |
| 04/27/20 | AJP | Attention to emails regarding agenda for 4/29 meeting. | 0.10 | 67.50 |
| 04/28/20 | AJP | Attention to emails regarding agenda for tomorrow's committee call. | 0.10 | 67.50 |
| 04/29/20 | GMG | Prepare for committee call (.1); call with Committee (.8); revise notes from meeting to draft minutes (.1). | 1.00 | 485.00 |
| 04/29/20 | AJP | Attend weekly committee conference call. | 0.70 | 472.50 |
| 04/29/20 | JWW | Several emails with committee regarding open issues (.3); attend weekly committee call (.5). | 0.80 | 620.00 |
| 04/30/20 | GMG | Draft Committee meeting minutes (.6); forward same to A. Power (.1). | 0.70 | 339.50 |
| **Total Services** | | | **29.30** | **$18,606.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Aaron J. Power | Partner | 9.40 | 675.00 | 6,345.00 |
| JWW | Joshua W. Wolfshohl | Partner | 9.00 | 775.00 | 6,975.00 |
| GMG | Genevieve M. Graham | Associate | 10.90 | 485.00 | 5,286.50 |

## Disbursements Summary

| Description | Value |
|---|---|
| Long Distance | 121.70 |
| **Total Disbursements** | **$121.70** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

Page                5
Inv#            508685
Date          05/07/20
016399-0002
JOSHUA W. WOLFSHOHL

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

TAX ID# 74-2174193

**Invoice Total**                                                   **$18,728.20**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Inv# | 508685 |
| Date | 05/07/20 |
| | 016399-0002 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Committee Meetings/Communications**

---

## REMITTANCE PAGE

**Invoice Total**                                                                                              **$18,728.20**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

    Dept. 510
    P.O. Box 4346
    Houston, Texas 77210-4346

**By wire:**

    **Financial**    Amegy Bank of Texas
                1801 Main Street
                Houston, TX 77002

    **Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

    **Swift Address for International Wires:**  ZFNBUS55

    **PORTER HEDGES LLP Operating Account:**  5791152449

    **Reference:**  016399-0002

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508686 |
| Date | 05/07/20 |
| | 016399-0003 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Asset Disposition**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $675.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $675.00 |
| **TOTAL AMOUNT DUE** | **$675.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---:|
| Page | 2 |
| Inv# | 508686 |
| Date | 05/07/20 |
| | 016399-0003 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/13/20 | AJP | Calls and emails regarding Statesman retention in Valve. | 0.20 | 135.00 |
| 04/15/20 | AJP | Review email from J. Martin regarding status of Valve contract with Chinese company. | 0.10 | 67.50 |
| 04/16/20 | AJP | Call with J. Martin regarding executory contract issues impacting potential sale of assets. | 0.30 | 202.50 |
| 04/30/20 | AJP | Review E. Jones email summarizing China contract situation and call regarding same. | 0.40 | 270.00 |
| **Total Services** | | | **1.00** | **$675.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| AJP | Aaron J. Power | Partner | 1.00 | 675.00 | 675.00 |

| | |
|---|---:|
| Total Disbursements | $0.00 |

| | |
|---|---:|
| **Invoice Total** | **$675.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Inv#                 508686
Date               05/07/20
                016399-0003
JOSHUA W. WOLFSHOHL

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Asset Disposition**

---

## REMITTANCE PAGE

**Invoice Total**                                                                 **$675.00**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, Texas 77210-4346

**By wire:**

**Financial**      Amegy Bank of Texas
1801 Main Street
Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:** RT/ABA# 113011258

**Swift Address for International Wires:** ZFNBUS55

**PORTER HEDGES LLP Operating Account:** 5791152449

**Reference:** 016399-0003

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508687 |
| Date | 05/07/20 |
| | 016399-0006 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Claims Administration and Objections**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $464.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $464.00 |
| **TOTAL AMOUNT DUE** | **$464.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508687 |
| Date | 05/07/20 |
| | 016399-0006 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/16/20 | GMG | Review emails from J. Wolfshohl and Committee Member counsel regarding proof of claim (.2); review iManage files to find proof of claim citing live petition and forward same to J. Wolfshohl (.2). | 0.40 | 194.00 |
| 04/30/20 | AJP | Review informal claim case law in preparation for call with E. Jones (.2); call with E. Jones regarding notice of bar date to unknown claimants and treating adversary proceedings as informal proofs of claim (.2). | 0.40 | 270.00 |
| **Total Services** | | | **0.80** | **$464.00** |

### Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|---|-------|-------|------|--------|
| AJP | Aaron J. Power | Partner | 0.40 | 675.00 | 270.00 |
| GMG | Genevieve M. Graham | Associate | 0.40 | 485.00 | 194.00 |

Total Disbursements                                                                                           $0.00

**Invoice Total**                                                                                           **$464.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Inv# | 508687 |
| Date | 05/07/20 |
| | 016399-0006 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Claims Administration and Objections**

---

## REMITTANCE PAGE

**Invoice Total**                                                                                      **$464.00**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

> Dept. 510
> P.O. Box 4346
> Houston, Texas 77210-4346

**By wire:**

> **Financial**      Amegy Bank of Texas
>                       1801 Main Street
>                       Houston, TX 77002
>
> **Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258
>
> **Swift Address for International Wires:**  ZFNBUS55
>
> **PORTER HEDGES LLP Operating Account:** 5791152449
>
> **Reference:**  016399-0006

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508688 |
| Date | 05/07/20 |
| | 016399-0008 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Fee/Employment Applications**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $3,861.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $3,861.00 |
| **TOTAL AMOUNT DUE** | **$3,861.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508688 |
| Date | 05/07/20 |
| | 016399-0008 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/20 | AJP | Attention to emails regarding language for MACCO employment order. | 0.10 | 67.50 |
| 04/03/20 | EG | Review PH fees and breakout same in support of application (.3); emails regarding same (.1). | 0.40 | 94.00 |
| 04/06/20 | AJP | Review agreement to employ Statesman as investment banker and attention to related emails (.2); respond to email regarding MACCO employment (.1). | 0.30 | 202.50 |
| 04/07/20 | AJP | Review interim compensation motion and respond to E. Jones. | 0.20 | 135.00 |
| 04/08/20 | EG | Attention to email from J. Wolfshohl regarding PH March monthly fee statement (.1); review invoices relating to same (.2). | 0.30 | 70.50 |
| 04/09/20 | AJP | Review final draft of interim compensation motion and order. | 0.10 | 67.50 |
| 04/10/20 | AJP | Work on application to employ T. Burns as special insurance counsel and attention to related emails. | 0.60 | 405.00 |
| 04/14/20 | AJP | Respond to emails regarding T. Burns engagement and finalize application to employ. | 0.50 | 337.50 |
| 04/15/20 | EG | Emails regarding application to employ special counsel (.1); review, revise, and finalize same (.2); extensive review of file and systems regarding conflicts check (.2); email Y. Sanders regarding same (.1); draft related appendix (.2); circulate for approval (.1); incorporate additional revision and file with court (.2); emails coordinating service of employment application (.2); continue reviewing PH invoices and fee statement (.4). | 1.70 | 399.50 |
| 04/15/20 | AJP | Coordinate filing application to employ T. Burns. | 0.10 | 67.50 |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 508688 |
| Date | 05/07/20 |
| | 016399-0008 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/16/20 | JWW | Emails with UST regarding insurance counsel retention order. | 0.10 | 77.50 |
| 04/17/20 | AJP | Attention to emails addressing US Trustee comments on Burns application to employ. | 0.20 | 135.00 |
| 04/21/20 | EG | Incorporate additional revisions to Burn's retention order (.2); circulate for review (.1); electronically file with court (.1). | 0.40 | 94.00 |
| 04/21/20 | AJP | Review application and proposed order to employ MACCO in Grinding. | 0.10 | 67.50 |
| 04/22/20 | EG | Emails regarding fee statement (.1); review draft and revise accordingly (.3); extensive review of supporting invoices (.3); review docket regarding interim compensation order (.2). | 0.90 | 211.50 |
| 04/22/20 | AJP | Review and approved revisions to form of order approving Burns' employment application and attention to emails regarding US Trustee comments on interim compensation order. | 0.10 | 67.50 |
| 04/28/20 | EG | Incorporate revisions to fee statement and circulate (.8); emails regarding redactions (.2); finalize and electronically file with court (.2). | 1.20 | 282.00 |
| 04/28/20 | AJP | Review and revise first interim fee application and attention to related emails. | 0.30 | 202.50 |
| 04/29/20 | GMG | Review calendar deadlines (.1); review invoices for redactions (.6); forward same to E. Garfias (.1); review email from A. Power related to redactions and respond regarding same (.1). | 0.90 | 436.50 |
| 04/29/20 | EG | Emails regarding revisions and redactions (.2); discussion with G. Graham regarding same (.2); review and incorporate revisions to PH invoices (.3); revise fee statement accordingly (.3); circulate for approval (.1); finalize and electronically file with court (.2). | 1.30 | 305.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 508688 |
| Date | 05/07/20 |
| | 016399-0008 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/29/20 | AJP | Attention to emails regarding revisions to interim comp order and first interim fee application. | 0.20 | 135.00 |

