

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/08/2020

| | | |
|---|---|---|
| IN RE: | § | |
| WATSON GRINDING & | § | CASE NO: 20-30967 |
| MANUFACTURING CO. | § | |
|    Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER FOR SUPPLEMENT

Burns Bowen Bair LLP must file a supplemental declaration in which it discloses any "connections with the debtor, creditors, and any other party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee." Fed. R. Bankr. 2014(a).

SIGNED **May 8, 2020.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE