**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **WATSON GRINDING &** | § | **Case No. 20-30967 (MI)** |
| **MANUFACTURING CO.** | § | |
| | § | |
| **Debtors.** | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **WATSON VALVE SERVICES, INC.** | § | **Case No. 20-30968 (MI)** |
| | § | |
| | § | |
| **Debtor.** | § | |

**NOTICE OF ELECTRONIC HEARING ON**
**JANUARY 24 CLAIMANTS COMMITTEE'S EMERGENCY**
**MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEES**

**PLEASE TAKE NOTICE** that the hearing scheduled by the Bankruptcy Court to consider

the Official Committee of January 24 Claimants' *Emergency Motion for Appointment of Chapter*

*11 Trustees* will be held **June 2, 2020, at 2:30 p.m.** before the Honorable Marvin Isgur, United

States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002 (the "Hearing").

On March 9, 2020, the Bankruptcy Court for the Southern District of Texas (the "Court")

entered the Order Adopting Hearing Protocols that may be Implemented under Certain Public

Health or Safety Conditions (the "Protocol"). A copy of the Protocol is attached hereto as **Exhibit**

**"A"**. On March 24, 2020, the Court entered the Order Invoking Emergency Protocol for

Brownsville, Galveston, and Houston Divisions (the "Order"), which implemented the Protocol

with respect to all cases in the Houston division, including the above-captioned cases. A copy of

the Order is attached hereto as **Exhibit "B"**.

1

10588354v1

The Court will use both audio and video communication. If you want to see the documents as presented to the Court and hear the proceeding you should be (i) dialed in through the audio system, and (ii) logged into the Court's video via www.join.me.

**Audio Communication**

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Isgur' conference room number is 954554. Parties are encouraged to review the Court's procedures for telephonic appearances located at:

https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20February%2012%2C%202020.pdf

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**Video Communication**

Any evidence and demonstrative exhibits will be offered from a remote location. Parties may participate in electronic hearings by use of an internet connection. The website is www.join.me. Persons connecting by mobile device will need to download the free join.me application.

Once connected to www.join.me, a participant must select "Join a Meeting." The code for joining the Combined Hearing before Judge Isgur is "judgeisgur". The next screen will have a place for the participant's name in the lower left corner. Please complete the name and click "Notify."

In accordance with the Protocol, parties must file exhibits on the Court's docket for ease of reference.  Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

2

Witnesses must appear via audio and video connection. Any person wishing to cross-examine any witness will be permitted to do so during the hearing.

All documents filed in these Chapter 11 Cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: May 30, 2020.

Respectfully submitted,

PORTER HEDGES LLP

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl
State Bar No. 24038592
Aaron J. Power
State Bar No. 24058058
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6248 (fax)
jwolfshohl@porterhedges.com
apower@porterhedges.com

COUNSEL FOR THE OFFICIAL COMMITTEE
OF JANUARY 24 CLAIMANTS

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by U.S. First Class Mail and via electronic transmission to all registered ECF users appearing in the case on May 30, 2020.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

10588354v1

$$\boxed{\textbf{EXHIBIT A}}$$

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
E N T E R E D

In re:                                                                §
                                                                          §                                            MAR 09 2020
**Adoption of Contingency**                              §      **General Order 2020-4**
**Plan to Address Possible Public Health**        §      David J. Bradley, Clerk of Court
**Limitations on Court Operations**                  §      By Deputy Clerk _A. McCalip_
                                                                          §

### ORDER ADOPTING HEARING PROTOCOLS THAT MAY BE IMPLEMENTED
### <u>UNDER CERTAIN PUBLIC HEALTH OR SAFETY CONDITIONS</u>

The Court is aware of public concern about a potential outbreak of the Coronavirus.  Although no public health emergency has been declared, the Court has determined that the adoption of a protocol for public health emergencies that impact court operations is appropriate.  By adopting a protocol in advance of an emergency, parties-in-interest may be better able to comply with exigencies that may arise.

The Court adopts these principles:

1.   The due process rights of all parties-in-interest must be protected.

2.   During a public health or safety emergency, the number of hearings that are held should be minimized.

3.   Required hearings should be conducted in a manner to minimize in-person attendance that could enhance the spread of a contagious disease.

4.   If technology is utilized to conduct hearings, the technology should be made widely available, at no or low cost to hearing participants.

5.   Statutory hearing deadlines must be respected.

6.   The Court should minimize hearings that are mandated only by rules of procedure, local rules, or court orders.

7.   Court personnel be allowed to work from remote locations, as appropriate.

8.   Hearings must be conducted in a manner to preserve the appellate rights of parties-in-interest.

9.   The protocol should be implemented, if ever, only on a division-by-division basis and should be modified as circumstances warrant on the date of adoption.

In furtherance of those principles, the Court adopts the attached Protocol.  The Protocol will be available for implementation only if a need arises, and only on further Court order.

March **9** , 2020.

