# APPEARANCE SHEET FOR HEARING BEFORE
# JUDGE ISGUR
# Tuesday, June 2, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Henry | Flores | Rapp & Krock, PC | Flores Plaintiffs |
| Richard | Fuqua | Fuqua & Associates, PC | JB Valve, LLC |
| Erin | Jones | Jones Murray & Beatty LLP | Watson Grinding and Manufacturing Co./Debtor |
| Kyung | Lee | Kyung S. Lee PLLC | Interested Party and Parties |
| Jarrod | Martin | McDowell Hetherington LLP | Watson Valve Services, Inc. |
| Timothy | Million | Husch Blackwell LLP | Texas Capital Bank, N.A. |
| Aaron | Power | Porter Hedges | January 24 Claimants Committee |
| Stephen | Statham | United States Trustee | United States Trustee |
| Joshua | Wolfshohl | Porter Hedges LLP | January 24 Claimants Committee |