**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | Watson Grinding and Manufacturing Co. |
| CASE NUMBER: | 20-30967 |
| PROPOSED PLAN DATE: | Unknown |

| | |
|---|---|
| PETITION DATE: | 2/6/2020 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY FOR JUNE 2020

| MONTH | 02/01/20-02/29/20 | 03/01/20-03/31/20 | 04/01/20-04/30/20 | 05/01/20-05/31/20 | 06/01/20-06/30/20 | |
|---|---:|---:|---:|---:|---:|---:|
| REVENUES (MOR-6) | 0.00 | 18,220.00 | 35,200.00 | 11,746.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -368,860.09 | -406,099.37 | -281,611.34 | -219,236.21 | -168,999.86 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -374,402.09 | 243,900.63 | -281,611.34 | 44,241.27 | -168,999.86 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 59,221.49 | 33,601.98 | 33,601.98 | 22,931.10 | 6,130.11 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 108,706.95 | 566,788.60 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 375,719.02 | 159,067.84 | 142,305.17 | 143,324.69 | 636,925.83 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (x)  NO ( ) | 11/30/2020 |
| LIABILITY | YES (x)  NO ( ) | 11/30/2020 |
| VEHICLE | YES (x)  NO ( ) | 11/30/2020 |
| WORKER'S | YES (x)  NO ( ) | 11/30/2020 |
| OTHER | YES (x)  NO ( ) | 11/30/2020 |

CIRCLE ONE

| | | |
|---|---|---|
| Are all accounts receivable being collected within terms? | **Yes** | No |
| Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** | No |
| Have any pre-petition liabilities been paid? | Yes | **No** |
| If so, describe _____ | | |
| Are all funds received being deposited into DIP bank accounts? | **Yes** | No |
| Were any assets disposed of outside the normal course of business? | Yes | **No** |
| If so, describe _____ | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | **Yes** | No |
| What is the status of your Plan of Reorganization? | | |

| | |
|---|---|
| ATTORNEY NAME: | Heather McIntyre |
| FIRM NAME: | HughesWattersAskanase |
| ADDRESS: | 1201 Louisiana St |
|  | 28th Floor |
| CITY, STATE, ZIP: | Houston, TX 77002 |
| TELEPHONE/FAX: | 713-328-1920 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _[signature]_   TITLE: Ch.11 Bankruptcy Trustee
(ORIGINAL SIGNATURE)
Janet Northrup, Trustee
(PRINT NAME OF SIGNATORY)   DATE: 7/21/20

MOR-1   _Ch.11 Trustee_

Reservation of Rights: The ~~Debtor~~ reserves all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11.

Upon appointment of Trustee, some funds may have been remitted directly to Trustee's cash account and some disbersments may have been paid from it.

\*\* Some regularly recurring journal entries have not been posted as of 06.30.2020, certain accruals have not been recorded based on the timing (due date) for the reports.

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

## COMPARATIVE BALANCE SHEETS

| ASSETS | | FILING DATE* | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash - Operating/Payroll | | 879,294.94 | 792,002.28 | 1,370,501.15 | 1,375,065.51 | 1,522,242.56 | 1,400,842.77 | |
| Cash - Insurance Proceeds | FN1 | 3,000,000.00 | 3,000,000.00 | 3,000,000.00 | 3,000,000.00 | 3,000,000.00 | 3,000,000.00 | |
| Accounts Receivable, Net | | 2,265,107.48 | 1,521,243.55 | 1,503,905.55 | 1,402,335.55 | 1,383,161.55 | 1,383,161.55 | |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | | 393,085.60 | 393,085.60 | 393,085.60 | 393,085.60 | 393,085.60 | 393,085.60 | |
| Prepaid Insurances | FN2 | 226,068.40 | 226,068.40 | 226,068.40 | 226,068.40 | 226,068.40 | 226,068.40 | |
| Deposits | FN3 | 317,423.10 | 317,423.10 | 317,423.10 | 317,423.10 | 317,423.10 | 317,423.10 | |
| Investments | | | | | | | | |
| Insurance | | 26,000,000.00 | 26,000,000.00 | 26,000,000.00 | 26,000,000.00 | 26,000,000.00 | 26,000,000.00 | |
| Other | FN5 | 10,092.22 | 9,783.96 | 9,783.96 | 9,783.96 | 9,783.96 | 9,783.96 | |
| TOTAL CURRENT ASSETS | | 33,091,071.74 | 32,259,606.89 | 32,820,767.76 | 32,723,762.12 | 32,851,765.17 | 32,730,365.38 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | FN4 | 4,239.99 | 4,239.99 | 4,239.99 | 4,239.99 | 4,239.99 | 4,239.99 | |
| Less Accumulated Depreciation | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| NET BOOK VALUE OF PP & E | | 4,239.99 | 4,239.99 | 4,239.99 | 4,239.99 | 4,239.99 | 4,239.99 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| TOTAL ASSETS | | $33,095,311.73 | $32,263,846.88 | $32,825,007.75 | $32,728,002.11 | $32,856,005.16 | $32,734,605.37 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2                                                                                                                                           *Revised 07/01/98*

