UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No.: 20-30967 |
| **WATSON GRINDING &** | § | |
| **MANUFACTURING CO.** | § | CHAPTER 11 |
| | § | |
| **Debtor.** | § | |

## Notice of Service

Please take notice that pursuant to Federal Rule of Civil Procedure 45(a)(4), the Official Committee of January 24 Claimants in the above-referenced case, intends to serve the Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) attached hereto as Exhibits "A" – "E" on the following:

    (i)    Al Thurmond Agency, Inc.,

    (ii)    CRC Insurance Services, Inc.,

    (iii)    Gemini Insurance Company,

    (iv)    Indian Harbor Insurance Company, and

    (v)    RSUI Indemnity Company.

(collectively, the "Parties").

Service of the Subpoenas will take place on August 6, 2020, or as soon thereafter as service may be effectuated. Parties are required to produce the documents requested pursuant to the Subpoenas by August 21, 2020 at the offices of Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas 77002, Attention: Amy C. Falcon.

10680309

Dated: August 6, 2020.

Respectfully submitted,

**PORTER HEDGES LLP**

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl
Aaron J. Power
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6248 (fax)
jwolfshohl@porterhedges.com
apower@porterhedges.com

**COUNSEL FOR THE OFFICIAL
COMMITTEE OF JANUARY 24 CLAIMANTS**

**Certificate of Service**

This will certify that on August 6, 2020, a true and correct copy of the foregoing Notice was served via electronic transmission to all registered ECF users appearing in the case.

/*s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl

2

10680309