IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| WATSON GRINDING § | |
| AND MANUFACTURING CO., INC., § | Case No.: 20-30967-H1-11 |
| § | |
| DEBTOR, § | |
| § | (Chapter 11) |

### DECLARATION OF MARK THOMAS IN SUPPORT OF TRUSTEE'S MOTION TO (I) SELL REAL ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (II) EMPLOY AND COMPENSATE MARK THOMAS AUCTIONEERS, INC. AS AUCTIONEER

I, MARK THOMAS, declare and state under penalty of perjury pursuant to 28 U.S.C. § 1747 that the following is true and correct to the best of my personal knowledge:

"I am MARK THOMAS, President of Mark Thomas Auctioneers, Inc. ("**Mark Thomas**"), the proposed auctioneer for Janet Northrup, the chapter 11 trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Watson Grinding and Manufacturing, Inc. (the "**Debtor**"). To the best of my knowledge, neither Mark Thomas nor I represent any interest adverse to the United States Trustee, the Trustee, or the Estate in the matters upon which we have been engaged or will be engaged by the Trustee. Neither Mark Thomas nor I have any connection to the Debtor, creditors of the Estate, or any other parties-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee except as set forth herein. Due to the nature of Mark Thomas's business and industry, it is possible that some of the Debtor's creditors have in the past purchased property from Mark Thomas. Mark Thomas frequently works with Plant & Machinery Inc. ("**PMI**") on projects and often works together with PMI on real estate sales. PMI is employed to auction personal property in this case. Mark Thomas's employment would be in the best interest of the Estate."

Dated: August **26**, 2020.

_____
MARK THOMAS

3080665

EXHIBIT 2