**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WATSON GRINDING | § | |
| AND MANUFACTURING CO., INC., | § | Case No.:  20-30967-H1-11 |
| | § | |
| DEBTOR, | § | |
| | § | (Chapter 11) |

**SECOND MONTHLY FEE STATEMENT OF HUGHES WATTERS ASKANASE LLP**
**AS GENERAL COUNSEL FOR JANET NORTHRUP, CHAPTER 11 TRUSEE FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD OF AUGUST 2020**
**[Related to Docket No. 267]**

| | |
|---|---|
| Name of Applicant: | Hughes Watters Askanase, LLP |
| Date of Retention:[1] | July 28, 2020 |
| Period for Which Fees and Expenses Incurred: | August 1-31, 2020 |
| Interim Fees Incurred: | $51,386.00 |
| Interim Payment of Fees Requested (80%): | $41,108.80 |
| Interim Expenses Incurred: | $98.16 |
| Total Fees and Expenses Due:[2] | $41,206.96 |
| Total of 20% Fee Holdback: | $10,277.20 |

---

[1] Order authorizing retention of Hughes Watters Askanase, LLP ("HWA") [Docket No. 499]

[2] On May 5, 2020, the Court entered its Order pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Interim Compensation Order")[Docket No. 267], if no objection to the fees or expenses sought in the Monthly Statement is received by the expiration of the objection deadline, the Debtor is authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement. Parties have fifteen days to object.

3081322

**First Interim Fee Request**

1.      Hughes Watters Askanase, LLP ("HWA"), as Counsel for Janet Northrup, chapter 11 Trustee for Watson Grinding and Manufacturing Co. ("Debtor") submits this Second Monthly Fee Statement ("Fee Statement") for the period from August 1, 2020 through August 31, 2020 ("Application Period") in accordance with the Interim Compensation Order entered on May 5, 2020.

2.      HWA requests compensation for professional services rendered in the amount of $51,386.00 ("Fees"), and for reimbursement of out-of-pocket expenses incurred in the amount of $98.16 ("Expenses"), for the period from August 1, 2020 through August 31, 2020. Eighty percent (80%) of the fees equals $41,108.80 and one hundred percent (100%) of the Expenses equals $98.16 for a total requested amount of **$41,206.96**. A summary of the time expended by HWA attorneys and paralegals, together with their respective hourly rates is attached as **Exhibit 1**. A summary of the fees by project category are attached as **Exhibit 2**. A summary of expenses is attached as **Exhibit 3**. A copy of the invoice for the application period is attached hereto as **Exhibit 4**.

**Notice**

3.      Pursuant to the Interim Compensation Order, notice of this Fee Statement will be provided to (i) Watson Grinding and Manufacturing Co., to the attention of Janet Northrup, Chapter 11 Trustee; (ii) the Office of the United States Trustee for the Southern District of Texas;

3081322

(iii) Timothy Million as counsel for Texas Capital Bank, the secured lender; and (iv) counsel for the January 24 Claimants Committee.

## **Prayer**

WHEREFORE, HWA respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of eighty percent (80%) of the compensation sought, in the amount of $41,108.80 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $98.16 in the total amount of $41,206.96.

Dated: September 18, 2020.

Respectfully submitted,

*/s/ Heather Heath McIntyre*
Wayne Kitchens       TBN 11541110
wkitchens@hwa.com
Heather McIntyre       TBN 24041076
hmcintyre@hwa.com
HUGHESWATTERSASKANASE, LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone:  (713) 759-0818
Facsimile:  (713) 759-6834
**ATTORNEYS FOR CHAPTER 11 TRUSTEE,**
**JANET S. NORTHRUP**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on parties receiving ECF notice via ECF in the above-referenced case on this 18th day of September, 2020.

*/s/ Heather Heath McIntyre*
Heather Heath McIntyre

3081322

**<u>EXHIBIT 1</u>**

**Summary of Time Expended by Task Category**

| Task | Total Hours | Total Fees Requested |
|---|---|---|
| General Administration | 6.1 | $2,788.50 |
| Asset Analysis and Recovery | 31.5 | $13,517.50 |
| Asset Sales | 8.4 | $3,762.00 |
| Tax Matters | .5 | $202.50 |
| Claims Administration, Analysis & Objections | 4.2 | $1,761.00 |
| Employment Applications | 4.1 | $1,710.50 |
| Environmental and Regulatory Matters | 10.4 | $5,162.00 |
| Employee Benefits/Pensions | .3 | $121.50 |
| Insurance | 10.3 | $4,921.50 |
| Landlords | .5 | $252.50 |
| Monthly Operating Reports | .9 | $364.50 |
| Plan | 13.9 | $6,596.50 |
| Litigation | 12 | $5,690.00 |
| Fee Applications | 11.1 | $4,535.50 |
| **TOTAL** | **114.2** | **$51,386.00** |

3081322

## EXHIBIT 2

### Summary of Out of Pocket Expenses

| Expenses | Cost |
|---|---|
| Copy Costs | $28.35 |
| Postage | $27.70 |
| Conference Calls | $42.11 |
| | |
| **TOTAL** | **$98.16** |

3081322

## **EXHIBIT 3**

### **Summary of Time Expended by Attorney and Support Staff**

| Professional | Hourly Rate | Total Hours |
|---|---|---|
| Wayne Kitchens | $505.00 | 53.1 |
| Steve Shurn | $415.00 | .3 |
| Heather McIntyre | $405.00 | 60.8 |
| **TOTAL** | | **114.2** |

6



# INVOICE

Invoice # 3443
Date: 09/18/2020
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
United States
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2020-01048-Watson & Grinding Manufacturing Co.

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 08/01/2020 | HM | 3-Asset Sales: Telephone conference with Trustee regarding closing of Mogas WIP deal. | 0.10 | $405.00 | $40.50 |
| 08/03/2020 | HM | 3-Asset Sales: Exchanged multiple emails regarding Mogas picking up items this week and coordinate same. | 0.20 | $405.00 | $81.00 |
| 08/03/2020 | HM | 2-Asset Analysis and Recovery: Receive and review email regarding vehicle titles. | 0.10 | $405.00 | $40.50 |
| 08/03/2020 | HM | 2-Asset Analysis and Recovery: Receive and review notice of lien related to Betty Watson and forward to Cummings Houston. | 0.10 | $405.00 | $40.50 |
| 08/03/2020 | HM | 3-Asset Sales: Forward executed bill of sale to Mogas attorney. Attend closing call. Exchange multiple emails regarding same. | 0.40 | $405.00 | $162.00 |
| 08/03/2020 | HM | 5-Tax Matters: Email Cummings response regarding taxes and exchange follow up emails. | 0.30 | $405.00 | $121.50 |
| 08/03/2020 | HM | 15-Insurance: Receive and review loss report from insurance company. Exchange multiple emails regarding same and pick up of damaged property. | 0.40 | $405.00 | $162.00 |
| 08/03/2020 | HM | 32-Fee Applications: Review funds on hand and email Trustee chart of pending fee notices. | 0.50 | $405.00 | $202.50 |
| 08/03/2020 | HM | 30-Litigation: Receive and review multiple filings in the removed cases. | 0.20 | $405.00 | $81.00 |
| 08/03/2020 | WK | 21-Landlords: Emails to and from J. Chafin and Trustee for September, 2020 plan for vacating premises; discuss same with Trustee on phone call. | 0.30 | $505.00 | $151.50 |

