# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Friday, October 2, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Henry | Flores | Rapp & Krock PC | Flores Plaintiffs |
| Wayne | Kitchens | Hughes Watters Askanase LLP | Janet Northrup, Watson Grinding Chapter 11 Trustee |
| Matthew | Okin | Okin Adams LLP | Robert Ogle, Valve Trustee |
| Frank | Vlahakos | Dean G. Pappas Law Firm | Amica Mutual Insurance Company |