IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **WATSON GRINDING &** | § | **CASE NO. 20-30967** |
| **MANUFACTURING CO.** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR** | § | |

## TRUSTEE'S REPORT OF SALE BY AUCTIONEER

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW,** Janet S. Northrup, Chapter 7 Trustee (the "Trustee") of the above entitled and numbered proceeding respectfully represents as follows:

1.     The Trustee filed an *Expedited Motion to (I) Sell Estate Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (II) Employ and Compensate Plant & Machinery, Inc. as Auctioneer* on July 20, 2020 [docket no. 449] (the "Sale Motion").  An Order Approving the Trustee's *Expedited Motion to (I) Sell Estate Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (II) Employ and Compensate Plant & Machinery, Inc. as Auctioneer* was entered on July 23, 2020 [docket no. 462].

2.     The public auction was conducted by Plant & Machinery, Inc. ("PMI") on September 2, 2020 as set forth in the Sale Motion [docket no. 449].  The items placed in auction were various assets, including, but not limited to: (i) machinery/equipment; (ii) inventory/raw materials (iii) office furniture/fixtures; and (iv) vehicles (collectively, the "Assets"), as more fully described in the Motion.  The total amount recovered from the auction was $1,004,200.00 (the "Sales Proceeds").

3.      **Exhibit "A"** further provides PMI's Report of sale which reflects the auction Sales Proceeds collected, expenses incurred by PMI and bids made on the Assets.  Notice of the sale was served on all creditors and parties in interest by the Trustee.

4.      Prior to the date of sale, PMI advertised and generally prepared for the sale of the Assets of the bankrupt estate.  After the auction sale, PMI prepared invoices, collected all monies due the Trustee, turning said money over to Trustee, and supervised the delivery operation, seeing that the buyers received their purchases and protecting the Trustee's interest.

5.      Pursuant to the Court's Order entered on July 23, 2020 [Docket No. 462], PMI remitted the auction proceeds to the Trustee.  PMI has been compensated the amount of $38,691.50, which represents PMI's allocated expenses between the bankruptcy estate and United Fire Group.

6.      In order to preserve costs to the bankruptcy estates, the Exhibits attached to this report of sale will not be served on the creditor matrix.  The exhibits will be filed with the report of sale and can be located and viewed electronically through the Court's PACER system or can be viewed during normal business hours at the Office of the Bankruptcy Court Clerk, 515 Rusk, 5th Floor, Houston, TX 77002.   Further, upon request to the undersigned email copies of the exhibits can be provided.

Dated this the 21st day of October 2020.

Respectfully submitted,

*/s/ Janet S. Northrup*
Janet S. Northrup
Chapter 7 Trustee
Total Plaza
1201 Louisiana, Ste. 2800
Phone:        713.759.0818
Fax:          713-759.6834
Email:        jsn@hwa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Trustee's Report of Sale* only (without exhibits) was served to all parties listed on the "Service List" attached hereto by first class, U.S. Mail, postage prepaid, on this the 21st day of October 2020.

/s/ *Janet S. Northrup*
Janet S. Northrup

**MASTER SERVICE LIST**
**UPDATED AS OF OCTOBER 9, 2020**

**DEBTOR**
*(Via Electronic Means)*

**DEBTOR**
WATSON GRINDING & MANUFACTURING CO. (undeliverable)
4525 GESSNER ROAD
HOUSTON, TX 77041

**CHAPTER 11 TRUSTEE**
JANET S. NORTHRUP, CHAPTER 11 TRUSTEE
1201 LOUISIANA STREET, SUITE 2800
HOUSTON, TX 77002

ERIN E. JONES
CHRISTOPHER R. MURRAY
RUTH VAN METER
JONES MURRAY & BEATTY LLP
4119 MONTROSE, SUITE 230
HOUSTON, TX 77006

**UNITED STATES TRUSTEE**
*(Via Electronic Means)*

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
515 RUSK AVE SUITE 3516
HOUSTON, TX 77002

