**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **WATSON GRINDING & MANUFACTURING CO.,** | § | **Case No. 20-30967** |
| **Debtor.** | § | |
| **In re:** | § | **Chapter 11** |
| **WATSON VALVE SERVICES, INC.,** | § | **Case No. 20-30968** |
| **Debtor.** | § | |

**JOINT EMERGENCY MOTION TO APPOINT THE HONORABLE DAVID R. JONES AS MEDIATOR**

**THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable Marvin Isgur,**
**United States Bankruptcy Judge:**

The Official Committee of January 24 Claimants (the "Committee"), Janet Northrup, in her capacity as the chapter 11 trustee of Watson Grinding & Manufacturing Co. (the "Grinding Trustee"), Robert Ogle, in his capacity as the chapter 11 trustee of Watson Valve Services, Inc. (the "Valve Trustee"), John M. Watson, Western International Gas & Cylinders, Inc. ("Western"), and Matheson Tri-Gas, Inc. ("Matheson") (collectively, the "Parties") file this Joint Emergency Motion to Appoint the Honorable David R. Jones as Mediator.

**Basis for Emergency Consideration**

1. Judge Jones has agreed to conduct a mediation with the Parties on November 10, 2020, subject to entry of an order by this court appointing him as mediator. The Parties request emergency consideration because the mediation is scheduled for less than 21 days from the filing of this Motion.

**Background**

2. On October 22, 2020, the Court began a hearing regarding all motions to remand and motions to abstain that were filed pursuant to this Court's *Order (I) Modifying Automatic Stay, (II) Setting the Deadline for Filing Notices of Removal, (III) Setting the Deadline for Filing Motions to Remand, and (IV) Scheduling Omnibus Hearing on Motion to Remand* (Doc. No. 279).

3. Rather than proceed with the evidentiary hearing on the Motions to Remand, the Parties agreed to participate in a mediation regarding a global resolution of all issues raised in the Motions to Remand, including a plan or plans of liquidation for the Debtors.

4. The Parties have agreed to participate in a mediation before the Honorable David R. Jones on November 10, 2020.

5. The Court will hold a status conference on the Motions to Remand on November 12, 2020 at 8:00 a.m.

**Relief Requested**

6. The Parties request that the Court enter the attached proposed order appointing Judge Jones as mediator in these cases, and grant the parties any other relief to which they may be entitled.

**Dated: October 26, 2020.**

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl
State Bar No. 24038592
Aaron J. Power
State Bar No. 24058058
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
jwolfshohl@porterhedges.com
apower@porterhedges.com

COUNSEL FOR THE OFFICIAL COMMITTEE OF JANUARY 24 CLAIMANTS

*/s/ Matthew S. Okin*
Matthew S. Okin
State Bar No. 00784695
James W. Bartlett, Jr.
State Bar No. 0079238
OKIN ADAMS LLP
1113 Vine St., Suite 240
Houston, Texas 77002
mokin@okinadams.com
jbartlett@okinadams.com

COUNSEL FOR ROBERT OGLE, CHAPTER 11 TRUSTEE OF WATSON VALVE SERVICES, INC.

*/s/ Wayne Kitchens*
Wayne Kitchens
State Bar No. 11541110
Heather McIntyre
State Bar No. 24041076
HUGHES WATTERS ASKANASE LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
wkitchens@hwa.com
hmcintyre@hwa.com

COUNSEL FOR JANET S. NORTHRUP, CHAPTER 11 TRUSTEE FOR WATSON GRINDING & MANUFACTURING CO.

*/s/ Erin E. Jones*
Erin E. Jones
Texas Bar No. 24032478
Ruth Van Meter
Texas Bar No. 20661570
JONES MURRAY & BEATTY, LLP
4119 Montrose Blvd, Suite 230
Houston, Texas 77006
erin@jmbllp.com
ruth@jmbllp.com

SPECIAL COUNSEL FOR JANET S. NORTHRUP, CHAPTER 11 TRUSTEE OF THE ESTATE OF WATSON GRINDING & MANUFACTURING CO.

*/s/ Karl D. Burrer*
Karl D. Burrer
State Bar No. 24043584
Mary-Olga Lovett
State Bar No. 00789289
GREENBURG TRAURIG LLP
1000 Louisiana St., Suite 1700
Houston, Texas 77002
BurrerK@gtlaw.com
LovettM@gtlaw.com

COUNSEL FOR MATHESON TRI-GAS, INC. AND WESTERN INTERNATIONAL GAS & CYLINDERS, INC.

*/s/ Charles M. Rubio*
Lenard M. Parkins PLLC
State Bar No. 15518200
Charles M. Rubio P.C.
State Bar No. 24083768
PARKINS LEE & RUBIO LLP
700 Milam Street, Suite 1300
Houston, Texas 77002
lparkins@parkinslee.com
crubio@parkinslee.com

COUNSEL FOR JOHN M. WATSON

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on October 26, 2020

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl