2100 B (12/15)

# United States Bankruptcy Court

Southern District of Texas
Case No. 20-30967
Chapter 11

In re: Debtor(s) (including Name and Address)

Watson Grinding & Manufacturing Co.                    Watson Valve Services, Inc.
4525 Gessner Road
Houston TX 77041

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/16/2020.

Name and Address of Alleged Transferor(s):          Name and Address of Transferee:

Claim No. : AMERICAN HELI-ARC, INC, 5009 PINEMONT DR., HOUSTON, TX 77092          TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/18/20

### CLERK OF THE COURT

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 20-30967-mi

Watson Grinding & Manufacturing Co.                                 Chapter 11

Watson Valve Services, Inc.
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0541-4                     User: dhan                          Page 1 of 53

Date Rcvd: Dec 16, 2020                  Form ID: trc                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 10945387 | + AMERICAN HELI-ARC, INC, 5009 PINEMONT DR., HOUSTON, TX 77092-3533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020                  Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party The Official Committee of January 24 Claimants apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Aaron L. Mitchell | on behalf of Defendant Watson Grinding & Manufacturing Co. aaronm@tbmmlaw.com  claudiav@tbmmlaw.com |
| Abigail R. Ryan | on behalf of Interested Party Texas Commission on Environmental Quality Abigail.Ryan@oag.texas.gov |
| Adam Daniel Peavy | on behalf of Creditor Edward Flores apeavy@triallawfirm.com  twindham@triallawfirm.com |
| Adam Daniel Peavy | on behalf of Creditor Hortensia Lima apeavy@triallawfirm.com  twindham@triallawfirm.com |

Adam Daniel Peavy

on behalf of Plaintiff Edward Flores apeavy@triallawfirm.com  twindham@triallawfirm.com

Adam Daniel Peavy

on behalf of Plaintiff Hortensa Lima apeavy@triallawfirm.com  twindham@triallawfirm.com

Adam Dennis Lewis

on behalf of Plaintiff Ecknozzio Fontenot e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Debra Fabuluje e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Ashanay Robertson e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Ernest Williams  Jr. e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Harold House e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Virginia Taylor e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Irma Diaz e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Odell Broady  Jr. e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff America Wilson e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Tuyet Nga Thi Banh e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Helen Haywood e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Joel Gonzalez Molina e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Kevin Davenport e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Lamarcus McKinney e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Keorie Crumpton e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff William Evans e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Mark Cruz e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Elizabeth Gonzalez e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Cheyanne Barnes e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Nydia McKinney e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Ramiro Cruz e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Joe Curry e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Jose Cruz e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Van Van Le e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Carl Anderson e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Angelina Burge-Shults e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Calvin E. Smith e-service@arnolditkin.com crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Ernest Bruce Williams  Sr. e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Lionnel Stewart e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Rashied Murray e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Howanika Williams e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Leonard Reed e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Irving Holcomb e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Derrick Ross  Individually and As Next Friend of D.R.J., a Minor e-service@arnolditkin.com,
crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Humberto Munguia e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Gwendolyn Stewart e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Albano Hoxhaj e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Kang Soon Chon e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Terrence Eugene Flax e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Jung Soo Kim e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Reginald K. Jones  Sr. e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Kirk Simmons e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Bryan Cruz e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Kyung Hee Kim e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Alicia Gonzalez e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Tiffany Washington  Individually and As Next Friend of D.S. and Z.S., Minors e-service@arnolditkin.com,
crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Hee Dong Cho e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Joe Shanga Daniel e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Stephanie Clark  Individually and As Next Friend of J.C. and T.C. e-service@arnolditkin.com,
crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Dan Holcomb  Jr. e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Pamela Tindall e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Dante McDaniel e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Latasha Toney e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Gregory Holcomb e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Iris Arceneaux e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Claburne Long e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Jawon Gay e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Jose Guerrero e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Gregorio Guerrero e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Jesse Hudson e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Song Cho e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Hubester Uriostegui e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Roger Barnes e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Willie Ray Evans e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Latrisha Jordan  Individually and As Next Friend of C.J., a Minor e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Jannette Thomas e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Leanor Guerrero e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Lakeshia McDaniel  Individually, On Behalf of N.C. and Z.C., Minors, and On Behalf of The Estate of Keith Lewis e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Dedric Cloud e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Stephanie Ballard  Individually and As Next Friend of R.B. and R.J.J., Minors e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Flavja Mucka e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Lenora Holcomb e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Johnnie May Ray e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Cheryl Berry e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Yong Cha Kim e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Yong Du Chon e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Cermase Barry  Individually and As Next Friend of C.B.J. e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Leodis Smith e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Alice Long e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff John Henry Williams  Jr. e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Bich Lien Banh e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Shaun Childs e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Raphael Malveaux e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Mary Frances Martin-Hall e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Christopher Smith e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Lakeith McKinney  Jr., Individually and As Next Friend of C.A.M., and C.O.M., Minors
e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Damien Lawson e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Eric Young e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Emmer Haggerty e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Shawn Brown e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Emanuel Crumpton e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Lee Han Kyu e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Taisha Williams e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Rickie Holcomb e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Darryl Jackson  Sr., Individually and As Next Friend of D.J.J. e-service@arnolditkin.com,
crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Gary Warren e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Beverly Ayers e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Tylar Qualls  Individually and As Next Friend of S.T.J., M.A.D.N., M.A.R.N. and D.S., Minors
e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Jim Haywood  Individually and As Next Friend of H.R.H., a Minor e-service@arnolditkin.com,
crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Jessica Turner  Individually and As Next Friend of J.S. and L.S., Minors e-service@arnolditkin.com,
crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff John W. Emerson e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Iesheia Ayers-Wilson e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Eunice Todd e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Shani Sapp  Individually and As Next Friend of D.S., G.S., K.Y.S., K.A.S., Minors
e-service@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis

on behalf of Plaintiff Odell Jermaine Brown e-service@arnolditkin.com  crystal-deleon-5684@ecf.pacerpro.com

District/off: 0541-4
Date Rcvd: Dec 16, 2020

User: dhan
Form ID: trc

Page 6 of 53
Total Noticed: 1

Adam Dennis Lewis
on behalf of Plaintiff Willie Mae Williams e-service@arnolditkin.com crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis
on behalf of Plaintiff Ricardo Lozano e-service@arnolditkin.com crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis
on behalf of Plaintiff Juan Diaz e-service@arnolditkin.com crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis
on behalf of Plaintiff Katina Brown e-service@arnolditkin.com crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis
on behalf of Plaintiff Sirron Reed e-service@arnolditkin.com crystal-deleon-5684@ecf.pacerpro.com

Adam Dennis Lewis
on behalf of Plaintiff Vernon Ray e-service@arnolditkin.com crystal-deleon-5684@ecf.pacerpro.com

Adam Laird Anthony
on behalf of Plaintiff Maria Ofelia Gutierrez aanthony@anthony-peterson.com jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Eva Olvera aanthony@anthony-peterson.com jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Eladia Aldana Individually and as Next Friend of K. C., a Minor, Y. C., Jr., a Minor, and D. C., a Minor aanthony@anthony-peterson.com, jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Maria Ofelia Mondragon individually and as next friend of N.G., D.A.G., and A.G., Minor Children aanthony@anthony-peterson.com, jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Angel Olvera aanthony@anthony-peterson.com jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Yuner Oswaldo Cante DeLeon Individually and as Next Friend of K. C., a Minor, Y. C., Jr., a Minor, and D. C., a Minor aanthony@anthony-peterson.com, jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Soany Maradiago Ortiz aanthony@anthony-peterson.com jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Asnoraldo Orobio aanthony@anthony-peterson.com jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Daniel Gutierrez Jr. aanthony@anthony-peterson.com, jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Liliana Cabezas aanthony@anthony-peterson.com jrowe@anthony-peterson.com

Adam Laird Anthony
on behalf of Plaintiff Soany S. Maradiago Ortiz aanthony@anthony-peterson.com jrowe@anthony-peterson.com

Ana Maria Ene
on behalf of Creditor Roy Tipton AEne@triallawfirm.com twindham@triallawfirm.com

Ana Maria Ene
on behalf of Plaintiff Guiomar Novaez III AEne@triallawfirm.com, twindham@triallawfirm.com

Ana Maria Ene
on behalf of Plaintiff Marlene Tipton AEne@triallawfirm.com twindham@triallawfirm.com

Ana Maria Ene
on behalf of Plaintiff Melinda Novaez AEne@triallawfirm.com twindham@triallawfirm.com

Ana Maria Ene
on behalf of Plaintiff Karen Kartlie AEne@triallawfirm.com twindham@triallawfirm.com

Ana Maria Ene
on behalf of Creditor Karen Kartlin AEne@triallawfirm.com twindham@triallawfirm.com

Ana Maria Ene
on behalf of Plaintiff Jose Solorzano AEne@triallawfirm.com twindham@triallawfirm.com

Ana Maria Ene
on behalf of Plaintiff Salvador Santana AEne@triallawfirm.com twindham@triallawfirm.com

Ana Maria Ene
on behalf of Plaintiff Maria Solorzano AEne@triallawfirm.com twindham@triallawfirm.com

Ana Maria Ene
on behalf of Creditor Marlene Tipton AEne@triallawfirm.com twindham@triallawfirm.com

Ana Maria Ene
                    on behalf of Plaintiff Roy Tipton AEne@triallawfirm.com  twindham@triallawfirm.com

Andrea Levin Kim
                    on behalf of Plaintiff Diana Villalpando andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Amber Lane andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Jorge Pham andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Emily Perez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Dana Feaster andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Julia Talamantes andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Frank Peters andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Homero Regaldo andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Rivas Husband andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Brian Rego andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Sulma Bejano andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Maricela Flores andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff David Solorazano andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Luz Maria Villa andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Ever Omar Bautista andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Daniel Bravo andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Sara Gloria andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Juan Torres andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Maria Diosado andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Mario Ginaldo andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Candy Tovar andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Jose Mata andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Elba Lemus andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Patricia Cervantes andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Jose Corral andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Rigoberto Miranda  Jr. andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Victoria Wells andrea@dtlawyers.com

