UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| WATSON GRINDING & MANUFACTURING CO., | § § § § | Case No. 20-30967 |
| Debtor. | § § | |

**LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO DUPLICATE LITIGATION PROOFS OF CLAIM**

**THIS IS AN OBJECTION TO YOUR CLAIM. THIS OBJECTION ASKS THE COURT TO DISALLOW THE CLAIM THAT YOU FILED IN THIS BANKRUPTCY CASE. IF YOU DO NOT FILE A RESPONSE WITHIN 30 DAYS AFTER THE OBJECTION WAS SERVED ON YOU, YOUR CLAIM MAY BE DISALLOWED WITHOUT A HEARING.**

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 ATTACHED TO THIS OBJECTION.**

**To the Honorable Marvin Isgur,
United States Bankruptcy Judge:**

Ronald Bankston, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the Liquidating Trust for the estate of Watson Grinding & Manufacturing Co. ("WGM"), files this *Omnibus Objection to Duplicate Litigation Proofs of Claim* (the "Objection") pursuant to sections 105(a) and 502(b) of title 11 of the United States Code §§ 101-1532 (the "Bankruptcy Code"), Rule 3007(d)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

**SUMMARY OF OBJECTION**

1. The Liquidating Trustee objects to certain proofs of claims as duplicative of claims asserted in pending state court litigation which were deemed filed proofs of claim by a

previous Court order (the "Duplicate Claims"). The Liquidating Trustee seeks entry of an order disallowing the Duplicate Claims identified on **Schedule 1** attached hereto because each such claim is asserted by a party who has filed suit against WGM in state court and its claim will be liquidated as part of the state court litigation process rather than the claims adjudication process before this Court. The Liquidating Trustee seeks entry of this order without prejudice to any party's claims against WGM in the underlying litigation in state court.

## JURISDICTION AND VENUE

2.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This Objection is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  The bases for the relief requested in this objection are sections 105(a) and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007(d)(1), and Bankruptcy Local Rule 3007-1.

## LEGAL AUTHORITY

4.  Section 502 of the Bankruptcy Code deems the allowance of a claim or interest, proof of which is filed under section 501 of the Bankruptcy Code "unless a party in interest . . . objects." 11 U.S.C. § 502. Bankruptcy Rule 3007 provides certain grounds upon which "objections to more than one claim may be joined in an omnibus objection," which includes objections to claims that "duplicate other claims." FED. R. BANKR. P. 3007(d)(1).

5.  Bankruptcy Rule 3001(f) provides that "[a] proof of claim executed and filed in accordance with [the Bankruptcy Rules] shall constitute prima facie evidence of the validity and amount of the claim." *See*, *e.g.*, *In re Jack Kline Co., Inc.*, 440 B.R. 712, 742 (Bankr. S.D. Tex. 2010). A proof of claim loses the presumption under Bankruptcy Rule 3001(f) when an objecting party refutes at least one allegation that is essential to the claim's legal sufficiency. *See In re*

10944059v1

*Fidelity Holding Co., Ltd.*, 837 F.2d 696, 698 (5th Cir. 1988). The burden then shifts to the claimant to prove the validity of its claim by a preponderance of the evidence. *Id*. Thus, even with the burden shifting framework, "the ultimate burden of proof always lies with the claimant." *In re Armstrong*, 347 B.R. 581, 583 (Bankr. N.D. Tex. 2006) (citing *Raleigh v. Ill. Dep't of Rev.*, 530 U.S. 15 (2000)).

6. Pursuant to Bankruptcy Local Rule 3007-1(b) "[a]n objection to claim may be filed without a hearing date."

## FACTUAL BACKGROUND

7. On February 6, 2020, WGM filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

8. On May 28, 2020, the Court entered the Order Recognizing Pending Litigation Complaints as Proofs of Claim (Doc. No. 310). This order provides, in pertinent part:

> a. The Debtor shall recognize the claims asserted in a petition or complaint filed by any party who is a plaintiff in a lawsuit filed against the Debtors as of July 8, 2020, as a timely filed proof of claim asserting an unliquidated, general unsecured claim.
>
> b. Any such party shall not be required to file a formal proof of claim in order to preserve its claims against the estate.
>
> c. These informal proofs of claim shall be deemed objected to upon the filing of an answer or motion to dismiss the petition or complaint in the respective lawsuit, and shall not be deemed an allowed claim until the claim is either settled or liquidated to a final judgment in any court of competent jurisdiction.

