

ENTERED
04/12/2021

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § | **Chapter 11** |
| **WATSON GRINDING & MANUFACTURING CO.,** | § § § § | **Case No. 20-30967** |
| **Debtor.** | § § | |

## ORDER SUSTAINING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO DUPLICATE LITIGATION PROOFS OF CLAIM
[Relates to Doc. No. 1099]

UPON CONSIDERATION of the *Liquidating Trustee's Omnibus Objection to Duplicate Litigation Proofs of Claim* (the "Objection"),[1] and this Court having jurisdiction to consider the Objection, and venue being proper, and due and sufficient notice of the Objection having been given; and after due deliberation thereon, it is HEREBY ORDERED THAT:

1.  Each Duplicate Claim identified in **Schedule 1** to the Objection is disallowed; *provided*, that this Order will not affect the January 24 Claims asserted by the claimants listed in Schedule 1 which are being prosecuted in state court.

2.  Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Duplicate Claim.

3.  Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed (i) an admission by the Debtors or the Liquidating Trustee as to the validity or amount of any January 24 Claim against the Debtors, or (ii) an adjudication of the validity or amount of any January 24 Claim pending in state court.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Objection.

10944059v1

4. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

5. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Signed: April 12, 2021

Marvin Isgur
United States Bankruptcy Judge