EXHIBIT "A"

| Claim No. / Dkt. No. | Class | Claimant Name | Address | Claim Amount |
|---|---|---|---|---|
| Dkt 149 Schedules | 2 | Christopher Estrada | 9815 Knoboak Drive Houston, TX  77080 | $3,798.90 |
| Dkt 149 Schedules | 2 | Francisco Regla | 20535 Cocoplum Drive Katy, TX  774449 | $1,772.82 |
| Dkt 149 Schedules | 2 | George Contreras | 4218 Taverns Corner Houston, TX  77084 | $2,759.90 |
| Dkt 149 Schedules | 2 | Inez Tristan | 15214 Wildhurst Cypress, TX  77429 | $2,448.18 |
| Dkt 149 Schedules | 2 | Jason White | 21861 Old Oak Way Hockley, TX  77447 | $4,870.39 |
| Dkt 149 Schedules | 2 | John Lichenstein Jr | 4816 CR 286 Bay City, TX  77414 | $2,272.83 |
| Dkt 149 Schedules | 2 | John Watson | 4002 Chatum Lane Houston, TX  77027 | $5,682.11 |
| Dkt 149 Schedules | 2 | John Watson Jr | 19526 Heron Harbour Drive Cypress, TX  77433 | $3,246.93 |
| Dkt 149 Schedules | 2 | Manuel Pacheco | 220 Rittenhouse Street Houston, TX  77076 | $2,532.60 |
| Dkt 149 Schedules | 2 | Matthew Snow | 16111 Woodbend Trail Houston, TX  77070 | $1,379.94 |
| Dkt 149 Schedules | 2 | Octavio Aceves | 3016 Barrington Springs Lane Dickinson, TX  77539 | $2,954.70 |
| Dkt 149 Schedules | 2 | Richard Bell | 9111 Restover Lane Houston, TX  77064 | $2,435.19 |
| Dkt 149 Schedules | 2 | Robert White | 27440 Waller Spring Creek Rd Hockley, TX  77447 | $4,870.39 |
| Dkt 149 Schedules | 5 | A.J. Rod Company Ltd. | 5011 Navigation Blvd. Houston, TX  77011 | $579.50 |

1

EXHIBIT "A"

| Claim No. / Dkt. No. | Class | Claimant Name | Address | Claim Amount |
|---|---|---|---|---|
| Dkt 149 Schedules | 5 | Accuweld Inc. | 845 Buschong<br>Houston, TX  77039 | $27,650.00 |
| Dkt 149 Schedules | 5 | Ace Electronics, Inc. | 3210 Antonie Drive<br>Houston, TX  770925 | $170.21 |
| 37 | 5 | Airgas, USA | 110 West 7th Stret, Suite 1300<br>Tulsa, OK  74119 | $578.99 |
| 38 | 5 | Airgas, USA | 110 West 7th Street, Suite 1300<br>Tulsa, OK  74119 | $8,136.91 |
| 8 | 5 | American Express | Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | $48,929.03 |
| 9 | 5 | American Express | Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | $484,030.69 |
| 61 | 5 | American Heli-Arc, Inc. | TRC Master Fund, LLC<br>Attn: Terrel Ross<br>P.O. Box 633<br>Woodmere, NY 11598 | $30,950.00 |
| Dkt 149 Schedules | 5 | Amstock Supply | PO Box 769<br>Belton, TX  76513 | $1,093.00 |
| Dkt 149 Schedules | 5 | ASAP Machine, Inc. | 9026 Sweetwater Lane<br>Houston, TX  77037 | $11,040.00 |
| Dkt 149 Schedules | 5 | Astro Alloys, Inc. | 9155 Emmott Road<br>Houston, TX  77040 | $1,491.60 |
| 51 | 5 | Bass Tool & Supply, Inc. | 2300 Fairway Park Drive<br>Houston, TX  77092 | $51,015.91 |
| Dkt 149 Schedules | 5 | Best Stainless & Alloys | 3616 Old Spanish Trail<br>Houston, TX  77021 | $10,497.00 |
| 347 | 5 | Betty Sue Watson | 14302 Swan Green<br>Houston, TX  77095 | $21,438.00 |

