Exhibit "B"

| Claim No. / Dkt. No. | Class | Claimant Name | Mailing Name | Street Address | City | State | Zip Code | Distribution Amount |
|---|---|---|---|---|---|---|---|---|
| 382 | Class 4 | Alli Luo | Alli Luo | 11433 Brittmoore Park Drive | Houston | TX | 77041 | $0.00 |
| Litigation | Opt-In | Allied Property & Casualty Insurance Company | Allied Property & Casualty Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| V-88 | Class 11 | Amanda Jantzen | Amanda Jantzen | 10011 Steeple Farms Drive | Houston | TX | 77080 | $775.00 |
| Litigation | Opt-In | Brent Coon & Associates | Brent Coon & Associates | 300 Fannin, Ste 200 | Houston | TX | 77002 | $82,000.00 |
| 199 | Class 4 | Chom Se Park | Chom Se Park | 5002 Raindrop Hollow Drive | Houston | TX | 77041 | $508.00 |
| 36 | Class 4 | Chris Fields | Chris Fields | 10300 Katy Frwy, #547 | Houston | TX | 77043 | $2,000.00 |
| Litigation | Opt-In | Chris Le | Chris Le c/o Rob Kwok | 9805 Kay Fwy #850 | Houston | TX | 7024 | $2,000.00 |
| 304 | Class 4 | Donald E. McCarthy | Donald E. McCarthy | 10627 Brookshire Lane | Houston | TX | 77041 | $2,000.00 |
| 186 | Opt-In | United Fire | Eric Ashley obo Equian | 9390 Bunsen Parkway | Louisville | KY | 40220 | $2,000.00 |
| 187 | Opt-In | United Fire | Eric Ashley obo Equian | 9390 Bunsen Parkway | Louisville | KY | 40220 | $2,000.00 |
| 381 | Class 4 | Houston Apartment Foundation | Houston Apartment Foundation | 4810 Westway Park Blvd. | Houston | TX | 77041 | $2,000.00 |
| 335 | Opt-In | Huy N. Nguyen | Huy N. Nguyen | 9805 Brookshire Drive | Houston | TX | 77041 | $2,000.00 |
| Litigation | Class 4 | Insurers Indemnity Company | Insurers Indemnity Company c/o Jake Skaggs | 1221 McKinney #2900 | Houston | TX | 77010 | $2,000.00 |
| 58 | Class 4 | James Davin | James Davin | 2322 Lexford Lane | Houston | TX | 77080 | $2,000.00 |
| 373 | Opt-In | JLD Plaza LLC | JLD Plaza LLC, c/o John Doerfler | 17126 S. Ivy Circle | Houston | TX | 77084 | $2,000.00 |
| Litigation | Opt-In | Jose Mundo | Jose Mundo c/o Pierce Skrabanek PLLC | 3701 Kirby Dr. #760 | Houston | TX | 77098 | $2,000.00 |
| Litigation | Opt-In | American Family Connect Property and Casualty Insurance Company | Law Offices of Robert A. Stutman, P.C. Attn: Thomas J. Underwood Jr. | 5068 W. Plano Parkway, Suite 260 | Plano | TX | 75093 | $2,000.00 |
| Litigation | Opt-In | American Family Connect Property and Casualty Insurance Company | Law Offices of Robert A. Stutman, P.C. Attn: Thomas J. Underwood Jr. | 5068 W. Plano Parkway, Suite 260 | Plano | TX | 75093 | $2,000.00 |
| Litigation | Opt-In | American Family Connect Property and Casualty Insurance Company | Law Offices of Robert A. Stutman, P.C. Attn: Thomas J. Underwood Jr. | 5068 W. Plano Parkway, Suite 260 | Plano | TX | 75093 | $1,075.00 |
| Litigation | Opt-In | Homesite Insurance Company | Law Offices of Robert A. Stutman, P.C. Attn: Thomas J. Underwood Jr. | 5068 W. Plano Parkway, Suite 260 | Plano | TX | 75093 | $2,000.00 |

