<a>
</a>



ENTERED
05/15/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| WATSON GRINDING § | |
| AND MANUFACTURING CO., INC., § | Case No.: 20-30967-H1-11 |
| § | |
| DEBTOR, § | |
| § | (Chapter 11) |

## ORDER GRANTING THE PLAN AGENT'S MOTION TO PAY CLAIM CLASSES 1, 2, 4 AND 5 IN ACCORDANCE WITH THE PLAN OF LIQUIDATION
(Relates to Docket No. 1128)

The Court has considered the *Plan Agent's Motion to Pay Claim Classes 1, 2, 4 and 5 in Accordance with the Plan of Liquidation* (the "**Motion**").[1]  After consideration of the Motion, the Court finds that under the circumstances the Motion is proper, that notice of the Motion is proper, that the Motion is well-founded and the relief sought therein should be granted.  It is therefore:

**ORDERED**, that the Plan Agent is authorized to pay claims as listed on Exhibit "A" attached to the Motion, as amended at ECF No. 137.  It is further

**ORDERED**, that the Plan Agent is authorized to pay claims as listed on Exhibit "B" attached to the Motion.  It is further

**ORDERED**, that the distributions made on Exhibit "C" attached to the Motion are hereby ratified.  It is further

**ORDERED**, that the Plan Agent has faithfully and properly fulfilled her duties enumerated in the Plan and related documents.  It is further

**ORDERED**, that the Plan Agent is authorized to turnover the balance of any funds received, after distributions are made in accordance with Exhibits A and B and less compensation

---

[1] All capitalized terms unless otherwise defined herein shall have the meaning ascribed to them in the Motion.

3085543

allowed pursuant to the Plan, and any other distributions made pursuant to the Plan and Confirmation Order or Court order to the Liquidating Trustee Ron Bankston. It is further

**ORDERED**, that the Plan Agent is excused from any further duties under the Plan upon turnover of the balance of funds to the Liquidating Trust. It is further

**ORDERED,** that the Plan Agent may take all such other and further action and execute all such documents as may be necessary to effectuate the distributions authorized herein.

Signed: May 14, 2021

_____
Marvin Isgur
United States Bankruptcy Judge