UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: WATSON GRINDING & MANUFACTURING CO. §
(Watson Grinding Liquidating Trust) §
Debtor(s) §

Case No. 20-30967

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021

Petition Date: 02/06/2020

Plan Confirmed Date: 12/30/2020

Plan Effective Date: 12/31/2020

This Post-confirmation Report relates to: ☐ Reorganized Debtor

⦿ Other Authorized Party or Entity: Ron Bankston Liquidating Trustee
Name of Authorized Party or Entity

/S/ Ron Bankston
Signature of Responsible Party

10/21/2021
Date

Ron Bankston, Liquidating Trustee
Printed Name of Responsible Party

5009 Caroline St, Ste 100
Houston, TX 77004
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)                        1

Debtor's Name WATSON GRINDING & MANUFACTURING CO.  Case No. 20-30967
(Watson Grinding Liquidating Trust)

### Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $237,772 | $5,757,369 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $237,772 | $5,757,369 |

### Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $686,647 | $0 | $686,647 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Janet Northrop | Other | $0 | $213,907 | $0 | $213,907 |
| | ii | Hughes Watters Askanase | Lead Counsel | $0 | $194,688 | $0 | $194,688 |
| | iii | Cummings & Houston | Financial Professional | $0 | $20,860 | $0 | $20,860 |
| | iv | Porter & Hedges | Co-Counsel | $0 | $151,674 | $0 | $151,674 |
| | v | Burns Bowen and Blair | Co-Counsel | $0 | $29,575 | $0 | $29,575 |
| | vi | Jones Murray Beatty LLP | Co-Counsel | $0 | $59,623 | $0 | $59,623 |
| | vii | Bankston Associates | Co-Counsel | $0 | $16,320 | $0 | $16,320 |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $686,647 | $686,647 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $2,123,178 | $-83,688 | $2,039,490 | $2,039,490 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?   Yes ◯   No ◉

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ◯

UST Form 11-PCR (06/07/2021)

2

Debtor's Name WATSON GRINDING & MANUFACTURING CO.           Case No. 20-30967
(Watson Grinding Liquidating Trust)

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/S/ Ronald G Bankston                                      Ronald G. Bankston, Liquidating Trustee
Signature of Responsible Party                              Printed Name of Responsible Party

Liquidating Trustee                                         10/21/2021
Title                                                       Date