| | | | |
|---|---|---|---|
| **Total Services** | | **10.00** | **$3,861.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Aaron J. Power | Partner | 2.80 | 675.00 | 1,890.00 |
| JWW | Joshua W. Wolfshohl | Partner | 0.10 | 775.00 | 77.50 |
| GMG | Genevieve M. Graham | Associate | 0.90 | 485.00 | 436.50 |
| EG | Eliana Garfias | Paralegal | 6.20 | 235.00 | 1,457.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$3,861.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Inv#                     508688
Date                  05/07/20
                    016399-0008
JOSHUA W. WOLFSHOHL

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Fee/Employment Applications**

---

## REMITTANCE PAGE

**Invoice Total**                                          **$3,861.00**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, Texas 77210-4346

**By wire:**

**Financial**      Amegy Bank of Texas
                   1801 Main Street
                   Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

**Swift Address for International Wires:**  ZFNBUS55

**PORTER HEDGES LLP Operating Account:** 5791152449

**Reference:**  016399-0008

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508689 |
| Date | 05/07/20 |
| | 016399-0010 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Financing/Cash Collateral**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $822.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $822.50 |
| **TOTAL AMOUNT DUE** | **$822.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508689 |
| Date | 05/07/20 |
| | 016399-0010 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/20 | JWW | Review and finalize cash collateral orders. | 0.30 | 232.50 |
| 04/02/20 | JWW | Review and finalize cash collateral orders and emails regarding additional language. | 0.30 | 232.50 |
| 04/16/20 | AJP | Review redline of Valve cash collateral budget and attention to related emails. | 0.30 | 202.50 |
| 04/16/20 | JWW | Emails regarding TCB payoff and next steps for resolving claims. | 0.20 | 155.00 |
| **Total Services** | | | **1.10** | **$822.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| AJP    Aaron J. Power | Partner | 0.30 | 675.00 | 202.50 |
| JWW    Joshua W. Wolfshohl | Partner | 0.80 | 775.00 | 620.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$822.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Inv#    508689
Date    05/07/20
016399-0010
JOSHUA W. WOLFSHOHL

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Financing/Cash Collateral**

---

## REMITTANCE PAGE

**Invoice Total**                                                                  **$822.50**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

    Dept. 510
    P.O. Box 4346
    Houston, Texas 77210-4346

**By wire:**

    **Financial**    Amegy Bank of Texas
        1801 Main Street
        Houston, TX 77002

    **Federal Bank Routing for Wires/ACH/EFT:** RT/ABA# 113011258

    **Swift Address for International Wires:** ZFNBUS55

    **PORTER HEDGES LLP Operating Account:** 5791152449

    **Reference:** 016399-0010

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508690 |
| Date | 05/07/20 |
| | 016399-0012 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Meeting of Creditors**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $436.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $436.50 |
| **TOTAL AMOUNT DUE** | **$436.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508690 |
| Date | 05/07/20 |
| | 016399-0012 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/23/20 | GMG | Call in to Watson 341 meetings. | 0.90 | 436.50 |

| **Total Services** | | | **0.90** | **$436.50** |
|---|---|---|---|---|

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|--|-------|-------|------|--------|
| GMG | Genevieve M. Graham | Associate | 0.90 | 485.00 | 436.50 |

| Total Disbursements | | | | | $0.00 |
|---|---|---|---|---|---|

| **Invoice Total** | | | | | **$436.50** |
|---|---|---|---|---|---|

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Inv#                    508690
Date                    05/07/20
                        016399-0012
                        JOSHUA W. WOLFSHOHL

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS                                                    TAX ID# 74-2174193

**Meeting of Creditors**

---

## REMITTANCE PAGE

**Invoice Total**                                                          **$436.50**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, Texas 77210-4346

**By wire:**

**Financial**      Amegy Bank of Texas
1801 Main Street
Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:** RT/ABA# 113011258

**Swift Address for International Wires:** ZFNBUS55

**PORTER HEDGES LLP Operating Account:** 5791152449

**Reference:** 016399-0012

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508691 |
| Date | 05/07/20 |
| | 016399-0013 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Plan & Disclosure Statement**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $2,610.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $2,610.00 |
| **TOTAL AMOUNT DUE** | **$2,610.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508691 |
| Date | 05/07/20 |
| | 016399-0013 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/21/20 | MBD | Review mass tort plans of reorganization. | 1.00 | 435.00 |
| 04/22/20 | MBD | Research and review plans of reorganization. | 2.40 | 1,044.00 |
| 04/27/20 | MBD | Review plans of reorganization (.8); correspond with J. Wolfshohl and A. Power regarding same (.2). | 1.00 | 435.00 |
| 04/28/20 | MBD | Review mass tort plans of reorganization. | 1.60 | 696.00 |
| **Total Services** | | | **6.00** | **$2,610.00** |

### Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|--------------------------|-------|-------|------|--------|
| MBD   Michael B. Dearman | Associate | 6.00 | 435.00 | 2,610.00 |

| | |
|---|---|
| Total Disbursements | $0.00 |

| | |
|---|---|
| **Invoice Total** | **$2,610.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Inv# | 508691 |
| Date | 05/07/20 |
| | 016399-0013 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Plan & Disclosure Statement**

---

## REMITTANCE PAGE

**Invoice Total**                                                           **$2,610.00**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, Texas 77210-4346