David R. Jones
Chief Judge

## **PROTOCOL FOR EMERGENCY PUBLIC HEALTH OR SAFETY CONDITIONS**

**Purpose and
Implementation:**     1.   This protocol applies in all bankruptcy cases and proceedings when parties, witnesses, judges or staff are unable to attend scheduled hearings due to a declaration by state, local or federal officials that limit or restrict the Court's ability to hold hearings.  The protocol will be invoked on a division-by-division basis when ordered by the Chief Judge of the United States Bankruptcy Court.  If the Chief Judge is unavailable, the protocol may be ordered by any bankruptcy judge.  The order invoking this protocol will be posted on the Court's website and distributed by the Clerk to all CM/ECF users by email.  The order will include appropriate modifications, as circumstances warrant.  The invocation of the protocol will be terminated by a termination order, also posted on the Court's website and distributed by email.  The period from the invocation through the termination of the protocol is the Protocol Period.

2.   Hearings may be scheduled or rescheduled by the Court to be heard during the Protocol Period:

     a.   The hearings will be conducted electronically.

     b.   Notice of chapter 13 panel hearings will be done by a notice posted by the chapter 13 trustees on the trustee's website, which will be accessible by a link posted on the Court's website.  Unless otherwise ordered by the Court, chapter 13 panel hearings will only be heard if there is a statutorily imposed deadline for the conduct of the hearing, such as the deadline imposed by 11 U.S.C. § 1324(b).  The chapter 13 trustees will post a hearing calendar that contains only matters with statutorily imposed deadlines.

     c.   Notice of all other hearings will be entered on the docket of the case by the Clerk in each case in which a hearing is scheduled by the Court.

     d.   Parties and counsel are responsible for monitoring the Court's website and the dockets of their cases.

     e.   Electronic attendance at hearings is required on the same basis as would otherwise be required for attendance at hearings in the absence of the invocation of this protocol.

3.   During the Protocol Period, hearings may be held by the judge assigned to the case, or by any other bankruptcy judge.

4.   After the Protocol Period, the Court may reschedule previously canceled hearings to be conducted in the ordinary course.

**Electronic Hearings:**

**Personal attendance at electronic hearings will not be permitted, except as ordered by the Court.** The Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video communication:

**Audio Communication**

1. Audio communication will be by use of a dial-in number. Attached to this protocol as Exhibit "A" is a list of each judge's dial in number and conference code. Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication.

2. The audio portion of the hearings will be recorded using external recording technology associated with the telephone dial-in number. If the Court's digital recording system is inaccessible, these recordings will be made available to the public in accordance with the Clerk's standing policy and will constitute the official Court record.

3. Each person who speaks at an electronic hearing must restate that person's name each time that the person speaks. This information will assist any transcriber of the audio recording.

**Video Communication**

1. In addition to the requirements of Bankruptcy Local Rule 9013-1, exhibits must be filed on CM/ECF in advance of the hearing. Each exhibit must be filed as a separate attachment to an Exhibit List. The Court will review the exhibits from CM/ECF. Exhibits must be offered into evidence by reference to the CM/ECF docket number of the filed exhibit.

2. Parties may participate in electronic hearings by use of an internet connection. The internet site is www.join.me. Persons connecting by mobile device will be required to download a free application. The download must occur prior to the commencement of the hearing.

3. Once connected to www.join.me, each participant must select to "Join a Meeting". The code for joining meetings for each judge is listed on Exhibit "A". The next screen will have a place for the participant's name in the lower left corner. Please complete the name and click "Notify".

**Witness Participation**

1. Each witness must appear by both audio and video connection.

2. Witnesses may utilize a phone camera or other video device to appear by video. If the Court directs a witness to appear by video, the witness must authorize the Join.me website to access the camera on the witness's device.

The third widget from the right at the top of the screen is a video camera. Do NOT utilize the video camera unless the Court requests that you do so.

3.  The Court will administer the oath over the audio connection.

4.  Unless otherwise ordered by the Court, witnesses who are required to appear by subpoena must comply with the subpoena by both audio and video connection.

5.  The Court may allow parties-in-interest to utilize the Join.me website to present documents or other presentations. If so, the Court will allow the party-in-interest to become a presenter of a presentation.

6.  Attached as Exhibit "B" are screen shots of Join.Me screens to assist in the logon process.

**Requests for Emergency Hearings**

During the Protocol Period, emergency hearings must be requested in accordance with the local rules. In addition, you must send an email to the Judge's staff member and to the Emergency Request Hotline. The Emergency Request Hotline will be monitored by the Clerk's office. Exhibit "C" contains email information for each staff member to be contacted and for the Emergency Request Hotline.

**Self Calendaring and Hearing Settings**

Except as otherwise ordered or as provided in the "Motions for Relief from the Stay" section of this protocol, no hearings may be self-calendared by any filing or notice that is filed during a Protocol Period. If a hearing is required during the Protocol Period, the person seeking the hearing must file a motion for emergency consideration and request the hearing by contacting the appropriate person on Exhibit "C". If a hearing is required after the Protocol Period, the person seeking the hearing must request the hearing by contacting the appropriate person on Exhibit "C" after the conclusion of the Protocol Period.