| | | |
|---|---|---|
| FN1 | Received on 02/03/2019 by United Fire Lloyds (General Liability - $2,000,000 & Automobile Liability - $1,000,000) | |
| FN2 | Prepaid Insurance - Al Thurmond Agency, Inc. | |
| FN3 | Equipment Deposit - Dunn's Testing | |
| FN4 | (2) 2010 Crown Victoria, 2001 F-250, and 2006 GMC Utility Truck - Appraisal Value | |
| FN5 | Employee Receivable ($2,095.22) and Other Receivable ($7,997.00) | |

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | | FILING DATE* | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 0.00 | 384.00 | 269,745.90 | 192,044.57 | 133,981.09 | 118,862.49 | 0.00 |
| **PRE-PETITION LIABILITIES** | | | | | | | | |
| Notes Payable - Secured | FN2 | 3,218,120.00 | 3,218,120.00 | 3,218,120.00 | 3,218,120.00 | 3,218,120.00 | 3,218,120.00 | |
| Priority Debt - Unsecured | FN3 | 144,921.78 | 144,921.78 | 144,921.78 | 144,921.78 | 144,921.78 | 144,921.78 | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | FN4 \| FN5 | 3,075,032.64 | 3,059,799.23 | 3,059,799.23 | 3,059,799.23 | 3,059,799.23 | 3,059,799.23 | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | 6,438,074.42 | 6,422,841.01 | 6,422,841.01 | 6,422,841.01 | 6,422,841.01 | 6,422,841.01 | 0.00 |
| **TOTAL LIABILITIES** | | 6,438,074.42 | 6,423,225.01 | 6,692,586.91 | 6,614,885.58 | 6,556,822.10 | 6,541,703.50 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | |
| RETAINED EARNINGS: Filing Date | | 26,657,237.31 | 26,657,237.31 | 26,657,237.31 | 26,657,237.31 | 26,657,237.31 | 26,657,237.31 | |
| RETAINED EARNINGS: Post Filing Date | | 0.00 | -374,402.09 | 243,900.63 | -281,611.34 | 44,241.27 | -168,999.86 | 0.00 |
| RETAINED EARNINGS: Pre / Post Filing Date Adjustments | FN1 \| FN6 | 0.00 | -442,213.35 | -768,717.10 | -262,509.44 | -402,295.52 | -295,335.58 | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | 26,657,237.31 | 25,840,621.87 | 26,132,420.84 | 26,113,116.53 | 26,299,183.06 | 26,192,901.87 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | | $33,095,311.73 | $32,263,846.88 | $32,825,007.75 | $32,728,002.11 | $32,856,005.16 | $32,734,605.37 | $0.00 |