EXHIBIT 4

Invoice # 3443

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/2020 | WK | 15-Insurance: Emails and telephone conference with Trustee and E. Jones regarding review of insurance report with committee and former principals. | 0.30 | $505.00 | $151.50 |
| 08/03/2020 | WK | 1-General Administration: Review emails regarding certain subpoenas and potential protective orders; telephone conferences regarding same. | 0.30 | $505.00 | $151.50 |
| 08/03/2020 | WK | 1-General Administration: Emails to and from M. Thurmond regarding continuing authority for John Watson and the Estate. | 0.30 | $505.00 | $151.50 |
| 08/03/2020 | WK | 15-Insurance: Telephone conference with E. Jones regarding M. Thurmond and insurance issues. | 0.20 | $505.00 | $101.00 |
| 08/03/2020 | WK | 15-Insurance: Emails and two (2) telephone conferences with M. Dodson regarding UFG and list of property to be provided by P. Peden. | 0.40 | $505.00 | $202.00 |
| 08/03/2020 | WK | 2-Asset Analysis and Recovery: Corodinate pick up of STI material from Watson site. | 0.30 | $505.00 | $151.50 |
| 08/03/2020 | WK | 2-Asset Analysis and Recovery: Telephone conference and email with R. Melnik regarding removal of hoppers and roll off box. | 0.20 | $505.00 | $101.00 |
| 08/03/2020 | WK | 15-Insurance: Extended conference call with Trustee and E. Jones and H. McIntyre regarding insurance issues and what can or can't be sold. | 1.20 | $505.00 | $606.00 |
| 08/04/2020 | HM | 32-Fee Applications: Work on motion to pay interim compensation. | 0.20 | $405.00 | $81.00 |
| 08/04/2020 | HM | 1-General Administration: Receive and review subpoena filed regarding calibration records. | 0.10 | $405.00 | $40.50 |
| 08/04/2020 | HM | 3-Asset Sales: Exchange emails regarding wire confirmation of Mogas sale of WIP. | 0.10 | $405.00 | $40.50 |
| 08/04/2020 | HM | 23-Monthly Operating Reports: Receive and review email from MACCO about responsibilities moving forward. | 0.10 | $405.00 | $40.50 |
| 08/04/2020 | HM | 32-Fee Applications: Work on chart of outstanding fee notices for Jan. | 0.20 | $405.00 | $81.00 |
| 08/04/2020 | HM | 13-Environmental and Regulatory Matters: Telephone conference with OSHA informal call regarding penalties etc. | 0.70 | $405.00 | $283.50 |
| 08/04/2020 | HM | 1-General Administration: Receive and review multiple emails regarding payments on pending fee notices, 3Ms motion to lift stay, email access regarding Mogas acquisition of Watson Valve, Matheson Gas motion to lift stay, insurance proceeds on business personal property. | 0.50 | $405.00 | $202.50 |
| 08/04/2020 | HM | 8-Employment Applications: Prepare expedited motion to employ Steve Grubbs of Sheehy Ware Pappas as special counsel on OSHA matter. | 2.20 | $405.00 | $891.00 |

EXHIBIT 4

Invoice # 3443

| 08/04/2020 | WK | 8-Employment Applications: Receipt and review the Application to employ Grubb's firm as OSHA counsel; telephone conference with S. Grubbs and Trustee regarding same. | 0.50 | $505.00 | $252.50 |
|---|---|---|---|---|---|
| 08/04/2020 | WK | 13-Environmental and Regulatory Matters: Conference call with OSHA personnel, Trustee, S. Grubbs and J. McCoy regarding fines and citations. | 0.50 | $505.00 | $252.50 |
| 08/04/2020 | WK | 13-Environmental and Regulatory Matters: Follow up conference call regarding OSHA with Trustee and S. Grubbs and J. McCoy. | 1.10 | $505.00 | $555.50 |
| 08/04/2020 | WK | 1-General Administration: Review motion and order for leave regarding Matheson and Western International. | 0.40 | $505.00 | $202.00 |
| 08/04/2020 | WK | 3-Asset Sales: Receipt and review of the Asset Purchase Agreement for the VARCO Work In Progress; discuss same with Trustee because some can't be sold piece meal. | 0.50 | $505.00 | $252.50 |
| 08/04/2020 | WK | 13-Environmental and Regulatory Matters: Review legal documents sent by S. Grubbs regarding successor liability on OSHA citations. | 0.60 | $505.00 | $303.00 |
| 08/04/2020 | WK | 13-Environmental and Regulatory Matters: Review OSHA draft notice of contest; discuss same with Trustee. | 0.30 | $505.00 | $151.50 |
| 08/04/2020 | WK | 13-Environmental and Regulatory Matters: Emails to and from S. Grubbs and M. Ramirez regarding process in OSHA litigation and how the timeline should work. | 0.30 | $505.00 | $151.50 |
| 08/04/2020 | WK | 1-General Administration: Review third motion for relief; discuss same with Trustee. | 0.40 | $505.00 | $202.00 |
| 08/04/2020 | WK | 30-Litigation: Emails and extended telephone conference with R. Van Meter regarding current status of removals. | 0.70 | $505.00 | $353.50 |
| 08/04/2020 | WK | 13-Environmental and Regulatory Matters: Review supporting and contradictory OSHA information sent by J. McCoy; discuss same with Trustee. | 0.40 | $505.00 | $202.00 |
| 08/04/2020 | WK | 21-Landlords: Emails to and from B. Ogle and B. Doherty regarding landlord access and expenses of securing property. | 0.20 | $505.00 | $101.00 |
| 08/04/2020 | WK | 2-Asset Analysis and Recovery: Emails to and from R. Moore regarding removal of STI materials. | 0.10 | $505.00 | $50.50 |
| 08/04/2020 | WK | 30-Litigation: Review of emails from D. Brinson regarding seven (7) action still pending in Harris County. | 0.20 | $505.00 | $101.00 |
| 08/04/2020 | WK | 15-Insurance: Emails to and from D. Harrison regarding insurance coverage questions. | 0.20 | $505.00 | $101.00 |
| 08/05/2020 | HM | 32-Fee Applications: Work on motion for interim trustee compensation. | 1.20 | $405.00 | $486.00 |