STEPHEN DOUGLAS
OFFICE OF US TRUSTEE
515 RUSK
SUITE 3516
HOUSTON, TX 77002

**SECURED CREDITOR(S) TEXAS CAPITAL BANK**
*(Via Electronic Means)*

TEXAS CAPITAL BANK
C/O HUSCH BLACKWELL
ATTN: TIMOTHY MILLION
600 TRAVIS STREET
HOUSTON, TX 77002

2

3080174:WATGRIND-0002

## GOVERNMENT AGENCIES
### *(Via Electronic Means)*

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
300 E 8TH STREET
MAIL STOP 5026AUS
AUSTIN, TX 78701

RICHARD A. KINCHELOE
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TX 77002

ABIGAIL RUSHING RYAN, AAG
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548-MC 008
AUSTIN, TX 78711-2548

JASON B. BINFORD
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
BANKRUPTCY & COLLECTIONS DIVISION
P. O. BOX 12548-MC 008
AUSTIN, TEXAS 78711-2548

COURTNEY J. HULL
SHERRI SIMPSON
ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548

3080174:WATGRIND-0002

## PARTIES REQUESTING NOTICE/NOTICES OF APPEARANCE
### *(Via Electronic Means)*

TIMOTHY A. MILLION
HUSCH BLACKWELL LLP
600 TRAVIS STREET, SUITE 2350
HOUSTON, TEXAS 77002
*Attorneys for Texas Capital Bank, National Association*

JAMES SCOTT DOUGLASS
1811 BERING DR., SUITE 420
HOUSTON, TEXAS 77057

MUHAMMAD AZIZ
ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO, AZIZ & STOGNER
800 COMMERCE STREET
HOUSTON, TEXAS 77002
*Attorneys for the Flores Family*

HENRY FLORES
RAPP & KROCK, PC
1980 POST OAK BLVD., SUITE 1200
HOUSTON, TEXAS 77056
*Attorneys for the Flores Family and Abraham Watkins Plaintiffs*

KENNETH M. KROCK
RAPP & KROCK, PC
1980 POST OAK BLVD., SUITE 1200
HOUSTON, TEXAS 77056
*Attorneys for Abraham Watkins Plaintiffs*

JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX  77253-3064
*Attorneys for Cypress-Fairbanks ISD and Harris County*

JARROD B. MARTIN
MCDOWELL HETHERINGTON LLP
1001 FANNIN, SUITE 2700
HOUSTON, TX 77002
*Attorneys for Watson Valve*

KATE H. EASTERLING
MCDOWELL HETHERINGTON LLP
1001 FANNIN, SUITE 2700
HOUSTON, TX 77002
*Attorneys for Watson Grinding & Manufacturing Co.*

AVISHAY MOSHENBERG
MCDOWELL HETHERINGTON LLP
1001 FANNIN, SUITE 2700
HOUSTON, TX 77002
*Attorneys for Watson Grinding & Manufacturing Co.*

RANDALL J. POELMA, JR.
DOYEN SEBESTA & POELMA, LLLP
450 GEARS ROAD, SUITE 350
HOUSTON, TX 77067
*Attorneys for Aegis Security Insurance Company*

WILLIAM T. SEBESTA
DOYEN SEBESTA & POELMA, LLLP
450 GEARS ROAD, SUITE 350
HOUSTON, TX 77067
*Attorneys for AmGuard Insurance Company*

BRUCE J. RUZINSKY
JACKSON WALKER LLP
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010
*Attorneys for KMHJ, Ltd.*

ELIZABETH C. FREEMAN
JACKSON WALKER LLP
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010
*Attorneys for KMHJ, Ltd.*

RYAN E. CHAPPLE
CAIRN & SKARNULIS PLLC
400 W. 15TH STREET, SUITE 900
AUSTIN, TX 78701
*Attorneys for KMHJ, Ltd.*

5

3080174:WATGRIND-0002

TAYLOR R. ROMERO
CAIRN & SKARNULIS PLLC
400 W. 15TH STREET, SUITE 900
AUSTIN, TX 78701
*Attorneys for Dale Allen*