District/off: 0541-4
Date Rcvd: Dec 16, 2020

User: dhan
Form ID: trc

Page 8 of 53
Total Noticed: 1

Andrea Levin Kim
on behalf of Plaintiff Hilda Limas andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Jose Romero andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Amelia Diosdado andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Erica Bravo andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Wendy Honda andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Miguel Cordero andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Flor D. Cubas andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Catherine Drawsand andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Steven Tran andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Alvaro Mendieta andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Armin Denic andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Stacy Argo andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Sindy Sanchez andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Sebastijan Berenji andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Denis Hernandez andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Eduardo Flores andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Cindy Ortega andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Luis Medellin andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Andres Gomez andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Maria J. Hernandez andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Mark Tran andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Abigail Hernandez andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Bich Dao Nguyen andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff David Rains andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Maria Salazar andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Bibiano Sandoval andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Abel Martinez andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Phong Nguyen andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Myra Jefferson andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Arnold Ballinger andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Linda Dang andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Maria Ginaldo andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Rozalinda Gomez andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Blanca Solorazano andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff James Bostick andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Anthony Howard  Jr. andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Doris Arias andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Rebecca McKeehan andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Miguel Puente Salazar andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Jorge Cubas andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Laura Ceballos andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Chris Le andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Terri Sepulveda andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Nguyen Hoang andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Susan Lopez andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Lawrence Sepulveda andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Mayra Benitez andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Erika Flores andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Jose Tovar andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Michael Salazar andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Jeanne Merritt andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Joseph Pham andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Rochelle Feaster andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Sylvia Garza andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Jasmin Serna andrea@dtlawyers.com

Andrea Levin Kim
      on behalf of Plaintiff Mervin Albania andrea@dtlawyers.com

District/off: 0541-4                          User: dhan                                    Page 10 of 53
Date Rcvd: Dec 16, 2020                    Form ID: trc                                   Total Noticed: 1

Andrea Levin Kim
                    on behalf of Plaintiff Guadealupe Castro andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Cynthia Tates andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Daniela Cortez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Gilbert Orellana andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Angelina Sandoval andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Interested Party Kwok Daniel Ltd.  L.L.P. andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Karla Rodriguez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Kelly Malady andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Hector Medellin andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Joan Doan andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Janet Martinez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Melody Dolpher andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Wendy Nguyen andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Pamela Roberson andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Pablo Lopez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Maria Medellin andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Leonor Beltran andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Noe Cruz andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Karen Ford Todd andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Mirian Cruz andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Luis Reyes andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Mary Bostick andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Maria Barajas andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Ana Sarpas andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Cuong Vo andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Viet Tran andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Sergio Cruz andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Tatiana Martinez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Steven Reagle andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Travis Horton andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Mario Ruiz andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Catherine Norton andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Ernesto Benitez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Catherine Laake andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Elizabeth Rueda andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Farah Albania andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Rosalba Martinez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Rosaura Calix andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Victor Delgado  et al. andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Lashonda M. Henderson andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Sotaura Tyler andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Francisco Lozano andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Lucero Medellin andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Alison Long andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Domingo Duron andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff David Diosdado andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Eloy Ortega andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff John Baccam andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Hung Duc Pham andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Daniel Juarez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Skylar Douglas andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Fernanda Pierre andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Adam Ontoya-Torres andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Cristhian Martinez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Omar Cruz andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Benito Hernandez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Blanca Mojica andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Diana Lopez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Kevin Vu andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Daisy Lozano andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Morgan Lee andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Jorge Chacon andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Maria Hernandez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Reymundo Ceballos andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Maria Uriostegui andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Johnny Villalpando andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Lidia Harrison andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Brenda Pham andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Karen Laake andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Oliva Flores andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Dan Berry Argo andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Andres Uriostegui andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Patricio Hernandez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Martin Boado andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Joseph Cropper andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Jerlesa Tates andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Roberto Hernandez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Jessie Sewel andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Andrea Horton andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Leonel Garcia andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Irlanda Copeland andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Freddy Sanchez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Trivia Douglass andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Edith Vaesa andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Zacarias Chacon andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Ingrid Miranda andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Daniel Drawsand andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Rosalba Mendieta andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Manuel Corral andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Yolanda Wells andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Angeline Garza andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Silvia Arevalo andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Oneida Talamantes andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Leticia Alarcon andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Robb King andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Jaime Gonzalez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Marcos Ramos andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Yessica Gonzalez andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Jung S. Yun andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Chris Santiff andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Richard Gannon andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Mariela Garcia andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Kyle Mathis andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Martin Esqueda andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Mayra Reyes andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Celina Sandoval andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Evelyn Ibarra andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Kevin Argo andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Sergio Cruz  Jr. andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Eduardo Dolpher andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Annie Tyler andrea@dtlawyers.com

Andrea Levin Kim
                    on behalf of Plaintiff Victoria Torres andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Paul Martinez andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Robert Ojeda andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Patricia Partales andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Julissa Ruiz andrea@dtlawyers.com

Andrea Levin Kim
on behalf of Plaintiff Tuyet Do andrea@dtlawyers.com

Anooj M Thakrar
on behalf of Plaintiff Allstate Texas Lloyds athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff Allstate Vehicle and Property Insurance Company athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff Safeco Insurance Company of Indiana athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff Liberty Lloyds of Texas Insurance Company athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff Progressive County Mutual Insurance Company athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff Allstate Fire & Casualty Insurance Company athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff Allstate Indemnity Company athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff State Farm Lloyds athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff Lighthouse Property Insurance Corporation athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff State Farm Mutual Automobile Insurance Company athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Anooj M Thakrar
on behalf of Plaintiff Liberty Insurance Corporation athakrar@ghlaw-llp.com  kholubec@ghlaw-llp.com

Brendan Patrick Doherty
on behalf of Defendant Watson Valve Services  Inc. bdoherty@glllaw.com, rrackley@glllaw.com;smoberg@glllaw.com

Brendan Patrick Doherty
on behalf of Cross Defendant Watson Valve Services  Inc. bdoherty@glllaw.com, rrackley@glllaw.com;smoberg@glllaw.com

Brendan Patrick Doherty
on behalf of Interested Party Watson Valve Services  Inc. bdoherty@glllaw.com, rrackley@glllaw.com;smoberg@glllaw.com

Brendan Patrick Doherty
on behalf of In Re: Watson Valve Services  Inc. bdoherty@glllaw.com, rrackley@glllaw.com;smoberg@glllaw.com

Brendan Patrick Doherty
on behalf of Defendant Watson Grinding and Manufacturing Co. bdoherty@glllaw.com
rrackley@glllaw.com;smoberg@glllaw.com

Brendan Patrick Doherty
on behalf of 3rd Pty Defendant Watson Valve Services  Inc. bdoherty@glllaw.com, rrackley@glllaw.com;smoberg@glllaw.com

Brennan Michael Kucera
on behalf of Plaintiff Edith Aseneth Vaesa brennan@ck-firm.com

Brennan Michael Kucera
on behalf of Plaintiff Reymundo Alexander Vaesa brennan@ck-firm.com

Brennan Michael Kucera
on behalf of Plaintiff Kimberly Renee Varley brennan@ck-firm.com

Brennan Michael Kucera
on behalf of Plaintiff Kimberly Varley brennan@ck-firm.com

Brennan Michael Kucera
on behalf of Plaintiff Reymundo Vaesa brennan@ck-firm.com

Brennan Michael Kucera

on behalf of Plaintiff Edith Vaesa  Individually and as Next Friends of L.V., E.V. and E.V., Minor Children brennan@ck-firm.com

Brian P Johnson

on behalf of Interested Party Industrial Scientific Corporation bjohnson@johnsontrent.com lreeves@johnsontrent.com;tburns@johnsontrent.com;ksehic@johnsontrent.com

Brian P Johnson

on behalf of Defendant Industrial Scientific Corporation bjohnson@johnsontrent.com lreeves@johnsontrent.com;tburns@johnsontrent.com;ksehic@johnsontrent.com

Bruce J Ruzinsky

on behalf of Creditor KMHJ  Ltd. bruzinsky@jw.com, ygalvin@jw.com;msalinas@jw.com

Bruce J Ruzinsky

on behalf of Defendant KMHJ Management Company  LLC bruzinsky@jw.com, ygalvin@jw.com;msalinas@jw.com

Bruce J Ruzinsky

on behalf of Defendant KMHJ  Ltd. bruzinsky@jw.com, ygalvin@jw.com;msalinas@jw.com

Bryant Allen Fitts

on behalf of Plaintiff Opal Wiley bfitts@fittslawfirm.com

Byron Craig Alfred

on behalf of Creditor Yesenia Ayala  as Next Friend of I.C. and A.C. (Minors) Byron@alfredfirm.com, amanda@alfredfirm.com;johnny@alfredfirm.com;litsy@alfredfirm.com

Caroline L Maida

on behalf of Interested Party Ramon Cortez clmaida@mostynlaw.com  gfcdocketefile@mostynlaw.com

Chance Allen McMillan

on behalf of Plaintiff Saul Aguilar  Individually and as Next of Friends to Y.A. and Y.A. (Minors) cam@mcmillanfirm.com, filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Vi Hoang Kim Wannigman cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Olga Sifuentes Ipina cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Marco Murillo cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Miriam Claudia Valera  Individually and as Next of Friend to C.V. (Minor) cam@mcmillanfirm.com, filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Maria Viera cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Duong Tung La cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Jose Villalobos cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Delia Aguilar  Individually and as Next of Friends to Y.A. and Y.A. (Minors) cam@mcmillanfirm.com, filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Kelly Thu Nguyen cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Javier Salazar cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Dau Thi Hoang cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Myra Saucedo  Individually and as Next of Friend of I.F. (Minor) cam@mcmillanfirm.com, filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Javier Lopez Herrera cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Bicha-Nga Thi Le cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Oscar Javier Matias cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