9. Notwithstanding this Order, a significant number of plaintiffs in the state court lawsuits filed proofs of claim against WGM. Attached hereto as Schedule 1 is a list of all Duplicate Claims filed by plaintiffs identified by (i) dated filed, (ii) proof of claim number, (iii)

adversary proceeding in which the claim was originally asserted, (iv) name of the claimant, (v) amount of the claim, and (vi) the plaintiff's lawyer.

10. On December 30, 2020, the Court entered an order confirming the *First Amended Combined Disclosure Statement and Joint Plan of Liquidation of Watson Grinding & Manufacturing Co. and Watson Valve Services, Inc. Under Chapter 11 of the Bankruptcy Code Filed by the January 24 Claimants Committee* (the "Plan") [Doc. No. 971].

11. Pursuant to Article XVII of the Plan, "the Bankruptcy Court shall have no jurisdiction to allow, disallow, determinate, liquidate, classify, estimate or establish the propriety, Secured or Unsecured status, or amount of any January 24 Claim that is asserted in one of the Removed Lawsuits, even if such Claimant also filed a proof of claim based on the Removed Lawsuit."

12. Pursuant to Article XIV of the Plan, the Liquidating Trustee has standing to object to January 24 Claims.

13. The Duplicate Claims are January 24 Claims based on Removed Lawsuits for which a proof of claim was also filed.

## CLAIMS AND OBJECTION

14. The Liquidating Trustee objects to each claim listed in **Schedule 1** as a "Duplicate Claim" because they are duplicative of the claims asserted in the Removed Lawsuits (as defined in the Plan) listed in Schedule 1 and which were deemed filed claims pursuant to an earlier court order (Doc. No. 310).

15. The Plan specifically and unequivocally divests the Bankruptcy Court over jurisdiction of the Removed Lawsuits in favor of remanding those cases to an MDL panel in state court even where a plaintiff also filed a proof of claim.

10944059v1

16. This relief will not prejudice the Duplicate Claimants. All of the claims asserted in the Duplicate Claims will be adjudicated and liquidated in the state court MDL proceeding as provided for in the Plan. Nothing in this objection shall be construed as an objection to the amount or merits of any Duplicate Claim.

17. This objection is supported by the *Declaration of Ronald G. Bankston in Support of the Liquidating Trustee's Omnibus Objection to Duplicate Litigation Proofs of Claim* (the "Bankston Declaration"), attached hereto as **Exhibit A**.

18. Accordingly, the Liquidating Trustee requests that the Duplicate Claims in **Schedule 1** be disallowed in their entirety without prejudice to the Claimants' claims asserted in the remanded state court cases.

## SEPARATE CONTESTED MATTER

19. To the extent that a response is filed regarding any Duplicate Claim and the Liquidating Trustee is not able to resolve any such response, each Duplicate Claim, and the Objection as it pertains to such Duplicate Claim, will constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. Further, the Liquidating Trustee requests that any order entered by the Court regarding an objection or other reply asserted in response to this Objection be deemed a separate order with respect to each proof of claim.

## CONCLUSION

WHEREFORE, the Liquidating Trustee respectfully requests that this Court grant the Liquidating Trustee's Objection as set forth above, and grant relief to which the Liquidating Trustee may be justly entitled.

Dated: March 5, 2021.

        Respectfully submitted by:

        **PORTER HEDGES, LLP**

        */s/ Aaron J. Power*
        Joshua W. Wolfshohl
        State Bar No. 24038592
        Aaron J. Power
        State Bar No. 24058058
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Facsimile: (713) 226-6248

        **Counsel for the Liquidating Trustee**

**CERTIFICATE OF SERVICE**

I certify that on March 5, 2021, I caused a copy of the foregoing document to be served by email to all counsel listed on Schedule 1 and by the Electronic Case Filing System to all parties appearing in these cases.