EXHIBIT "A"

| Claim No. / Dkt. No. | Class | Claimant Name | Address | Claim Amount |
|---|---|---|---|---|
| Dkt 149 Schedules | 5 | Bourn & Koch Inc. | 36856 Eagle Way<br>Chicago, IL  60678 | $7,488.27 |
| Dkt 149 Schedules | 5 | B-W Grindiug Service Inc. | 5807 Nunn Street<br>Houston, TX  77041 | $18,250.00 |
| Dkt 149 Schedules | 5 | Capital Abrasives, LLC | 6002 West 34th Street<br>Houston, TX  77092 | $316.00 |
| 6 | 5 | Carbide & Metal, C&M Technologies  LLC | TRC Master Fund, LLC<br>Attn: Terrel Ross<br>P.O. Box 633<br>Woodmere, NY 11598 | $130,473.00 |
| Dkt 149 Schedules | 5 | Ceremetals Carbide, LLC | 7425 Carbide Lane<br>Houston, TX  77040 | $867.00 |
| Dkt 149 Schedules | 5 | Champions Machine Tool Sales | 1151 E. Cypresswood Drive<br>Spring, TX  77373 | $1,330.34 |
| Dkt 149 Schedules | 5 | Coastal Industrial & Speciality | 25 North 4th Street<br>Beaumont, TX  77701 | $967.98 |
| Dkt 149 Schedules | 5 | Corrosion Materials | 22416 Network Place<br>Chicago, IL  60673 | $36,026.40 |
| Dkt 149 Schedules | 5 | Cutting Tools, Inc. | 5050 Ashley Court<br>Houston, TX  77041 | $971.82 |
| Dkt 149 Schedules | 5 | Darr Equipment Company | 13240 Hempstead Rd #220<br>Houston, TX  77040 | $176.51 |
| 43 | 5 | Delta Centrifugal | PO Box 1043<br>Temple, TX  76503 | $13,456.00 |
| Dkt 149 Schedules | 5 | Dewal Industries | 15 Ray Trainor Drive<br>Saunderstown, RI  02874 | $1,611.31 |
| Dkt 149 Schedules | 5 | Dixie Electro Plating Company Inc. | 5610 Polk Street<br>Houston, TX  77023 | $2,065.00 |
| 33 | 5 | Earle M. Jorgenson Company | 2030 West Commerce Street<br>Dallas, TX  75208 | $45,648.53 |

EXHIBIT "A"

| Claim No. / Dkt. No. | Class | Claimant Name | Address | Claim Amount |
|---|---|---|---|---|
| Dkt 149 Schedules | 5 | Elliott Electric Supply | 2526 North Stalling Drive<br>Nacogdoches, TX  75963 | $555.06 |
| Dkt 149 Schedules | 5 | Energy Metals | 2328 Bellfort Street<br>Houston, TX  77051 | $6,270.36 |
| Dkt 149 Schedules | 5 | Fox Metals | 12660 FM 526<br>Houston, TX  77041 | $7,110.00 |
| Dkt 149 Schedules | 5 | Fry Steel Company | 13325 Molette Street<br>Santa Fe Spring, CA  90670 | $1,796.42 |
| Dkt 149 Schedules | 5 | Gammon Gear, LLC | 9229 East Avenue Q<br>Houston, TX  77012 | $1,965.00 |
| 65 | 5 | Garlock Sealing Technologies, Inc. | 1666 Division Street<br>Palmyra, NY  14522 | $1,279.36 |
| Dkt 149 Schedules | 5 | Global Equipment Company | PO Box 905713<br>Charlotte, NC  28290 | $757.38 |
| Dkt 149 Schedules | 5 | Gray Chem, Inc. | 122 N. Richey<br>Pasadena, TX  77506 | $4,624.15 |
| Dkt 149 Schedules | 5 | Greens Blue Flame Gas Company | PO Box 40423<br>Houston, TX  77240 | $1,207.43 |
| Dkt 149 Schedules | 5 | Groves Industrial Supply | 7301 Pinemont Drive<br>Houston, TX  77040 | $21,532.51 |
| 3 | 5 | Gulf Coast Metal Sales | PO Box 7310<br>Houston, TX  77248 | $14,041.00 |
| Dkt 149 Schedules | 5 | Gull Industries | 3305 Gano Street<br>Houston, TX  77009 | $707.50 |
| Dkt 149 Schedules | 5 | H & M Plating Company, Inc. | 6804 La Paseo<br>Houston, TX  77087 | $470.00 |
| 47 | 5 | Houston Centerless Grinding | PO Box 230587<br>Houston, TX  77223 | $2,140.00 |
| Dkt 149 Schedules | 5 | Houston Plating Company, LLP | PO Box 418<br>South Houston, TX  77587 | $17,859.25 |