Exhibit "B"

| Claim No. / Dkt. No. | Class | Claimant Name | Mailing Name | Street Address | City | State | Zip Code | Distribution Amount |
|---|---|---|---|---|---|---|---|---|
| Litigation | Opt-In | Ranchers & Farmers Mutual Insurance Company | Law Offices of Robert A. Stutman, P.C. Attn: Thomas J. Underwood Jr. | 5068 W. Plano Parkway, Suite 260 | Plano | TX | 75093 | $2,000.00 |
| Litigation | Opt-In | Federated Mutual Insurance Company | Law Offices of Robert A. Stutman, P.C. Attn: Thomas J. Underwood Jr. | 5068 W. Plano Parkway, Suite 260 | Plano | TX | 75093 | $2,000.00 |
| Litigation | Opt-In | Philadelphia Indemnity Insurance Company | Law Offices of Robert A. Stutman, P.C. Attn: Thomas J. Underwood Jr. | 5068 W. Plano Parkway, Suite 260 | Plano | TX | 75093 | $2,000.00 |
| V-82 | Class 11 | Lusina Rendon | Lusina Rendon c/o The Arnsworth Law Firm, PLLC | 601 Sawyer, Suite 225 | Houston | TX | 77007 | $1,740.00 |
| 196 | Class 4 | Marco Pineda | Marco Pineda | 10007 Granary Drive | Houston | TX | 77080 | $1,500.00 |
| 194 | Class 4 | Marty Griffith | Marty Griffith | 11060 Timberline Road | Houston | TX | 77043 | $950.00 |
| 27 | Class 4 | Southern Vanguard Insurance Co, subrogee of Robles | Matthiesen, Wickert & Lehrer, S.C. Attn: Mark Solomon | 7703 N. Lamar, Suite 104 | Austin | TX | 78752 | $2,000.00 |
| Litigation | Opt-In | Occidental Fire & Casulty Company of North Carolina | Matthiesen, Wickert & Lehrer, S.C. Attn: Mark Solomon | 7703 N. Lamar, Suite 104 | Austin | TX | 78752 | $1,935.27 |
| Litigation | Opt-In | Texas Fair Plan Association | Matthiesen, Wickert & Lehrer, S.C. Attn: Mark Solomon | 7703 N. Lamar, Suite 104 | Austin | TX | 78752 | $1,870.00 |
| Litigation | Opt-In | Texas Fair Plan Association | Matthiesen, Wickert & Lehrer, S.C. Attn: Mark Solomon | 7703 N. Lamar, Suite 104 | Austin | TX | 78752 | $2,000.00 |
| 224 | Class 4 | Susan M. Vogel & Sons | n/a | n/a | n/a | n/a | n/a | $0.00 |
| Litigation | Opt-In | Nationwide General Insurance Company | Nationwide General Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| Litigation | Opt-In | Nationwide General Insurance Company | Nationwide General Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| Litigation | Opt-In | Nationwide General Insurance Company | Nationwide General Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| Litigation | Opt-In | Nationwide Insurance Company | Nationwide Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $1,834.40 |
| Litigation | Opt-In | Nationwide Lloyds Insurance Company | Nationwide Lloyds Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| Litigation | Opt-In | Nationwide Lloyds Insurance Company | Nationwide Lloyds Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |

Exhibit "B"

| Claim No. / Dkt. No. | Class | Claimant Name | Mailing Name | Street Address | City | State | Zip Code | Distribution Amount |
|---|---|---|---|---|---|---|---|---|
| Litigation | Opt-In | Nationwide Property & Casualty Insurance Company | Nationwide Property & Casualty Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| Litigation | Opt-In | Nationwide Property & Casualty Insurance Company | Nationwide Property & Casualty Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| Litigation | Opt-In | Nationwide Property & Casualty Insurance Company | Nationwide Property & Casualty Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| 334 | Class 4 | Nguyen Ngo | Nguyen Ngo | 10406 N. Newpark Drive | Houston | TX | 77041 | $232.22 |
| 223 | Class 4 | Sami Sultan | Sami Sultan | 10013 Steeple Farms Drive | Houston | TX | 77080 | $1,250.00 |
| Litigation | Opt-In | Scottsdale Insurance Company | Scottsdale Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| Litigation | Opt-In | Scottsdale Insurance Company | Scottsdale Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| Litigation | Opt-In | Scottsdale Insurance Company | Scottsdale Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| Litigation | Opt-In | Scottsdale Insurance Company | Scottsdale Insurance Company c/o Jeffrey Cagle | 105 Decker Court, Suite 150 | Irving | TX | 75062 | $2,000.00 |
| 60 | Class 4 | Seismic Exchange Inc. | Seismic Exchange Inc. | 4805 Westway Park | Houston | TX | 77041 | $1,878.49 |
| 376 | Opt-In | Sheryll Roberson | Sheryll Roberson c/o The Arnsworth Law Firm, PLLC | 601 Sawyer, Suite 225 | Houston | TX | 77007 | $2,000.00 |
| 54 | Class 4 | Stephen Alan White | Stephen Alan White | 3105 Cache Crossing | Houston | TX | 77080 | $725.00 |
| 253 | Class 4 | SubroSmart o/b/o Certain Underwriter of Lloyds | SubroSmart | 12750 Merit Drive, Suite 520 | Houston | TX | 75251 | $2,000.00 |
| 242 | Class 4 | SubroSmart o/b/o Certain Underwriter of Lloyds | SubroSmart | 12750 Merit Drive, Suite 520 | Houston | TX | 75251 | $2,000.00 |
| 246 | Class 4 | SubroSmart o/b/o Certain Underwriter of Lloyds | SubroSmart | 12750 Merit Drive, Suite 520 | Houston | TX | 75251 | $2,000.00 |
| 249 | Class 4 | SubroSmart o/b/o Certain Underwriter of Lloyds | SubroSmart | 12750 Merit Drive, Suite 520 | Houston | TX | 75251 | $2,000.00 |
| 226 | Class 4 | SubroSmart o/b/o Certain Underwriter of Lloyds | SubroSmart | 12750 Merit Drive, Suite 520 | Houston | TX | 75251 | $2,000.00 |

Exhibit "B"

| Claim No. / Dkt. No. | Class | Claimant Name | Mailing Name | Street Address | City | State | Zip Code | Distribution Amount |
|---|---|---|---|---|---|---|---|---|
| 330 | Class 4 | SubroSmart o/b/o Certain Underwriter of Lloyds | SubroSmart | 12750 Merit Drive, Suite 520 | Houston | TX | 75251 | $2,000.00 |
| 329 | Class 4 | SubroSmart o/b/o Certain Underwriter of Lloyds | SubroSmart | 12750 Merit Drive, Suite 520 | Houston | TX | 75251 | $2,000.00 |
| 256 | Class 4 | SubroSmart o/b/o Certain Underwriter of Lloyds | SubroSmart | 12750 Merit Drive, Suite 520 | Houston | TX | 75251 | $1,476.72 |
| 57 | Class 4 | Suk Yong Kim | Suk Yong Kim | 10618 Clear Cove Lane | Houston | TX | 77041 | $1,500.00 |
| 202 | Class 4 | Susan M. Vogel & Sons | Susan M. Vogel & Sons | 9147 Westview Drive | Houston | TX | 77055 | $1,666.50 |
| 201 | Class 4 | Thomas William Young | Thomas and Ethel Young | 4911 East Laureldale Drive | Houston | TX | 77041 | $2,000.00 |
| | | **Distribution Total** | | | | | | **$184,916.60** |