**By wire:**

**Financial**     Amegy Bank of Texas
1801 Main Street
Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

**Swift Address for International Wires:**  ZFNBUS55

**PORTER HEDGES LLP Operating Account:**  5791152449

**Reference:**  016399-0013

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508692 |
| Date | 05/07/20 |
| | 016399-0014 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Relief from Stay/Adequate Protection**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $21,932.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $21,932.50 |
| **TOTAL AMOUNT DUE** | **$21,932.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508692 |
| Date | 05/07/20 |
| | 016399-0014 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/20 | AJP | Attention to emails regarding Matheson motion for relief from stay. | 0.20 | 135.00 |
| 04/01/20 | AJP | Call with M. Probus and J. Wolfshohl regarding removal and remand issues. | 0.50 | 337.50 |
| 04/02/20 | JWW | Emails regarding lift stay agreed order and removal (.3). | 0.30 | 232.50 |
| 04/07/20 | AJP | Respond to emails regarding stay relief motions. | 0.20 | 135.00 |
| 04/07/20 | JWW | Emails regarding lift stay and restructuring issues. | 0.30 | 232.50 |
| 04/08/20 | GMG | Email correspondence regarding draft stay order (.2); review notes regarding remand deadlines to draft stay order (.1). | 0.30 | 145.50 |
| 04/08/20 | AJP | Call with E. Jones (and portion with J. Wolfshohl) regarding omnibus motion for lift stay, removal and remand procedures (.6); attention to follow up emails regarding proposed timeline and procedures (.3). | 0.90 | 607.50 |
| 04/09/20 | GMG | Review email correspondence relating to lift stay order and respond regarding same (.2); review A. Power proposal and prior emails relating to timeline on lift stay procedure (.2); draft proposed lift stay order (.9); review other lift stay orders to draft (.2); review proposed lift stay order on docket (.1); draft Committee meeting minutes (1.0). | 2.60 | 1,261.00 |
| 04/09/20 | AJP | Review and revise proposed global stay relief, removal and remand procedures order and attention to related emails. | 0.60 | 405.00 |
| 04/09/20 | JWW | Numerous emails and call with A. Power regarding open discovery and removal strategy issues. | 0.70 | 542.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 508692 |
| Date | 05/07/20 |
| | 016399-0014 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/10/20 | GMG | Review and incorporate changes to agreed order (.3); create agreed order for Watson Valve (.3); forward same to J. Wolfshohl and A. Power (.1); review A. Power's changes (.1). | 0.80 | 388.00 |
| 04/10/20 | AJP | Attention to emails regarding proposed omnibus stay relief, removal and remand procedures. | 0.20 | 135.00 |
| 04/13/20 | GMG | Respond to A. Power regarding notice to potential claimants (.1); review proposed revisions to draft lift stay order and compare to original (.2); review docket regarding hearing on motion for relief (.1). | 0.40 | 194.00 |
| 04/13/20 | AJP | Review M. Probus proposal for global lift stay order and attention to related emails. | 0.40 | 270.00 |
| 04/13/20 | JWW | Review lift stay order and removal comments and several emails regarding same. | 1.00 | 775.00 |
| 04/14/20 | AJP | Call with J. Wolfshohl regarding M. Probus version of global lift stay order (.2); review motions to consolidate in underlying state court proceedings (.1); revise proposed stay, removal and remand order and attention to related emails (.7); call with M. Probus regarding same (.2). | 1.20 | 810.00 |
| 04/14/20 | JWW | Conference with A. Kim regarding lift stay order (.6); review revisions to same and circulate to A. Kim (.2); conference with A. Power regarding same and review further comments (.3); emails regarding same (.2). | 1.30 | 1,007.50 |
| 04/15/20 | GMG | Review email from J. Wolfshohl regarding procedures and Bankruptcy Court jurisdiction (.1); review changes to lift stay order and emails relating to same (.2) | 0.30 | 145.50 |
| 04/15/20 | AJP | Review M. Probus email regarding mandatory abstention analysis and attention to emails regarding proposed stay relief order. | 0.20 | 135.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 508692 |
| Date | 05/07/20 |
| | 016399-0014 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/16/20 | JWW | Emails regarding lift stay issues. | 0.30 | 232.50 |
| 04/17/20 | AJP | Conference call with E. Jones and J. Martin regarding proposed lift stay/removal procedures order. | 1.00 | 675.00 |
| 04/17/20 | JWW | Emails with Debtor's counsel regarding proposed order (.2); conference call regarding order and removal issues with Debtors' counsel, as well as KMHJ issues (1.2); further call with A. Power and emails regarding same (.1). | 1.50 | 1,162.50 |
| 04/20/20 | GMG | Review email correspondence with Committee members and Debtors' counsel regarding remand procedures (.2); review docket regarding lift stay/removal filings (.1); review emails related to meeting (.1). | 0.40 | 194.00 |
| 04/20/20 | AJP | Review correspondence from J. Martin regarding proposed omnibus stay/remand procedures and several calls with J. Wolfshohl and attention to related emails (.9); review motion for relief from stay filed by T. Buzbee (.1). | 1.00 | 675.00 |
| 04/20/20 | JWW | Numerous emails and conferences regarding removal and lift stay issues (1.5); work on resolution of removal issues and conference with A. Kim regarding same (.8); conference with A. Power regarding same (.3); conference with G. Egdorf regarding same (.3). | 2.90 | 2,247.50 |
| 04/21/20 | GMG | Call with Committee regarding lift stay procedure (.8); review docket regarding removal and review removal pleadings (.2); review recent filings (.1); review revisions to proposed stay relief order (.1); review emails related to meeting and agenda (.1). | 1.30 | 630.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 5 |
| Inv# | 508692 |
| Date | 05/07/20 |
| | 016399-0014 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/21/20 | AJP | Conference call with committee regarding stay/removal/remand issue (.8); revise proposed order and attention to follow up emails (.7); call with H. Flores and M. Probus regarding same (.6); further revise proposed order and circulate (.2); call with E. Jones regarding Matheson motion to lift stay (.2). | 2.50 | 1,687.50 |
| 04/21/20 | JWW | Conference with committee regarding removal/lift stay issues (.8); review revised order and emails regarding same (.4); conference with H. Flores, M. Probus and A. Power regarding further revisions and strategy (.7); review and provide comments to order (.2); further emails with Debtor's counsel and A. Power regarding Mathesen lift stay and related matters (.3). | 2.40 | 1,860.00 |
| 04/22/20 | AJP | Email J. Martin and E. Jones regarding revised draft of proposed stay/remand order. | 0.10 | 67.50 |
| 04/23/20 | AJP | Conference call with E. Jones and J. Martin regarding new proposed stay/removal/remand order (.5); attention to follow up emails regarding same (.3). | 0.80 | 540.00 |
| 04/23/20 | JWW | Phone conference with K. Burrer regarding lift stay and removal issues (.5); phone conference with Debtor's counsel regarding same (.5); review revised order (.1). | 1.10 | 852.50 |
| 04/24/20 | AJP | Email J. Martin and E. Jones regarding status of proposed order on stay/remand. | 0.10 | 67.50 |
| 04/24/20 | JWW | Emails regarding issues with stay relief motion and proposed agreed order regarding same and removal (.5); work on KMHJ analysis and review and revise response and multiple emails and conference regarding same (1.0). | 0.50 | 387.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 6 |
| Inv# | 508692 |
| Date | 05/07/20 |
| | 016399-0014 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/27/20 | AJP | Calls with E. Jones regarding status of agreed order on stay/remand (.4); attention to emails regarding revisions to form of order (.6). | 1.00 | 675.00 |
| 04/28/20 | GMG | Review changes to proposed order (.1); dial into lift stay hearing (.2); review exhibit and witness calendar deadlines (.1). | 0.40 | 194.00 |
| 04/28/20 | AJP | Telephonically attend hearing on pending list stay motions and announce proposed global resolution (.4); begin drafting motion for entry of global stay/removal/remand order (.4). | 0.80 | 540.00 |
| 04/29/20 | AJP | Draft and circulate motion for entry of agreed order on global stay/removal/remand procedures. | 1.80 | 1,215.00 |
| 04/30/20 | AJP | Respond to K. Burrer regarding status of omnibus stay relief motion (.1); review and respond to J. Martin redline comments to global stay motion (.1). | 0.20 | 135.00 |