**Section 341 Meetings**

Section 341 meetings of creditors will be conducted electronically.

**Motions for Relief from Stay**

Motions for Relief from the automatic stay must be self-calendared for hearing on the Court's published available dates. Hearings on those motions will be conducted electronically.

**Statutory Deadlines**

Statutory deadlines remain in effect.

**Court Imposed Or Rule Imposed Deadlines**

All Court imposed deadlines, all deadlines imposed by local rule, and all deadlines imposed by the Federal Rules of Bankruptcy Procedure are tolled for the Protocol

Period.  The tolled deadline will be computed by adding the number of days in the Protocol Period to the original deadline.  For example, if a deadline is June 22, 2020 and the Protocol Period runs from June 19, 2020 through June 24, 2020, the new deadline is June 29, 2020 (accounting for the fact that the new deadline would expire on a weekend, so the deadline is extended through the following Monday).

**Variance from Protocol** Each Judge may vary this protocol on a case-by-case basis.

**Amendments** As circumstances warrant, this protocol may be amended on an emergency basis by majority vote of the participating judges.  Any amendments will be published on the Court's website and distributed by email to all CM/ECF users.

EXHIBIT "A"
Audio and Video Participation Information

| Judge | Dial in Phone Number | Conference Code Number (Phone) | Meeting Code Name (Video)[1] |
|---|---|---|---|
| Judge Isgur | (832) 917-1510 | 954554 | JudgeIsgur |
| Judge Jones | (832) 917-1510 | 205691 | JudgeJones |
| Judge Lopez | (857) 232-0158 | 369427 | JudgeLopez |
| Judge Norman | (712) 770-8095 | 159497 | JudgeNorman |
| Judge Rodriguez | (712) 775-8972 | 999276 | JudgeRodriguez |

---

[1] One word, with no spaces.

EXHIBIT "B"
Join.Me Screen Assistance

1. Downloading app to a device:

| Apple Devices | Android Devices |
|---|---|
| Search in App Store for "Join.Me":  Open and download to the device. | Search in Google Play for "Join.Me": Open and download to the device. |

2. Joining the Meeting:



| | |
|---|---|
| Open the Join.Me app on the device: | Open the Join.Me app on the device: |
| Type in the Meeting Code from Exhibit "A" | Type in the Meeting Code from Exhibit "A". |
| If you receive this screen, please cancel: | |

3. You may have a pause until the Court opens the meeting.  When it is opened, you will see the Judge's desktop.

| 4. Click on the participant bubble: | 4. Click on the participant bubble: |
|---|---|
| 5. Type in your name: | 5. Type in your name. |
| 6. Your client may be asked to appear by video. This message will be received and your client should select "Present": | 6. Your client may be asked to appear by video. This message will be received and your client should select "Accept": |



|  |  |
|---|---|

If you receive this screen, click "Close":



| 7.  Click on the camera icon at the top: | 7.  Go to your home page and activate your camera. |
|---|---|
|  | |

EXHIBIT "C"
Emergency Hearing Contact Information

| Judge | Primary Contact | Secondary Contact | Emergency Hotline |
|---|---|---|---|
| Judge Isgur | Linhthu_Do@txs.uscourts.gov | Tyler_Laws@txs.uscourts.gov | Emergencyhearings @txs.uscourts.gov |
| Judge Jones | Albert_Alonzo@txs.uscourts.gov | Vriana_Portillo@txs.uscourts.gov | Emergencyhearings @txs.uscourts.gov |
| Judge Lopez | Rosario_Saldana@txs.uscourts.gov | Kimberly_Picota@txs.uscourts.gov | Emergencyhearings @txs.uscourts.gov |
| Judge Norman | Cristina_Camarata@txs.uscourts.gov | Mario_Rios@txs.uscourts.gov | Emergencyhearings @txs.uscourts.gov |
| Judge Rodriguez | Norma_J_Chavez@txs.uscourts.gov | Ana_Castro@txs.uscourts.gov | Emergencyhearings @txs.uscourts.gov |

## EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
E N T E R E D

MAR 24 2020

David J. Bradley, Clerk of Court
By Deputy Clerk

In re:                                          §
                                                §
**Invocation of Emergency Protocol.**            §          **General Order 2020-10**
                                                §
                                                §

**ORDER INVOKING EMERGENCY PROTOCOL FOR**
**BROWNSVILLE, GALVESTON AND HOUSTON DIVISIONS**

After consideration of the orders issued by city and county officials, the Court invokes the **Protocol for Emergency Public Health or Safety Conditions** as set forth in General Order 2020-4 for the Brownsville, Galveston and Houston divisions.

March **24**, 2020.