\* Per Schedules and Statement of Affairs

MOR-3                                                                                           Revised 07/01/98

|  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

FN1  Adjustments such as payments of pre-petition debt, reduction of actual post petition debt, and other general operational adjustments
FN2  Texas Capital Bank Borrowing Base Line of Credit ($3,000,000.00); Harris County Tax Assessor-Collector ($218,120.00)
FN3  Texas Comptroller of Public Accounts ($86,606.38); Accrued PTO ($58,315.40)
FN4  Significant number Litigation Claims have been filed but the pending amounts are Unknown at this time, thus excluded from the total
FN5  Cash Collateral Budget approved by the court to pay Business Insurance premium - Texas Mutual Insurance Company ($5,899.41); UFG Insurance ($9,334.00)
FN6  Accounts Receivable based off of the 01.23.2020 Trial Balance but cash as of the filing date 02.06.2020 --> AR Payments received between those (2) dates: January Electronic Payments ($187,081.90); January Lockbox Payments ($42,644.38); February Electronic Payments ($94,082.35); February Lockbox Payments ($80,365.00)

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 384.00 | 789.00 | 6,629.57 | 6,862.49 | 28,862.49 | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Jones Murray and Beatty LLP    FN1 | FN2 | 0.00 | 75,000.00 | 75,000.00 | 50,000.00 | 50,000.00 | |
| 2. UCC Counsel    FN1 | FN2 | 0.00 | 100,000.00 | 100,000.00 | 70,000.00 | 40,000.00 | |
| 3. MACCO Restructuring Group    FN2 | 0.00 | 93,956.90 | 10,415.00 | 7,118.60 | 0.00 | |
| 4. US Trustee Fees (Unpaid)    FN3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $384.00 | $269,745.90 | $192,044.57 | $133,981.09 | $118,862.49 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

| | |
|---|---|
| FN1 | Amount for March, April, May, and June 2020 is an estimate |
| FN2 | Aggregated professional / legal fees beyond retainers |
| FN3 | US Trustee Fees ($4,875.00) were paid on check number 068767 and mailed on 4/22/2020 but had not cleared the bank as of the end of April |

CASE NAME: <u>Watson Grinding and Manufacturing Co.</u>
CASE NUMBER: <u>20-30967</u>

## AGING OF POST-PETITION LIABILITIES
MONTH <u>June 2020</u>

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 22,000.00 | 22,000.00 | | | | |
| 31-60 | 1,641.62 | 1,641.62 | | | | |
| 61-90 | 4,431.87 | 4,431.87 | | | | |
| 91+ | 789.00 | 789.00 | | | | |
| TOTAL | $28,862.49 | $28,862.49 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Feb 2020 | Mar 2020 | Apr 2020 | May 2020 | June 2020 | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | 18,220.00 | 35,200.00 | 11,746.00 | 0.00 | |
| 31-60 DAYS | 335,266.21 | 0.00 | 18,220.00 | 35,200.00 | 11,746.00 | |
| 61-90 DAYS | 1,088,836.90 | 314,723.21 | 0.00 | 0.00 | 35,200.00 | |
| 91+ DAYS | 147,140.44 | 1,170,962.34 | 1,348,915.55 | 1,336,215.55 | 1,336,215.55 | |
| TOTAL | $1,571,243.55 | $1,503,905.55 | $1,402,335.55 | $1,383,161.55 | $1,383,161.55 | $0.00 |