EXHIBIT 4

Invoice # 3443

| 08/05/2020 | HM | 15-Insurance: Receive and review emails from Committee regarding insurance proposal on business personal property. | 0.10 | $405.00 | $40.50 |
|---|---|---|---|---|---|
| 08/05/2020 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding procedure for third-party owned equipment, status of selling remaining personal property and offer on Varco WIP. | 1.10 | $405.00 | $445.50 |
| 08/05/2020 | HM | 8-Employment Applications: Receive and review revisions to application to employ SWP on OSHA matters. Finalize and attention to filing same. | 0.80 | $405.00 | $324.00 |
| 08/05/2020 | HM | 2-Asset Analysis and Recovery: Telephone conference with Dick Fuqua regarding proposed APA for Varco WIP. | 20.00 | $405.00 | $8,100.00 |
| 08/05/2020 | WK | 13-Environmental and Regulatory Matters: Call with A. Power regarding OSHA counsel, insurance proceeds, and plan. | 0.30 | $505.00 | $151.50 |
| 08/05/2020 | WK | 1-General Administration: Conference call with Trustee, E. Jones and H.McIntyre regarding status of case and multiple to-dos. | 1.20 | $505.00 | $606.00 |
| 08/05/2020 | WK | 2-Asset Analysis and Recovery: Emails to and from auctioneer regarding surplus materials. | 0.20 | $505.00 | $101.00 |
| 08/05/2020 | WK | 2-Asset Analysis and Recovery: Second conference call with Trustee and E. Jones regarding removal of remnants. | 0.50 | $505.00 | $252.50 |
| 08/05/2020 | WK | 15-Insurance: Second review of insurance appraisals and damaged versus undamaged items and call with M. Dodson regarding same. | 1.10 | $505.00 | $555.50 |
| 08/05/2020 | WK | 2-Asset Analysis and Recovery: Emails to and from B. Ogle and A. Falcon regarding demolition of 4512 Steffani and liability issues regarding same. | 0.20 | $505.00 | $101.00 |
| 08/05/2020 | WK | 2-Asset Analysis and Recovery: Prepare agreement for removal and storage of certain estate property by M. Tenenbaum; multiple telephone conferences with M. Tenenbaum and Trustee regarding same. | 1.10 | $505.00 | $555.50 |
| 08/05/2020 | WK | 30-Litigation: Review new adversary proceeding, statements and removals and discuss same with Trustee. | 1.20 | $505.00 | $606.00 |
| 08/05/2020 | WK | 15-Insurance: Emails to and from A. Power regarding committee support of insurance settlement. | 0.20 | $505.00 | $101.00 |
| 08/05/2020 | WK | 1-General Administration: Emails to and from Danners Security regarding personnel of various third parties to be on premises. | 0.20 | $505.00 | $101.00 |
| 08/05/2020 | WK | 13-Environmental and Regulatory Matters: Work on Application to Employ OSHA counsel; receipt and review the motion and order regarding same. | 0.50 | $505.00 | $252.50 |

EXHIBIT 4

| 08/05/2020 | WK | 3-Asset Sales: Emails to and from J. Bartlett regarding email privilege issues; discuss same with J. McCoy. | 0.40 | $505.00 | $202.00 |
|---|---|---|---|---|---|
| 08/05/2020 | WK | 3-Asset Sales: Receipt and review the Asset Purchase Agreement for sale of VARCO valves to B. White; discuss same with Trustee. | 0.40 | $505.00 | $202.00 |
| 08/05/2020 | WK | 30-Litigation: Emails to and from R. Van Meter and D. Brinson regarding cross claims and removals. | 0.30 | $505.00 | $151.50 |
| 08/06/2020 | HM | 8-Employment Applications: Exchange emails with S. Grubbs regarding application to employ SWP for OSHA matters. Email filed motion to case manager. Receive and review signed order and circulate accordingly. | 0.40 | $405.00 | $162.00 |
| 08/06/2020 | HM | 32-Fee Applications: Work on motion for interim trustee compensation. | 1.00 | $405.00 | $405.00 |
| 08/06/2020 | HM | 5-Tax Matters: Receive and review emails regarding preservation of records and tax issues. | 0.20 | $405.00 | $81.00 |
| 08/06/2020 | HM | 32-Fee Applications: Confer with Trustee regarding motion for interim compensation procedures. | 0.40 | $405.00 | $162.00 |
| 08/06/2020 | WK | 2-Asset Analysis and Recovery: Review information from M. Tenebaum regarding recyclable material issues. | 0.20 | $505.00 | $101.00 |
| 08/06/2020 | WK | 15-Insurance: Emails to and from J. McCoy and E. Jones regarding numbers with insurance company, records preservation, email issues and review spreadsheets regarding same. | 0.60 | $505.00 | $303.00 |
| 08/06/2020 | WK | 32-Fee Applications: Receipt and review of interim compensation motion and order; discuss same with Trustee and H. McIntyre | 0.40 | $505.00 | $202.00 |
| 08/06/2020 | WK | 3-Asset Sales: Review and respond to emails from J. Bartlett regarding Mogas request for gmail access. | 0.30 | $505.00 | $151.50 |
| 08/06/2020 | WK | 15-Insurance: Receipt and review the stipulation and order regarding disbursement of insurance proceeds. | 0.30 | $505.00 | $151.50 |
| 08/06/2020 | WK | 27-Plan: Emails to and from A. Power regarding potential plan of liquidation. | 0.20 | $505.00 | $101.00 |
| 08/06/2020 | WK | 2-Asset Analysis and Recovery: Review and respond to emails from B. White regarding removal of certain personal property. | 0.20 | $505.00 | $101.00 |
| 08/06/2020 | WK | 2-Asset Analysis and Recovery: Draft agreement regarding property removal. | 0.30 | $505.00 | $151.50 |
| 08/06/2020 | WK | 1-General Administration: Travel to and from Watson site (1/2 rate). | 0.80 | $252.50 | $202.00 |
| 08/06/2020 | WK | 3-Asset Sales: Meeting with Mogas personnel at Watson site regarding property removal and also meeting with R. Moore regarding auction issues. | 1.50 | $505.00 | $757.50 |