JAMES R. JONES
4185 TECHNOLOGY FOREST BLVD.
SUITE 160
THE WOODLANDS, TX 77381
*Attorneys for Carbide and Metal, C & M Technologies LLC*

KARL DANIEL BURRER
GREENBERG TRAURIG, LLP
1000 LOUISIANA STREET, SUITE 1700
HOUSTON, TX 77002-5001
*Attorneys for Matheson Tri-Gas, Inc, and Western International Gas & Cylinders, Inc.*

MARY-OLGA LOVETT
GREENBERG TRAURIG, LLP
1000 LOUISIANA STREET, SUITE 1700
HOUSTON, TX 77002
*Attorneys for Matheson Tri-Gas, Inc, and Western International Gas & Cylinders, Inc.*

PAUL B. KERLIN
GREENBERG TRAURIG, LLP
1000 LOUISIANA STREET, SUITE 1700
HOUSTON, TX 77002
*Attorneys for Matheson Tri-Gas, Inc, and Western International Gas & Cylinders, Inc.*

CHRISTOPHER M. LAVIGNE
GREENBERG TRAURIG, LLP
2200 ROSS AVE., SUITE 5200
DALLAS, TX 75201
*Attorneys for Matheson Tri-Gas, Inc, and Western International Gas & Cylinders, Inc.*

CAROLINE L. MAIDA
MOSTYN LAW
3810 WEST ALABAMA ST.
HOUSTON, TX 77027
*Attorneys for Ramon Cortez*

L. LEE THWEATT
ONE GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-0102
*Attorneys for Gordon Andrus*

6

3080174:WATGRIND-0002

ERIC DICK
DICK LAW FIRM, PLLC
3701 BROOKWOOD DRIVE
HOUSTON, TX 77092-8317
*Attorneys for June Choe*

JOHN J. RUTTER
ROETZEL & ANDRESS,
LPA 222 SOUTH MAIN STREET
AKRON, OH 44308
*Attorneys for Trico Industrial, Inc.*

RANDY W. WILLIAMS
BYMAN & ASSOCIATES PLLC
7924 BROADWAY, SUITE 104
PEARLAND, TX 77581

ABIGAIL RUSHING RYAN, AAG
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548-MC 008
AUSTIN, TX 78711-2548
*Attorneys for Texas Commisision on Environmental Quality*

JASON B. BINFORD
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548-MC 008
AUSTIN, TEXAS 78711-2548
*Attorneys for Railroad Commission of Texas*

MICHAEL I. RAMIREZ
MCCOY LEAVITT ET. AL.
20726 STONE OAK PKWY, STE 116
SAN ANTONIO, TX 78232
*Attorneys for Watson Grinding & Manufacturing Co.*

JACK SKAGGS
JASON S. SCHULZE
LYONDELLBASELL TOWER
1221 MCKINNEY, STE. 2900
HOUSTON, TX 77010
*Attorneys for AmTrust London*

7

3080174:WATGRIND-0002

KEVIN M. MADDEN
LAW OFFICES OF KEVIN M. MADDEN, PLLC
5225 KATY FREEWAY, SUITE 520
HOUSTON, TX 77007
*Attorneys for S & I Realty, LLC*

ADAM PEAVY
CLARK, LOVE & HUTSON, PLLC
440 LOUISIANA ST., STE. 1700
HOUSTON, TX 77002
*Attorneys for Edward Flores*

MARK MORAN
MUNCK WILSON MANDALA, LLP
12770 COIT ROAD, SUITE 600
DALLAS, TX 75251
*Attorneys for Aventus Insurance Company*

JOSHUA W. WOLFSHOHL
AARON J. POWER
PORTER HEDGES LLP
1000 MAIN STREET, 36TH FLOOR
HOUSTON, TX 77002
*Attorneys for The Official Committee of January 24 Claimants*

ANA MARIE ENE
CLARK, LOVE & HUTSON, PLLC
440 LOUISIANA ST., STE. 1700
HOUSTON, TX 77002
*Attorneys for Karen Kartlin*