Chance Allen McMillan
on behalf of Plaintiff Humberto Arreola cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Miriam Castillo  Individually and as Next Friends to E.R. and A.R. (Minors) cam@mcmillanfirm.com,
filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Richard Kirschner cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Aleska Perales cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Velia Castaneda cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Melissa Alvarez cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Maria Valdez cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Kelly Chavez cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Gilberto Mendoza Cruz cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Karina Montoya  Individually and as Next of Friends to G.M. and J.M. cam@mcmillanfirm.com,
filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Melanie Rojas cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Marlen Ambriz  Individually and as Next Friend of S.A., E.A., E.M. (Minors) cam@mcmillanfirm.com,
filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Maria Matias cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Christopher Tovar cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Michelle Santillana cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Gilberto Figueroa  Individually and as Next of Friend of I.F. (Minor) cam@mcmillanfirm.com,
filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Gilberto Figueroa cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Eric Rodriguez  Sr., Individually and as Next Friends to E.R. and A.R. (Minors) cam@mcmillanfirm.com,
filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Alvaro Arriga cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Hector Mondragon Olvera cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Bich-Nga Thi Le cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Dua Thi Hoang cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Isabella Figueroa cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Juan Garcia Graciano cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Sonia Villalobos cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan
on behalf of Plaintiff Hoan Pham cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Maria Lourdes Hernandez cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Gloria Balderas cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Baldemar Valdez cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Riccy Yosimer Castillo  Individually and as Next Friend to J.C. (Minor) cam@mcmillanfirm.com, filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Juan Santillana cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Zitlaly Matias cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Esmeralda Gonzalez Garcia  Individually and as Next Friend of F.M., Z.M., and H.M. (Minors) cam@mcmillanfirm.com, filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Victor Garcia Salas cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Jienniy Nazario cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Elizabeth Salazar cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Laura Santillana cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Pedro Montoya cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Jennifer Phoung Nguyen cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Alex Mabry cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Gaspar Hernandez cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Amanda Sutton cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Jose Luis Matias  Jr. cam@mcmillanfirm.com, filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Maria Isabel Trejo cam@mcmillanfirm.com  filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Massiel Nunez  individually and as next friend of I.M. and A.M. (Minors) cam@mcmillanfirm.com, filing@mcmillanfirm.com

Chance Allen McMillan

on behalf of Plaintiff Vi Hoang Kim Wannigam cam@mcmillanfirm.com  filing@mcmillanfirm.com

Charles M Rubio

on behalf of Debtor Watson Grinding & Manufacturing Co. crubio@parkinslee.com 7485062420@filings.docketbird.com;arodriguez@parkinslee.com

Charles M Rubio

on behalf of Creditor John M. Watson crubio@parkinslee.com  7485062420@filings.docketbird.com;arodriguez@parkinslee.com

Christopher Jerrod Leavitt

on behalf of Plaintiff Mark Marthieo  Individually and as Next Friend of Y.M., a Minor cleavitt@txattorneys.com

Christopher Jerrod Leavitt

on behalf of Plaintiff Charlene Marthieo cleavitt@txattorneys.com

Christopher M LaVigne

on behalf of Defendant Matheson Tri-Gas Inc lavignec@gtlaw.com starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Defendant Matheson Tri-Gas  Inc. lavignec@gtlaw.com, starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of 3rd Party Plaintiff Western International Gas & Cylinders  Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Plaintiff Western International Gas  Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Plaintiff Karen Kartlie lavignec@gtlaw.com
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Cross-Claimant Matheson Tri Gas  Inc. and Western International Gas & Cylinders, Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Cross-Claimant Western International Gas & Cylinders  Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of 3rd Party Plaintiff Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Defendant Watson Grinding and Manufacturing Co. lavignec@gtlaw.com
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Cross-Claimant Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of 3rd Party Plaintiff Matheson Tri-Gas  Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Plaintiff Matheson Tri-Gas  Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Defendant Western International Gas  Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Defendant Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Defendant Western International Gas & Cylinders  Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Cross-Claimant Matheson Tri-Gas  Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of Creditor Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. lavignec@gtlaw.com,
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Christopher M LaVigne

on behalf of 3rd Party Plaintiff Matheson Tri-Gas Inc lavignec@gtlaw.com
starkb@gtlaw.com;davisons@gtlaw.com;jamrokg@gtlaw.com;johnsonkary@gtlaw.com;flanagans@gtlaw.com

Clinton J Echols

on behalf of Defendant Automation Plus  Inc. cechols@resnlaw.com, mprice@resnlaw.com

Clinton J Echols

on behalf of Defendant Automation Plus cechols@resnlaw.com  mprice@resnlaw.com

Clinton J Echols

on behalf of Defendant Automated Process  Inc. cechols@resnlaw.com, mprice@resnlaw.com

Courtney Hull

on behalf of Creditor Texas Comptroller of Public Accounts bk-chull@oag.texas.gov  sherri.simpson@oag.texas.gov

Crystal Del Toro

on behalf of Creditor William Wallingsford cdeltoro@txattorneys.com
cleavitt@txattorneys.com;rpigg@txattorneys.com;bagosto@txattorneys.com;meddington@txattorneys.com;rsteinhart@txattorneys.com;cbrandfieldharvey@txattorneys.com

Damon Jeffrey Brinson

on behalf of Defendant 3M Company damon.brinson@bowmanandbrooke.com

tammy.yonker@bowmanandbrooke.com;amie.vanella@bowmanandbrooke.com;3MWatson@bowmanandbrooke.com

Damon Jeffrey Brinson

on behalf of Creditor 3M Company damon.brinson@bowmanandbrooke.com
tammy.yonker@bowmanandbrooke.com;amie.vanella@bowmanandbrooke.com;3MWatson@bowmanandbrooke.com

David Fisk

on behalf of Plaintiff Stag Houston 2  L.P. dfisk@krcl.com, kedwards@krcl.com

David L Miller

on behalf of Defendant TRCC dmiller@msc-lawyer.com  e-service@msc-lawyer.com

David L Miller

on behalf of Defendant TRCC  LLC dmiller@msc-lawyer.com, e-service@msc-lawyer.com

Dean G Pappas

on behalf of Creditor AMICA MUTUAL INSURANCE COMPANY dpappas@dgplawfirm.com  aargeroplos@dgplawfirm.com

Debra Lynn Bradberry

on behalf of Defendant ARC Specialties  Inc. dbradberry@germer.com,
anewland@germer.com;lmccoy@germer.com;rrichard@germer.com;megank@germer.com;kbarron@germer.com

Debra Lynn Bradberry

on behalf of Defendant ARC Specialities  Inc. dbradberry@germer.com,
anewland@germer.com;lmccoy@germer.com;rrichard@germer.com;megank@germer.com;kbarron@germer.com

Duane Douglas Mena

on behalf of Plaintiff Chien Nguyen dmena@esclawyers.com

Duane Douglas Mena

on behalf of Plaintiff Barbara Moore dmena@esclawyers.com

Duane Douglas Mena

on behalf of Plaintiff Phuoc Nguyen dmena@esclawyers.com

Duane Douglas Mena

on behalf of Plaintiff Hong Nguyen dmena@esclawyers.com

Duane Douglas Mena

on behalf of Plaintiff Ru Nguyen dmena@esclawyers.com

Duane Douglas Mena

on behalf of Plaintiff Myca Nguyen dmena@esclawyers.com

Duane Douglas Mena

on behalf of Plaintiff Son Le dmena@esclawyers.com

Duane Douglas Mena

on behalf of Plaintiff Stephonne Smith dmena@esclawyers.com

Duane Douglas Mena

on behalf of Plaintiff Jose Antonio Ramos dmena@esclawyers.com

EUGENE R EGDORF

on behalf of Interested Party GERARDO CASTORENA JR.  INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF
GERALDO CASTORENA, SR., DECEASED, AND ON BEHALF OF THE STATUTORY WRONGFUL DEATH
BENEFICIARIES gene@shraderlaw.com, blake@shraderlaw.com

Eric Dick

on behalf of Plaintiff June Choe eric@dicklawfirm.com

Eric Dick

on behalf of Creditor Sophia S Navarro eric@dicklawfirm.com

Eric Dick

on behalf of Plaintiff Sara G. Darrow eric@dicklawfirm.com

Eric Dick

on behalf of Plaintiff A&H Auto Tech  et al. eric@dicklawfirm.com

Eric Dick

on behalf of Plaintiff Sang Choe eric@dicklawfirm.com

Erin E Jones

on behalf of Defendant Watson Grinding and Manufacturing Co. erin@jmbllp.com  jessica@jmbllp.com

Erin E Jones

on behalf of Cross Defendant Watson Grinding & Manufacturing Co. erin@jmbllp.com  jessica@jmbllp.com

Erin E Jones

on behalf of 3rd Pty Defendant Watson Grinding and Manufacturing Co. erin@jmbllp.com  jessica@jmbllp.com

Erin E Jones

District/off: 0541-4
Date Rcvd: Dec 16, 2020

User: dhan
Form ID: trc

Page 20 of 53
Total Noticed: 1

on behalf of Defendant Watson Grinding & Manufacturing Co. erin@jmbllp.com jessica@jmbllp.com

Erin E Jones

on behalf of Attorney Jones Murray & Beatty  LLP erin@jmbllp.com, jessica@jmbllp.com

Erin E Jones

on behalf of Trustee Janet S Casciato-Northrup erin@jmbllp.com  jessica@jmbllp.com

Erin E Jones

on behalf of Cross Defendant Watson Grinding and Manufacturing Co. erin@jmbllp.com  jessica@jmbllp.com

Ernest P Gieger, Jr

on behalf of In Re: Watson Valve Services  Inc. egieger@glllaw.com, duli@glllaw.com

Ernest P Gieger, Jr

on behalf of Interested Party Watson Valve Services  Inc. egieger@glllaw.com, duli@glllaw.com

Ernest P Gieger, Jr

on behalf of Defendant Watson Valve Services  Inc. egieger@glllaw.com, duli@glllaw.com

Frank G Vlahakos

on behalf of Creditor AMICA MUTUAL INSURANCE COMPANY fvlahakos@dgplawfirm.com  aargeroplos@dgplawfirm.com

Giorgio George Caflisch

on behalf of Defendant Watson Grinding and Manufacturing Co. gcaflisch@sheehyware.com

Giorgio George Caflisch

on behalf of Defendant Watson Grinding & Manufacturing Co. gcaflisch@sheehyware.com

Gregory F Cox

on behalf of Plaintiff Ramon Cortez gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Ana Maria Hernandez gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Hoa Tran gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Ray Khalili gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Miriam Perez  Individually and a/n/f of C.M., a Minor gfcox@mostynlaw.com,
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Long Tran gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Karina Metsets gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Carmen Alvarez  Individually and a/n/f of Y.H., a Minor gfcox@mostynlaw.com,
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Enrique Medellin gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Rodrigo Molina gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Kathleen Barrera gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Kathy Molina gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Armando Soto gfcox@mostynlaw.com
rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Gregory F Cox

on behalf of Plaintiff Hector Leonides gfcox@mostynlaw.com

rsebarb@mostynlaw.com;crcallahan@mostynlaw.com;lccowart@mostynlaw.com

Heath A Novosad

on behalf of Plaintiff Farah Albania heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Myra Jefferson heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Elizabeth Rueda heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Wendy Nguyen heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Sergio Cruz heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Kyle Mathis heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Sotaura Tyler heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Mayra Reyes heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Candy Tovar heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Angeline Garza heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Mario Ginaldo heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Freddy Sanchez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Zacarias Chacon heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Linda Dang heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Victoria Wells heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Lawrence Sepulveda heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Skylar Douglas heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Eloy Ortega heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Karla Rodriguez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jose Romero heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Morgan Lee heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Martin Esqueda heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Maria Uriostegui heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Rebecca McKeehan heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jorge Pham heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Emily Perez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Laura Ceballos heath.novosad@bgllp.com  kasia@dtlawyers.com