*/s/ Aaron J. Power*
Aaron J. Power

**CERTIFICATE OF CONFERENCE**

I certify that on February 26, 2021, I sent a draft of this objection and the proposed order to all counsel who are listed on Schedule 1 with a request for comments by no later than March 4, 2021. No responses were received prior to filing this objection.

*/s/ Aaron J. Power*
Aaron J. Power

10944059v1

**SCHEDULE 1**

| Date Filed | POC No. | Adv. Pro. No. | Claimant | POC Amount | Attorney Name |
|---|---|---|---|---|---|
| 3/10/2020 | 11 | 20-03326 | Essentia Insurance Company, as subrogee of William Usher | $32,890.81 | Mark A. Solomon |
| 3/10/2020 | 12 | 20-03326 | Essentia Insurance Company, as subrogee of Ressler | $17,300.00 | Mark A. Solomon |
| 3/10/2020 | 13 | 20-03326 | Essentia Insurance Company, as subrogee of Kamins | $32,609.27 | Mark A. Solomon |
| 3/10/2020 | 14 | 20-03326 | Essentia Insurance Company, as subrogee of Rossman | $23,814.32 | Mark A. Solomon |
| 3/10/2020 | 15 | 20-03326 | Essentia Insurance Company, as subrogee of Keckeisen | $26,287.44 | Mark A. Solomon |
| 3/13/2020 | 16 | 20-03326 | Southern Vanguard Insurance No, subrogee of Gutierrez | $10,209.65 | Mark A. Solomon |
| 3/23/2020 | 17 | 20-03326 | Southern Vanguard Insurance No, subrogee of Morales | $5,384.02 | Mark A. Solomon |
| 3/23/2020 | 18 | 20-03326 | Southern Vanguard Insurance No, subrogee of Milner | $82,038.74 | Mark A. Solomon |
| 3/23/2020 | 19 | 20-03326 | Southern Vanguard Insurance No, subrogee of Uriostegui | $108,014.00 | Mark A. Solomon |
| 3/23/2020 | 20 | 20-03326 | Southern Vanguard Insurance No, subrogee of Tiende | $9,761.45 | Mark A. Solomon |
| 3/23/2020 | 21 | 20-03326 | Southern Vanguard Insurance No, subrogee of Ortiz | $23,515.23 | Mark A. Solomon |
| 3/23/2020 | 22 | 20-03326 | Southern Vanguard Insurance No, subrogee of Vargas | $9,575.53 | Mark A. Solomon |
| 3/23/2020 | 23 | 20-03326 | Southern Vanguard Insurance No, subrogee of Wallingsford | $6,554.38 | Mark A. Solomon |
| 3/23/2020 | 24 | 20-03326 | Southern Vanguard Insurance No, subrogee of Thurman | $12,203.63 | Mark A. Solomon |
| 3/23/2020 | 25 | 20-03326 | Southern Vanguard Insurance No, subrogee of Aguilar | $25,477.68 | Mark A. Solomon |

**SCHEDULE 1**

| Date Filed | POC No. | Adv. Pro. No. | Claimant | POC Amount | Attorney Name |
|---|---|---|---|---|---|
| 3/23/2020 | 26 | 20-03326 | Southern Vanguard Insurance No, subrogee of Cole | $10,604.87 | Mark A. Solomon |
| 3/23/2020 | 27 | 20-03326 | Southern Vanguard Insurance No, subrogee of Robles | $4,471.47 | Mark A. Solomon |
| 3/23/2020 | 28 | 20-03326 | Southern Vanguard Insurance No, subrogee of Shin | $7,739.75 | Mark A. Solomon |
| 3/23/2020 | 29 | 20-03326 | Southern Vanguard Insurance No, subrogee of Juarez | $42,157.66 | Mark A. Solomon |
| 4/13/2020 | 40 | 20-03168 | S&I Realty, LLC | $717,282.23 | Kevin Madden |
| 5/8/2020 | 48 | 20-03337 | Cypress Texas Insurance Company | $41,957.53 | Trenton Leigh |
| 6/17/2020 | 62 | 20-3375 | Charlene Greco | Unliquidated | Rob Kwok |
| 6/24/2020 | 69 | 20-03376 | Michael Jeffcoat | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 70 | 20-03376 | Leslie Hall | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 71 | 20-03376 | Miguel Moreno | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 72 | 20-03376 | Linda Garcia | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 73 | 20-03376 | Lenetta Webbert | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 74 | 20-03376 | Josiah Anderson | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 75 | 20-03376 | Maria Alas | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 76 | 20-03376 | Maria Olivo | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 77 | 20-03376 | Joseph Wells | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 78 | 20-03376 | Joshua Tibbs | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 79 | 20-03376 | Ray Riley | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 80 | 20-03376 | Rita Rivera | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 81 | 20-03376 | Rolando Morales | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 82 | 20-03376 | Mark Allen | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 83 | 20-03376 | Adam Alani | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 84 | 20-03376 | Tara Carter | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 85 | 20-03376 | Temika Webbert | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 86 | 20-03376 | Jose Vasquez | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 87 | 20-03376 | Tricia Berry | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 88 | 20-03376 | Vicente Cardoso | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 89 | 20-03376 | Valeriano Mendoza | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 90 | 20-03376 | Alejandro Moreno | Unliquidated | Matthew R. Willis |