4

EXHIBIT "A"

| Claim No. / Dkt. No. | Class | Claimant Name | Address | Claim Amount |
|---|---|---|---|---|
| Dkt 149 Schedules | 5 | Houston Water Jet, LLC | 11415 Brittmore Park Drive Houston, TX  77041 | $180.00 |
| Dkt 149 Schedules | 5 | Hunter, Inc. | PO Box 6097 Pasadena, TX  77506 | $403.74 |
| Dkt 149 Schedules | 5 | Industrial Bearing & Services | 5213-B Tacoma Drive Houston, TX  77041 | $909.75 |
| Dkt 149 Schedules | 5 | Industrial Diamond Products Company | PO Box 753167 Houston, TX  77275 | $4,157.55 |
| Dkt 149 Schedules | 5 | Intsel Steel Distributors | PO Box 301212 Dallas, TX  75303 | $437.95 |
| 53 | 5 | Langley Alloys | Atradius Collections Inc 3500 Lacey Road, Suite 220 Downers Grove, IL  60515 | $13,136.83 |
| Dkt 149 Schedules | 5 | Lark Heat Treat, Inc. | 6640 Mayard Houston, TX  77024 | $16,632.43 |
| Dkt 149 Schedules | 5 | Liberty Forge, Inc. | PO Drawer 1210 Liberty, TX  77575 | $19,620.00 |
| 31 | 5 | M & N Metals, Inc. | 2624 Kermit Highway Odessa, TX  79763 | $8,872.00 |
| 35 | 5 | Master Machine Inc. | c/o Argo Partners 12 West 37th Street, Ste. 900 New York, NY 10018 | $2,875.00 |
| Dkt 149 Schedules | 5 | Metal Cuccing Specialists, LLC | 7208 Gessner Road Houston, TX  77040 | $1,864.00 |
| Dkt 149 Schedules | 5 | Moss Seal Company | PO Box 73345 Houston, TX  77273 | $263.90 |
| Dkt 149 Schedules | 5 | MSC Industrial Supply | 75 Masess Road Melville, NY  11747 | $75.00 |

EXHIBIT "A"

| Claim No. / Dkt. No. | Class | Claimant Name | Address | Claim Amount |
|---|---|---|---|---|
| Dkt 149 Schedules | 5 | Myers Technology Company LLC | 2150 Touchy Avenue<br>Elk Grove Village, IL  60007 | $43,000.00 |
| 378 | 5 | National Alloy Solutions LLC | 21754 E. Martin Drive<br>Porter, TX  77365 | $14,604.37 |
| 189 | 5 | National Speciality Alloys | PO Box 677692<br>Dallas, TX  75267 | $14,725.00 |
| Dkt 149 Schedules | 5 | Nicol Sales | 701 Bradfield<br>Houston, TX  77060 | $405.95 |
| 278 | 5 | Norton Rose Fulbright LLP | c/o Eddie Lewis and Jason Boland<br>1301 McKinney, Suite 5100<br>Houston, TX  77010 | $56,806.05 |
| 243 | 5 | Oerlikon Metco (US) Inc. | 1101 Prospect Avenue<br>Westbury, NY  11590 | $8,527.58 |
| Dkt 149 Schedules | 5 | Olympus America Inc. | 48 Woerd Ave, Suite 105<br>Waltham, MA  02453 | $205.00 |
| Dkt 149 Schedules | 5 | P&B Testing Inc. | 6645 W. Tidwell<br>Houston, TX  77092 | $1,965.00 |
| Dkt 149 Schedules | 5 | Parish International, Inc. | 1075 Zach Road<br>Hempstead, TX  77445 | $25,809.00 |
| 220 | 5 | Precision Calibration and Repair | 3130 Farrell Road<br>Houston, TX  77073 | $1,922.00 |
| 34 | 5 | Precision Fluids Inc. | 1441 Park Ten Blvd<br>Houston, TX  77084 | $601.25 |
| Dkt 149 Schedules | 5 | Precision Surfaces International | 922 Ashland Street<br>Houston, TX   77008 | $2,269.70 |
| 396 | 5 | PT Solutions | 14751 Kirby Drive<br>Houston TX 77047 | $3,953.43 |
| Dkt 149 Schedules | 5 | Quench USA, Inc. | 630 Allendale Road, Suite 200<br>King of Prussia, PA  19406 | $33.41 |

EXHIBIT "A"