**Total Services** **32.50** **$21,932.50**

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|--------------------------|--|-------|-------|------|--------|
| AJP | Aaron J. Power | Partner | 13.70 | 675.00 | 9,247.50 |
| JWW | Joshua W. Wolfshohl | Partner | 12.30 | 775.00 | 9,532.50 |
| GMG | Genevieve M. Graham | Associate | 6.50 | 485.00 | 3,152.50 |

Total Disbursements $0.00

**Invoice Total** **$21,932.50**

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Inv# | 508692 |
| Date | 05/07/20 |
| | 016399-0014 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Relief from Stay/Adequate Protection**

---

## REMITTANCE PAGE

**Invoice Total**                                                           **$21,932.50**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, Texas 77210-4346

**By wire:**

**Financial**     Amegy Bank of Texas
1801 Main Street
Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

**Swift Address for International Wires:**  ZFNBUS55

**PORTER HEDGES LLP Operating Account:**  5791152449

**Reference:**  016399-0014

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    1
Inv#              508693
Date            05/07/20
          016399-0016
JOSHUA W. WOLFSHOHL

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Other Contested Matters**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $502.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $502.50 |
| **TOTAL AMOUNT DUE** | **$502.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508693 |
| Date | 05/07/20 |
| | 016399-0016 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/20 | AJP | Call with J. Wolfshohl and follow up emails with T. Million regarding KMHJ. | 0.30 | 202.50 |
| 04/14/20 | AJP | Review KMHJ discovery responses in state court case. | 0.10 | 67.50 |
| 04/29/20 | JWW | Emails with A. Falcon and A. Power regarding KMHJ issues and emails with KMHJ counsel regarding same. | 0.30 | 232.50 |
| **Total Services** | | | **0.70** | **$502.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| AJP | Aaron J. Power | Partner | 0.40 | 675.00 | 270.00 |
| JWW | Joshua W. Wolfshohl | Partner | 0.30 | 775.00 | 232.50 |

Total Disbursements $0.00

**Invoice Total** **$502.50**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Inv# 508693
Date 05/07/20
016399-0016
JOSHUA W. WOLFSHOHL

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Other Contested Matters**

---

## REMITTANCE PAGE

**Invoice Total**                                                                        **$502.50**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, Texas 77210-4346

**By wire:**

**Financial**     Amegy Bank of Texas
1801 Main Street
Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

**Swift Address for International Wires:**  ZFNBUS55

**PORTER HEDGES LLP Operating Account:**  5791152449

**Reference:**  016399-0016

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508694 |
| Date | 05/07/20 |
| | 016399-0017 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Lien Investigation**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $857.50 |
| Disbursements | 22.74 |
| Total Current Invoice | $880.24 |
| **TOTAL AMOUNT DUE** | **$880.24** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508694 |
| Date | 05/07/20 |
| | 016399-0017 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/20 | MJS | Correspond internally regarding perfection of Collateral. | 0.50 | 247.50 |
| 04/13/20 | AJP | Attention to emails regarding status of lien analysis and summary presentation for committee. | 0.10 | 67.50 |
| 04/13/20 | JWW | Review analysis and further emails with M. Stirneman regarding liens (.5); emails with T. Million regarding status of analysis (.2). | 0.70 | 542.50 |
| **Total Services** | | | **1.30** | **$857.50** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AJP | Aaron J. Power | Partner | 0.10 | 675.00 | 67.50 |
| JWW | Joshua W. Wolfshohl | Partner | 0.70 | 775.00 | 542.50 |
| MJS | Matthew J. Stirneman | Associate | 0.50 | 495.00 | 247.50 |

## Disbursements Summary

| Description | Value |
|---|---|
| Computer Assisted Legal Research | 22.74 |
| **Total Disbursements** | **$22.74** |

| | |
|---|---|
| **Invoice Total** | **$880.24** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  |  |
|---|---|
| Inv# | 508694 |
| Date | 05/07/20 |
| | 016399-0017 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Lien Investigation**

---

## REMITTANCE PAGE

**Invoice Total**                                                                     **$880.24**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