David R. Jones
Chief Judge

ERIN E JONES
CHRISTOPHER R MURRAY
JONES MURRAY & BEATTY LLP
4119 MONTROSE STE 230
HOUSTON TX 77006

BAKER BOTTS LLP
910 LOUISIAN ST STE 3200
HOUSTON TX 77002

GULFCO FORGE COMPANY
6817 INDUSTRIAL RD
HOUSTON TX 77005

LINEAGE ALLOYS
1901 ELLIS SCHOOL RD
BAYTOWN TX 77521

NORTON ROSE FULBRIGHT
1301 MCKINNEY ST STE 1500
HOUSTON TX 77010

TECHNICAL ENGINEERING LLC
100 CHAPEL RD
MANCHESTER CT 6042

VICTORY METALS
4125 HOLLISTER RD
HOUSTON TX 77080

WATSON VALVE SERVICES INC
4525 GESSNER RD
HOUSTON TX 77041

INTERNAL REVENUE SERVICE
300 E 8TH ST
MAIL STOP 5026AUS
AUSTIN TX 78701

JASON B BINFORD
OFFICE OF THE AG OF TEXAS
BANKRUPTCY & COLLECTIONS DIV
P O BOX 12548-MC 008
AUSTIN TEXAS 78711-2548

STEPHEN DOUGLAS STATHAM
OFFICE OF US TRUSTEE
515 RUSK STE 3516
HOUSTON TX 77002

C&M TECHNOLOGIES GROUP INC
350 NORTH SAINT PAUL ST
DALLAS TX 75201

HALCO METALS
9611 TELGE RD
HOUSTON TX 77095

MATHESON TRI-GAS
166 KEYSTONE DR
MONTGOMERYVILLE PA 18936

PARRISH INTERNATIONAL INC
PO BOX 468
HEMPSTEAD TX 77445

THYSSENKRUPP
ATTN: GENERAL COUNSEL
111 W JACKSON BLVD
CHICAGO IL 60604

VINATECH ENGINEERING
7747 FORMULA PLACE
SAN DIEGO CA 92121

TEXAS CAPITAL BANK
C/O TIMOTHY MILLION
600 TRAVIS ST
HOUSTON TX 77002

RICHARD A KINCHELOE
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA ST STE 2300
HOUSTON TX 77002

MICHAEL I. RAMIREZ
MCCOY LEAVITT ET. AL.
20726 STONE OAK PKWY STE 116
SAN ANTONIO, TEXAS 78232

ASTRO ALLOYS INC
9155 EMMOTT RD
HOUSTON TX 77040

EARL M JORGENSEN
6201 LUMERDALE RD
HOUSTON TX 77092

HUNTER CHEMICAL LLC
220 COMMERCE DR
STE 200
FORT WASHINGTON PA 19034

NORTH AMERICAN HOGANAS CO
111 HOGANAS WA
HOLLSOPPLE PA 15935

SCOTT STAINLESS SPECIALITIES
501 GEORGIA AVENUE
SOUTH HOUSTON TX 77587

TRICOR METALS
3517 N LOOP 336 W
CONROE TX 77304

WEBB INDUSTRIAL LLC
2433 LOFTON TERRACE
FORT WORTH TX 76109

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ABIGAIL RUSHING RYAN AAG
OFFICE OF THE AG OF TEXAS
BANKRUPTCY & COLLECTIONS DIV
PO BOX 12548-MC 008
AUSTIN TX 78711-2548