**MOR-5** *Revised 07/01/98*

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

## STATEMENT OF INCOME (LOSS)

| | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | 18,220.00 | 35,200.00 | 11,746.00 | 0.00 | | 65,166.00 |
| TOTAL COST OF REVENUES | 225,281.58 | 64,301.31 | 56,818.74 | 45,019.53 | 51,838.07 | | 443,259.23 |
| GROSS PROFIT | -225,281.58 | -46,081.31 | -21,618.74 | -33,273.53 | -51,838.07 | 0.00 | -378,093.23 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0.00 | 500.00 | | | | | 500.00 |
| General & Administrative | 3,345.42 | 2,345.89 | 3,477.23 | 5,668.01 | 1,200.00 | | 16,036.55 |
| Insiders Compensation | 59,221.49 | 33,601.98 | 33,601.98 | 23,276.98 | 6,130.11 | | 155,832.54 |
| Payroll & Payroll Taxes | 78,497.02 | 51,387.22 | 27,793.04 | 28,371.74 | 19,126.16 | | 205,175.18 |
| Professional Fees          FN2 | 0.00 | 95,126.90 | 12,865.00 | 7,118.60 | 0.00 | | 115,110.50 |
| Legal Fees                 FN2 | 0.00 | 175,000.00 | 180,930.00 | 120,000.00 | 90,000.00 | | 565,930.00 |
| Bank Fees | 2,514.58 | 2,056.07 | 1,325.35 | 1,527.35 | 705.52 | | 8,128.87 |
| Commissions | 0.00 | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 143,578.51 | 360,018.06 | 259,992.60 | 185,962.68 | 117,161.79 | 0.00 | 1,066,713.64 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -368,860.09 | -406,099.37 | -281,611.34 | -219,236.21 | -168,999.86 | 0.00 | -1,444,806.87 |
| INTEREST EXPENSE | 5,542.00 | | | | | | 5,542.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE*    FN1 | | -650,000.00 | | -263,477.48 | | | -913,477.48 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 5,542.00 | -650,000.00 | 0.00 | -263,477.48 | 0.00 | 0.00 | -907,935.48 |
| NET INCOME BEFORE TAXES | -374,402.09 | 243,900.63 | -281,611.34 | 44,241.27 | -168,999.86 | 0.00 | -536,871.39 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($374,402.09) | $243,900.63 | ($281,611.34) | $44,241.27 | ($168,999.86) | $0.00 | ($536,871.39) |

Accrual Accounting Required, Otherwise Footnote with Explanation.

\* Footnote Mandatory.

\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6                                                                                                   Revised 07/01/98

FN1   Insurance Payment
FN2   Aggregated professional / legal fees beyond retainers

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

| CASH RECEIPTS AND DISBURSEMENTS | | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | | $3,879,294.94 | $3,794,011.11 | $4,370,501.27 | $4,375,065.51 | $4,522,242.56 | $4,400,842.77 | $3,879,294.94 |
| RECEIPTS: | | | | | | | | |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | 290,435.19 | 85,558.00 | 146,869.41 | 27,024.26 | 515,526.04 | | 1,065,412.90 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. CONTRIBUTIONS | | | | | | | | 0.00 |
| 7. OTHER (Insurance Payment) | FN2 | | 650,000.00 | | 263,477.48 | | | 913,477.48 |
| TOTAL RECEIPTS** | | 290,435.19 | 735,558.00 | 146,869.41 | 290,501.74 | 515,526.04 | 0.00 | 1,978,890.38 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7a. NET PAYROLL | | 78,497.02 | 51,387.22 | 27,793.04 | 28,371.74 | 19,126.16 | | 205,175.18 |
| 7b. INSIDER COMPENSATION | | 59,221.49 | 33,601.98 | 33,601.98 | 22,931.10 | 6,130.11 | 0.00 | 155,486.66 |
| 8. PAYROLL TAXES PAID | | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | | 0.00 |
| 12. INSURANCE | | 15,233.41 | 4,110.37 | 8,220.74 | 23,715.37 | 11,610.37 | | 62,890.26 |
| 13. INVENTORY PURCHASES | | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | 2,650.00 | | | | | | 2,650.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | 207,846.27 | 69,968.27 | 72,689.41 | 63,431.48 | 33,270.59 | | 447,206.02 |
| 18. INTEREST EXPENSE | | 12,270.83 | | | | | | 12,270.83 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | 375,719.02 | 159,067.84 | 142,305.17 | 138,449.69 | 70,137.23 | 0.00 | 885,678.95 |
| 19. PROFESSIONAL FEES | | | | | | 566,788.60 | | 566,788.60 |
| 20. U.S. TRUSTEE FEES | | | | | 4,875.00 | | | 4,875.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | | 375,719.02 | 159,067.84 | 142,305.17 | 143,324.69 | 636,925.83 | 0.00 | 1,457,342.55 |
| 22. NET CASH FLOW | | -85,283.83 | 576,490.16 | 4,564.24 | 147,177.05 | -121,399.79 | 0.00 | 521,547.83 |
| 23. CASH - END OF MONTH (MOR-2) | FN1 | $3,794,011.11 | $4,370,501.27 | $4,375,065.51 | $4,522,242.56 | $4,400,842.77 | $4,400,842.77 | $4,400,842.77 |