EXHIBIT 4

Invoice # 3443

| 08/07/2020 | HM | 3-Asset Sales: Exchange emails regarding additional time for Mogas to pick up items. | 0.20 | $405.00 | $81.00 |
|---|---|---|---|---|---|
| 08/07/2020 | HM | 15-Insurance: Receive and review email regarding insurance premium returns upon cancellation. | 0.10 | $405.00 | $40.50 |
| 08/07/2020 | HM | 32-Fee Applications: Receive and review proposed July 2020 fee notice from Macco. | 0.20 | $405.00 | $81.00 |
| 08/07/2020 | WK | 2-Asset Analysis and Recovery: Emails to and from Trustee regarding additional personal property at Watson site; follow up with J. Barr regarding same. | 0.20 | $505.00 | $101.00 |
| 08/07/2020 | WK | 2-Asset Analysis and Recovery: Emails to and from B. Ogle, J & B White regarding control of certain property on Watson site and costs for storage of estate property. | 0.30 | $505.00 | $151.50 |
| 08/07/2020 | WK | 15-Insurance: Emails to and from M. Thurmond regarding cancellation of insurance policies and refund of certain premiums. | 0.20 | $505.00 | $101.00 |
| 08/07/2020 | WK | 15-Insurance: Telephone conference with Trustee regarding insurance refunds; review of spreadsheet regarding same. | 0.30 | $505.00 | $151.50 |
| 08/07/2020 | WK | 3-Asset Sales: Emails to and from Trustee, H. McIntyre and J. Walker at Mogas regarding removal of items at Watson site. | 0.20 | $505.00 | $101.00 |
| 08/07/2020 | WK | 27-Plan: Emails and extended telephone conference with A. Power and E. Jones regarding assets to transfer into liquidating trust, causes of action, etc. | 0.50 | $505.00 | $252.50 |
| 08/07/2020 | WK | 2-Asset Analysis and Recovery: Telephone conference with M. Tenenbaum regarding removal of recyclable metals. | 0.10 | $505.00 | $50.50 |
| 08/07/2020 | WK | 30-Litigation: Emails to and from R. Van Meter and J. McCoy regarding certain tort claims and issues with removals. | 0.30 | $505.00 | $151.50 |
| 08/08/2020 | HM | 32-Fee Applications: Edit time for fee notices and eventual fee application. | 0.40 | $405.00 | $162.00 |
| 08/10/2020 | HM | 32-Fee Applications: Work on first fee notice for HWA - June 2020. | 0.80 | $405.00 | $324.00 |
| 08/10/2020 | HM | 27-Plan: Conference call with committee regarding assets, liabilities, claims and formulation of a plan. | 1.30 | $405.00 | $526.50 |
| 08/10/2020 | HM | 15-Insurance: Prepare stipulation and order for $1.7M business personal property proceeds from UFG and circulate. Exchange emails regarding same and attention to filing. | 0.50 | $405.00 | $202.50 |
| 08/10/2020 | HM | 32-Fee Applications: Receive and review notices of fees and update chart accordingly. Review order approving Porter Hedges fees. Email Porter Hedges regarding outstanding balance. | 0.10 | $405.00 | $40.50 |

EXHIBIT 4

| 08/10/2020 | HM | 15-Insurance: Telephone conference with Trustee regarding stipulation with UFG regarding proceeds. | 0.10 | $405.00 | $40.50 |
|---|---|---|---|---|---|
| 08/10/2020 | HM | 2-Asset Analysis and Recovery: Telephone conference with Bob White regarding funeral expenses. | 0.10 | $405.00 | $40.50 |
| 08/10/2020 | HM | 2-Asset Analysis and Recovery: Email Dick Fuqua regarding JB Valve Varco WIP offer status. | 0.10 | $405.00 | $40.50 |
| 08/10/2020 | WK | 2-Asset Analysis and Recovery: Emails to and from and telephone conference with Trustee regarding return of property to J. Watson and proof of ownership. | 0.30 | $505.00 | $151.50 |
| 08/10/2020 | WK | 2-Asset Analysis and Recovery: Review multiple emails and correspond with R. Van Meter and Trustee regarding same; two (2) telephone conferences with Trustee regarding same. | 1.20 | $505.00 | $606.00 |
| 08/10/2020 | WK | 2-Asset Analysis and Recovery: Emails to and from B. Doherty regarding removals. | 0.10 | $505.00 | $50.50 |
| 08/10/2020 | WK | 2-Asset Analysis and Recovery: Review materials regarding cylinders claimed by Matheson Gas. | 0.20 | $505.00 | $101.00 |
| 08/10/2020 | WK | 7-Claims Administration, Analysis and Objections: Review J. Watson promissory note and proof of claims; telephone conference with Trustee regarding same. | 0.30 | $505.00 | $151.50 |
| 08/10/2020 | WK | 15-Insurance: Receipt and review of Stipulation and Order regarding payment of $1.7M in business property insurance. | 0.30 | $505.00 | $151.50 |
| 08/10/2020 | WK | 27-Plan: Conference call with committee counsel and Trustee regarding fees, auction, plan, assets and value of estate. | 1.30 | $505.00 | $656.50 |
| 08/11/2020 | HM | 30-Litigation: Receive and review email regarding status of removed cases and calendar related deadlines. | 0.20 | $405.00 | $81.00 |
| 08/11/2020 | HM | 2-Asset Analysis and Recovery: Receive and review email regarding other party property. | 0.10 | $405.00 | $40.50 |
| 08/11/2020 | HM | 7-Claims Administration, Analysis and Objections: Receive and review Claim 7 - John Watson note. | 0.20 | $405.00 | $81.00 |
| 08/11/2020 | HM | 32-Fee Applications: Review fee notices for amounts. | 0.20 | $405.00 | $81.00 |
| 08/11/2020 | HM | 32-Fee Applications: Exchange emails regarding amount owed to Porter Hedges under first fee application. | 0.20 | $405.00 | $81.00 |
| 08/11/2020 | HM | 15-Insurance: Confer with Trustee regarding return of insurance premiums and what insurance to keep if any. Email Mark Thurman regarding same. | 0.20 | $405.00 | $81.00 |
| 08/11/2020 | HM | 2-Asset Analysis and Recovery: Email Kevin Riles and PMI regarding best offer to market and sell real property and estimate of recovery. | 0.20 | $405.00 | $81.00 |