MATTHEW BRIAN PROBUS
WAUSON | PROBUS
ONE SUGAR CREEK CENTER BLVD., SUITE 880
SUGAR LAND, TX 77478
*Attorneys for A. Mendoza Cruz, Gilberto Mendoza Cruz, Massiel Nunez*

ERNEST P. GIEGER, JR.
GEIGER LABORDE LAPEROUSE, LLC
5151 SAN FELIPE
STE 750
HOUSTON, TX 77056
*Attorneys for Watson Valve Services, Inc.*

8

BRENDAN PATRICK DOHERTY
GEIGER LABORDE LAPEROUSE, LLC
5151 SAN FELIPE STE 750
HOUSTON, TX 77056
*Attorneys for Watson Valve Services, Inc.*

MATTHEW S. OKIN
OKIN ADAMS LLP
1113 VINE ST. SUITE 240
HOUSTON, TX 77002
*Attorneys for Robert E. Ogle, Chapter 11 Trustee for Watson Valve Services, Inc.*

JAMES W. BARTLETT, JR.
OKIN ADAMS LLP
1113 VINE ST. SUITE 240
HOUSTON, TX 77002
*Attorneys for Robert E. Ogle, Chapter 11 Trustee for Watson Valve Servcies, Inc.*

EDWARD A. CLARKSON, III
OKIN ADAMS LLP
1113 VINE ST. SUITE 240
HOUSTON, TX 77002
*Attorneys for Robert E. Ogle, Chapter 11 Trustee for Watson Valve Services, Inc.*

CHARLES M. RUBIO
DIAMOND MCCARTHY LLP
909 FANNIN, SUITE 3700
HOUSTON, TX 77010
*Attorneys for John M. Watson*

BYRON C. ALFRED
THE ALFRED FIRM
2211 NORFOLK STREET, STE. 803
HOUSTON, TX 77098
*Attorneys for Yesenia Ayala, as Next Friend to I.C. and A.C. (Minors)*

JANET CHAFIN
JACKSON WALKER LLP
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010
*Attorneys for KMHJ, Ltd.*

3080174:WATGRIND-0002

ANDREA L. KIM
THOMAS MOSS
DANIELS & TREDENNICK, LLP
6363 WOODWAY DR., SUITE 700
HOUSTON, TX 77057
*Attorneys for Kwok Daniel Ltd., L.L.P.*

COURTNEY J. HULL
ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
*Attorneys for Texas Comptroller of Public Accounts*

JASON B. BINFORD
ABIGAIL RYAN
ASSISTANT ATTORNEYS GENERAL
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548 – MC 008
AUSTIN, TX 78711-2548
*Attorneys for Railroad Commission of Texas*

WAYNE KITCHENS
HEATHER HEATH MCINTYRE
HUGHES WATTERS ASKANASE, L.L.P.
TOTAL PLAZA
1201 LOUISIANA STREET, 28TH FLOOR
HOUSTON, TX 77002
*Attorneys for Janet S. Northrup, Chapter 11 Trustee*

ROBERT C. TURNER
17070 DALLAS PARKWAY, SUITE 100
DALLAS, TX 75248
*Attorneys for KMHJ, Ltd.*

BRENNAN M. KUCERA
BENJAMIN R. CROWELL III
CROWELL & KUCERA, PLLC
2028 E. BEN WHITE BLVD., SUITE 240-2015
AUSTIN, TX 78741
*Attorneys for Edith Aseneth Vaesa*

3080174:WATGRIND-0002

LENARD M. PARKINS
PARKINS LEE & RUBIO LLP
PENNZOIL PLACE
700 MILAM STREET, SUITE 1300
HOUSTON, TX  77002
*Attorneys for John M. Watson*

HEATH A. NOVOSAD
DANIELS & TREDENNICK, PLLC
6363 WOODWAY DRIVE, SUITE 700
HOUSTON, TX  77057
*Attorneys for Kwok Daniel Ltd., L.L.P.*