District/off: 0541-4                          User: dhan                          Page 22 of 53
Date Rcvd: Dec 16, 2020                       Form ID: trc                        Total Noticed: 1

Heath A Novosad
    on behalf of Plaintiff Juan Torres heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Bich Dao Nguyen heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Dan Berry Argo heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Janet Martinez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Maricela Flores heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Hilda Limas heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Daniel Drawsand heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Michael Salazar heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Blanca Solorazano heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Luz Maria Villa heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Ernesto Benitez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Diana Villalpando heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Cuong Vo heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Jorge Cubas heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Angelina Sandoval heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Joseph Cropper heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Chris Santiff heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Luis Medellin heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Nguyen Hoang heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Abel Martinez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Jorge Chacon heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Yolanda Wells heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Bibiano Sandoval heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Cristhian Martinez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Daisy Lozano heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Benito Hernandez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Cindy Ortega heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad
    on behalf of Plaintiff Ana Sarpas heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Homero Regaldo heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Brenda Pham heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Celina Sandoval heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Steven Tran heath.novosad@dtlawyers.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Sulma Bejano heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Maria Hernandez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Susan Lopez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Maria Salazar heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Noe Cruz heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Marcos Ramos heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Rivas Husband heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Terri Sepulveda heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Flor D. Cubas heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Trivia Douglass heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Kelly Malady heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Maria Ginaldo heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Mary Bostick heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Amelia Diosdado heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Elba Lemus heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Patricia Cervantes heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Johnny Villalpando heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Hung Duc Pham heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Viet Tran heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Irlanda Copeland heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Daniela Cortez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Travis Horton heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Ingrid Miranda heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Dana Feaster heath.novosad@bgllp.com  kasia@dtlawyers.com

District/off: 0541-4
Date Rcvd: Dec 16, 2020

User: dhan
Form ID: trc

Page 24 of 53
Total Noticed: 1

Heath A Novosad

on behalf of Plaintiff Doris Arias heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Catherine Drawsand heath.novosad@dtlawyers.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Catherine Laake heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Melody Dolpher heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Denis Hernandez heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Maria Medellin heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Amber Lane heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Miguel Cordero heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jose Corral heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Sindy Sanchez heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Andres Uriostegui heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Guadealupe Castro heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jasmin Serna heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Mariela Garcia heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Omar Cruz heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Daniel Juarez heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Andres Gomez heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Rosalba Martinez heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Sergio Cruz  Jr. heath.novosad@bgllp.com, kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jeanne Merritt heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Ever Omar Bautista heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Erica Bravo heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Lucero Medellin heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff John Baccam heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Erika Flores heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Maria J. Hernandez heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Maria Diosado heath.novosad@bgllp.com kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Kevin Vu heath.novosad@bgllp.com kasia@dtlawyers.com

District/off: 0541-4                     User: dhan                          Page 25 of 53
Date Rcvd: Dec 16, 2020                  Form ID: trc                        Total Noticed: 1

Heath A Novosad

on behalf of Plaintiff Jerlesa Tates heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Manuel Corral heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Robb King heath.novosad@dtlawyers.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Sara Gloria heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Chris Le heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Tatiana Martinez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Rochelle Feaster heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Blanca Mojica heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jung S. Yun heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Sylvia Garza heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Anthony Howard  Jr. heath.novosad@bgllp.com, kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Abigail Hernandez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Interested Party Kwok Daniel Ltd.  L.L.P. heath.novosad@dtlawyers.com, kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Pamela Roberson heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Reymundo Ceballos heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Rosaura Calix heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Armin Denic heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Martin Boado heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff James Bostick heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Richard Gannon heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Karen Laake heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Patricia Partales heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Stacy Argo heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Domingo Duron heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Andrea Horton heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Alvaro Mendieta heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Maria Barajas heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Mirian Cruz heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Victor Delgado  et al. heath.novosad@dtlawyers.com, kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Phong Nguyen heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Lidia Harrison heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Wendy Honda heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jaime Gonzalez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Pablo Lopez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Eduardo Dolpher heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jessie Sewel heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Julia Talamantes heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Mario Ruiz heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Yessica Gonzalez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Diana Lopez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jose Tovar heath.novosad@dtlawyers.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Julissa Ruiz heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Frank Peters heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Alison Long heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Rigoberto Miranda  Jr. heath.novosad@dtlawyers.com, kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Mayra Benitez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Leonor Beltran heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Joseph Pham heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Fernanda Pierre heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Cynthia Tates heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff David Rains heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Hector Medellin heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Catherine Norton heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Sebastijan Berenji heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Daniel Bravo heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Tuyet Do heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Leonel Garcia heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Steven Reagle heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Roberto Hernandez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Eduardo Flores heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Paul Martinez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Lashonda M. Henderson heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Miguel Puente Salazar heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Evelyn Ibarra heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Patricio Hernandez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Luis Reyes heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Oneida Talamantes heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Gilbert Orellana heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Annie Tyler heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff David Diosdado heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Francisco Lozano heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Silvia Arevalo heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Mervin Albania heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Robert Ojeda heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Rosalba Mendieta heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Oliva Flores heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff David Solorazano heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Brian Rego heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Jose Mata heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Edith Vaesa heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Karen Ford Todd heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Victoria Torres heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Leticia Alarcon heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Mark Tran heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Arnold Ballinger heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Kevin Argo heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Adam Ontoya-Torres heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Joan Doan heath.novosad@bgllp.com  kasia@dtlawyers.com

Heath A Novosad

on behalf of Plaintiff Rozalinda Gomez heath.novosad@bgllp.com  kasia@dtlawyers.com

Heather Heath McIntyre

on behalf of Defendant Watson Grinding and Manufacturing Co. HMcIntyre@hwallp.com  dek@hwallp.com;lslater@hwa.com

Heather Heath McIntyre

on behalf of Attorney HughesWattersAskanase  LLP HMcIntyre@hwallp.com, dek@hwallp.com;lslater@hwa.com

Heather Heath McIntyre

on behalf of Trustee Janet S Casciato-Northrup HMcIntyre@hwallp.com  dek@hwallp.com;lslater@hwa.com

Henry Flores

on behalf of Interested Party Fabian Flores hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Francisco Castrejon hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Deztini Southall  individually and as next friends and guardians of P.B. and P.B., Minors hflores@rappandkrock.com, kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Phillip Burnam  Both Individually and as Next Friends and Guardians of P.B. and P.B., Minor Children hflores@rappandkrock.com, kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Martin Dennis hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Steven Quinonez hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Interested Party Estate of Frank Flores hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Cesar Quinonez hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Philip Burnam hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Maria Castrejon hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Interested Party Maggie Rivera hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Deztini Southall  Individually and as Next Friends and Guardians of P.B. and P.B., Minor Children hflores@rappandkrock.com, kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Yuliana Basurto  Individually and As Next Friend of K.B. And K.B., Minor Children hflores@rappandkrock.com, kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Jonathan Olivo hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Marcelo Parrott hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Elva Aguilar hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Lissette Sobalvarro hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

on behalf of Plaintiff Francisco Olivo hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

District/off: 0541-4
Date Rcvd: Dec 16, 2020

User: dhan
Form ID: trc

Page 29 of 53
Total Noticed: 1

on behalf of Plaintiff Jose Conejo hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Rodolfo Jaimes hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Juan Zarate hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Magda Quinonez hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Jaime Zarate hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Elisa Ruis  Individually and as Next Friends of G.F., M.F., J.F. and Y.F., Minor Children hflores@rappandkrock.com, kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Richard Delaunay hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Tae Kim hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Mary Hernandez hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Interested Party Margarita Flores hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Jikwang Lee hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Ana Montes hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Maria Mercedes Ramirez  Individually and as Representative of the Estate of Marco Quinonez, Deceased hflores@rappandkrock.com, kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Carole Goff hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Ana Mendoza Conejo hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Victor Zarate hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Lucina Carmona  et al. hflores@rappandkrock.com, kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Jose Alfredo Flores  Individually and as Next Friends of G.F., M.F., J.F. and Y.F., Minor Children hflores@rappandkrock.com, kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Maria Olivo hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Juan Conejo hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Plaintiff Bok Kim hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores
on behalf of Interested Party Abraham Watkins Plaintiffs hflores@rappandkrock.com  kmartin@rappandkrock.com

Holland Neff O'Neil
on behalf of Interested Party MOGAS Industries  Inc. , acordero@foley.com;jcharrison@foley.com

Ian P Cloud
on behalf of Plaintiff Michael Jackson  et al. icloud@robinscloud.com, aklausmeyer@robinscloud.com;hleatherwood@robinscloud.com

Ian Ranier Beliveaux
on behalf of Plaintiff Columbia Lloyds Insurance Company ibeliveaux@donatominxbrown.com

Jake P Skaggs
on behalf of Interested Party Zurich American Insurance Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs
on behalf of Plaintiff Meridian Security Insurance Company jskaggs@cozen.com  rphillips@cozen.com

District/off: 0541-4 | User: dhan | Page 30 of 53
Date Rcvd: Dec 16, 2020 | Form ID: trc | Total Noticed: 1

Jake P Skaggs

on behalf of Plaintiff Voyager Indemnity Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Lexington Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff American Security Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Chubb Lloyds Insurance Company of Texas jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Spinnaker Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party Certain Underwriters at Lloyds London jskaggs@cozen.com, rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Universal Insurance Company of North America jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Sentry Insurance A Mutual Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Underwriters at Lloyds London Subscribing to Policy Nos. AMR-62258-01, AMR-666045, AMR-64314-01 jskaggs@cozen.com, rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Insurors Indemnity Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party AmTrust London jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Penn American Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party SWYFFT jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Chubb National Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Privilege Underwriters Reciprocal Exchange jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Zurich American Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Steadfast Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party State Auto Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff American Bankers Insurance Company of Florida jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party Global Indemnity Group Services LLC jskaggs@cozen.com, rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Ace American Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff United Specialty Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party Westchester Surplus Lines Insurance Co. jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Safety Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff General Security Indemnity Company of Arizona jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Indian Harbor Insurance Company jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Velocity Risk Underwriters Inc. jskaggs@cozen.com rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff London Subscribing to Policy HVH-0002244-1 jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party Atlas-Insurers Indemnity Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Old Republic Union Insurance Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party United Property & Casualty Insurance Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Starr Indemnity & Liability Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party Geovera Specialty Insurance Services  Inc. jskaggs@cozen.com, rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Clear Blue Insurance Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff United Property & Casualty Insurance Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Westchester Surplus Lines jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Metropolitan Property and Casualty Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Interested Party Tokio Marine Kiln jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff HDI Global Specialty SE jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff QBE Specialty Insurance Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Geovera Specialty Insurance Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff United National Insurance Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Unitrin Preferred Insurance Company jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Tokio Marine Kiln jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Certain Underwriters at Lloyds jskaggs@cozen.com  rphillips@cozen.com