**SCHEDULE 1**

| Date Filed | POC No. | Adv. Pro. No. | Claimant | POC Amount | Attorney Name |
|---|---|---|---|---|---|
| 6/24/2020 | 91 | 20-03376 | Alexander Lee | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 92 | 20-03376 | Anna Castro | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 93 | 20-03376 | Valeriano Mendoza | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 94 | 20-03376 | Jasmine Moreno | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 95 | 20-03376 | Veronica Garcia | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 96 | 20-03376 | Erica Moreno | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 97 | 20-03376 | Eunice Quill | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 98 | 20-03376 | Salvador Morales | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 99 | 20-03376 | Johnathan Olivo | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 100 | 20-03376 | Rebecca Moreno | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 101 | 20-03376 | Jose Sanchez | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 102 | 20-03376 | Ronnie Ellis | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 103 | 20-03376 | Nadia Slack | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 104 | 20-03376 | Reda Choukair | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 105 | 20-03376 | Ricardo Sutton | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 106 | 20-03376 | John Andersen | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 107 | 20-03376 | Mike Ayers | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 108 | 20-03376 | Christopher Olivo | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 109 | 20-03376 | Da'Aron Harmon | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 110 | 20-03376 | Fernando Arias | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 111 | 20-03376 | Daphne Griffin | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 112 | 20-03376 | Dale Singleton | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 113 | 20-03376 | Daphne Griffin | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 114 | 20-03376 | Dellia Hall | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 115 | 20-03376 | Dwanae Jorden | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 116 | 20-03376 | Eduardo Ocen | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 117 | 20-03376 | Johnathan Galvan | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 118 | 20-03376 | Larry Seligmann | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 119 | 20-03376 | Michael Berry | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 120 | 20-03376 | Martin Garcia | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 121 | 20-03376 | Stefanie Young | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 122 | 20-03376 | Fay Hall | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 123 | 20-03376 | Emmalina Martinez | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 124 | 20-03376 | Eunice Quill | Unliquidated | Matthew R. Willis |

# SCHEDULE 1

| Date Filed | POC No. | Adv. Pro. No. | Claimant | POC Amount | Attorney Name |
|---|---|---|---|---|---|
| 6/24/2020 | 125 | 20-03376 | Fay Hall | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 126 | 20-03376 | Jaclyn Williams | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 127 | 20-03376 | Herbert Maduro | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 128 | 20-03376 | Johnyce Adams | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 129 | 20-03376 | Reda Choukair | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 130 | 20-03376 | Mike Ayers | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 131 | 20-03376 | Nadia Slack | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 132 | 20-03376 | Veronica Garcia | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 133 | 20-03376 | Vicente Cardoso | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 135 | 20-03376 | Ronnie Ellis | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 136 | 20-03376 | Salvador Morales | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 137 | 20-03376 | Ricardo Sutton | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 138 | 20-03376 | Miguel Moreno | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 140 | 20-03376 | Alexander Lee | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 141 | 20-03376 | Michael Jeffcoat | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 142 | 20-03376 | Michael Jeffcoat | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 143 | 20-03376 | Alejandro Moreno | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 144 | 20-03376 | Alexander Lee | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 145 | 20-03376 | Fernando Arias | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 146 | 20-03376 | Francisco Olivo | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 147 | 20-03376 | Herbert Maduro | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 148 | 20-03376 | John Andersen | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 149 | 20-03376 | Johnathan Galvan | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 150 | 20-03376 | Joseph Wells | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 151 | 20-03376 | Johnathan Olivo | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 152 | 20-03376 | Eric Morales | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 153 | 20-03376 | Josiah Anderson | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 154 | 20-03376 | Herbert Maduro | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 155 | 20-03376 | Jaclyn Williams | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 156 | 20-03376 | Larry Seligmann | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 157 | 20-03376 | Lenetta Webbert | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 158 | 20-03376 | Leslie Hall | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 159 | 20-03376 | Linda Garcia | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 160 | 20-03376 | Maria Alas | Unliquidated | Matthew R. Willis |