| Claim No. / Dkt. No. | Class | Claimant Name | Address | Claim Amount |
|---|---|---|---|---|
| 44 | 5 | R & M Forge & Fittings | 1035 E Hacienda<br>Bellville, TX  77418 | $32,265.00 |
| Dkt 149 Schedules | 5 | Rams Alloys, LLC | 12333 FM 529 Road<br>Houston, TX  77041 | $760.00 |
| Dkt 149 Schedules | 5 | Reliable EDM, Inc. | 6940 Fulton Street<br>Houston, TX  77002 | $5,250.00 |
| 331 | 5 | Robert and Judy White | 27440 Waller Spring Creek Rd<br>Hockley, TX  77447 | $11,639.91 |
| 332 | 5 | Robert and Judy White | 27440 Waller Spring Creek Rd<br>Hockley, TX  77447 | $3,712.00 |
| Dkt 1117 | | Robert and Judy White | 27440 Waller Spring Creek Rd<br>Hockley, TX  77447 | $7,165.00 |
| Dkt 149 Schedules | 5 | Romi Machine Tools | 1845 Airport Exchange Blvd.<br>Erlanger, KY  41018 | $196.00 |
| Dkt 149 Schedules | 5 | RS Machine Company LLC | 6926 Guhn Road<br>Houston, TX  77040 | $36,550.00 |
| Dkt 149 Schedules | 5 | S + S Industries | 5614 Nunn<br>Houston, TX  77087 | $1,340.00 |
| Dkt 149 Schedules | 5 | Scott Stainless, Inc. | P501 Georgia<br>South Houston, TX  77587 | $19,348.00 |
| Dkt 149 Schedules | 5 | SIFCO Applied Surface Concepts | 5708 Schaaf Raod<br>Independence, OH  44131 | $9,550.00 |
| Dkt 149 Schedules | 5 | SIGMA Tube & Bare | 363 N Sam Houston<br>Houston, TX  77060 | $4,440.00 |
| Dkt 149 Schedules | 5 | Southland Battery | 6311 Antoine Drive<br>Houston, TX  77091 | $139.00 |
| Dkt 149 Schedules | 5 | Special Piping Materials, Inc. | 4615 Kennedy Commerce Drive<br>Houston, TX  77032 | $2,550.00 |
| Dkt 149 Schedules | 5 | Specaility Heat Treat, Inc. | PO Box 40637<br>Houston, TX  77240 | $250.00 |

7

EXHIBIT "A"

| Claim No. / Dkt. No. | Class | Claimant Name | Address | Claim Amount |
|---|---|---|---|---|
| Dkt 149 Schedules | 5 | Superior Shot Peening, Inc. | 13930 Luthe Road<br>Houston, TX  77039 | $450.00 |
| Dkt 149 Schedules | 5 | Surface Preparation, LLC | 5965 South Loop East<br>Houston, TX  77033 | $7,373.11 |
| 32 | 5 | Technical Engineering | 100 Chapel Road<br>Manchester, CT  06042 | $56,300.00 |
| 63 | 5 | Texas Pipe and Supply Ltd. | 2330 Holmes Road<br>Houston, TX  77059 | $6,270.36 |
| 42 | 5 | Texas Stainless/Heat Treating | PO Box 882<br>Temple, TX  76503 | $4,389.00 |
| Dkt 149 Schedules | 5 | Texcellent Industries, Inc. | 10830 Warwana Road<br>Houston, TX  77043 | $3,144.00 |
| Dkt 149 Schedules | 5 | The Nut Place, Inc. | 6605 Gessner Drive<br>Houston, TX  77040 | $354.29 |
| Dkt 149 Schedules | 5 | Thermo-Temp | 813-A Woodcrest Drive<br>Houston, TX  77018 | $170.00 |
| Dkt 149 Schedules | 5 | Three L, Inc. | 12235 Robin Blvd.<br>Houston, TX  77045 | $2,308.95 |
| Dkt 149 Schedules | 5 | Thyssenkrupp Materials, NA | 10648 West Little York Road<br>Houston, TX  77041 | $45,679.00 |
| Dkt 149 Schedules | 5 | Top Tooling Inc. | 1340 Munger<br>Houston, TX  77023 | $4,067.00 |

EXHIBIT "A"

| Claim No. / Dkt. No. | Class | Claimant Name | Address | Claim Amount |
|---|---|---|---|---|
| 30 | 5 | Tricor Industiral, Inc. | Laura Caskey<br>PO Box 752<br>Wooster, OH  44691 | $269,350.58 |
| 50 | 5 | U-Line, Inc. | PO Box  88741<br>Chicago, IL  60680 | $8,885.08 |
| Dkt 149 Schedules | 5 | United Tool & Ssupply | 9021 W Little York Road<br>Houston, TX  77040 | $286.00 |
| Dkt 149 Schedules | 5 | Vertecs | PO Box 801523<br>Houston, TX  77280 | $15,592.50 |
| Dkt 149 Schedules | 5 | Victory Metals, LLC | 12335 Kingsride Lane<br>Houston, TX  77024 | $21,497.00 |
| Dkt 149 Schedules | 5 | Vinatech Industries, Inc. | 5430 Brittmore Road<br>Houston, TX  77041 | $11,145.00 |
| 5 | 5 | W. W. Grainger, Inc. | 401 South Wright Road<br>W4W.R47<br>Janesville, WI  53546 | $1,948.92 |
| 39 | 5 | Web Industrial Diamond Company, Inc. | PO Box 843<br>Pearland, TX  77588 | $20,846.95 |

**Claims Total** — **$1,940,057.84**

9