    Dept. 510
    P.O. Box 4346
    Houston, Texas 77210-4346

**By wire:**

    **Financial**      Amegy Bank of Texas
                 1801 Main Street
                 Houston, TX 77002

    **Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

    **Swift Address for International Wires:**  ZFNBUS55

    **PORTER HEDGES LLP Operating Account:**  5791152449

    **Reference:**  016399-0017

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Litigation Analysis and Strategy**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $98,493.50 |
| Disbursements | 340.44 |
| Total Current Invoice | $98,833.94 |
| **TOTAL AMOUNT DUE** | **$98,833.94** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through April 2020, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/20 | GMG | Review emails related to protective order (.2); review Detcon proposed protective order (.3). | 0.50 | 242.50 |
| 04/01/20 | JLR | Assist A. Power with evaluating vendor for attorney review project. | 1.30 | 403.00 |
| 04/01/20 | CAS | Contact iPro regarding contract for Eclipse review platform for committee members (.1); review contract and confer with J. Richards regarding specific clauses (.2); forward contract to A. Power for review (.1). | 0.40 | 142.00 |
| 04/01/20 | ACF2 | Call with Committee to discuss status of discovery. | 1.10 | 687.50 |
| 04/01/20 | ACF2 | Review and analyze email from Matheson's counsel regarding subpoena response and forward to Committee Chairs for discussion. | 0.10 | 62.50 |
| 04/01/20 | AJP | Attention to emails regarding ESI vendors (.2); call with E. Jones and respond to emails regarding debtor's document production (.2); review iPro agreement and attention to related emails (.2). | 0.60 | 405.00 |
| 04/02/20 | GMG | Email correspondence with A. Falcon and E. Garfias regarding protective order, recent filing, and iManage documents (.7); review iManage files, discovery, and docket pleadings to respond to A. Falcon (.2); review protective order filed by Matheson (.1); call with A. Power regarding motion to approve contract with ESI vendor (.1); review other cases for sample motions (.3); review emails related to document production from Matheson and Western (.2); review emails related to contract with ESI vendor (.2). | 1.80 | 873.00 |
| 04/02/20 | JLR | Prepare documents for attorney review. | 0.90 | 279.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/02/20 | CAS | Coordinate with J. Richards and A. Power on establishing Eclipse database and receiving document productions from other parties. | 0.30 | 106.50 |
| 04/02/20 | ACF2 | Conference with Detcon's counsel regarding subpoena response and document production. | 0.20 | 125.00 |
| 04/02/20 | ACF2 | Review multiple emails with subpoena recipients and set up calls to discuss responses. | 0.40 | 250.00 |
| 04/02/20 | ACF2 | Call with A. Power regarding scope of 2004 subpoena on KMHJ issue for responding to motion. | 0.30 | 187.50 |
| 04/02/20 | ACF2 | Conference A. Power regarding KMHJ discovery (.4); draft discovery to KMHJ and to Insurance Company (3.3); research regarding veil piercing (.6). | 4.30 | 2,687.50 |
| 04/02/20 | ACF2 | Prepare for call with Committee Chairs regarding Matheson subpoena response and objections to 2004 request (.6); conduct call with counsel (1.0). | 1.60 | 1,000.00 |
| 04/02/20 | ACF2 | Prepare for call with Watson Grinding regarding 2004 request (.3); conduct call (.3). | 0.60 | 375.00 |
| 04/02/20 | ACF2 | Call with counsel for Matheson-Western and Committee Chairs to discuss subpoena response and attempt to resolve objections. | 2.30 | 1,437.50 |
| 04/02/20 | AJP | Call with A. Falcon regarding KMHJ discovery (.3); conference call with debtor's counsel regarding discovery issues (.3); attention to numerous emails and other calls regarding discovery issues and protective orders (.9). | 1.50 | 1,012.50 |
| 04/02/20 | JWW | Work on issues with protective order and discovery. | 0.40 | 310.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/03/20 | GMG | Review cases to find template for motion to approve ESI vendor (.4); draft motion to approve ESI vendor contract (1.1); review email correspondence regarding service of 2004 requests (.4); review email from A. Power regarding 9014 and 2004 requests (.1); review bankruptcy rules and send summary of 9014 to A. Power and A. Falcon (.1). | 2.10 | 1,018.50 |
| 04/03/20 | KDS | Research service address for Lloyd's insurance (.9); email A. Falcon with findings (.1). | 1.00 | 305.00 |
| 04/03/20 | EG | Emails regarding 2004 requests (.4); review, revise and finalize discovery requests to United Fire and KMHJ (1.5); incorporate additional revisions (.5); electronically serve discovery requests (.1); coordinate calendaring of response deadline (.1); follow up email with A. Falcon regarding protective order (.1). | 2.70 | 634.50 |
| 04/03/20 | JLR | Prepare documents for attorney review. | 0.50 | 155.00 |
| 04/03/20 | ACF2 | Revise drafts of the discovery requests to KMHJ and United Fire (1.7); communications with A. Power regarding same (.3); communications with Committee regarding same (.3). | 2.30 | 1,437.50 |
| 04/03/20 | ACF2 | Call with N. Saqir of STM Architects regarding subpoena (.3), draft and send email transmitting subpoena to Mr. Saqir (.1); call with A. Power regarding same (.1). | 0.50 | 312.50 |
| 04/03/20 | AJP | Review and revise discovery to KMHJ and United Fire (.9); attention to related emails regarding service issues (.2); attention to emails regarding incoming discovery productions (.1). | 1.20 | 810.00 |
| 04/03/20 | JWW | Emails with E. Jones regarding lift stay issues (.1); emails regarding open discovery issues (.3). | 0.40 | 310.00 |
| 04/04/20 | JLR | Prepare documents for attorney review. | 0.80 | 248.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 5 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/06/20 | GMG | Review email from Committee member regarding inspection (.1); review Nunez motion for relief (.1). | 0.20 | 97.00 |
| 04/06/20 | ACF2 | Review email from United Fire regarding subpoena (.4); draft and send email to J. Bowen requesting meeting to discuss prioritizing requests (.3). | 0.70 | 437.50 |
| 04/06/20 | ACF2 | Call with insurance counsel to discuss United Fire's request regarding the subpoena (.5); email to Committee summarizing suggested path forward (.3); schedule call with United Fire's counsel (.1). | 0.90 | 562.50 |
| 04/06/20 | AJP | Emails with A. Falcon regarding discovery issues. | 0.10 | 67.50 |
| 04/06/20 | JWW | Emails with E. Jones regarding lift stay and removal issues (.2); emails with committee regarding discovery issues (.2). | 0.40 | 310.00 |
| 04/07/20 | ACF2 | Call with United Fire regarding subpoena (1.0); call with A. Power to debrief (.1); further emails with United Fire (.3); email with Committee with update (.1). | 1.50 | 937.50 |
| 04/07/20 | ACF2 | Email to Committee Chairs regarding priority of requests to agencies and information needed to make requests. | 0.20 | 125.00 |
| 04/07/20 | AJP | Respond to emails regarding discovery issues with United Fire (.1); call with A. Falcon regarding same (.1). | 0.20 | 135.00 |
| 04/08/20 | GMG | Review draft 2004 requests for A. Falcon. | 0.10 | 48.50 |
| 04/08/20 | CAS | Communications with attorneys and with vendor regarding proceeding with database setup. | 0.60 | 213.00 |
| 04/08/20 | ACF2 | Email and Call with D. Brinson (3M) regarding subpoena response status (.2); draft 2004 subpoena to Burns Control (.4); draft 2004 subpoena to Industrial Manufacturing, Mannix, and West Warwick (1.0). | 1.60 | 1,000.00 |
| 04/08/20 | ACF2 | Committee status call. | 1.60 | 1,000.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 6 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/08/20 | ACF2 | Call with K. Collins to discuss Airgas's response to the subpoena (.2); revise draft of form protective order for Airgas (.2). | 0.40 | 250.00 |
| 04/08/20 | ACF2 | Call with A. Saqer regarding STM Architect's subpoena response (.3); follow up email with Word version of subpoena (.1). | 0.40 | 250.00 |
| 04/08/20 | AJP | Respond to emails regarding 2004 issues from A. Falcon. | 0.20 | 135.00 |
| 04/08/20 | AJP | Review and revise motion to enter into iPro contract (.1); review KMHJ amendment issue raised by T. Burns (.3); finish revising iPro agreement and attention to related emails (.2). | 0.60 | 405.00 |
| 04/09/20 | GMG | Review emails related to ESI vendor and forward email to A. Falcon (.3); email A. Falcon regarding 2004 call (.1). | 0.40 | 194.00 |
| 04/09/20 | JLR | Prepare documents to send to iPro (4.5); Interoffice communication regarding productions (.1). | 4.60 | 1,426.00 |
| 04/09/20 | CAS | Receive executed control and FTP instructions from iPro and review same (.3); communications with J. Richards regarding forwarding deliverables to iPro (.2). | 0.50 | 177.50 |
| 04/09/20 | ACF2 | Emails with D. Elms regarding Matheson subpoena (.1); email final drafts of third party subpoenas to committee for review and sign off (.1); draft and send email summarizing status of subpoena responses to committee (.3); call with counsel for Detcon regarding written responses to subpoena (.2). | 0.70 | 437.50 |
| 04/09/20 | ACF2 | Review and analyze FOIA/OR requests already sent in preparation for call to discuss with J. Meador. | 0.70 | 437.50 |
| 04/09/20 | ACF2 | Call with Matheson counsel regarding subpoena response, document production, and protective order (.5); email to Committee regarding confidentiality of insurance/indemnity agreements in state court litigation (.2). | 0.70 | 437.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | | |
|---|---|---|
| Page | | 7 |
| Inv# | | 508695 |
| Date | | 05/07/20 |
| | | 016399-0018 |
| | | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/09/20 | AJP | Review and revise additional 2004 requests and email A. Falcon regarding same (.4); attention to calls and emails regarding iPro agreement (.8); respond to A. Falcon regarding FOIA requests (.1). | 1.30 | 877.50 |
| 04/10/20 | JLR | Prepare documents to send to iPro (5.5); Interoffice communication regarding productions (.1). | 5.60 | 1,736.00 |
| 04/10/20 | CAS | Communications with iPro regarding setting up new database (.4); confer with J. Richards regarding transferring discovery documents to vendor (.1). | 0.50 | 177.50 |