J SCOTT DOUGLASS
1811 BERING DR STE 420
HOUSTON TEXAS 77057

MUHAMMAD AZIZ
ABRAHAM WATKINS NICHOLS
SORRELS AGOSTO AZIZ & STOGNER
800 COMMERCE ST
HOUSTON TEXAS 77002

JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON TX 77253-3064

AVISHAY MOSHENBERG
MCDOWELL HETHERINGTON LLP
1001 FANNIN STE 2700
HOUSTON TX 7700

RANDALL J POELMA JR
DOYEN SEBESTA & POELMA LLLP
450 GEARS RD STE 350
HOUSTON TX 77067

ELIZABETH C FREEMAN
JACKSON WALKER LLP
1401 MCKINNEY ST STE 1900
HOUSTON TX 77010

RANDY W WILLIAMS
BYMAN & ASSOCIATES PLLC
7924 BRDWAY STE 104
PEARLAND TX 775

L LEE THWEATT
ONE GREENWAY PLAZA STE 100
HOUSTON TX 77046-0102

STEPHEN R WALKER
LAW OFFICES OF MANUEL SOLIS PC
6657 NAVIGATION BLVD
HOUSTON TX 77011

BYRON C ALFRED
2019 WICHITA ST
HOUSTON TX 77004

MATT L MARTIN
ZEHL & ASSOCIATES PC
2700 POST OAK BLVD STE 1000
HOUSTON TX 77056

HENRY FLORES
RAPP & KROCK PC
1980 POST OAK BLVD STE 1200
HOUSTON TEXAS 77056

JARROD B MARTIN
MCDOWELL HETHERINGTON LLP
1001 FANNIN STE 2700
HOUSTON TX 77002

ERIKA L MORABITO
FOLEY & LARDNER LLP
3000 K ST NW STE 600
WASHINGTON DC 20007

WILLIAM T SEBESTA
DOYEN SEBESTA & POELMA LLLP
450 GEARS RD STE 350
HOUSTON TX 77067

RYAN E CHAPPLE
CAIRN & SKARNULIS PLLC
400 W 15TH ST STE 900
AUSTIN TX 78701

ABIGAIL RUSHING RYAN AAG
OFFICE OF THE AG OF TEXAS
BANKRUPTCY & COLLECTIONS DIV
PO BOX 12548-MC 008
AUSTIN TX 78711-2548

JOSEPH D TERRY
ONE GREENWAY PLAZA STE 100
HOUSTON TX 77046-0102

GREGORY J FINNEY
LAW OFFICES OF MANUEL SOLIS PC
6657 NAVIGATION BLVD
HOUSTON TX 77011

RYAN H ZEHL
ZEHL & ASSOCIATES PC
2700 POST OAK BLVD STE 1000
HOUSTON TX 77056

GREGORY F COX
MOSTYLN LAW
3810 WEST ALABAMA ST
HOUSTON TX 77027

KENNETH M KROCK
RAPP & KROCK PC
1980 POST OAK BLVD STE 1200
HOUSTON TEXAS 77056

KATE H EASTERLING
MCDOWELL HETHERINGTON LLP
1001 FANNIN STE 2700
HOUSTON TX 77002

HOLLAND N O'NEIL
FOLEY & LARDNER LLP
2021 MCKINNEY AVENUE STE 1600
DALLAS TX 75201

BRUCE J RUZINSKY
JACKSON WALKER LLP
1401 MCKINNEY ST STE 1900
HOUSTON TX 77010

TAYLOR R ROMERO
CAIRN & SKARNULIS PLLC
400 W 15TH ST STE 900
AUSTIN TX 78701

JASON B BINFORD
OFFICE OF THE AG OF TEXAS
BANKRUPTCY & COLLECTIONS DIV
P O BOX 12548-MC 008
AUSTIN TEXAS 78711-2548

ANNA DEAN KAMINS
KAMINS LAW FIRM PLLC
2925 RICHMOND AVENUE STE 1200
HOUSTON TX 77098

JUAN A SOLIS
LAW OFFICES OF MANUEL SOLIS PC
6657 NAVIGATION BLVD
HOUSTON TX 77011

MATTHEW O GREENBERG
ZEHL & ASSOCIATES PC
2700 POST OAK BLVD STE 1000
HOUSTON TX 77056

MICHAEL DOWNEY
MOSTYLN LAW
3810 WEST ALABAMA ST
HOUSTON TX 77027

CATHRYN J SCHEXNAIDER
MOSTYLN LAW
3810 WEST ALABAMA ST
HOUSTON TX 77027

CHANCE A MCMILLAN
MCMILLAN FIRM PLLC
440 LOUISIANA ST STE 1200
HOUSTON TX 77002-1691

MATHEW MENDOZA
MCMILLAN FIRM PLLC
440 LOUISIANA ST STE 1200
HOUSTON TX 77002-1691

ANTHONY G BUZBEE
JP MORGAN CHASE TOWER
600 TRAVIS ST STE 7300
HOUSTON TX 77002

CHRISTOPHER J LEAVITT
JP MORGAN CHASE TOWER
600 TRAVIS ST STE 7300
HOUSTON TX 77002

RYAN S PIGG
JP MORGAN CHASE TOWER
600 TRAVIS ST STE 7300
HOUSTON TX 77002

JOHN J. RUTTER
ROETZEL & ANDRESS, LPA
222 SOUTH MAIN STREET
AKRON, OH 44308

KARL P LONG
800 COMMERCE ST
HOUSTON TX 77002

BILAAL BADAT
4151 SOUTHWEST FWY STE 320
HOUSTON TX 77027

MARTY HERRING
MARTY HERRING & ASSOCIATES
1616 S VOSS RD STE 890
HOUSTON TX 77057

CAMERON R TEBO
MARTY HERRING & ASSOCIATES
1616 S VOSS RD STE 890
HOUSTON TX 77057

MICHAEL TATE BARKLEY
BAIN & BARKLEY
14090 SOUTHWEST FWY STE 450
SUGAR LAND TX 77478

KARL R SCHNEIDER
BAIN & BARKLEY
14090 SOUTHWEST FWY STE 450
SUGAR LAND TX 77478

BRETT ANTHONY
ANTHONY PETERSON LLP
500 NORTH WATER ST STE 1000
CORPUS CHRISTI TX 78401

ADAM ANTHONY
ANTHONY PETERSON LLP
500 NORTH WATER ST STE 1000
CORPUS CHRISTI TX 78401

DONALD PETERSON
ANTHONY PETERSON LLP
500 NORTH WATER ST STE 1000
CORPUS CHRISTI TX 78401

RUBEN BONILLA JR
BONILLA & CHAPPA PC
2600 GESSNER RD STE 136
HOUSTON TX 77080

VINCE RYAN
HARRIS COUNTY ATTORNEY
ENVIRONMENTAL GROUP
1019 CONGRESS 15TH FL
HOUSTON TX 77002

SARAH JANE UTLEY
HARRIS COUNTY ATTORNEY
ENVIRONMENTAL GROUP
1019 CONGRESS 15TH FLOOR
HOUSTON TX 77002

KATHY PORTER
AIR COMPLIANCE COORDINATOR
HARRIS COUNTY POLLUTION
CONTROL SVCS DEPT
101 SOUTH RICHEY STE H
PASADENA TX 77506