MOR-7

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

FN1  Variance due to Petty Cash / Cash on Hand - $2,008.83
FN2  Insurance Payment

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

## CASH ACCOUNT RECONCILIATION
### MONTH OF June 2020

| BANK NAME | Texas Capital Bank | Texas Capital Bank | Compass Bank | Cash on Hand | Texas Capital Bank | Texas Capital Bank | Independent Bank | |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | Acct Ending 0594 | Acct Ending 0578 | Acct Ending 6575 | Petty Cash | Acct Ending 0594 | Acct Ending 0594 | Acct Ending 0967 | |
| ACCOUNT TYPE | *OPERATING* | *PAYROLL* | *OPERATING* | *Cash* | *Insurance Proceeds 1* | *Insurance Proceeds 2* | *TRUSTEE ACCOUNT* | *TOTAL* |
| BANK BALANCE | 514,543.37 | 5,426.48 | 0.00 | 2,008.83 | 3,174,971.25 | 263,448.73 | 441,803.37 | 4,402,202.03 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OUTSTANDING CHECKS | 1,359.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,359.26 |
| ADJUSTED BANK BALANCE | $513,184.11 | $5,426.48 | $0.00 | $2,008.83 | $3,174,971.25 | $263,448.73 | $441,803.37 | $4,400,842.77 |
| BEGINNING CASH - PER BOOKS | 570,183.97 | 5,426.48 | 506,203.30 | 2,008.83 | 3,174,971.25 | 263,448.73 | 0.00 | 4,522,242.56 |
| RECEIPTS*    FN1 | 0.00 | 0.00 | 515,494.12 | 0.00 | 0.00 | 0.00 | 31.92 | 515,526.04 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | -1,020,595.82 | 0.00 | 0.00 | 0.00 | 1,020,595.82 | 0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL    DEBTOR    MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS*    FN2 | 56,999.86 | 0.00 | 1,101.60 | 0.00 | 0.00 | 0.00 | 578,824.37 | 636,925.83 |
| ENDING CASH - PER BOOKS | $513,184.11 | $5,426.48 | $0.00 | $2,008.83 | $3,174,971.25 | $263,448.73 | $441,803.37 | $4,400,842.77 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS an *Revised 07/01/98*
TOTAL DISBURSEMENTS lines on MOR-7

FN1  $515,494.12: received by Watson Valve on behalf of Watson Grinding and transferred to Grinding's account in June.
FN2  $1,020,595.82: transferred to a Independent Bank held by the appointed Trustee.

CASE NAME: Watson Grinding and Manufacturing Co.
CASE NUMBER: 20-30967

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|
| 1. John Watson | 26,395.33 | 12,260.22 | 12,260.22 | 12,260.22 | 6,130.11 | |
| 2. Robert White | 16,418.58 | 10,647.54 | 10,647.54 | 5,323.77 | 0.00 | |
| 3. Jason White | 16,407.58 | 10,694.22 | 10,694.22 | 5,347.11 | 0.00 | |
| 4. Judy White | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 5. Betty Sue Watson | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $59,221.49 | $33,601.98 | $33,601.98 | $22,931.10 | $6,130.11 | $0.00 |

| PROFESSIONALS | MONTH Feb 2020 | MONTH Mar 2020 | MONTH Apr 2020 | MONTH May 2020 | MONTH June 2020 | MONTH |
|---|---|---|---|---|---|---|
| 1. Jones Murray and Beatty LLP | 0.00 | 0.00 | 0.00 | 0.00 | 248,640.14 | |
| 2. MACCO Restructuring Group | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 3. Porter Hedges LLP | 0.00 | 0.00 | 0.00 | 108,706.95 | 262,250.42 | |
| 4. Burns Bowen Blair LLP | 0.00 | 0.00 | 0.00 | 0.00 | 46,847.04 | |
| 5. Cummings and Houston LLP | 0.00 | 0.00 | 0.00 | 0.00 | 9,051.00 | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $108,706.95 | $566,788.60 | $0.00 |

MOR-9

*Revised 07/01/98*