EXHIBIT 4

Invoice # 3443

| 08/11/2020 | HM | 3-Asset Sales: Email Holly Oneil and Paige Moscow regarding removal of Mogas items by 8/14/20 or abandonment. | 0.10 | $405.00 | $40.50 |
|---|---|---|---|---|---|
| 08/11/2020 | HM | 1-General Administration: Receive and review notice of appearance and attention to updating master service list. | 0.10 | $405.00 | $40.50 |
| 08/11/2020 | HM | 1-General Administration: Exchange emails regarding protective order for Industrial Scientific. | 0.10 | $405.00 | $40.50 |
| 08/11/2020 | HM | 15-Insurance: Receive and review stipulation and order approving $1.7M business property insurance payment. Circulate same to UFG and counsel. | 0.30 | $405.00 | $121.50 |
| 08/11/2020 | HM | 14-Employee Benefits / Pensions: Prepare notice of terminating employees for benefits termination purposes. Leave Brenda with HRP voice mail regarding same. | 0.20 | $405.00 | $81.00 |
| 08/11/2020 | HM | 13-Environmental and Regulatory Matters: Receive and review motion by TCEQ for administrative expenses. Email Trustee regarding same. Calendar objection deadline. | 0.20 | $405.00 | $81.00 |
| 08/11/2020 | HM | 32-Fee Applications: Exchange emails regarding fee notices for HWA. | 0.20 | $405.00 | $81.00 |
| 08/11/2020 | WK | 30-Litigation: Emails with multiple counsel regarding Rule 7016 conference and telephone conference with J. McCoy and E. Jones regarding same. | 0.70 | $505.00 | $353.50 |
| 08/11/2020 | WK | 30-Litigation: Emails and telephone conference with R. Van Meter regarding removals and status conferences. | 0.20 | $505.00 | $101.00 |
| 08/11/2020 | WK | 15-Insurance: Receipt and review notices of cancellation to various insurance companies. | 0.30 | $505.00 | $151.50 |
| 08/11/2020 | WK | 1-General Administration: Emails to and from Danners; telephone conference with Trustee regarding access for K. Watson; emails to K. Watson regarding same. | 0.30 | $505.00 | $151.50 |
| 08/11/2020 | WK | 2-Asset Analysis and Recovery: Review Excel spreadsheet of Chevron "lost" materials; discuss same with in-house counsel. | 0.40 | $505.00 | $202.00 |
| 08/11/2020 | WK | 13-Environmental and Regulatory Matters: Review TCEQ Application for Administrative Expenses; discuss same with Trustee. | 0.50 | $505.00 | $252.50 |
| 08/11/2020 | WK | 13-Environmental and Regulatory Matters: Review notice of OSHA contest; telephone conference with S. Grubb and Trustee regarding same. | 0.50 | $505.00 | $252.50 |
| 08/12/2020 | HM | 30-Litigation: Receive and review emails regarding removed cases and pre-trial conference. Email team regarding same. | 0.30 | $405.00 | $121.50 |
| 08/12/2020 | HM | 15-Insurance: Receive and review email from M. Thurmond regarding outstanding policies. Telephone | 0.50 | $405.00 | $202.50 |

EXHIBIT 4

| | | | | | |
|---|---|---|---|---|---|
| | | conference with M. Thurmond regarding same and likely cancellations and return premiums. Email client regarding same and calendar follow up. | | | |
| 08/12/2020 | HM | 14-Employee Benefits / Pensions: Exchange emails regarding termination of employees and related coverage. | 0.10 | $405.00 | $40.50 |
| 08/12/2020 | HM | 32-Fee Applications: Follow up email with United States Trustee regarding motion for interim trustee compensation. | 0.10 | $405.00 | $40.50 |
| 08/12/2020 | HM | 2-Asset Analysis and Recovery: Review American Express bill for funeral expenses for insurance claim. Email Travis Pickle with Texas Mutual regarding same. | 0.50 | $405.00 | $202.50 |
| 08/12/2020 | HM | 32-Fee Applications: Receive and review email from H. Hobbs regarding motion for interim trustee compensation. Revise motion and exchange emails regarding same. | 0.40 | $405.00 | $162.00 |
| 08/12/2020 | WK | 30-Litigation: Emails to and from B. Stark regarding multiple Rule 16 conferences and consolidation of same. | 0.20 | $505.00 | $101.00 |
| 08/12/2020 | WK | 1-General Administration: Emails to and from Trustee regarding current board of directors and status of resignations, etc. | 0.30 | $505.00 | $151.50 |
| 08/12/2020 | WK | 2-Asset Analysis and Recovery: Review of spreadsheet of assets and vehicles for auction. | 0.30 | $505.00 | $151.50 |
| 08/12/2020 | WK | 30-Litigation: Emails and telephone conferences with Trustee and R. Van Meter regarding Rule 16 conferences and removals. | 0.30 | $505.00 | $151.50 |
| 08/12/2020 | WK | 15-Insurance: Emails to and from H. McIntyre and Trustee regarding insurance coverages and cancellations. | 0.30 | $505.00 | $151.50 |
| 08/12/2020 | WK | 15-Insurance: Review email from M. Thurmond regarding property and building coverages. | 0.20 | $505.00 | $101.00 |
| 08/13/2020 | HM | 30-Litigation: Receive and review emails regarding removed cases and 26f conferences. | 0.30 | $405.00 | $121.50 |
| 08/13/2020 | WK | 27-Plan: Emails and telephone conferences with J. Wolfshohl and Trustee regarding plan and ballot issues. | 0.30 | $505.00 | $151.50 |
| 08/13/2020 | WK | 2-Asset Analysis and Recovery: Emails telephone and telephone conference with J. Barr regarding laboratory property. | 0.20 | $505.00 | $101.00 |
| 08/13/2020 | WK | 30-Litigation: Emails to and from R. Van Meter regarding Rule 16 conferences and orders the Court is entering on them; review order canceling scheduling conferences. | 0.40 | $505.00 | $202.00 |
| 08/13/2020 | WK | 30-Litigation: Telephone conferences and emails with A. Power regarding abatement of Rule 16 conferences. | 0.20 | $505.00 | $101.00 |