DEAN G. PAPPAS
FRANK G. VLAHAKOS
MARY M. MARKANTONIS
DEAN G. PAPPAS LAW FIRM, PLLC
8588 KATY FREEWAY, SUITE 100
HOUSTON, TEXAS  77024
*Attorneys for Amica Mutual Insurance Company*

## 30 LARGEST UNSECURED CLAIMS
### *(Via United States Mail)*

ACCUWELD INC.
845 BUSCHONG
HOUSTON, TX 77039-1001

AMERICAN EXPRESS
THREE WORLD FINANCIAL CENTER
200 VESEY S
NEW YORK, NY 10285

ASTRO ALLOYS, INC.
9155 EMMOTT RD.
HOUSTON, TX 77040

B-W GRINDING SERVICE, INC.
5807 NUNN ST.
HOUSTON, TX 77087

BASS TOOL & SUPPLY, INC.
230 FAIRWAY PARK DR.
HOUSTON, TX 77092

11

3080174:WATGRIND-0002

CARBIDE & METAL, C&M TECH LLC
7425 CARBIDE LANE
HOUSTON, TX 77040

*CORROSION MATERIALS (undeliverable)
22416 NETWORK PLACE
CHICAGO, IL 60673

EARLE M. JORGENSON CO.
6201 LUMBERDALE RD.
HOUSTON, TX 77092

GROVES INDUSTRIAL SUPPLY
7301 PINEMONT DR.
HOUSTON, TX 77040

GULF COAST METAL SALES
PO BOX 7310
HOUSTON, TX 77248

HOUSTON PLATING COMPANY LLP
PO BOX 418
SOUTH HOUSTON, TX 77587

HUNTER CHEMICALS, LLC
220 COMMERCE DR.
FORT WASHINGTON, PA 19034

LARK HEAT TREAT, INC.
6640 MAYNARD
HOUSTON, TX 77041

LIBERTY FORGE, INC.
PO DRAWER 1210
LIBERTY, TX 77575

MATHESON TRI-GAS, INC.
10430 MULA ROAD
STAFFORD, TX 77477

MYERS TECHNOLOGY CO. LLC
2150 TOUCHY AVE.
ELK GROVE VILLAGE, IL 60007

3080174:WATGRIND-0002

NATIONAL SPECIALTY ALLOWS
18250 KEITH HARROW
HOUSTON, TX 77084

PARISH INTERNATIONAL, INC.
1075 ZACH RAD
HEMPSTEAD, TX 77445

PT HUAYUE NICKEL COBALT
GEDUNG WISMA MULIA LT. 41 JI. JEND GATOT
SUBROTO NO. 42, KUNINGAN BARAT, MAMPANG
PRAPATAN. 12710 JAKARTA, INDONESIA

R&M FORGE & FITTINGS
6455 WESCO WAY
HOUSTON, TX 77041

RS MACHINE COMPANY, LLC
6926 GUHN ROAD
HOUSTON, TX 77040

SCOTT STAINLESS INC.
P501 GEORGIA
SOUTH HOUSTON, TX 77587

TECHNICAL ENGINEERING
100 CHAPEL RD
MANCHESTER, CT 06042

*THYSSENKRUP MATERIALS, NA (undeliverable)
10648 WEST LITTLE YORK RD
HOUSTON, TX 77041

TRICOR INDUSTRIAL, INC.
3517 N LOOP 336 W
CONROE, TX 77304

U-LINE INC.
ATTN: ACCOUNTS RECEIVABLE
WAUKEGAN, IL 60085

VERTECS
PO BOX 801523
HOUSTON, TX 77280

VICTORY METALS, LLC
12335 KINGSRIDE LN
HOUSTON, TX 77024

VINATECH INDUSTRIES, INC.
5439 BRITTMORE RD.
HOUSTON, TX 77041

WEB INDUSTRIAL DIAMOND CO. INC.
2117 N. HOUSTON AVE.
PEARLAND, TX 77581

WATSON GRINDING & MANUFACTURING CO. (undeliverable)
4525 GESSNER ROAD
HOUSTON, TX 77041

3080174:WATGRIND-0002