Jake P Skaggs

on behalf of Plaintiff Fednet Insurance Company jskaggs@cozen.com  rphillips@cozen.com

James Christopher Diamond

on behalf of Plaintiff Scottsdale Insurance Company diamoj2@nationwide.com

James Christopher Diamond

on behalf of Plaintiff Allied Property & Casualty Insurance Company diamoj2@nationwide.com

James Christopher Diamond

on behalf of Plaintiff Nationwide Property & Casualty Insurance Company diamoj2@nationwide.com

James Christopher Diamond

on behalf of Plaintiff Nationwide Lloyds Insurance Company diamoj2@nationwide.com

James Christopher Diamond

on behalf of Plaintiff Nationwide General Insurance Company diamoj2@nationwide.com

James Christopher Diamond

on behalf of Plaintiff Nationwide Insurance Company of America diamoj2@nationwide.com

James Christopher Diamond

on behalf of Plaintiff Nationwide Mutual Insurance Company diamoj2@nationwide.com

James R Jones

on behalf of Creditor Carbide and Metal  C & M Technologies LLC lawman77380@gmail.com, olcoyote@comcast.net

James Scott Douglass

on behalf of Interested Party James Scott Douglass jsd@aol.com

District/off: 0541-4
Date Rcvd: Dec 16, 2020
User: dhan
Form ID: trc
Page 32 of 53
Total Noticed: 1

Janet Douvas Chafin

on behalf of Creditor KMHJ  Ltd. jchafin@jw.com, ygalvin@jw.com,mmcclenathen@jw.com

Janet S Casciato-Northrup

jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com

Janet S Casciato-Northrup

on behalf of Trustee Janet S Casciato-Northrup jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com

Janet S Casciato-Northrup

on behalf of Attorney HughesWattersAskanase  LLP jln@hwa.com, jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com

Jarrod B. Martin

on behalf of Interested Party Watson Valve Services  Inc. jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;3012436420@filings.docketbird.com

Jarrod B. Martin

on behalf of Attorney McDowell Hetherington LLP jarrod.martin@chamberlainlaw.com
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;3012436420@filings.docketbird.com

Jarrod B. Martin

on behalf of Defendant Watson Valve Services  Inc. jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;3012436420@filings.docketbird.com

Jarrod B. Martin

on behalf of In Re: Watson Valve Services  Inc. jarrod.martin@chamberlainlaw.com,
Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;3012436420@filings.docketbird.com

Jason Bradley Binford

on behalf of Interested Party Texas Commission on Environmental Quality Jason.binford@oag.texas.gov

Jason Bradley Binford

on behalf of Interested Party Railroad Commission of Texas Jason.binford@oag.texas.gov

Joel Cameron Simon

on behalf of Plaintiff Sean Robert Rangel joel.simon@trialattorneytx.com

John P Dillman

on behalf of Creditor Harris County Houston_bankruptcy@publicans.com

John P Dillman

on behalf of Creditor Cypress-Fairbanks ISD Houston_bankruptcy@publicans.com

Joseph Peak Rovira

on behalf of Interested Party Kwok Daniel Ltd.  L.L.P. josephrovira@HuntonAK.com

Joshua Abraham Lesser

on behalf of Creditor Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. lesserj@gtlaw.com

Joshua W. Wolfshohl

on behalf of Interested Party The Official Committee of January 24 Claimants jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Karl Daniel Burrer

on behalf of Defendant Matheson Tri-Gas  Inc. burrerk@gtlaw.com, jamrokg@gtlaw.com,

Karl Daniel Burrer

on behalf of Creditor Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. burrerk@gtlaw.com,
jamrokg@gtlaw.com,

Karl Daniel Burrer

on behalf of Defendant Matheson Tri Gas  Inc. and Western International Gas & Cylinders, Inc. burrerk@gtlaw.com,
jamrokg@gtlaw.com,

Karl Daniel Burrer

on behalf of Defendant Western International Gas & Cylinders  Inc. burrerk@gtlaw.com, jamrokg@gtlaw.com,

Karl Daniel Burrer

on behalf of Defendant Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. burrerk@gtlaw.com,
jamrokg@gtlaw.com,

Karl Daniel Burrer

on behalf of Cross-Claimant Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. burrerk@gtlaw.com,
jamrokg@gtlaw.com,

Karl Daniel Burrer

on behalf of Defendant Matheson Tri-Gas Inc burrerk@gtlaw.com  jamrokg@gtlaw.com,

Kealy Christian Sehic

on behalf of Defendant Industrial Scientific Corporation ksehic@johnsontrent.com

Kevin M Madden

on behalf of Plaintiff S & I Realty  LLC kmm@kmaddenlaw.com

Kevin M Madden
on behalf of Interested Party S & I Realty   LLC kmm@kmaddenlaw.com

Larry Lee Thweatt
on behalf of Plaintiff Gordon Andrus lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Carlos Marquez lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Christie Vo lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Liliana Rodriguez lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Creditor Houston Corvette Services  LLC lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff David Uribe lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Alberto Nieves lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff CMV Fresh Solutions  Inc. lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Miriam Marquez lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Stingray Energy  LLC lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Miranda Marcelina Flores lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff MF HVAC Supply  LLC lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Carlos Vilche lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Tommy Vo  Individually and d/b/a Import Car Care lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff AMM Services  LLC lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Jenny Nieves  Individually and as Next of Friend of K.V., a Minor lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Decorus Manufacturing Co. lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Houston Corvette Service  Inc. lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff D. Reagan Daniel  III lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt
on behalf of Plaintiff Irma Nieves Vargas lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt

on behalf of Plaintiff Famela  LLC lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt

on behalf of Plaintiff Michael Carpino  Individually and d/b/a Art Foundry Carpino lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt

on behalf of Plaintiff Abner Knight lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt

on behalf of Plaintiff Sonia Martinez lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt

on behalf of Plaintiff Mary Bui lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt

on behalf of Creditor Gordon Andrus lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt

on behalf of Plaintiff Gabriel Vazquez lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt

on behalf of Plaintiff Francisco Orodnez lthweatt@terrythweatt.com
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Larry Lee Thweatt

on behalf of Creditor Stingray Energy  LLC lthweatt@terrythweatt.com,
molivier@terrythweatt.com;kmcelrath@terrythweatt.com;jmartinez@terrythweatt.com;akamins@kamins-law.com

Lori Joanne Murphy

on behalf of Defendant Watson Grinding & Manufacturing Co. lorim@tbmmlaw.com

Mark Alan Junell

on behalf of Cross-Claimant Matheson Tri-Gas  Inc. and Western Int'l Gas & Cylinders, Inc. mark@junellfirm.com

Mark Alan Junell

on behalf of Defendant Western International Gas & Cylinders  Inc. mark@junellfirm.com

Mark Alan Junell

on behalf of Creditor Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. mark@junellfirm.com

Mark Alan Junell

on behalf of Defendant Matheson Tri-Gas  Inc. mark@junellfirm.com

Mark Alan Junell

on behalf of Cross-Claimant Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. mark@junellfirm.com

Mark Alan Junell

on behalf of Cross-Claimant Western International Gas & Cylinders  Inc. mark@junellfirm.com

Mark Alan Junell

on behalf of Cross-Claimant Matheson Tri-Gas  Inc. mark@junellfirm.com

Mark Andrew Solomon

on behalf of Plaintiff Occidental Fire & Casualty Company of North Carolina msolomon@mwl-law.com

Mark Andrew Solomon

on behalf of Plaintiff Allied Trust Insurance Company msolomon@mwl-law.com

Mark Andrew Solomon

on behalf of Plaintiff Southern Vanguard Insurance Company msolomon@mwl-law.com

Mark Andrew Solomon

on behalf of Plaintiff Essentia Insurance Company msolomon@mwl-law.com

Mark Andrew Solomon

on behalf of Plaintiff Acceptance Indemnity Insurance Company msolomon@mwl-law.com

Mark Andrew Solomon

on behalf of Plaintiff RVOS Farm Mutual Insurance Company msolomon@mwl-law.com

Mark Andrew Solomon

on behalf of Plaintiff Service Insurance Company msolomon@mwl-law.com

Mark Andrew Solomon

on behalf of Plaintiff Texas Fair Plan Association msolomon@mwl-law.com

District/off: 0541-4
Date Rcvd: Dec 16, 2020

User: dhan
Form ID: trc

Page 35 of 53
Total Noticed: 1

Mark S Grotefeld

on behalf of Plaintiff State Farm Lloyds mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff Liberty Lloyds of Texas Insurance Company mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff Allstate Indemnity Company mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff Progressive County Mutual Insurance Company mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff Liberty Insurance Corporation mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff Allstate Texas Lloyds mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff State Farm Mutual Automobile Insurance Company mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff Safeco Insurance Company of Indiana mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff Lighthouse Property Insurance Corporation mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff Allstate Vehicle and Property Insurance Company mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark S Grotefeld

on behalf of Plaintiff Allstate Fire & Casualty Insurance Company mgrotefeld@ghlaw-llp.com  kholubec@ghlaw-llp.com

Mark W Moran

on behalf of Plaintiff Travelers Personal Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff The Travelers Lloyds of Texas Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party The Travelers Indemnity Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party Starstone National Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff Transverse Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party Transverse Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff Consumers County Mutal mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party The Travelers Home and Marine Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff Starstone National Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party Consumers County Mutual Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party Incline Casualty Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff Incline Casualty Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party The Travelers Lloyds Insurance Company mmoran@munckwilson.com

btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party Palomar Specialty Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party Travelers Personal Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff Aventus Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff The Standard Fire Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff State National Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff Travelers Casualty Insurance Company of America mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party Aventus Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party The Standard Fire Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff The Travelers Home and Marine Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff Palomar Specialty Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party Wellington Claim Service  Inc. mmoran@munckwilson.com,
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff The Travelers Lloyds Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party State National Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Plaintiff Travelers Indemnity Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party The Travelers Lloyds of Texas Insurance Company mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mark W Moran

on behalf of Interested Party Travelers Casualty Insurance Company of America mmoran@munckwilson.com
btijerina@munckwilson.com;lsanchez@munckwilson.com