# SCHEDULE 1

| Date Filed | POC No. | Adv. Pro. No. | Claimant | POC Amount | Attorney Name |
|---|---|---|---|---|---|
| 6/24/2020 | 161 | 20-03376 | Maria Olivo | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 162 | 20-03376 | Mark Allen | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 163 | 20-03376 | Martin Garcia | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 164 | 20-03376 | Michael Berry | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 165 | 20-03376 | Eric Quill | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 166 | 20-03376 | Johnyce Adams | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 167 | 20-03376 | Francisco Olivo | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 168 | 20-03376 | Herbert Maduro | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 169 | 20-03376 | Erica Moreno | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 170 | 20-03376 | Eric Quill | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 171 | 20-03376 | Erica Moreno | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 172 | 20-03376 | Stefanie Young | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 173 | 20-03376 | Tara Carter | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 174 | 20-03376 | Temika Webbert | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 175 | 20-03376 | Tricia Berry | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 176 | 20-03376 | Jose Sanchez | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 177 | 20-03376 | Eduardo Ocen | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 178 | 20-03376 | Emmalina Martinez | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 179 | 20-03376 | Dellia Hall | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 180 | 20-03376 | Dwanae Jorden | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 181 | 20-03376 | Dale Singleton | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 182 | 20-03376 | Christopher Olivo | Unliquidated | Matthew R. Willis |
| 6/24/2020 | 183 | 20-03376 | Da'Aron Harmon | Unliquidated | Matthew R. Willis |
| 6/29/2020 | 190 | 20-03360 | AMICA MUTUAL INSURANCE COMPANY | $294,463.30 | Dean Pappas; Frank Vlahakos |
| 6/29/2020 | 192 | 20-03369 | Ana Moss | $130,000.00 | Eric Dick |
| 7/1/2020 | 205 | 20-03383 | Maria Blanco | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 206 | 20-03383 | Maria Blanco | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 207 | 20-03383 | Cathryn R. Bottoms | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 208 | 20-03383 | Joe Brunson | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 209 | 20-03383 | Susie Brunson as next friend of Bylan B. | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 210 | 20-03383 | Susie Brunson, Individually | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 211 | 20-03383 | Sara G. Darrow | Unliquidated | Anthony Buzbee |

10943456v1

**SCHEDULE 1**

| Date Filed | POC No. | Adv. Pro. No. | Claimant | POC Amount | Attorney Name |
|---|---|---|---|---|---|
| 7/1/2020 | 212 | 20-03383 | John DaSilva | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 213 | 20-03383 | Kay DaSilva | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 214 | 20-03383 | Tasha Felder, Individually and on Behalf | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 215 | 20-03383 | Johnnie Huynh | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 216 | 20-03383 | Henry Lindsay | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 217 | 20-03383 | Sophie Lindsay | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 218 | 20-03383 | Kelly Mallady | Unliquidated | Anthony Buzbee |
| 7/1/2020 | 219 | 20-03383 | Ana Luisa Singu | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 227 | 20-03383 | Amado Anguiano | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 228 | 20-03383 | Tasha Felder, Individually and on Behalf | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 229 | 20-03383 | Tasha Felder, Individually and on Behalf | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 230 | 20-03383 | Yoloanda Navarro | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 231 | 20-03383 | Erick Anaya | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 232 | 20-03383 | Victoria Chavez | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 233 | 20-03383 | Paola Chazarreta | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 234 | 20-03383 | Paola G. Chazarreta | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 235 | 20-03383 | Jose D. Coreas | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 236 | 20-03383 | Jorge Garcia | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 237 | 20-03383 | Donald Holcomb | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 238 | 20-03383 | Ken Holland, Individually and on behalf | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 239 | 20-03383 | Ken Holland, Individually and on behalf | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 240 | 20-03383 | Byron Keith House | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 241 | 20-03383 | Odess Marie James House | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 258 | 20-03383 | Elaine Jackson | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 259 | 20-03383 | Jair Leal | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 260 | 20-03383 | Leonard Lebo o/b/o Pinemont Properties, | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 261 | 20-03383 | Nelly Zelaya | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 262 | 20-03383 | Anthony Uriostegui | Unliquidated | Anthony Buzbee |