| 04/10/20 | ACF2 | Call with N. Saqer of STM Architects regarding subpoena response. | 0.20 | 125.00 |
| 04/10/20 | ACF2 | Emails with A. Power and J. Wolfshohl regarding KMHJ insurance proceeds. | 0.10 | 62.50 |
| 04/10/20 | ACF2 | Coordinate with litigation support on iPro set up and documents to be loaded. | 0.30 | 187.50 |
| 04/10/20 | ACF2 | Finalize draft of agreed protective order for Trigas (.3); email to Watson Grinding's counsel for permission to sign and file (.1). | 0.40 | 250.00 |
| 04/10/20 | ACF2 | Review email from Matheson's counsel regarding revisions to subpoena document requests (.2); forward to Committee chairs with analysis and request final sign off (.1). | 0.30 | 187.50 |
| 04/10/20 | ACF2 | Finalize drafts of subpoenas to West Warwick, Burns Controls, and Mannix for serving. | 0.20 | 125.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                8
Inv#           508695
Date          05/07/20
016399-0018
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/10/20 | AJP | Finalize and coordinate filing of motion to engage iPro (.2); attention to emails regarding 2004 notices (.2); conference call with insurance counsel regarding KMHJ (.6); attention to follow up emails to debtor's and insurance counsel regaridng T. Burns (.2); email summary and recommendation regarding KMHJ to J. Wolfshohl (.2); respond to B. Ruzinsky regarding motion to deposit insurance proceeds in the registry of the court (.1). | 1.50 | 1,012.50 |
| 04/10/20 | JWW | Review emails regarding property insurance issues (.3); review and revise agreed order and emails regarding same (.4). | 0.70 | 542.50 |
| 04/13/20 | GMG | Email correspondence related to 2004 requests and iPro database. | 0.30 | 145.50 |
| 04/13/20 | JLR | Prepare documents to send to iPro (4.8); Interoffice communication regarding productions (.1); communication with vendor to setup user accounts (.1). | 5.00 | 1,550.00 |
| 04/13/20 | ACF2 | Emails with committee regarding iPro, 2004 responses, protective orders, and iPro set up (.5); emails with subpoena recipients regarding written responses and documents productions (.5); emails with Litigation Support regarding iPro set up (.2); emails with committee regarding newly served and additional 2004 requests (.3). | 1.50 | 937.50 |
| 04/13/20 | AJP | Attention to emails about setting up iPro access and additional 2004 requests. | 0.30 | 202.50 |
| 04/14/20 | GMG | Review emails related to 2004 requests (.1); review agenda for call (.1); review email from A. Falcon regarding 2004 issues (.1); review Rule 2004 and 9016 along with Rule 45 (1.0); email correspondence with A. Falcon regarding same (.4). | 1.70 | 824.50 |
| 04/14/20 | JLR | Setup database access for committee members. | 1.60 | 496.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 9
Inv# 508695
Date 05/07/20
016399-0018
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/14/20 | CAS | Access Eclipse database (.3); communications with Schrader Law Firm regarding shared database (.2). | 0.50 | 177.50 |
| 04/14/20 | ACF2 | iPro set up communications and coordination with Committee members and litigation support. | 0.40 | 250.00 |
| 04/14/20 | ACF2 | Finalize revised 2004 requests to Matheson for service. | 0.40 | 250.00 |
| 04/14/20 | ACF2 | Call with Burns Controls' counsel regarding subpoena (.5); email to A. Power with questions arising during call (.1) | 0.60 | 375.00 |
| 04/14/20 | ACF2 | Call with West Warwick to discuss subpoena response (.4); email to Committee chairs summarizing call (.1) | 0.50 | 312.50 |
| 04/14/20 | ACF2 | Review and respond to communications regarding Watson Valve documents (.3), and Burns documents (.3) | 0.60 | 375.00 |
| 04/14/20 | ACF2 | Conference with A. Power and E. Garfias regarding subpoena process. | 0.20 | 125.00 |
| 04/14/20 | AJP | Respond to emails regarding service of 2004 notices and call with A. Falcon and E. Garfias regarding same. | 0.20 | 135.00 |
| 04/15/20 | GMG | Review emails related to 2004 responses (.2); prepare for Committee call (.1); review emails related to protective orders and iPro users (.1). | 0.40 | 194.00 |
| 04/15/20 | JLR | Prepare documents to send to iPro (3.4); Interoffice communication regarding productions (.1); Communication with vendor to setup user accounts (.1). | 3.60 | 1,116.00 |
| 04/15/20 | ACF2 | Weekly status conference call with Committee. | 1.10 | 687.50 |
| 04/15/20 | ACF2 | Emails to committee regarding execution of Exhibit A to protective orders for people reviewing documents. | 0.20 | 125.00 |
| 04/15/20 | ACF2 | Emails with Airgas counsel regarding document production. | 0.10 | 62.50 |
| 04/15/20 | ACF2 | Emails with West Warwick Welding regarding document production. | 0.10 | 62.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 10 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/16/20 | JLR | Prepare documents to send to iPro (.6); Interoffice communication regarding productions (.1); Communication with vendor (.1). | 0.80 | 248.00 |
| 04/16/20 | CAS | Assist A. Falcon in reviewing documents in iPro database. | 0.40 | 142.00 |
| 04/16/20 | ACF2 | Search for Western International's insurance policies (.2); update status chart of document productions (.2); review and respond emails from committee members regarding various discovery issues (.3); review and analyze email regarding FOIA/OR response from City of Houston (.2) | 0.90 | 562.50 |
| 04/16/20 | ACF2 | Call with J. Alvey of Mannix to discuss subpoena response (.2); review letter from J. Alvey and send email requesting additional information (.1) | 0.30 | 187.50 |
| 04/16/20 | ACF2 | Respond to emails and inquiries from committee members regarding insurance policies (.3); follow up with committee on protective order acknowledgments (.2); follow up with subpoena recipients regarding additional document productions (.2) | 0.70 | 437.50 |
| 04/16/20 | JWW | Emails regarding discovery issues and status of document review. | 0.30 | 232.50 |
| 04/17/20 | ABR | Review of correspondence and APIA letters to City of Houston, Houston Emergency Center, and Texas Commission on Environmental Quality in preparation for drafting Letter Brief to the Texas Attorney General's Office (.6); call with A. Falcon to discuss Letter Brief (.2). | 0.80 | 396.00 |
| 04/17/20 | JLR | Prepare documents to send to iPro (1.8); Interoffice communication regarding productions (.8); Communication with vendor (.6); Prepare PDF working set for McSwain Engineering (1.7); Prepare ShareFile link for McSwain Engineering (1.0). | 5.90 | 1,829.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page               11
Inv#          508695
Date         05/07/20
016399-0018
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/17/20 | ACF2 | Call with R. Loya regarding FOIA/TPIA ORR (.4);emails and phone calls to follow up with 2004 subpoena recipients regarding responses (.5); update status chart for 2004 responses and email committee with update summary (.5); emails with Litigation Support regarding document productions (.3); follow up on compliance with Protective Orders (.3); emails with A. Power and J. Wolfshohl regarding TPIA requests (.2); email to and call with A. Raber to discuss research needed regarding same (.2); follow up on FOIA/TPIA ORR status and additional requests (.1); emails with insurance counsel regarding policies (.2) | 2.70 | 1,687.50 |
| 04/17/20 | AJP | Call with E. Jones regarding KMHJ dispute. | 0.30 | 202.50 |
| 04/17/20 | AJP | Respond to A. Falcon regarding discovery issues with state agencies. | 0.10 | 67.50 |
| 04/17/20 | JWW | Analyze KMHJ issues and emails regarding same. | 0.50 | 387.50 |
| 04/18/20 | AJP | Review document production from KMHJ and email comments to J. Wolfshohl and A. Falcon. | 0.70 | 472.50 |
| 04/20/20 | JLR | Prepare documents to send to iPro (.7); Communication with vendor (.6); Receive document production from KMHJ and download same (.3); reorganize KMHJ documents to make correct document breaks (1.1); add KMHJ production to database and conduct preliminary review to code documents to facilitate efficient review by attorneys (.4); Prepare KMHJ production set to send to iPro (.3). | 3.40 | 1,054.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    12
Inv#              508695
Date           05/07/20
016399-0018
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/20/20 | ACF2 | Email to A. Power and J. Wolfshohl regarding analysis of KMHJ-Watson Grinding lease (.4); Conference with A. Power and J. Wolfshohl to discuss KMHJ strategy (.3); review KMHJ documents (1.0); follow up on document productions with subpoena recipients (.6); follow up on protective order compliance (.3); emails with insurance counsel regarding KMHJ and Watson Grinding (.5) | 3.10 | 1,937.50 |
| 04/20/20 | ACF2 | Finalize revisions to revised subpoena to Western International. | 0.70 | 437.50 |
| 04/20/20 | AJP | Call with A. Falcon and J. Wolfshohl regarding KMHJ discovery and strategy and attention to related emails. | 0.40 | 270.00 |
| 04/21/20 | JLR | Receive document production from Mannix and UF and download same (.4); reunitize UF documents to make correct document breaks (.6); Prepare Mannix and KMHJ production sets to send to iPro (1.0). | 2.00 | 620.00 |
| 04/21/20 | ACF2 | Search iPro for Matheson and Western propylene contracts for insurance counsel (.2); draft and send email to insurance counsel regarding same(.1); draft and send email to A. Power and J. Wolfshohl regarding Matheson insurance policy analysis (.2); follow up on protective order exhibit A (.1). | 0.60 | 375.00 |
| 04/21/20 | ACF2 | Follow up with subpoena recipients on document productions (.2); update Committee on status of discovery (.1) | 0.30 | 187.50 |
| 04/21/20 | ACF2 | Review and analyze United Fire documents (2.0); call with insurance counsel to discuss (.8); email summary of call to A. Power and J. Wolfshohl (.2) | 3.00 | 1,875.00 |
| 04/21/20 | AJP | Review United Fire document production and attention to related emails (.9); call with E. Jones regarding KMHJ (.4). | 1.30 | 877.50 |
| 04/22/20 | GMG | Review A. Falcon email related to amount of documents produced. | 0.10 | 48.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    13
Inv#              508695
Date              05/07/20
016399-0018
JOSHUA W. WOLFSHOHL