ROBERT S KWOK
9805 KATY FWY STE 850
HOUSTON TX 77024

J RYAN LOYA
9805 KATY FWY STE 850
HOUSTON TX 77024

JOSHUA R LEAL
9805 KATY FWY STE 850
HOUSTON TX 77024

ALEX P BOYLHART
9805 KATY FWY STE 850
HOUSTON TX 77024

WILLIAM W HOKE (OF COUNSEL)
9805 KATY FWY STE 850
HOUSTON TX 77024

HUSEIN HADI
SEDRICK STAGG
7100 REGENCY SQUARE BLVD STE 140
HOUSTON TX 77036

JAMIL THOMAS
SEDRICK STAGG
7100 REGENCY SQUARE BLVD STE 140
HOUSTON TX 77036

CARNEGIE H MIMS III
SEDRICK STAGG
7100 REGENCY SQUARE BLVD STE 140
HOUSTON TX 77036

ERIC DICK LLM
3701 BROOKWOODS DR
HOUSTON TX 77092

JOEL C SIMON
FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC
4119 MONTROSE BLVD STE 500
HOUSTON TX 77006

STEPHEN M FERNELIUS
FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC
4119 MONTROSE BLVD STE 500
HOUSTON TX 77006

POTTS LAW FIRM
3737 BUFFALO SPEEDWAY STE 1900
HOUSTON TX 77098

PEGAH RAHGOZAR
2825 WILCREST DR STE 515
HOUSTON TX 77045

JASON A ITKIN
ARNOLD & ITKIN LLP
6009 MEMORIAL DR
HOUSTON TX 77007

ADAM D LEWIS
ARNOLD & ITKIN LLP
6009 MEMORIAL DR
HOUSTON TX 77007

MICHAEL A DOWNEY
MOSTYN LAW
3810 WEST ALABAMA ST
HOUSTON TX 77027

PAUL B KERLIN
GREENBERG TRAURIG LLP
1000 LOUISIANA ST STE 1700
HOUSTON TX 77002

JAMES R JONES
4185 TECHNOLOGY FOREST BLVD
STE 160
THE WOODLANDS TX 77381

MATHESON TRI-GAS INC
ATTN: GENERAL COUNSEL
150 ALLEN RD - STE 302
BASKING RIDGE NJ 07920

KEVIN M MADDEN
LAW OFFICES OF KEVIN M MADDEN
5225 KATY FWY STE 520
HOUSTON TX 77007

RYAN M PERDUE
FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC
4119 MONTROSE BLVD STE 500
HOUSTON TX 77006

MICHAEL J BINS
POTTS LAW FIRM
3737 BUFFALO SPEEDWAY STE 1900
HOUSTON TX 77098

LESTER B NICHOLS III
2825 WILCREST DR STE 515
HOUSTON TX 77045

J KYLE FINDLEY
ARNOLD & ITKIN LLP
6009 MEMORIAL DR
HOUSTON TX 77007

CHRISTOPHER L BELL
GREENBERG TRAURIG LLP
1000 LOUISIANA ST STE 1700
HOUSTON TX 77002

CAROLINE L MAIDA
MOSTYN LAW
3810 WEST ALABAMA ST
HOUSTON TX 77027

CHRISTOPHER M LAVIGNE
GREENBERG TRAURIG LLP
2200 ROSS AVE STE 5200
DALLAS TX 75201

JOHN V MCCOY
MCCOY LEAVITT & LASKEY
N19 W242000 RIVERWOOD DR
STE 125
WAUKESHA WI 53188

AUTOMATION PLUS
ATTN: FRANK LOMELO
8930 LAWNDALE ST STE F
HOUSTON TX 77012

MARK W MORAN
MUNCK WILSON MANDALA LLP
12770 COIT RD STE 600
DALLAS TX 75251

DEREK H POTTS
POTTS LAW FIRM
3737 BUFFALO SPEEDWAY STE 1900
HOUSTON TX 77098

RILEY L BURNETT JR
BURNETT LAW FIRM
3737 BUFFALO SPEEDWAY STE 1850
HOUSTON TX 77098

KURT B ARNOLD
ARNOLD & ITKIN LLP
6009 MEMORIAL DR
HOUSTON TX 77007

KALA F SELLERS
ARNOLD & ITKIN LLP
6009 MEMORIAL DR
HOUSTON TX 77007

GREGORY F COX
MOSTYN LAW
3810 WEST ALABAMA ST
HOUSTON TX 77027

MARY-OLGA LOVETT
GREENBERG TRAURIG LLP
1000 LOUISIANA ST STE 1700