EXHIBIT 4

| | | | | | |
|---|---|---|---|---|---|
| 08/13/2020 | WK | 1-General Administration: Emails to and from J. McCoy and Trustee regarding automatic stay and answers to various complaints. | 0.20 | $505.00 | $101.00 |
| 08/13/2020 | WK | 30-Litigation: Emails and telephone conferences with R. Van Meter, J. McCoy and Trustee regarding 123 scheduling conferences and how to handle same. | 0.40 | $505.00 | $202.00 |
| 08/13/2020 | WK | 30-Litigation: Review emails from various plaintiff and defense counsel regarding regarding "consolidated scheduling conferences". | 0.40 | $505.00 | $202.00 |
| 08/14/2020 | HM | 30-Litigation: Receive and review multiple emails regarding removed cases. | 0.20 | $405.00 | $81.00 |
| 08/14/2020 | HM | 2-Asset Analysis and Recovery: Exchange emails with Travis Pickle regarding forthcoming check for funeral expenses claim. | 0.10 | $405.00 | $40.50 |
| 08/17/2020 | HM | 2-Asset Analysis and Recovery: Exchange emails regarding expected funeral benefits check. | 0.10 | $405.00 | $40.50 |
| 08/17/2020 | HM | 30-Litigation: Receive and review multiple emails including filings in removed cases. | 0.20 | $405.00 | $81.00 |
| 08/17/2020 | WK | 27-Plan: Emails to and from A. Power; receipt and review the draft motion and order to approve a master ballot regarding pending adversary proceeding; discuss same with Trustee. | 0.70 | $505.00 | $353.50 |
| 08/17/2020 | WK | 2-Asset Analysis and Recovery: Telephone conference and email with Trustee regarding third party property allegedly belonging to Gates Manufacturing Co. | 0.30 | $505.00 | $151.50 |
| 08/17/2020 | WK | 2-Asset Analysis and Recovery: Review Gates Manufacturing Co. materials. | 0.30 | $505.00 | $151.50 |
| 08/17/2020 | WK | 13-Environmental and Regulatory Matters: Review the TCEQ claim; telephone conference and email with Trustee regarding same. | 0.50 | $505.00 | $252.50 |
| 08/17/2020 | WK | 3-Asset Sales: Review proposal from M. Thomas to auction the Steffani real estate. | 0.30 | $505.00 | $151.50 |
| 08/17/2020 | WK | 15-Insurance: Review emails and spreadsheet from Debtor's insurance agency regarding cancellation of certain policies and potential premium refunds; discuss same with Trustee. | 0.60 | $505.00 | $303.00 |
| 08/17/2020 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Bartlett and B. White regarding 1) lab equipment; and 2) corporate emails and access to same. | 0.40 | $505.00 | $202.00 |
| 08/18/2020 | HM | 30-Litigation: Receive and review multiple emails regarding removed cases. | 0.20 | $405.00 | $81.00 |
| 08/18/2020 | HM | 23-Monthly Operating Reports: Confer with Micah with MACCO regarding information needed for July Monthly Operating Report. | 0.20 | $405.00 | $81.00 |

EXHIBIT 4

Invoice # 3443

| | | | | | |
|---|---|---|---|---|---|
| 08/18/2020 | HM | 2-Asset Analysis and Recovery: Work on motion to sell Varco WIP to JB Valve. Circulate draft to Fuqua. | 1.00 | $405.00 | $405.00 |
| 08/18/2020 | HM | 15-Insurance: Work on chart of insurance policies to keep or cancel. Email Committee counsel regarding same and recommendations. | 0.40 | $405.00 | $162.00 |
| 08/18/2020 | WK | 13-Environmental and Regulatory Matters: Multiple emails and telephone conferences with Trustee and E. Jones and attorneys for TCEQ regarding administrative claim. | 1.10 | $505.00 | $555.50 |
| 08/18/2020 | WK | 1-General Administration: Research on history of the claim and propriety of same. | 0.50 | $505.00 | $252.50 |
| 08/18/2020 | WK | 13-Environmental and Regulatory Matters: Emails to and from Trustee and S. Grubbs regarding OSHA matters; telephone conference regarding same. | 0.50 | $505.00 | $252.50 |
| 08/18/2020 | WK | 13-Environmental and Regulatory Matters: Receipt and review of the unsworn declaration ofr Trustee regarding OSHA lawsuit. | 0.40 | $505.00 | $202.00 |
| 08/18/2020 | WK | 13-Environmental and Regulatory Matters: Conference call with Trustee and A. Ryan and L. Milligan regarding TCEQ claims. | 0.60 | $505.00 | $303.00 |
| 08/19/2020 | HM | 30-Litigation: Receive and review multiple pleadings regarding removed cases. | 0.20 | $405.00 | $81.00 |
| 08/19/2020 | HM | 1-General Administration: Receive and review notice of town hall on Watson Grinding. | 0.10 | $405.00 | $40.50 |
| 08/19/2020 | HM | 2-Asset Analysis and Recovery: Redline proposed APA selling Varco WIP to JB Valve. | 0.40 | $405.00 | $162.00 |
| 08/20/2020 | HM | 3-Asset Sales: Telephone conference with client regarding totaled property being sold for insurer with expenses prorated. | 0.30 | $405.00 | $121.50 |
| 08/20/2020 | HM | 30-Litigation: Receive and review multiple pleadings in removed cases. | 0.50 | $405.00 | $202.50 |
| 08/20/2020 | HM | 3-Asset Sales: Continue to Redline proposed APA selling Varco WIP to JB Valve. Email redlined APA and motion to sell to Fuqua et al. | 0.50 | $405.00 | $202.50 |
| 08/21/2020 | HM | 30-Litigation: Receive and review pleadings filed related to removed cases. | 0.30 | $405.00 | $121.50 |
| 08/21/2020 | HM | 8-Employment Applications: Exchange emails regarding Trustee's ratification of employing DIP professionals. | 0.20 | $405.00 | $81.00 |
| 08/21/2020 | HM | 15-Insurance: Email Committee regarding cancelling insurance policies. | 0.20 | $405.00 | $81.00 |
| 08/21/2020 | HM | 32-Fee Applications: Review and task code time for HWA First Fee Notice. | 0.50 | $405.00 | $202.50 |

EXHIBIT 4

Invoice # 3443

| 08/23/2020 | HM | 30-Litigation: Receive and review multiple pleadings in removed cases. | 0.20 | $405.00 | $81.00 |
|---|---|---|---|---|---|
| 08/24/2020 | HM | 32-Fee Applications: Exchange emails with OSHA counsel regarding fee notices and application for fees. | 0.20 | $405.00 | $81.00 |
| 08/24/2020 | HM | 3-Asset Sales: Receive and review proposed auction contract for real property. Revise same. Telephone conference with Mark Thomas regarding same. | 1.00 | $405.00 | $405.00 |
| 08/24/2020 | HM | 32-Fee Applications: Confer with Trustee regarding status of fee notice and send draft invoice to Trustee for review. | 0.20 | $405.00 | $81.00 |
| 08/24/2020 | HM | 30-Litigation: Receive and review filings in removed cases. | 0.30 | $405.00 | $121.50 |
| 08/24/2020 | HM | 3-Asset Sales: Prepare motion to employ Mark Thomas Auctioneer and sell real estate - 4522 Steffani. | 0.60 | $405.00 | $243.00 |
| 08/25/2020 | HM | 30-Litigation: Receive and review mutliple pleadings in removed cases. | 0.30 | $405.00 | $121.50 |
| 08/25/2020 | HM | 3-Asset Sales: Work on motion to employ real estate auctioneer and circulate same. | 0.50 | $405.00 | $202.50 |
| 08/25/2020 | HM | 7-Claims Administration, Analysis and Objections: Telephone conference with Edward Clarkson for Watson Valve regarding TCEQ administrative claim. Confer with W. Kitchens regarding same. Review back up invoices for claim. Email Whites regarding allocation between estates. Exchange multiple emails regarding same. | 0.80 | $405.00 | $324.00 |
| 08/25/2020 | HM | 32-Fee Applications: Work on finalizing HWA First Fee Notice. | 0.10 | $405.00 | $40.50 |
| 08/25/2020 | HM | 32-Fee Applications: Work on HWA First Fee Statement. | 0.90 | $405.00 | $364.50 |
| 08/26/2020 | HM | 32-Fee Applications: Receive and review final invoice for first fee notice. Finalize first fee notice and confer with Trustee regarding same. Attention to filing. | 0.60 | $405.00 | $243.00 |
| 08/26/2020 | HM | 7-Claims Administration, Analysis and Objections: Telephone conference with Tony Draper for possible insurance claimant. Exchange emails regarding same. | 0.40 | $405.00 | $162.00 |
| 08/26/2020 | HM | 3-Asset Sales: Receive and review revised contract. Further revise and telephone conference with Mark Thomas regarding same. Receive and review signed declaration. Finalize motion for filing and attention to filing and service of same. | 0.80 | $405.00 | $324.00 |
| 08/26/2020 | HM | 32-Fee Applications: Work on fee notices and fee applications for Cummings Houston, general accountant. | 0.70 | $405.00 | $283.50 |
| 08/26/2020 | HM | 27-Plan: Telephone conference with A. Powers upcoming call regarding plan and committee on | 0.20 | $405.00 | $81.00 |