Mary M Markantonis

on behalf of Creditor AMICA MUTUAL INSURANCE COMPANY mmarkantonis@dgplawfirm.com
aargeroplos@dgplawfirm.com

Mary Olga Lovett

on behalf of Defendant Matheson Tri-Gas Inc lovettm@gtlaw.com
greentif@gtlaw.com;deanm@gtlaw.com;houlitdock@gtlaw.com

Mary Olga Lovett

on behalf of Defendant Matheson Tri-Gas  Inc. lovettm@gtlaw.com,
greentif@gtlaw.com;deanm@gtlaw.com;houlitdock@gtlaw.com

Mary Olga Lovett

on behalf of Defendant Western International Gas & Cylinders  Inc. lovettm@gtlaw.com,
greentif@gtlaw.com;deanm@gtlaw.com;houlitdock@gtlaw.com

Mary Olga Lovett

District/off: 0541-4
Date Rcvd: Dec 16, 2020

User: dhan
Form ID: trc

Page 37 of 53
Total Noticed: 1

on behalf of Creditor Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. lovettm@gtlaw.com, greentif@gtlaw.com;deanm@gtlaw.com;houlitdock@gtlaw.com

Matthew Hoffman

on behalf of Creditor Tricor Industrial  Inc. mhecf@aol.com

Matthew Brian Probus

on behalf of Plaintiff Laura Santillana mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Maria Matias mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Cascata Partners  LLC mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Javier Salazar mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Maria Valdez mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Amanda Sutton mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Maria Isabel Trejo mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Melanie Rojas mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Karina Montoya  Individually and as Next of Friends to G.M. and J.M. mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Gaspar Hernandez mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Kelly Thu Nguyen mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Oscar Javier Matias mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Victor Garcia Salas mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Dau Thi Hoang mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Esmeralda Gonzalez Garcia  Individually and as Next Friend of F.M., Z.M., and H.M. (Minors) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Creditor Gilberto Mendoza Cruz mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Aleska Perales mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Jose Villalobos mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Christopher Tovar mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Riccy Yosimer Castillo  Individually and as Next Friend to J.C. (Minor) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Eric Rodriguez  Sr., Individually and as Next Friends to E.R. and A.R. (Minors) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Gilberto Figueroa mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Alex Mabry mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Kelly Chavez mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

| | |
|---|---|
| | on behalf of Plaintiff Massiel Nunez  individually and as next friend of I.M. and A.M. (Minors) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Saul Aguilar  Individually and as Next of Friends to Y.A. and Y.A. (Minors) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Duong Tung La mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Maria Viera mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Michelle Santillana mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Velia Castaneda mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Jose Luis Matias  Jr. mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Hoan Pham mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Gloria Balderas mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Myra Saucedo  Individually and as Next of Friend of I.F. (Minor) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Creditor A. Mendoza Cruz mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Melissa Alvarez mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Gilberto Mendoza Cruz mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Vi Hoang Kim Wannigam mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Humberto Arreola mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Elizabeth Salazar mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Richard Kirschner mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Juan Santillana mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Jennifer Phoung Nguyen mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Attorney Wauson & Probus mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Sonia Villalobos mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Delia Aguilar  Individually and as Next of Friends to Y.A. and Y.A. (Minors) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Gilberto Figueroa  Individually and as Next of Friend of I.F. (Minor) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Bich-Nga Thi Le mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Michelle Ordonez  Individually and As Next of Friend to N.C., A.C., and S.G. (Minors) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com |
| Matthew Brian Probus | |
| | on behalf of Plaintiff Dua Thi Hoang mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com |

| District/off: 0541-4 | User: dhan | Page 39 of 53 |
| Date Rcvd: Dec 16, 2020 | Form ID: trc | Total Noticed: 1 |

Matthew Brian Probus

on behalf of Plaintiff Baldemar Valdez mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Isabella Figueroa mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Marlen Ambriz  Individually and as Next Friend of S.A., E.A., E.M. (Minors) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Creditor Massiel Nunez mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Bicha-Nga Thi Le mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Javier Lopez Herrera mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Miriam Castillo  Individually and as Next Friends to E.R. and A.R. (Minors) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Jienniy Nazario mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Miriam Claudia Valera  Individually and as Next of Friend to C.V. (Minor) mbprobus@w-plaw.com, sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Juan Garcia Graciano mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Maria Lourdes Hernandez mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Olga Sifuentes Ipina mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Pedro Montoya mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Hector Mondragon Olvera mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Alvaro Arriga mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Vi Hoang Kim Wannigman mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Zitlaly Matias mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Brian Probus

on behalf of Plaintiff Marco Murillo mbprobus@w-plaw.com  sdianiska@w-plaw.com;wtomlinson@w-plaw.com

Matthew Scott Okin

on behalf of Interested Party Robert E. Ogle  Ch 11 Trustee for Watson Valve Services, Inc. mokin@okinadams.com, teaston@okinadams.com

Michael A Downey

on behalf of Interested Party Ramon Cortez MADDocketEfile@mostynlaw.com

Michael Elton Pierce

on behalf of Attorney Pierce Skrabanek  PLLC michael@pstriallaw.com, service@pstriallaw.com

Michael I Ramirez

on behalf of Defendant Watson Grinding & Manufacturing Co. mramirez@mlllaw.com
jmccoy@mlllaw.com;scorrigan@mlllaw.com;jbutcher@mlllaw.com;mneil@mlllaw.com;cdearmond@mlllaw.com

Michael I Ramirez

on behalf of Debtor Watson Grinding & Manufacturing Co. mramirez@mlllaw.com
jmccoy@mlllaw.com;scorrigan@mlllaw.com;jbutcher@mlllaw.com;mneil@mlllaw.com;cdearmond@mlllaw.com

Michael I Ramirez

on behalf of Defendant Watson Grinding and Manufacturing Co. mramirez@mlllaw.com
jmccoy@mlllaw.com;scorrigan@mlllaw.com;jbutcher@mlllaw.com;mneil@mlllaw.com;cdearmond@mlllaw.com

Michael John Bins

on behalf of Plaintiff Binh Lu  III mbins@potts-law.com, jtrevino@potts-law.com

Michael John Bins

District/off: 0541-4
Date Rcvd: Dec 16, 2020

User: dhan
Form ID: trc

Page 40 of 53
Total Noticed: 1

on behalf of Plaintiff Tony C. Yu mbins@potts-law.com  jtrevino@potts-law.com

Michael John Bins

on behalf of Plaintiff Lidia Rodriguez mbins@potts-law.com  jtrevino@potts-law.com

Michael John Bins

on behalf of Plaintiff Chuyen Tu mbins@potts-law.com  jtrevino@potts-law.com

Michael John Bins

on behalf of Plaintiff Toan D. Ly mbins@potts-law.com  jtrevino@potts-law.com

Michael John Bins

on behalf of Plaintiff Zee Zhong Lee mbins@potts-law.com  jtrevino@potts-law.com

Michael John Bins

on behalf of Plaintiff Felipe Revuelta mbins@potts-law.com  jtrevino@potts-law.com

Michael John Bins

on behalf of Plaintiff Valentine Revuelta mbins@potts-law.com  jtrevino@potts-law.com

Michael John Bins

on behalf of Plaintiff Leticia Revuelta mbins@potts-law.com  jtrevino@potts-law.com

Michael John Bins

on behalf of Plaintiff Jose Rodriguez mbins@potts-law.com  jtrevino@potts-law.com

Michael John Ramirez

on behalf of Defendant Teledyne Exploration Company mramirez@grsm.com  WL_DFWSupport@grsm.com

Michael John Ramirez

on behalf of Cross-Claimant Teledyne Exploration Company mramirez@grsm.com  WL_DFWSupport@grsm.com

Muhammad Suleiman Aziz

on behalf of Plaintiff Yuliana Basurto  Individually and As Next Friend of K.B. And K.B., Minor Children
maziz@abrahamwatkins.com, jdean@abrahamwatkins.com

Muhammad Suleiman Aziz

on behalf of Plaintiff Bok Kim maziz@abrahamwatkins.com  jdean@abrahamwatkins.com

Muhammad Suleiman Aziz

on behalf of Plaintiff Tae Kim maziz@abrahamwatkins.com  jdean@abrahamwatkins.com

Muhammad Suleiman Aziz

on behalf of Plaintiff Jikwang Lee maziz@abrahamwatkins.com  jdean@abrahamwatkins.com

Patrick M. Shelby

on behalf of Counter-Defendant Indian Harbor Insurance Company rick.shelby@phelps.com  trisha.crombie@phelps.com

Patrick M. Shelby

on behalf of Plaintiff Indian Harbor Insurance Company rick.shelby@phelps.com  trisha.crombie@phelps.com

Paul Brown Kerlin

on behalf of Creditor Matheson Tri-Gas  Inc. and Western International Gas & Cylinders, Inc. KerlinP@gtlaw.com,
jamrokg@gtlaw.com

Paul V Anderson

on behalf of Creditor American Heliarc paul@paulanderson.law

Rachel Martin-Deckelmann

on behalf of Plaintiff Opal Wiley rdeckelmann@fittslawfirm.com

Randall Jay Poelma, Jr

on behalf of Plaintiff Nautilus Insurance Company a/s/o Texas Environmental Control  Inc. rpoelma@ds-lawyers.com,
rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Plaintiff Hartford Fire Insurance Company a/s/o CSAT Investment Holdings LLC and Insignia Hospitality Group
Inc. rpoelma@ds-lawyers.com, rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Creditor National Lloyds Insurance Co rpoelma@ds-lawyers.com  rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Plaintiff National Lloyds Insurance Co rpoelma@ds-lawyers.com  rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Plaintiff Aegis Security Insurance Company rpoelma@ds-lawyers.com  rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Creditor Hartford Fire Insurance Company a/s/o CSAT Investment Holdings LLC and Insignia Hospitality Group
Inc. rpoelma@ds-lawyers.com, rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Creditor Property & Casualty Insurance Company of Hartford a/s/o Lauralyn A. Michael rpoelma@ds-lawyers.com
rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Creditor Sentinel Insurance Company  Ltd. a/s/o Art Foundry Carpino d/b/a Mike Carpino rpoelma@ds-lawyers.com,
rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Plaintiff AmGuard Insurance Company rpoelma@ds-lawyers.com  rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Plaintiff Property & Casualty Insurance Company of Hartford a/s/o Lauralyn A. Michael rpoelma@ds-lawyers.com
rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Creditor Aegis Security Insurance Company rpoelma@ds-lawyers.com  rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Plaintiff Sentinel Insurance Company  Ltd. a/s/o Art Foundry Carpino d/b/a Mike Carpino rpoelma@ds-lawyers.com,
rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Creditor Nautilus Insurance Company a/s/o Texas Environmental Control  Inc. rpoelma@ds-lawyers.com,
rjpgroup@ds-lawyers.com