# SCHEDULE 1

| Date Filed | POC No. | Adv. Pro. No. | Claimant | POC Amount | Attorney Name |
|---|---|---|---|---|---|
| 7/2/2020 | 263 | 20-03383 | Tina Tran | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 264 | 20-03383 | Reyna Malerva Torres | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 265 | 20-03383 | Hossein Sondjani | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 266 | 20-03383 | Oanh Nguyen | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 267 | 20-03383 | Joy Sessions | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 268 | 20-03383 | Joy Sessions o/b/o Jaylyn Sessions | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 269 | 20-03383 | Mijah Sessions | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 270 | 20-03383 | Jasiah Sessions | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 271 | 20-03383 | Maria Battiste | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 272 | 20-03383 | Dale C. Battiste | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 273 | 20-03383 | Deborah Patten | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 274 | 20-03383 | Delta Hernandez | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 275 | 20-03383 | Esperanza Tabares | Unliquidated | Anthony Buzbee |
| 7/2/2020 | 276 | 20-03383 | Ethan Decicco | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 280 | 20-03383 | Greg Malloch | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 281 | 20-03383 | Isabel Campoverde | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 282 | 20-03383 | Fredregille, James B | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 283 | 20-03383 | James Walker | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 284 | 20-03383 | Jorge Castillo | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 285 | 20-03383 | Kasi Kirby | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 286 | 20-03383 | Juan Reyes | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 287 | 20-03383 | Kathy Collins | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 288 | 20-03383 | Nathan Decicco | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 289 | 20-03383 | Michael Smooke | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 290 | 20-03383 | Michelle Jimenez | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 291 | 20-03383 | Normajean Paula Hernandez | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 292 | 20-03383 | Nestor Javier Gonzalez Velazquez | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 293 | 20-03383 | Marilyn Cue | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 294 | 20-03383 | Luis Carreon | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 295 | 20-03383 | Christina Thurman | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 296 | 20-03383 | Rodriguez Clementina Izaguirre | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 297 | 20-03383 | Melissa Walker | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 298 | 20-03383 | Melissa Walker | Unliquidated | Anthony Buzbee |