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/22/20 | ABR | Research and analysis of relevant portions of the Texas Attorney General Opinions, Texas Government Code, and Public Information Act to determine availability of exceptions to government entities' non-disclosure laws. | 3.70 | 1,831.50 |
| 04/22/20 | JLR | Continue to reunitize UF documents to make correct document breaks (1.6); Prepare Mannix and UFproduction sets to send to iPro (.9); Communication with vendor (.6). | 3.10 | 961.00 |
| 04/22/20 | ACF2 | Weekly Plaintiffs' Committee Call (1.0); analyze database to identify all insurance policies (1.4); follow up with subpoena recipients on document productions (.2); follow up with Committee on protective order acknowledgments (.1); call with D. Brinson regarding 3m production (.1). | 2.80 | 1,750.00 |
| 04/22/20 | ACF2 | Review emails from J. Wolfshohl and A. Power regarding KMHJ's motion (.2); review KMHJ leases and motion(.5); email analysis to J. Wolfshohl and A. Power (.3) | 1.00 | 625.00 |
| 04/22/20 | AJP | Attention to emails regarding KMHJ analysis. | 0.30 | 202.50 |
| 04/22/20 | JWW | Work on KMHJ issues. | 1.00 | 775.00 |
| 04/23/20 | GMG | Email correspondence with A. Falcon regarding KMHJ objection (.3); review docket related to same and review KMHJ motion (.3); discuss response with A. Falcon (.2); review sample responses and objections and 547/548 complaints to send to A. Falcon (.3); email A. Power regarding same (.1); forward same to A. Falcon (.1). | 1.30 | 630.50 |
| 04/23/20 | ABR | Analysis of relevant case law determining effect of discovery requests and litigation on Public Information Act ("PIA") requests (2.1); correspondence with J. Meador and A. Falcon regarding the state agencies' responses to PIA requests (.2); drafting memorandum providing analysis of the PIA and recommendation on litigation strategy (2.4). | 4.70 | 2,326.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| Page | 14 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/23/20 | ACF2 | Draft list of questions for 341 hearing (.8); call with A. Power and J. Wolfshohl regarding same and objection to KMHJ motion (.4); call and emails with G. Graham regarding same (.3). | 1.50 | 937.50 |
| 04/23/20 | ACF2 | Draft and send questions regarding the insurance policy to counsel. | 0.30 | 187.50 |
| 04/23/20 | ACF2 | Draft response to KMHJ's motion to pay insurance proceeds to KMHJ. | 5.10 | 3,187.50 |
| 04/23/20 | AJP | Call with A. Falcon and J. Wolfshohl regarding KMHJ (.5); attention to follow up emails regarding KMHJ (.3); call with B. Ruzinsky (.1); review and revise draft of objection to KMHJ motion (.4). | 1.30 | 877.50 |
| 04/23/20 | JWW | Review draft questions for 341 meeting regarding KMHJ claims to insurance (.3); conference call with A. Falcon and A. Power regarding same (.5); attend 341 meetings (1.0); phone conference with B. Ruzinsky and A. Power regarding KMHJ dispute (.3); work on further KMHJ issues and review and revise draft response (1.0). | 3.10 | 2,402.50 |
| 04/24/20 | GMG | Review KMHJ objection and comments related to same. | 0.10 | 48.50 |
| 04/24/20 | ABR | Complete draft of Memorandum regarding Public Information Act (3.7); draft Letter to Attorney General's Office (3.0); draft correspondence to A. Falcon providing summary of research (.1). | 6.80 | 3,366.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | | |
|---|---|---|
| Page | | 15 |
| Inv# | | 508695 |
| Date | | 05/07/20 |
| | | 016399-0018 |
| | | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/20 | EG | Numerous emails with A. Falcon regarding witness and exhibits list (.4); review case docket regarding upcoming hearing (.4); draft notice as requested (.6); circulate same for review (.1); incorporate additional revisions as requested (.3); emails regarding response to KMHJ motion (.2); finalize supporting exhibits (.3); revise response regarding service and conference information (.2); draft proposed order denying motion and circulate (.3); emails with A. Falcon regarding filing preparation (.2); finalize and electronically file with court (.4); organize file (.3). | 3.70 | 869.50 |
| 04/24/20 | JLR | Prepare WGM and WATSONVALVE production sets to send to iPro (.9); Communication with vendor (.4). | 1.30 | 403.00 |
| 04/24/20 | ACF2 | Revise draft response to KMHJ's motion to pay insurance proceeds to KMHJ (2.0); emails with A. Power and J. Wolfshohl regarding same (.2); revise draft of exhibit list (.2) | 2.40 | 1,500.00 |
| 04/24/20 | AJP | Review and revise updated draft of objection to KMHJ motion (.5); respond to emails regarding exhibits for KMHJ hearing (.2). | 0.70 | 472.50 |
| 04/24/20 | JWW | Work on KMHJ analysis and review and revise response and multiple emails and conference regarding same (1.0). | 1.00 | 775.00 |
| 04/25/20 | AJP | Call with Jackson Walker regarding KMHJ hearing (.3); follow up call with J. Wolfshohl (.1); email A. Falcon regarding same and strategy for discovery (.1). | 0.50 | 337.50 |
| 04/25/20 | JWW | Conference and emails with E. Freeman regarding objection to KMHJ motion (.3); conference with KMHJ counsel regarding procedure for dispute (.3); conference with A. Power regarding same and other open issues (.4). | 1.00 | 775.00 |
| 04/26/20 | CAS | Communications with A. Falcon regarding conference call to discuss database review project and protocols for same. | 0.20 | 71.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 16 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/26/20 | AJP | Respond to emails regarding KMHJ from E. Jones and KMHJ counsel. | 0.20 | 135.00 |
| 04/27/20 | GMG | Email from A. Falcon regarding protective order (.1); review protective order (.1). | 0.20 | 97.00 |
| 04/27/20 | JLR | Interoffice communication with A. Falcon (.3); Conference call with committee (.8); Setup saved searches for attorney review (.7); Setup issue and reviewer tags to assist with review (.8). | 2.60 | 806.00 |
| 04/27/20 | CAS | Telephone conference with committee members regarding document review and protocols (.6); communications with J. Richards and vendor regarding organization and structure of database to better facilitate document review (.2). | 0.80 | 284.00 |
| 04/27/20 | MLW | Begin redacting personal information on acknowledgments to protective order. | 0.50 | 157.50 |
| 04/27/20 | ACF2 | Emails with A. Power and J. Wolfshohl regarding discovery needed for KMHJ motion response (.2); begin analyzing KMHJ documents (.6) | 0.80 | 500.00 |
| 04/27/20 | ACF2 | Follow up on protective order acknowledgments (2.0); call with M. Webb regarding same (.2); call with R. Chapple regarding document review protocol (.2). | 2.40 | 1,500.00 |
| 04/27/20 | ACF2 | Call with Committee to discuss document review protocol and division (.7); follow up email summarizing call and actions (.2) | 0.90 | 562.50 |
| 04/27/20 | ACF2 | Analyze leases for other buildings on Watson Grinding campus | 0.70 | 437.50 |
| 04/27/20 | AJP | Attention to emails regarding KMHJ strategy and revisions to proposed agreed order with KMHJ (.6); call with E. Jones and attention to emails regarding potential claims against S. Watson and J. White as KMHJ (.5). | 1.10 | 742.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 17 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/27/20 | JWW | Work on issues related to KMHJ dispute and emails regarding revisions to order (.9); review modifications to proposed by KMHJ and email regarding same (.3); several phone conferences with all parties regarding agreed order and process for resolving dispute (1.2). | 2.40 | 1,860.00 |
| 04/28/20 | ABR | Communication with A. Falcon regarding draft Letter Brief to Texas Attorney General's Office (.1); review of A. Falcon's comments to draft Letter Brief to Attorney General in preparation for conference call with A. Falcon regarding same (.2). | 0.30 | 148.50 |
| 04/28/20 | JLR | Interoffice communication with A. Falcon. | 0.30 | 93.00 |
| 04/28/20 | MLW | Continue redacting personal information on acknowledgments to protective order. | 3.40 | 1,071.00 |
| 04/28/20 | ACF2 | Draft 2004 discovery to Thurmond Agency. | 2.50 | 1,562.50 |
| 04/28/20 | ACF2 | Analyze research on TPIA from A. Raber (.7); revise draft of memo on same (.8); revise draft of letter to Texas AG regarding same (1.0); email to A. Raber regarding same with additional questions (.3) | 2.80 | 1,750.00 |
| 04/28/20 | AJP | Review final redline of KMHJ order (.1); telephonically attend hearing on KMHJ motion (.2); following up strategy call with J. Wolfshohl (.2). | 0.50 | 337.50 |
| 04/28/20 | JWW | Prepare for hearings on motions to lift stay and KMHJ motion (.3); attend hearings (1.0); several follow-up emails and review revisions to order (.5); circulate same to committee (.1); emails regarding further revisions (.2); conference with A. Power regarding open issues and review agenda for committee call (.5). | 2.60 | 2,015.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 18 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/29/20 | ABR | Conference call with A. Falcon to discuss Letter Brief to Attorney General's Office (.3); communication with J. Meador regarding receipt of agencies' ORR responses (.1); completing drafting and edits to Letter Brief (1.5). | 1.90 | 940.50 |
| 04/29/20 | JLR | Interoffice communication with A. Falcon (.2); Communication with vendor (.2). | 0.40 | 124.00 |
| 04/29/20 | ACF2 | Review revisions to TPIA memo (.1); confer with A. Raber regarding same (.3) | 0.40 | 250.00 |
| 04/29/20 | ACF2 | Communicate updated status of 2004 responses to Committee. | 0.10 | 62.50 |
| 04/29/20 | ACF2 | Revise drafts of KMHJ Discovery requests to Thurmond agency (.2); emails with A. Power and J. Wolfshohl regarding same (.2). | 0.40 | 250.00 |
| 04/29/20 | ACF2 | Weekly Plaintiffs' Committee conference call. | 0.70 | 437.50 |
| 04/29/20 | AJP | Review and provide comments to discovery requests to Al Thurmond agency (.2); review and respond to email regarding TCB motion to receive insurance proceeds on 4512 Steffani (.2) | 0.40 | 270.00 |
| 04/30/20 | GMG | Review emails related to counsel for 2004 recipient. | 0.10 | 48.50 |
| 04/30/20 | ABR | Completing additional edits and drafting to the Public Information Act Memorandum and Attorney General Letter Brief (3.6); communication with J. Meador regarding PIA requests (.1); prepare exhibits (.2). | 3.90 | 1,930.50 |
| 04/30/20 | EG | Emails with A. Falcon regarding additional 2004 requests (.2); review and finalize same (1.1); draft notice of subpoena (.2); finalize with court (.1); serve on adverse parties (.2). | 1.80 | 423.00 |
| 04/30/20 | ACF2 | Finalize draft of Thurmond Agency Rule 2004 subpoena for serving | 0.70 | 437.50 |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 19 |
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/30/20 | ACF2 | Draft issue tags for Committee's review and revision in preparation for setting up in iPro | 0.70 | 437.50 |
| 04/30/20 | JWW | Emails regarding open issues with discovery and related matters. | 0.50 | 387.50 |
| **Total Services** | | | **191.00** | **$98,493.50** |