HOUSTON TX 77002

KARL D BURRER
GREENBERG TRAURIG LLP
1000 LOUISIANA ST STE 1700
HOUSTON TX 77002

ANA M ENE
CLARK LOVE & HUTSON PLLC
440 LOUISIANA STE 1700
HOUSTON TX 77002

ADAM D PEAVY
CLARK LOVE & HUTSON PLLC
440 LOUISIANA STE 1700
HOUSTON TX 77002

ARC SPECIALTIES INC
ATTN: L DON KNIGHT
8100 WASHINGTON STE 1000
HOUSTON TX 77007

ARC SPECIALTIES INC
1730 STEBBINS DR
HOUSTON TX 7704

CENTERPOINT ENERGY RESOURCES
CORP
ATTN: GENERAL COUNSEL
1111 LOUISIANA ST 39TH FLOOR
HOUSTON TX 77002

3M
3M CORPORATE HEADQUARTERS
2501 HUDSON RD
MAPLEWOOD MN 55144

DETCON
4055 TECHNOLOGY FOREST BLVD
THE WOODLANDS TX 77381

RADNOR
AIRGAS INC
259 NORTH RADNOR-CHESTER RD
STE 100
RADNOR PA 19087-5283

MILLER SCAMARDI AND CARRABA
ATTN: DAVID MILLER
6525 WASHINGTON AVE
HOUSTON TEXAS 77007

KENNAMETAL INC
ATTN: MICHELLE R KEATING
525 WILLIAM PENN PLACE STE 3300
PITTSBURGH PA 15219

ABB
13609 INDUSTRIAL RD GATE 5
COMPLEX 3G WEST
HOUSTON TX 77015

BASS TOOL & SUPPLY, INC.
2300 FAIRWAY PARK DR.
HOUSTON, TX 77092

GROVES INDUSTRIAL SUPPLY
7301 PINEMONT DR.
HOUSTON, TX 77040

CENTERPOINT ENERGY SERVICE
COMPANY LCC
ATTN: GENERAL COUNSEL
1111 LOUISIANA ST 39TH FLOOR
HOUSTON TX 77002

CENTERPOINT ENERGY GAS
SERVICES INC – NATURAL GAS
ATTN: GENERAL COUNSEL
1111 LOUISIANA ST 39TH FLOOR
HOUSTON TX 77002

DETCON
3M CENTER BLDG 224-5N40
SAINT PAUL MN 55144-1001

FIRESTONE CRYOGENIC EQUIPMENT
14954 EAST DR
CONROE TX 77302-6600

OLDHAM A/K/A TELEDYNE GAS & FLAME
AMERICAS – THE WOODLANDS
DETCON INC
4055 TECHNOLOGY FOREST BLVD
THE WOODLANDS TX 77381

B-W GRINDING SERVICE, INC.
5807 NUNN ST.
HOUSTON, TX 77087

TECHNICAL ENGINEERING LLC
100 CHAPEL RD
MANCHESTER CT 06042

ACCUWELD INC.
845 BUSCHONG
HOUSTON, TX 77039-1001

CARBIDE & METAL, C&M TECH LLC
7425 CARBIDE LANE
HOUSTON, TX 77040

GULF COAST METAL SALES
PO BOX 7310
HOUSTON, TX 77248

CENTERPOINT ENERGY SERVICES
INC
ATTN: GENERAL COUNSEL
1111 LOUISIANA ST
39TH FLOOR
HOUSTON TX 77002

STM & ASSOCIATES
8554 KATY FWY STE 112
HOUSTON TX 77024

DETCON
3200 RESEARCH FOREST DR
THE WOODLANDS TX 77381-4219

FIRESTONE CRYOGENIC EQUIPMENT
ATTN: LINDA PLUMMER
12446 CUTTEN RD
HOUSTON TX 77066

WESTERN INTERNATIONAL GAS &
CYLINDER INC
ATTN: DENISE C HAUGEN
7173 HIGHWAY 159 E PO BOX 668
BELLVILLE TX 77418

NATIONAL ALLOY SOLUTIONS
C/O GONZALEZ & ASSOCIATES
ATTN: EDWARD GONZALEZ
2205 FULTON ST
HOUSTON TX 77009

VERTECS
8402 RAYSON RD
HOUSTON TX 77080

AMERICAN EXPRESS
THREE WORLD FINANCIAL CENTER
200 VESEY S
NEW YORK, NY 10285

CORROSION MATERIALS
22416 NETWORK PLACE
CHICAGO, IL 60673

HOUSTON PLATING COMPANY LLP
PO BOX 418
SOUTH HOUSTON, TX 77587

LARK HEAT TREAT, INC.
6640 MAYNARD
HOUSTON, TX 77041

LIBERTY FORGE, INC.
PO DRAWER 1210
LIBERTY, TX 77575

MATHESON TRI-GAS, INC.