EXHIBIT 4

| | | | | | |
|---|---|---|---|---|---|
| | | cancelling insurance policies | | | |
| 08/26/2020 | HM | 7-Claims Administration, Analysis and Objections: Email John McCoy regarding TCEQ administrative claim. | 0.20 | $405.00 | $81.00 |
| 08/26/2020 | HM | 7-Claims Administration, Analysis and Objections: Confer with Trustee regarding TCEQ administrative claim. Email E. Clarkson for WVS regarding split proposal. Email J. McCoy regarding language on preclusion effect. | 0.40 | $405.00 | $162.00 |
| 08/26/2020 | SS | 27-Plan: Work on insurance proceeds and property of the estate issues. | 0.30 | $495.00 | $148.50 |
| 08/26/2020 | WK | 27-Plan: Emails to and from E. Jones and Trustee regarding plan. | 0.30 | $505.00 | $151.50 |
| 08/26/2020 | WK | 27-Plan: Extended telephone conference with E. Jones regarding details of plan and discussions with A. Power regarding issues with implementation of Plan and multiple trustees. | 0.90 | $505.00 | $454.50 |
| 08/26/2020 | WK | 27-Plan: Two (2) emails and telephone conferences with J. Wolfshohl regarding Chapter 11 Plan and problems with same. | 0.50 | $505.00 | $252.50 |
| 08/26/2020 | WK | 15-Insurance: Emails with J. Wolfshohl and A. Power regarding cancellation of certain insurance policies. | 0.20 | $505.00 | $101.00 |
| 08/26/2020 | WK | 15-Insurance: Emails with E. Clarkson regarding TCEQ claims filed in both Estates. | 0.20 | $505.00 | $101.00 |
| 08/26/2020 | WK | 13-Environmental and Regulatory Matters: Extended emails and telephone conference with J. McCoy regarding responsibility for TCEQ administrative claim and reason why it is not a waiver of liability. | 0.50 | $505.00 | $252.50 |
| 08/27/2020 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple emails regarding allocation of TCEQ administrative expense claim. | 0.20 | $405.00 | $81.00 |
| 08/27/2020 | HM | 27-Plan: Receive and review multiple emails regarding plan discussions. | 0.10 | $405.00 | $40.50 |
| 08/27/2020 | HM | 32-Fee Applications: Receive and review final invoices from Cummings Houston for Second Fee Notice. Confer with Trustee regarding same. Attention to filing same. | 0.30 | $405.00 | $121.50 |
| 08/27/2020 | HM | 32-Fee Applications: Receive and review first interim fee application for MACCO. Confer with Trustee regarding same. | 0.80 | $405.00 | $324.00 |
| 08/27/2020 | HM | 23-Monthly Operating Reports: Telephone conference with Michah Miller regarding July 2020 Monthly Operating Report; email revisions to be made; receive revised Monthly Operating Report and forward to Trustee. | 0.60 | $405.00 | $243.00 |

EXHIBIT 4

Invoice # 3443

| 08/27/2020 | HM | 27-Plan: Telephone conference with Wayne, Erin and Trustee regarding plan discussions, TCEQ administrative claim and general case filings. | 1.00 | $405.00 | $405.00 |
|---|---|---|---|---|---|
| 08/27/2020 | HM | 7-Claims Administration, Analysis and Objections: Telephone conference with Edward Clarkson for Watson Vavle regarding TCEQ administrative claim; email John McCoy regarding proposed order on same. Circulate proposed order to TCEQ. | 0.70 | $405.00 | $283.50 |
| 08/27/2020 | WK | 27-Plan: Conference call regarding committee's Plan. | 1.30 | $505.00 | $656.50 |
| 08/27/2020 | WK | 13-Environmental and Regulatory Matters: Emails to and from S. Grubbs regarding extension of time for OSHA to file complaint. | 0.20 | $505.00 | $101.00 |
| 08/27/2020 | WK | 13-Environmental and Regulatory Matters: Emails to and from A. Ryan regarding TCEQ claim. | 0.20 | $505.00 | $101.00 |
| 08/27/2020 | WK | 27-Plan: Extended phone call with J. Wolfshohl regarding Committee Plan. | 0.60 | $505.00 | $303.00 |
| 08/27/2020 | WK | 13-Environmental and Regulatory Matters: Emails to and from J. McCoy regarding TCEQ claim; telephone confrerence with J. McCoy regarding same. | 0.50 | $505.00 | $252.50 |
| 08/28/2020 | HM | 32-Fee Applications: Update chart with MACCO First Interim Fee Application and HWA First Fee Notice. Attention to outstanding payments to professionals. | 0.30 | $405.00 | $121.50 |
| 08/28/2020 | HM | 7-Claims Administration, Analysis and Objections: Receive and review motion of Industrial Scientific for late filed claim. Email Trustee regarding same. | 0.20 | $405.00 | $81.00 |
| 08/28/2020 | HM | 7-Claims Administration, Analysis and Objections: Exchange emails with Abby Ryan regarding TCEQ proposed order. Email E. Clarkson for Watson Valve regarding same. | 0.10 | $405.00 | $40.50 |
| 08/28/2020 | WK | 27-Plan: Review in detail latest draft of Plan and Disclosure Statement put forth by the Committee. | 2.00 | $505.00 | $1,010.00 |
| 08/28/2020 | WK | 7-Claims Administration, Analysis and Objections: Email and telephone conference with Trustee and E. Jones regarding late filed claim of Industrial Scientific. | 0.30 | $505.00 | $151.50 |
| 08/28/2020 | WK | 30-Litigation: Extended telephone conference and emails with Trustee and E. Jones regarding new cases being filed in violation of the automatic stay; review memo regarding same. | 0.50 | $505.00 | $252.50 |
| 08/31/2020 | HM | 30-Litigation: Receive and review email regarding motion to lift stay. | 0.10 | $405.00 | $40.50 |
| 08/31/2020 | HM | 30-Litigation: Receive and review pleadings in removed cases. | 0.20 | $405.00 | $81.00 |
| 08/31/2020 | HM | 7-Claims Administration, Analysis and Objections: Receive and review emails regarding Industrial Scientific motion to allow claim and redlines to | 0.40 | $405.00 | $162.00 |