Randall Jay Poelma, Jr

on behalf of Creditor AmGuard Insurance Company rpoelma@ds-lawyers.com  rjpgroup@ds-lawyers.com

Rebecca Klein Magness

on behalf of Defendant Teledyne Detcon  Inc. rmagness@hudgins-law.com

Rebecca Klein Magness

on behalf of Defendant Detcon  Inc. d/b/a Oldham rmagness@hudgins-law.com

Rebecca Klein Magness

on behalf of Defendant Teledyne Technologies  Inc. f/k/a Detcon, Inc. rmagness@hudgins-law.com

Reid T Keutzer

on behalf of Creditor Kennie C. Harvey reid@keutzerlaw.com

Richard A. Kincheloe

on behalf of Interested Party United States of America Richard.Kincheloe@usdoj.gov
caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.g
ov;USATXS.Bankruptcy-ECF@usdoj.gov

Richard L Fuqua, II

on behalf of Creditor Robert and Judy White fuqua@fuqualegal.com

Richard L Fuqua, II

on behalf of Creditor Betty Sue Watson fuqua@fuqualegal.com

Richard L Fuqua, II

on behalf of Creditor Jason White fuqua@fuqualegal.com

Robert Craig Turner

on behalf of Defendant KMHJ Management Company robertturner@silveralaw.com
cryan@silveralaw.com;kmhjnotice@silveralaw.com

Robert Craig Turner

on behalf of Defendant KMHJ Management Company  LLC robertturner@silveralaw.com,
cryan@silveralaw.com;kmhjnotice@silveralaw.com

Robert Craig Turner

on behalf of Defendant KMHJ  Ltd. robertturner@silveralaw.com, cryan@silveralaw.com;kmhjnotice@silveralaw.com

Robert Craig Turner

on behalf of Creditor KMHJ  Ltd. robertturner@silveralaw.com, cryan@silveralaw.com;kmhjnotice@silveralaw.com

Ruth A Van Meter

on behalf of Trustee Janet S Casciato-Northrup ruth.vanmeter@jmbllp.com

Ruth A Van Meter

on behalf of Attorney Jones Murray & Beatty  LLP ruth.vanmeter@jmbllp.com

Ruth A Van Meter

on behalf of Defendant Watson Grinding & Manufacturing Co. ruth.vanmeter@jmbllp.com

Ruth A Van Meter

on behalf of Trustee Janet S. Northrup ruth.vanmeter@jmbllp.com

Ruth A Van Meter

on behalf of Defendant Watson Grinding and Manufacturing Co. ruth.vanmeter@jmbllp.com

Ryan E Chapple
on behalf of Creditor Juan H Diaz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Leodis Smith rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Carl Edward Johnson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Joe Curry rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Emmer Haggerty rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Ricardo Lozano rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Alicia Gonzalez rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Willie Mae Williams rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Howanika Williams rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Alice Long rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff William Evans rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Vernon Ray rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Leanor Guerrero rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Stephanie Clark  Individually and As Next Friend of J.C. and T.C. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Dan Holcomb  Jr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Kevin Davenport rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Rashied Murray rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Damien Lawson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Jawon Gay rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Jim Ed Haywood Individually and as next friend of H.R.H.  minor rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Howanika Williams rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Vernon Ray rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Ivette Valdivia rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Joel Gonzalez Molina rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Tuyet Nga Thi Banh rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Ernest Bruce Williams  Sr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Ernest Williams  Jr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Darryl Jackson  Sr., Individually and As Next Friend of D.J.J. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Shani Sapp  Individually and As Next Friend of D.S., G.S., K.Y.S., K.A.S., Minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Michael Herron rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Jermaine Brown rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Rickie Holcomb rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Taisha Williams rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Charles W. Herron rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Odell Jermaine Brown rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Johnnie May Ray rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Dale Allen rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Elizabeth Gonzalez rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Odell Broady  Jr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Calvin E. Smith rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Lakeith McKinney  Jr., Individually and As Next Friend of C.A.M., and C.O.M., Minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Alice M. Long rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Cheyanne Barnes rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Raphael Malveaux rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Shawn Brown rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Mary Frances Martin-Hall rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Calvin E. Smith rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Jung Soo Kim rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Bich Lien Bahn rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Michael Jackson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Emanuel Crumpton rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Iesheia Ayers-Wilson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
     on behalf of Creditor Hubester Uriostegui  as next friend of B.F., K.M., and M.M., minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
     on behalf of Plaintiff Roger Barnes rchapple@cstrial.com  aprentice@cstrial.com

District/off: 0541-4                              User: dhan                                        Page 44 of 53
Date Rcvd: Dec 16, 2020                           Form ID: trc                                      Total Noticed: 1

Ryan E Chapple
                    on behalf of Creditor Yong Du Chon rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Lonnie Jones rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Roger Barnes rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Keorie Crumpton rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Ernest Williams  Jr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Latrisha Jordan  Individually and As Next Friend of C.J., a Minor rchapple@cstrial.com,
                    aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Flavja Mucka rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Eric Young rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Kang Soon Chon rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Patricka Baynes rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Jesse Hudson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Carl Anderson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Christopher Smith rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Helen Haywood rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Shanga Daniel rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Mark Cruz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Song Cho rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Raphael Malveaux rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Craig Reed rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Gwendolyn Stewart rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Stephanie Clark  Individually and As Next Friend of J.C. and T.C. rchapple@cstrial.com,
                    aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Sirron Reed rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Keorie Crumpton rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Shebbia Patterson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Cheyanne Barnes rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Creditor Janette Thomas rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
                    on behalf of Plaintiff Dedric Cloud rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Leonard Reed rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Eunice Todd rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Keith Simmons rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Latrisha Jordan  Individually and As Next Friend of C.J., a Minor rchapple@cstrial.com,
aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Jawon Gay rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Eunice House (Fay) Todd rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Iris Arceneaux rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Joe Curry rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Bryan Cruz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Katina Brown rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Shani Sapp  Individually and As Next Friend of D.S., G.S., K.Y.S., K.A.S., Minors rchapple@cstrial.com,
aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Christian Castellanos  Individually and as next friend of A.C., Ac. C., Ca. C., Cr. C., and E.C. minors
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Irma G Diaz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Reginald K. Jones  Sr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Latasha Toney rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor America Wilson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Kyung Hee Kim rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Van Van Le rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Humberto Munguia rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Juan Diaz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Derrick Ross  Individually and As Next Friend of D.R.J., a Minor rchapple@cstrial.com,
aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Mary Frances Martin-Hall rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Dedric Cloud rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Willie Ray Evans rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Plaintiff Iesheia Ayers-Wilson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple
on behalf of Creditor Leodis Smith rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Bryan Cruz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Etta D. Reed  Individually and as next friend of N.J., minor rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Song Cho rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Cheryl Berry rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Van Van Le rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Joel Gonzalez Molina rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Dante McDaniel rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Virginia A. Taylor rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Yong Du Chon rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Ecknozzio Fontenot rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Dante McDaniel rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Shaun Childs rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Ramiro Cruz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Hubester Uriostegui rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Carl Anderson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Humberto Munguia rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Lakeshia McDaniel  Individually, On Behalf of N.C. and Z.C., Minors, and On Behalf of The Estate of Keith Lewis rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Cermase Barry  Individually and As Next Friend of C.B.J. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Sirron Reed rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Kyung Hee Kim rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Latasha Toney rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Barbara Sparks-Paulson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Gwendolyn Stewart rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Lamarcus McKinney rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Ricardo Fernandez rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Lee Han Kyu rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Harold House rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Gregory Holcomb rchapple@cstrial.com  aprentice@cstrial.com

District/off: 0541-4
Date Rcvd: Dec 16, 2020

User: dhan
Form ID: trc

Page 47 of 53
Total Noticed: 1

Ryan E Chapple

on behalf of Creditor Ernest Bruce Williams  Sr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Katonya Harris  Individually and as next friend of E.D.D., minor rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Rashied Murray rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Nydia McKinney rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jannette Thomas rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Shaun Childs rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Joe Shanga Daniel rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Tylar Qualls  Individually and As Next Friend of S.T.J., M.A.D.N., M.A.R.N. and D.S., Minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Tiffany Washington  Individually and As Next Friend of D.S. and Z.S., Minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Nydia McKinney rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Damien D. Lawson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Kirk Simmons rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Tylar Qualls  Individually and As Next Friend of S.T.J., M.A.D.N., M.A.R.N. and D.S., Minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jessica Turner  Individually and As Next Friend of J.S. and L.S., Minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Gaila Fontenot rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Emanuel Crumpton rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Leanor Guerrero rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Beverly Ayers rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Shawn Brown rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Michael Jackson  et al. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Jesse Hudson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Harry Demond Brown rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Emmer Haggerty rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Quincy Frazier rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor LaKeisha Martinez  Individually and as next friend of Te.M., Ty. M., and K.S., minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Tiffany Washington  Individually and As Next Friend of D.S. and Z.S., Minors rchapple@cstrial.com,

aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Odell Broady  Jr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Helen Haywood rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Victoria Ann Jackson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Kenneth Herron rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Lionnel Stewart rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Beverly J Ayers rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Rickie Holcomb rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Keitric Baynes rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Ricardo Lozano rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Albano Hoxhaj rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Flavja Mucka rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Mark Cruz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Derrick Ross  Individually and As Next Friend of D.R.J., a Minor rchapple@cstrial.com,
aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Hubester Uriostegui rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Jose Guerrero rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Jim Haywood rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Eric Young rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Virginia Taylor rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Lenora Holcomb rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jose Guerrero rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Kirk Simmons rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Lee Han Kyu rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Tuyet Nga Thi Bahn rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Elizabeth Gonzalez rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Hee Dong Cho rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Sondra White rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Ashanay Robertson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Ramiro Cruz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Kang Soon Chon rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Pamela Tindall rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Lamarcus McKinney rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Donald Reed rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Cheryl Berry rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Omar Holcomb rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor John W. Emerson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Gregorio Guerrero rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Darryl Jackson  Sr., Individually and As Next Friend of D.J.J. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jim Haywood  Individually and As Next Friend of H.R.H., a Minor rchapple@cstrial.com,
aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff John Henry Williams  Jr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Rose Sexton rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Katina Brown rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Crissy Taylor rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Sonny Tyler rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Angelina Burge-Shults rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Rachael N. Goosby  Individually and as next friend of B.J., C.J., L.J., and R.J., minors
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Jose Cruz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Claburne Long rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Bich Lien Banh rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Alicia Gonzalez rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Carolyn E. Stewart rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff John W. Emerson rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Debra Fabuluje rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Jose Cruz rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Irving Holcomb rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Debra Fabuluje rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Iris D Arceneaux rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Gorge Fernandez rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor William Evans rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Claudia Strait rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Yong Cha Kim rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Irma Diaz rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Pamela Tindall rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Gregory Holcomb rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Willie May Williams rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Leonard Reed rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Gregorio Guerrero rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Lenora Holcomb rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Lionnel Stewart rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Jessica Turner  Individually and As Next Friend of J.S. and L.S., Minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Ashanay Robertson rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Lenora Holcomb  as next friend of A.B., minor rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Deanna Strait rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Lakeith McKinney  Jr., Individually and As Next Friend of C.A.M., and C.O.M., Minors rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Hee Dong Cho rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Jerome Haywood rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Claburne Long rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Johnnie May Ray rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Gary Warren rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Dan Holcomb  Jr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Cermase Barry  Individually and As Next Friend of C.B.J. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Lakeshia McDaniel  Individually, On Behalf of N.C. and Z.C., Minors, and On Behalf of The Estate of Keith Lewis rchapple@cstrial.com, aprentice@cstrial.com

District/off: 0541-4                                    User: dhan                                    Page 51 of 53
Date Rcvd: Dec 16, 2020                          Form ID: trc                                  Total Noticed: 1

Ryan E Chapple

on behalf of Plaintiff Jung Soo Kim rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Harold House rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor John Whalen rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Irving Holcomb rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Ecknozzio Fontenot rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Marie Carrier rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Kevin Davenport rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Willie Ray Evans rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Reginald K. Jones  Sr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor John Henry Williams  Jr. rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Stephanie Ballard  Individually and As Next Friend of R.B. and R.J.J., Minors rchapple@cstrial.com,
aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Angelina Burge-Schults rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff America Wilson rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Jasmine Haywood rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Gary J. Warren rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Stephanie Ballard  Individually and As Next Friend of R.B. and R.J.J., Minors rchapple@cstrial.com,
aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Larry Felder rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Christopher Smith rchapple@cstrial.com aprentice@cstrial.com

Ryan E Chapple

on behalf of Plaintiff Albano Hoxhaj rchapple@cstrial.com aprentice@cstrial.com

Spencer Layne Edwards

on behalf of Defendant Teldyne Detcon sedwards@hudgins-law.com sweiss@hudgins-law.com;rmagness@hudgins-law.com

Spencer Layne Edwards

on behalf of Defendant Teledyne Technologies  Inc. f/k/a Detcon, Inc. sedwards@hudgins-law.com,
sweiss@hudgins-law.com;rmagness@hudgins-law.com

Spencer Layne Edwards

on behalf of Defendant Teledyne Technologies Incorporated sedwards@hudgins-law.com
sweiss@hudgins-law.com;rmagness@hudgins-law.com

Spencer Layne Edwards

on behalf of Defendant Teledyne Detcon  Inc. sedwards@hudgins-law.com,
sweiss@hudgins-law.com;rmagness@hudgins-law.com

Spencer Layne Edwards

on behalf of Defendant Teledyne Detcon sedwards@hudgins-law.com sweiss@hudgins-law.com;rmagness@hudgins-law.com

Spencer Layne Edwards

on behalf of Defendant Teledyne Technologies  Inc. d/b/a Detcon, Inc. sedwards@hudgins-law.com,
sweiss@hudgins-law.com;rmagness@hudgins-law.com

Spencer Layne Edwards

on behalf of Defendant Detcon  Inc. d/b/a Oldham sedwards@hudgins-law.com,

District/off: 0541-4

Date Rcvd: Dec 16, 2020

User: dhan

Form ID: trc

Page 52 of 53

Total Noticed: 1

sweiss@hudgins-law.com;rmagness@hudgins-law.com

Stephen Douglas Statham

on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Stephen Rolfe Walker

on behalf of Plaintiff Alfonso Vega swalker@manuelsolis.com
hpavez@manuelsolis.com,gfinney@manuelsolis.com,jusolis@manuelsolis.com

Stephen Rolfe Walker

on behalf of Plaintiff Esteban Pelcastre swalker@manuelsolis.com
hpavez@manuelsolis.com,gfinney@manuelsolis.com,jusolis@manuelsolis.com

Stephen Rolfe Walker

on behalf of Plaintiff Ema Ferrufino swalker@manuelsolis.com
hpavez@manuelsolis.com,gfinney@manuelsolis.com,jusolis@manuelsolis.com

Stephen Rolfe Walker

on behalf of Plaintiff Ricardo Carreon swalker@manuelsolis.com
hpavez@manuelsolis.com,gfinney@manuelsolis.com,jusolis@manuelsolis.com

Stephen Rolfe Walker

on behalf of Plaintiff Anna Juarez swalker@manuelsolis.com
hpavez@manuelsolis.com,gfinney@manuelsolis.com,jusolis@manuelsolis.com

Stephen Rolfe Walker

on behalf of Plaintiff Antorion & Rose Avitia swalker@manuelsolis.com
hpavez@manuelsolis.com,gfinney@manuelsolis.com,jusolis@manuelsolis.com

Steven O Grubbs

on behalf of Debtor Watson Grinding & Manufacturing Co. sgrubbs@sheehyware.com  cmcginnis@sheehyware.com

Thomas J Underwood

on behalf of Creditor Ranchers & Farmers Mut. In. Co underwoodt@stutmanlaw.com

Thomas J Underwood

on behalf of Creditor Philadelphia Indemn Ins. Co underwoodt@stutmanlaw.com

Thomas J Underwood

on behalf of Creditor Federated Mut. Ins. Co underwoodt@stutmanlaw.com

Thomas J Underwood

on behalf of Plaintiff Acadia Insurance Company underwoodt@stutmanlaw.com

Thomas J Underwood

on behalf of Creditor American Family Connect Property and Cas. Ins Co underwoodt@stutmanlaw.com

Thomas J Underwood

on behalf of Creditor Acadia Ins Co underwoodt@stutmanlaw.com

Thomas J Underwood

on behalf of Creditor Homesite Ins. Co underwoodt@stutmanlaw.com

Timothy Aaron Million

on behalf of Creditor Texas Capital Bank  National Association tim.million@huschblackwell.com,
tim-million-3360@ecf.pacerpro.com

Timothy V Burns

on behalf of Defendant Industrial Scientific Corporation tburns@johnsontrent.com  cberlanga@johnsontrent.com

Toni M Triplett

on behalf of Plaintiff Ivan Alvarado  Individually and as Next of Friend of A.A., I.A., and I.A., Jr., Minor Children
triplettlaw@yahoo.com

Trenton Leigh

on behalf of Plaintiff Cypress Texas Insurance Company a/s/o Leonardo Fortuno tleigh@gspalaw.com

Troy Allen Williams

on behalf of Plaintiff A&H Auto Tech  et al. twilliams@germer.com,
anewland@germer.com;lmccoy@germer.com;rrichard@germer.com;dbradberry@germer.com

Troy Allen Williams

on behalf of Defendant ARC Specialities  Inc. twilliams@germer.com,
anewland@germer.com;lmccoy@germer.com;rrichard@germer.com;dbradberry@germer.com

Troy Allen Williams

on behalf of Defendant ARC Specialties  Inc. twilliams@germer.com,
anewland@germer.com;lmccoy@germer.com;rrichard@germer.com;dbradberry@germer.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Wayne Kitchens

District/off: 0541-4            User: dhan            Page 53 of 53
Date Rcvd: Dec 16, 2020           Form ID: trc          Total Noticed: 1

| | |
|---|---|
| | on behalf of Attorney HughesWattersAskanase  LLP jwk@hwallp.com, dkokenes@hwallp.com |
| Wayne Kitchens | on behalf of Defendant Watson Grinding and Manufacturing Co. jwk@hwallp.com  dkokenes@hwallp.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Toa Nguyen wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Myca Nguyen wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Hanh Diep wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Jose Antonio Ramos wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Phuoc Nguyen wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Barbara Moore wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Son Le wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Stephonne Smith wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Chien Nguyen wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Ry Nguyen wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Glenn Nguyen wendy@haunmena.com  wendywbishop@gmail.com |
| Wendy Marcia Ware Bishop | on behalf of Plaintiff Do Nguyen wendy@haunmena.com  wendywbishop@gmail.com |
| William Curtis Webb | on behalf of Plaintiff Ignacio Moreno cwebb@beckredden.com  acollard@beckredden.com |
| William Curtis Webb | on behalf of Plaintiff Tiburcio Estrada cwebb@beckredden.com  acollard@beckredden.com |
| William Curtis Webb | on behalf of Plaintiff Juana Moreno cwebb@beckredden.com  acollard@beckredden.com |
| William Curtis Webb | on behalf of Plaintiff Concepcion Estrada cwebb@beckredden.com  acollard@beckredden.com |
| Zachary McLean Groover | on behalf of Plaintiff Federated Mutual Insurance Company grooverz@stutmanlaw.com  garganos@stutmanlaw.com |
| Zachary McLean Groover | on behalf of Plaintiff American Family Connect Property and Casualty Insurance Company f/k/a IDS Property Casualty Insurance Company grooverz@stutmanlaw.com  garganos@stutmanlaw.com |
| Zachary McLean Groover | on behalf of Plaintiff Homesite Insurance Company grooverz@stutmanlaw.com  garganos@stutmanlaw.com |
| Zachary McLean Groover | on behalf of Plaintiff Philadelphia Indemnity Insurance Company grooverz@stutmanlaw.com  garganos@stutmanlaw.com |
| Zachary McLean Groover | on behalf of Plaintiff Acadia Insurance Company grooverz@stutmanlaw.com  garganos@stutmanlaw.com |
| Zachary McLean Groover | on behalf of Plaintiff Ranchers & Farmers Mutual Insurance Company grooverz@stutmanlaw.com  garganos@stutmanlaw.com |

TOTAL: 1371