**SCHEDULE 1**

| Date Filed | POC No. | Adv. Pro. No. | Claimant | POC Amount | Attorney Name |
|---|---|---|---|---|---|
| 7/7/2020 | 301 | 20-03238 | Aegis Security Insurance Company | $43,546.29 | Randall Poelma |
| 7/7/2020 | 302 | 20-03238 | AmGUARD Insurance Company | $49,511.48 | Randall Poelma |
| 7/7/2020 | 303 | 20-03238 | National Lloyds Insurance Co. | $94,797.69 | Randall Poelma |
| 7/7/2020 | 306 | 20-03335 | Felipe Revuelta | $107,660.99 | Michael Bins |
| 7/7/2020 | 307 | 20-03338 | Zee Lee | $67,213.02 | Michael Bins |
| 7/7/2020 | 308 | 20-03383 | Maria Adela Perez | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 309 | 20-03366 | Charlene Marthieo | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 310 | 20-03366 | Mark Marthieo | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 311 | 20-03366 | Yasmin Marthieo | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 312 | 20-03383 | James Walker | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 313 | 20-03383 | Susie Brunson obo Ariana Brunson | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 314 | 20-03383 | Susie Brunson obo Jack Brunson | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 315 | 20-03383 | Calixto Lopez | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 316 | 20-03383 | Chao Gao | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 317 | 20-03383 | Otilla Arjona | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 318 | 20-03383 | Pedro Arjona | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 319 | 20-03383 | Peter Arjona | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 320 | 20-03383 | Sofia Ferrel | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 321 | 20-03383 | Arthur Ferrel | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 322 | 20-03383 | Arthur Ahn Nguyen | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 323 | 20-03383 | William Walingsford | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 324 | 20-03383 | Tina Do | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 325 | 20-03383 | Tan Truong | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 326 | 20-03383 | Beronica Tabares | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 327 | 20-03383 | Veronic Jimenez | Unliquidated | Anthony Buzbee |
| 7/7/2020 | 328 | 20-03383 | Agnex Panong | Unliquidated | Anthony Buzbee |
| 7/8/2020 | 336 | 20-03335 | Leticia and Valentin Revuelta | $78,561.97 | Michael Bins |
| 7/8/2020 | 337 | 20-03341 | Toan Ly | $55,153.23 | Michael Bins |
| 7/8/2020 | 338 | 20-03340 | Jose & Lidia Rodriguez | $58,681.67 | Michael Bins |
| 7/8/2020 | 339 | 20-03339 | Tony Henry Yu | $66,526.36 | Michael Bins |
| 7/8/2020 | 342 | 20-03334 | Binh Lu an Quyen Lu | $70,000.00 | Michael Bins |
| 7/8/2020 | 343 | 20-03333 | Chuyen Tu | $75,000.00 | Michael Bins |

10943456v1

# SCHEDULE 1

| Date Filed | POC No. | Adv. Pro. No. | Claimant | POC Amount | Attorney Name |
|---|---|---|---|---|---|
| 7/8/2020 | 344 | 20-03340 | Lidia Rodriguez | $300,000.00 | Michael Bins |
| 7/8/2020 | 350 | 20-03082 20-03381 | Yesenia Ayala, as Next Fried of I.C. and | Unliquidated | Byron Alfred |
| 7/8/2020 | 351 | 20-03383 | Ryan Hess | Unliquidated | Anthony Buzbee |
| 7/8/2020 | 352 | 20-03383 | Alfonso Rodriguez | Unliquidated | Anthony Buzbee |
| 7/8/2020 | 353 | 20-03351 | Brandi Peck | Unliquidated | Anthony Buzbee |
| 7/8/2020 | 357 | 20-03291 | Allstate Fire & Casualty Insurance Company | $29,152.16 | Mark Grotefeld; Adam Copack |
| 7/8/2020 | 358 | 20-03291 | Allstate Indemnity Company | $13,477.62 | Mark Grotefeld; Adam Copack |
| 7/8/2020 | 359 | 20-03291 | Allstate Texas Lloyds | $773,992.98 | Mark Grotefeld; Adam Copack |
| 7/8/2020 | 360 | 20-03291 | Allstate Vehicle and Property Insurance Company | $4,547,311.96 | Mark Grotefeld; Adam Copack |
| 7/8/2020 | 361 | 20-03291 | State Farm Lloyds | $3,882,923.98 | Mark Grotefeld; Adam Copack |
| 7/8/2020 | 362 | 20-03291 | State Farm Automobile Insurance Co. | $60,283.82 | Mark Grotefeld; Adam Copack |
| 7/8/2020 | 363 | 20-03291 | Progressive County Mutual Insurance Company | $27,003.96 | Mark Grotefeld; Adam Copack |
| 7/8/2020 | 364 | 20-03291 | Lighthouse Property Insurance Corporation | $263,126.35 | Mark Grotefeld; Adam Copack |
| 7/8/2020 | 365 | 20-03291 | Liberty Insurance Corporation | $294,995.41 | Mark Grotefeld; |
| 7/8/2020 | 366 | 20-03291 | Liberty Lloyds of Texas Insurance Company | $31,234.79 | Mark Grotefeld; Adam Copack |
| 7/8/2020 | 367 | 20-03291 | Safeco Insurance Company of Indiana | $66,123.35 | Mark Grotefeld; Adam Copack |

10943456v1