### Timekeeper Summary

| | Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ACF2 | Falcon, Amy C. | Partner | 68.80 | 625.00 | 43,000.00 |
| AJP | Aaron J. Power | Partner | 15.50 | 675.00 | 10,462.50 |
| JWW | Joshua W. Wolfshohl | Partner | 14.30 | 775.00 | 11,082.50 |
| ABR | Andrew B. Raber | Associate | 22.10 | 495.00 | 10,939.50 |
| GMG | Genevieve M. Graham | Associate | 9.30 | 485.00 | 4,510.50 |
| CAS | Carey A. Sakert | Paralegal | 4.20 | 355.00 | 1,491.00 |
| EG | Eliana Garfias | Paralegal | 8.20 | 235.00 | 1,927.00 |
| JLR | Jared L. Richards | Paralegal | 43.70 | 310.00 | 13,547.00 |
| MLW | Mitzie L. Webb | Paralegal | 3.90 | 315.00 | 1,228.50 |
| KDS | Kim D. Steverson | Other | 1.00 | 305.00 | 305.00 |

### Disbursements Summary

| Description | Value |
|---|---|
| Computer Assisted Legal Research | 267.91 |
| Long Distance | 72.53 |
| **Total Disbursements** | **$340.44** |

| | |
|---|---|
| **Invoice Total** | **$98,833.94** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Inv# | 508695 |
| Date | 05/07/20 |
| | 016399-0018 |
| | JOSHUA W. WOLFSHOHL |

OFFICIAL COMMITTEE OF WATSON GRINDING & MANUFACTURING CO.
ATTN: ROB LEWIS

TAX ID# 74-2174193

**Litigation Analysis and Strategy**

---

## REMITTANCE PAGE

**Invoice Total**                                                                          **$98,833.94**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, Texas 77210-4346

**By wire:**

**Financial**      Amegy Bank of Texas
1801 Main Street
Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:** RT/ABA# 113011258

**Swift Address for International Wires:** ZFNBUS55

**PORTER HEDGES LLP Operating Account:** 5791152449

**Reference:** 016399-0018