10430 MULA ROAD
STAFFORD, TX 77477

MYERS TECHNOLOGY CO. LLC
2150 TOUCHY AVE.
ELK GROVE VILLAGE, IL 60007

NATIONAL SPECIALTY ALLOWS
18250 KEITH HARROW
HOUSTON, TX 77084

PARISH INTERNATIONAL, INC.
1075 ZACH RAD
HEMPSTEAD, TX 77445

THYSSENKRUP MATERIALS, NA
10648 WEST LITTLE YORK RD
HOUSTON, TX 77041

PT HUAYUE NICKEL COBALT
GEDUNG WISMA MULIA LT. 41 JI
.JEND GATOT
SUBROTO NO. 42, KUNINGAN BARAT, MAMPANG
PRAPATAN. 12710 JAKARTA,
INDONESIA

R&M FORGE & FITTINGS
6455 WESCO WAY
HOUSTON, TX 77041

RS MACHINE COMPANY, LLC
6926 GUHN ROAD
HOUSTON, TX 77040

VERTECS
PO BOX 801523
HOUSTON, TX 77280

VICTORY METALS, LLC
12335 KINGSRIDE LN
HOUSTON, TX 77024

VINATECH INDUSTRIES, INC.
5439 BRITTMORE RD.
HOUSTON, TX 77041

WEB INDUSTRIAL DIAMOND CO. INC.
2117 N. HOUSTON AVE.
PEARLAND, TX 77581

JACK SKAGGS
JASON S. SCHULZE
LYONDELLBASELL TOWER
1221 MCKINNEY, STE. 2900
HOUSTON, TEXAS 77010

ACCROSEAL
316 BRIGGS STREET
VICKSBURG, MI 49097

MSO SEALS & GASKETS INC.
4702 STEFFANI LANE
HOUSTON, TX 77041

SCORE VALVE SERVICES INC.
BUILDING B
6410 LANGFIELD ROAD
HOUSTON, TX 77092

THE NUT PLACE
6605 GESSNER ROAD
HOUSTON, TX 77040

WATSON VALVE SERVICES AUSTRALIA
13 LINK CRESENT
COOLUM BEACH, QUEENSLAND 4573

AFCO
5600 NORTH RIVER ROADSUITE 400
DES PLAINES, IL 60018

AIV, LPL
7140 W. SAM HOUSTON PKWY N
SUITE 100
HOUSTON, TX 77040

AMERICAN HELI-ARC
5009 PINEMONT DR
HOUSTON, TX 77092

AMUR HMP, LLC
5, MASHINOSTROITELIEI SHOSSE, AMURSK
KHABAROVSK KRAI, THE RUSSIAN
FEDERATION
682640

DIRECT BOLT AND SUPPLY
7117 BELGOLDSUITE D
HOUSTON, TX 77066

EGC ENTERPRISES
140 PARKER CT
CHARDON, OH 44024

GARLOCK SEALING TECH
13288 COLLECTION CENTER DR
CHICAGO, IL 60693

GHX INDUSTRIAL LLC
3440 SOUTH SAM HOUSTON PARKWAY
SUITE 300
HOUSTON, TX 77047

GRAINGER
PO BOX 419267
KANSAS CITY, MO 64141

HYTORC
12420 TEXACO ROAD
HOUSTON, TX 77013

INDUSTRIAL BEARING AND SERVICES
 PO BOX 41325
HOUSTON, TX 77241

LAMONS GASKET COMPANY
7300 AIRPORT BLVD
HOUSTON, TX 77061

SUHM SPRING WORKS, LTD
14650 HEATHROW FOREST PARKWAY
HOUSTON, TX 77032

SURFACE PREPARATION
5973 SOUTH LOOP EAST
HOUSTON, TX 77033

TEADIT
10545 RED BLUFF ROAD
PASADENA, TX 77507

U-LINE, INC.
2200 S. LAKESIDE DRIVE
CHICAGO, IL 60693

UNIVERSE TECHNICAL TRANSLATE
9225 KATY FREEWAYSUITE 400
HOUSTON, TX 77024

VANAIRE INC
840 CLARK DRIVE
GLADSTONE, MI 49837

ERNEST P. GIEGER, JR.
BRENDAN P. DOHERTY
GIEGER, LABORDE & LAPEROUSE, LLC
5151 SAN FELIPE STREET, SUITE 750
HOUSTON, TEXAS 77056

MATTHEW B. PROBUS
WAUSON | PROBUS
ONE SUGAR CREEK CENTER BLVD.,
SUITE 880
SUGAR LAND, TEXAS 77478

JOHN ROBERT JONES
J. R. JONES LAW PLLC
6026 REMSON HOLLOW LANE
KATY, TX 77494

Watson Grinding & Manufacturing Co.
4525 Gessner Road
Houston, TX 77041