EXHIBIT 4

Invoice # 3443

| | | | | | |
|---|---|---|---|---|---|
| | | protective order. Email McCoy and Committee regarding same. Receive and review emails regarding same. | | | |
| 08/31/2020 | HM | 27-Plan: Receive and review plan proposed by Committee. Comment accordingly for discussion with Trustee. | 1.60 | $405.00 | $648.00 |
| 08/31/2020 | WK | 30-Litigation: Brief review of approximately 50 motions for remand filed by today's deadline; discuss same with Trustee and R. Van Meter. | 1.30 | $505.00 | $656.50 |
| 08/31/2020 | WK | 30-Litigation: Emails to and from S. Davison regarding amended motion for relief on the third party claims; telephone conference with J. Barlett and Trustee regarding same; review the amended motion. | 0.70 | $505.00 | $353.50 |
| 08/31/2020 | WK | 30-Litigation: Emails to and from J. McCoy regarding third party complaints and whether this affects defense claims and rights; advise Trustee of same. | 0.30 | $505.00 | $151.50 |
| 08/31/2020 | WK | 15-Insurance: Review the updated insurance company property list; discuss same with R. Moore and Trustee. | 0.40 | $505.00 | $202.00 |
| 08/31/2020 | WK | 27-Plan: Multiple discussions regarding the amended committee plan with H. McIntyre and Trustee. | 0.80 | $505.00 | $404.00 |
| 08/31/2020 | WK | 1-General Administration: Emails to and from A. Falcon and J. McCoy regarding 2004 subpoenas and protective orders. | 0.30 | $505.00 | $151.50 |

| | |
|---|---|
| **Quantity Subtotal** | **114.2** |
| **Services Subtotal** | **$51,386.00** |

## Expenses

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 08/01/2020 | TA | Attorney Conference 29740096 | 1.00 | $42.11 | $42.11 |
| Expense | 08/05/2020 | DC | Copy costs - 27 copies x 4 sets at .15 cents per page | 1.00 | $16.20 | $16.20 |
| Expense | 08/05/2020 | DC | Postage 27 mailings x .50 cents | 1.00 | $13.50 | $13.50 |
| Expense | 08/12/2020 | DC | Copy costs - 27 copies x 3 sets at .15 cents per page | 1.00 | $12.15 | $12.15 |
| Expense | 08/12/2020 | TA | Postage 26 mailings x .50 cents | 1.00 | $13.00 | $13.00 |
| Expense | 08/12/2020 | DC | Postage 1 international mailing x $1.20 | 1.00 | $1.20 | $1.20 |

| | |
|---|---|
| **Expenses Subtotal** | **$98.16** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|

EXHIBIT 4

Invoice # 3443

| | | | |
|---|---|---|---|
| Wayne Kitchens | 52.3 | $505.00 | $26,411.50 |
| Wayne Kitchens | 0.8 | $252.50 | $202.00 |
| Heather McIntyre | 60.8 | $405.00 | $24,624.00 |
| Steven Shurn | 0.3 | $495.00 | $148.50 |
| | **Quantity Total** | | **114.2** |
| | **Subtotal** | | **$51,484.16** |
| | **Total** | | **$51,484.16** |

EXHIBIT 4

## Watson Grinding

### Fee Recap by Task Code and Timekeeper

| Task Code and Timekepper | Sum of Hours | Sum of Billable |
|---|---|---|
| Heather McIntyre | 0.9 | $364.50 |
| Wayne Kitchens | 5.2 | $2,424.00 |
| **1-General Administration Total** | **6.1** | **$2,788.50** |
| Heather McIntyre | 23.9 | $9,679.50 |
| Wayne Kitchens | 7.6 | $3,838.00 |
| **2-Asset Analysis and Recovery Total** | **31.5** | **$13,517.50** |
| Heather McIntyre | 4.8 | $1,944.00 |
| Wayne Kitchens | 3.6 | $1,818.00 |
| **3-Asset Sales Total** | **8.4** | **$3,762.00** |
| Heather McIntyre | 0.5 | $202.50 |
| **5-Tax Matters Total** | **0.5** | **$202.50** |
| Heather McIntyre | 3.6 | $1,458.00 |
| Wayne Kitchens | 0.6 | $303.00 |
| **7-Claims Administration, Analysis and Objections Total** | **4.2** | **$1,761.00** |
| Heather McIntyre | 3.6 | $1,458.00 |
| Wayne Kitchens | 0.5 | $252.50 |
| **8-Employment Applications Total** | **4.1** | **$1,710.50** |
| Heather McIntyre | 0.9 | $364.50 |
| Wayne Kitchens | 9.5 | $4,797.50 |
| **13-Environmental and Regulatory Matters Total** | **10.4** | **$5,162.00** |
| Heather McIntyre | 0.3 | $121.50 |
| **14-Employee Benefits / Pensions Total** | **0.3** | **$121.50** |
| Heather McIntyre | 2.8 | $1,134.00 |
| Wayne Kitchens | 7.5 | $3,787.50 |
| **15-Insurance Total** | **10.3** | **$4,921.50** |
| Wayne Kitchens | 0.5 | $252.50 |
| **21-Landlords Total** | **0.5** | **$252.50** |
| Heather McIntyre | 0.9 | $364.50 |
| **23-Monthly Operating Reports Total** | **0.9** | **$364.50** |
| Heather McIntyre | 4.2 | $1,701.00 |
| Steven Shurn | 0.3 | $148.50 |
| Wayne Kitchens | 9.4 | $4,747.00 |
| **27-Plan Total** | **13.9** | **$6,596.50** |
| Heather McIntyre | 3.7 | $1,498.50 |
| Wayne Kitchens | 8.3 | $4,191.50 |
| **30-Litigation Total** | **12** | **$5,690.00** |

EXHIBIT 4

| | | |
|---|---|---|
| Heather McIntyre | 10.7 | $4,333.50 |
| Wayne Kitchens | 0.4 | $202.00 |
| **32-Fee Applications Total** | **11.1** | **$4,535.50** |

| | | |
|---|---|---|
| **Grand Total** | **114.2** | **$51,386.00** |

EXHIBIT 4